GIBSON, DUNN & CRUTCHER LLP
HEATHER L. RICHARDSON, SBN 246517
   hrichardson@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
   bhamburger@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MICHELE L. MARYOTT, SBN 191993
   mmaryott@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendants PRIME NOW LLC
and AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MABANTA, on behalf of himself and all others that are similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>PRIME NOW LLC, a Delaware Corporation; AMAZON.COM, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 4-20-cv-02813-YGR<br><br>**DECLARATION OF MICHELE L. MARYOTT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF MICHELE L. MARYOTT IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO. 4:20-cv-02813

# DECLARATION OF MICHELE L. MARYOTT

I, Michele L. Maryott, state as follows:

1. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendants Prime Now LLC and Amazon.com, Inc. in the above-entitled action. I am licensed to practice law in the State of California and before the U.S. District Court for the Northern District of California.

2. I make this declaration in support of Defendants' Opposition to Plaintiff's Motion for Class Certification. I have personal knowledge of the matters and information set forth in this declaration, and if called upon to testify to them, could and would competently do so.

3. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the deposition of Michael Davis taken in this action on May 26, 2021.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Expert Report of Michael P. Ward, Ph.D., dated September 16, 2021.

5. Attached hereto as **Exhibit C** is a true and correct copy of the transcript of the deposition of Mario Mabanta taken in this action on August 12, 2021.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the transcript of the deposition of Elena Nacarino, taken on September 14, 2021.

7. Attached hereto as **Exhibit E** is a true and correct copy of Elena Nacarino's California Meal Period Waiver Agreement dated September 18, 2018, as produced in this litigation bearing Bates number NAC-PRIME_00000080.

8. Attached hereto as **Exhibit F** is a true and correct copy of the Advisement and Waiver of Rights for a Felony Guilty Plea of Mario Mabanta and Factual Basis for Plea signed on February 17, 2009 in *People v. Mabanta*, Case No. 08CF3123, before the California Superior Court in and for Orange County, as produced in this litigation bearing Bates number MAB-PRIME_00000992.

9. Attached hereto as **Exhibit G** is a true and correct copy of the Advisement and Waiver of Rights for a Felony Guilty Plea of Mario Mabanta and Factual Basis for Plea signed on May 28, 2021 in *People v. Mabanta*, Case No. 08CF3123, before the California Superior Court in and for Orange County, as produced in this litigation bearing Bates number MAB-PRIME_00001001.

1

Gibson, Dunn & Crutcher LLP

DECLARATION OF MICHELE L. MARYOTT IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO. 4:20-CV-02813

10. Attached hereto as **Exhibit H** is a true and correct copy of the Court Order from May 28, 2021 in *People v. Mabanta*, Case No. 08CF3123, before the California Superior Court in and for Orange County, as produced in this litigation bearing Bates number MAB-PRIME_00001010.

I have read this statement and declare that is it true and correct under penalty of perjury under the laws of the United States and the State of California. Signed on the 17th of September, 2021 at _____Irvine_____, California.

*Michele Maryott*
MICHELE L. MARYOTT