# EXHIBIT C

*PUBLIC DOCUMENT*
*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

```
 1          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
 2
     MARIO MABANTA, on behalf of
 3   himself and all others that
     are similarly situated,
 4
         Plaintiffs,
 5
     v.                         CASE NO.
 6                        4:20-cv-02813-YGR
 7   PRIME NOW LLC, a Delaware Corporation;
     AMAZON.COM, INC., a Delaware
 8   Corporation; and DOES 1 through 50,
     Inclusive,
 9
         Defendants.
10
     * * * * * * * * * * * * * * * * * * * * * * * *
11           DEPOSITION OF MARIO MABANTA
            Thursday, August 12, 2021
12               10:00 a.m. PST
     * * * * * * * * * * * * * * * * * * * * * * * *
13
14
15   TAKEN BY:
         MICHELE MARYOTT, ESQ.
16       ATTORNEY FOR DEFENDANT
17
18
19
20
21
22
23
24   JOB NO. 4755040
     REPORTED BY: BELLE VIVIENNE, CRR
25   PAGES 1 - 277
```

Page 1

```
 1                A P P E A R A N C E S
 2
     FOR THE PLAINTIFF:
 3
         HERSH & HERSH
 4       MONTANA BAKER, ESQ.
         LAUREN DIAZ, Paralegal
 5       601 Van Ness Avenue, Suite 2080
         San Francisco, California 94102-6316
 6       Mbaker@hershlaw.com
 7       COHELAN KHOURY & SINGER
         JEFF GERACI, Esq.
 8       605 C Street, Suite 200
         San Diego, California 92101
 9       619.595.3001
         Jgeraci@ckslaw.com
10
11   FOR THE DEFENDANTS:
12       GIBSON, DUNN & CRUTCHER LLP
         HAZEL MARIE CHUANG, ESQ.
13       333 South Grand Avenue
         Los Angeles, California 90071-3197
14       213.229.7000
         hchuang@gibsondunn.com
15
         GIBSON, DUNN & CRUTCHER LLP
16       MICHELE L. MARYOTT, SBN 191993
         3161 Michelson Drive
17       Irvine, California 92612-4412
         949.451.3800
18       mmaryott@gibsondunn.com
19   VIDEOGRAPHER:
         Sean Grant
20
21   ALSO PRESENT:
         Jaime Cole, Esq.,
22       In-House Counsel for Amazon.com
23
24
25
```

Page 2

```
 1                            -   -   -

 2                          I N D E X

 3                            -   -   -

 4

 5     Testimony of:

 6              MARIO MABANTA

 7     MS. MARYOTT.............................. 11

 8

 9                            -   -   -

10                       E X H I B I T S

11                            -   -   -

12     NO.              DESCRIPTION                 PAGE

13     Exhibit 2        Mr. Mabanta's résumé....... 37

14     Exhibit 3        Offer Letter to

15                      Mr. Mabanta from Amazon

16                      dated March 18, 2018....... 65

17     Exhibit 4        E-mail string beginning

18                      with Bates number

19                      MAB-PRIME_00000159......... 95

20     Exhibit 5        E-mail string beginning

21                      with Bates number

22                      MAB-PRIME_00000136......... 97

23     Exhibit 6        E-mail string beginning

24                      with Bates number

25                      MAB-PRIME_00000221.........109
```

Page 3

```
 1                      -   -   -

 2              E  X  H  I  B  I  T  S  (Continued.)

 3                      -   -   -

 4     NO.              DESCRIPTION                    PAGE

 5     Exhibit 7        E-mail string beginning

 6                      with Bates number

 7                      MAB-PRIME_00000950.........118

 8     Exhibit 8        E-mail string beginning

 9                      with Bates number

10                      MAB-PRIME_00000328.........121

11     Exhibit 9        E-mail bearing Bates

12                      number MAB-PRIME_00000177..138

13     Exhibit 10       E-mail string beginning

14                      with Bates number

15                      MAB-PRIME_00000381.........142

16     Exhibit 11       E-mail string beginning

17                      with Bates number

18                      MAC-PRIME_00000874.........147

19     Exhibit 12       E-mail string beginning

20                      with Bates number

21                      MAC-PRIME_00000379.........160

22     Exhibit 13       US Working Hours

23                      Non-Exempt/Hourly Policy

24                      beginning with Bates

25                      number Prime_00013298......164
```

                                          Page 4

1                        -   -   -

2              E X H I B I T S (Continued.)

3                        -   -   -

4    NO.              DESCRIPTION                  PAGE

5    Exhibit 14    Amazon Working Hours

6                  Policy Acknowledgement

7                  Form beginning with Bates

8                  number

9                  MAC-PRIME_00000101.........165

10   Exhibit 15    E-mail bearing Bates

11                 number MAC-PRIME_00000185..186

12   Exhibit 16    E-mail bearing Bates

13                 number MAB-PRIME_00000272..189

14   Exhibit 17    3P Associate Guide.........198

15   Exhibit 18    Plaintiffs' Responses to

16                 Defendants' Special

17                 Interrogatories............201

18   Exhibit 19    AT&T Wireless Statement....207

19   Exhibit 20    Spectrum Statement dated

20                 January 5, 2020............214

21   Exhibit 21    E-mail bearing Bates

22                 number MAB-PRIME_00000143..219

23   Exhibit 22    E-mail bearing Bates

24                 number MAB-PRIME_00000193..228

25

Veritext Legal Solutions
866 299-5127

```
 1                          -   -   -

 2               E X H I B I T S (Continued.)

 3                          -   -   -

 4

 5    NO.               DESCRIPTION                    PAGE

 6    Exhibit 23        E-mail string beginning

 7                      with Bates number

 8                      MAB-PRIME_00000200.........230

 9    Exhibit 24        E-mail string beginning

10                      with Bates number

11                      MAB-PRIME_00000288.........237

12    Exhibit 25        E-mail string beginning

13                      with Bates number

14                      MAB-PRIME_00000350.........245

15    Exhibit 26        E-mail string beginning

16                      with Bates number

17                      MAB-PRIME_00000204.........250

18    Exhibit 27        E-mail string beginning

19                      with Bates number

20                      MAB-PRIME_00000387.........254

21    Exhibit 28        Amazon Owner's Manual and

22                      Guide to Employment -

23                      December 2017..............258

24

25

                                             Page 6
```

```
 1                    -   -   -

 2          E  X  H  I  B  I  T  S  (Continued.)

 3                    -   -   -

 4    NO.              DESCRIPTION                PAGE

 5    Exhibit 29    Amazon Policies and

 6                  Procedures Acknowledgment

 7                  Form - NAFC................258

 8    Exhibit 30    Plaintiffs' Responses to

 9                  Defendants' Request for

10                  Product of Documents.......261

11    Exhibit 31    Declaration of Mario

12                  Mabanta....................263

13    Exhibit 1     Notice of Deposition of

14                  Mario Mabanta..............271

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1                        -   -   -

 2            DEPOSITION SUPPORT INDEX

 3                        -   -   -

 4

 5     Directions to Witness Not to Answer

 6     Page Line

 7     none

 8

 9

10     Request for Production of Documents

11     Page Line

12     none

13

14

15     Stipulations

16     Page Line

17     none

18

19

20     Question Marked

21     Page Line

22     none

23

24

25
```

Page 8

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Good morning. | |
| 2 | We're on the record.  The time is | 10:17:23 |
| 3 | 10:17 a.m., and the date is August 12, | 10:17:26 |
| 4 | 2021.  This video is the videotaped | 10:17:30 |
| 5 | deposition of Mario Mabanta. | 10:17:36 |
| 6 | This deposition is being taken | 10:17:38 |
| 7 | on behalf of counsel for defendants in | 10:17:39 |
| 8 | the matter of Mario Mabanta versus | 10:17:41 |
| 9 | Prime Now LLC, et al.  This case is | 10:17:43 |
| 10 | filed in the United States District | 10:17:47 |
| 11 | Court, Northern District of | 10:17:49 |
| 12 | California, Case Number | 10:17:51 |
| 13 | 4-20-cv-02813-YGR.  This deposition is | 10:17:54 |
| 14 | being held remotely by Veritext. | 10:18:03 |
| 15 | My name is Sean Grant from the | 10:18:06 |
| 16 | firm Veritext.  I'm the videographer. | 10:18:09 |
| 17 | The court reporter is Belle Vivienne, | 10:18:11 |
| 18 | also from Veritext. | 10:18:14 |
| 19 | Please note that audio and video | 10:18:16 |
| 20 | recording will take place unless all | 10:18:18 |
| 21 | parties have agreed to go off the | 10:18:19 |
| 22 | record. | 10:18:21 |
| 23 | At this time, will counsel | 10:18:21 |
| 24 | please identify themselves and state | 10:18:22 |
| 25 | whom they represent beginning with | 10:18:25 |

Page 9

| | | |
|---|---|---|
| 1 | Ms. Maryott. | 10:18:29 |
| 2 | MS. MARYOTT:  Good morning. | 10:18:31 |
| 3 | Michele Maryott of Gibson, Dunn & | 10:18:32 |
| 4 | Crutcher on behalf of defendants Prime | 10:18:34 |
| 5 | Now and Amazon.com. | 10:18:37 |
| 6 | THE VIDEOGRAPHER:  And with you? | 10:18:39 |
| 7 | MS. MARYOTT:  With me is Hazel | 10:18:41 |
| 8 | Chuang, also Gibson Dunn. | 10:18:43 |
| 9 | THE VIDEOGRAPHER:  Ms. Baker? | 10:18:47 |
| 10 | MS. BAKER:  Yes.  Montana Baker | 10:18:48 |
| 11 | of Hersh & Hersh, appearing on behalf | 10:18:51 |
| 12 | of Mr. Mabanta, the plaintiff. | 10:18:53 |
| 13 | THE VIDEOGRAPHER:  And with you? | 10:18:56 |
| 14 | MR. GERACI:  Jeff Geraci, | 10:18:56 |
| 15 | Cohelan, Khoury & Singer.  I'm | 10:18:57 |
| 16 | representing Ms. Nacarino in Nacarino | 10:19:00 |
| 17 | versus Prime Now, a related case in | 10:19:02 |
| 18 | which discovery has been coordinated. | 10:19:04 |
| 19 | THE VIDEOGRAPHER:  Thank you. | 10:19:07 |
| 20 | Ms. Diaz. | 10:19:07 |
| 21 | MS. BAKER:  And Ms. Lauren Diaz | 10:19:09 |
| 22 | is a paralegal with Hersh & Hersh. | 10:19:10 |
| 23 | THE VIDEOGRAPHER:  Thank you. | 10:19:13 |
| 24 | Mr. [sic] Cole? | 10:19:14 |
| 25 | MS. COLE:  Yes.  This is Jaime | 10:19:16 |

Page 10

| | | |
|---|---|---|
| 1 | Cole representing Amazon. | 10:19:18 |
| 2 | THE VIDEOGRAPHER:  Thank you. | 10:19:19 |
| 3 | Would the certified court please swear | 10:19:20 |
| 4 | in the witness. | 10:19:25 |
| 5 | MARIO MABANTA, | 10:19:25 |
| 6 | having been first duly sworn by the | 10:19:25 |
| 7 | Certified Stenographic Realtime Reporter, | 10:19:25 |
| 8 | testified as follows: | 10:19:39 |
| 9 | THE VIDEOGRAPHER:  Counsel? | 10:19:39 |
| 10 | EXAMINATION | 10:19:39 |
| 11 | BY MS. MARYOTT: | 10:19:39 |
| 12 | Q.    Good morning, Mr. Mabanta.  My | 10:19:40 |
| 13 | name is Michele Maryott, and I represent | 10:19:41 |
| 14 | the defendants in this case.  I'll be | 10:19:47 |
| 15 | taking your deposition today. | 10:19:50 |
| 16 | Could you please state your full | 10:19:52 |
| 17 | name for the record? | 10:19:53 |
| 18 | A.    Mario Rene Mabanta, Sr. | 10:19:53 |
| 19 | Q.    Is that your full legal name? | 10:19:55 |
| 20 | A.    Yes. | 10:19:57 |
| 21 | Q.    Have you ever had your | 10:19:58 |
| 22 | deposition taken before? | 10:19:59 |
| 23 | A.    No. | 10:20:01 |
| 24 | Q.    So I'm going to go over some of | 10:20:01 |
| 25 | the ground rules just to make sure you | 10:20:07 |

Page 11

| | | |
|---|---|---|
| 1 | understand how today's proceeding will go. | 10:20:09 |
| 2 | So do you understand that the | 10:20:12 |
| 3 | oath that you just took is the same oath | 10:20:13 |
| 4 | you would take if you were in the court of | 10:20:15 |
| 5 | law? | 10:20:18 |
| 6 | A.    Yes. | 10:20:18 |
| 7 | Q.    Okay.  And that's true even | 10:20:19 |
| 8 | though you are sitting it appears at home | 10:20:21 |
| 9 | today, right? | 10:20:24 |
| 10 | A.    Yes. | 10:20:25 |
| 11 | Q.    Okay.  And do you understand | 10:20:26 |
| 12 | that any of the answers that you give | 10:20:29 |
| 13 | today can be read to a judge or a jury or | 10:20:32 |
| 14 | put in court pleadings?  Do you understand | 10:20:35 |
| 15 | that? | 10:20:38 |
| 16 | A.    Yes. | 10:20:38 |
| 17 | Q.    I'm going to try to ask you very | 10:20:39 |
| 18 | clear questions, but if for some reason | 10:20:42 |
| 19 | you don't understand a question, I want | 10:20:45 |
| 20 | you to ask me to clarify it. | 10:20:47 |
| 21 | Does that sound fair? | 10:20:49 |
| 22 | A.    Yes. | 10:20:50 |
| 23 | Q.    So if you answer one of my | 10:20:51 |
| 24 | questions, can I assume that you heard and | 10:20:53 |
| 25 | understood it? | 10:20:55 |

Page 12

```
 1        A.    Yes.                           10:20:57

 2        Q.    Everything that we say today   10:20:57

 3   will be taken down by the court reporter, 10:21:02

 4   and you will be able to review the        10:21:06

 5   testimony and make changes if you so      10:21:08

 6   desire, but I want to caution you that if  10:21:11

 7   you make changes to your testimony, that I 10:21:14

 8   or anyone else could comment on that, and  10:21:16

 9   that could affect your credibility.        10:21:19

10        Do you understand that?              10:21:21

11        A.    Yes.                           10:21:22

12        Q.    Is there any reason you can't   10:21:23

13   give completely truthful answers today?   10:21:25

14        A.    No.                            10:21:28

15        Q.    There might be times when your  10:21:29

16   attorney objects for the record.  You can 10:21:33

17   go ahead and answer when that happens     10:21:36

18   unless there is an instruction not to     10:21:39

19   answer, and then you can decide whether to 10:21:42

20   take that.                                10:21:43

21        Do you understand that?              10:21:44

22        A.    I understand.                  10:21:45

23        Q.    Okay.  I may ask you to estimate 10:21:46

24   some things today.  I'm entitled to your  10:21:51

25   best recollection of events.  Do you --   10:21:54
```

Page 13

| | | |
|---|---|---|
| 1 | but I don't want you to guess about the | 10:21:57 |
| 2 | answers to any of my questions.  Do you | 10:21:59 |
| 3 | understand the difference between a guess | 10:22:03 |
| 4 | and an estimate? | 10:22:04 |
| 5 | A.    Yes. | 10:22:06 |
| 6 | Q.    Okay.  Very good. | 10:22:06 |
| 7 | I'm going to try to take a break | 10:22:09 |
| 8 | every hour, but if at any time you need a | 10:22:11 |
| 9 | break, please go ahead and ask for one. | 10:22:15 |
| 10 | The only time that I would ask to hold off | 10:22:18 |
| 11 | on the break is if there's a question | 10:22:21 |
| 12 | pending. | 10:22:22 |
| 13 | Does that sound fair to you? | 10:22:23 |
| 14 | A.    Yes. | 10:22:24 |
| 15 | Q.    Okay.  Have you taken any | 10:22:25 |
| 16 | medication that would affect your ability | 10:22:30 |
| 17 | to understand my questions or remember | 10:22:33 |
| 18 | events? | 10:22:36 |
| 19 | A.    No. | 10:22:37 |
| 20 | Q.    Okay.  Have you gone by any | 10:22:38 |
| 21 | other names other than Mario Rene Mabanta, | 10:22:47 |
| 22 | Sr.? | 10:22:47 |
| 23 | (Reporter clarification.) | 10:22:55 |
| 24 | A.    M-A-R-O-O, Maroo Mabanta. | 10:22:55 |
| 25 | BY MS. MARYOTT: | 10:23:08 |

Page 14

```
 1        Q.    Do you also go by Mario              10:23:08
 2    Fernandez Mabanta?                              10:23:12
 3        A.    Yes.                                  10:23:12
 4        Q.    During what time period did you       10:23:19
 5    go by the name Mario Fernandez Mabanta?         10:23:21
 6        A.    Long time.                            10:23:25
 7        Q.    Could you repeat that?                10:23:25
 8        A.    Long time.                            10:23:32
 9        Q.    A long time, okay.                    10:23:32
10              And is there any reason you use       10:23:32
11    Mario Fernandez Mabanta as opposed to           10:23:34
12    Mario Rene Mabanta, Sr.?                        10:23:38
13        A.    That's my legal name.                 10:23:40
14        Q.    Mario Fernandez Mabanta is your       10:23:45
15    legal name?                                     10:23:49
16        A.    Yes.                                  10:23:50
17        Q.    Have you changed your legal name      10:23:52
18    at some point in time?                          10:23:54
19        A.    No.  That's my mother's name.         10:23:55
20        Q.    So Mario Fernandez Mabanta is         10:24:00
21    your legal name, and Mario Rene Mabanta,        10:24:04
22    Sr., is just another name that you go by?       10:24:08
23        A.    Yes.                                  10:24:10
24        Q.    When did you start going by           10:24:11
25    Mario Rene Mabanta, Sr.?                        10:24:14
```

Page 15

| | | |
|---|---|---|
| 1 | A.    2020. | 10:24:16 |
| 2 | Q.    And why did you start going by | 10:24:25 |
| 3 | Mario Rene Mabanta, Sr., in 2020? | 10:24:27 |
| 4 | A.    That's what's written on my | 10:24:31 |
| 5 | driver's license.  In the Philippines you | 10:24:34 |
| 6 | have -- have different names.  You have | 10:24:39 |
| 7 | three, four names in between. | 10:24:41 |
| 8 | Q.    You use three or four different | 10:24:44 |
| 9 | names? | 10:24:46 |
| 10 | A.    No, in between. | 10:24:47 |
| 11 | Q.    Okay.  What are all the names | 10:24:49 |
| 12 | that you've gone by? | 10:24:51 |
| 13 | A.    Mario Rene Mabanta, Mario | 10:24:53 |
| 14 | Fernandez Mabanta.  Maroo -- Maroo is -- | 10:24:57 |
| 15 | (Reporter clarification.) | 10:24:57 |
| 16 | A.    -- my nickname. | 10:25:11 |
| 17 | BY MS. MARYOTT: | 10:25:18 |
| 18 | Q.    Have you gone by any other names | 10:25:18 |
| 19 | other than those three names? | 10:25:20 |
| 20 | A.    No. | 10:25:22 |
| 21 | Q.    And you've gone by all three | 10:25:22 |
| 22 | names since 2020? | 10:25:24 |
| 23 | A.    Yes. | 10:25:27 |
| 24 | Q.    But you did not go by Mario Rene | 10:25:29 |
| 25 | Mabanta prior to 2020? | 10:25:32 |

Page 16

| | | | |
|---|---|---|---|
| 1 | A. | No. | 10:25:34 |
| 2 | Q. | What is your birth date? | 10:25:35 |
| 3 | A. | FRCP 5.2 | 10:25:47 |
| 4 | Q. | And what's your current address? | 10:25:49 |
| 5 | A. | 1691 Mesa Drive, Newport Beach, | 10:25:52 |
| 6 | | California 92660, Apartment R-7. | 10:25:57 |
| 7 | Q. | How long have you lived at that | 10:26:01 |
| 8 | | address? | 10:26:02 |
| 9 | A. | Two years. | 10:26:04 |
| 10 | Q. | Do you own or rent that home? | 10:26:05 |
| 11 | A. | I rent it. | 10:26:08 |
| 12 | Q. | Do you live with anyone? | 10:26:09 |
| 13 | A. | My wife. | 10:26:12 |
| 14 | Q. | What's her name? | 10:26:13 |
| 15 | A. | Maria Mabanta. | 10:26:15 |
| 16 | Q. | Does she go by any other names? | 10:26:18 |
| 17 | A. | Arlene, Maria Arlene Mabanta. | 10:26:22 |
| 18 | Q. | When were you married? | 10:26:25 |
| 19 | A. | 1979, November 12th. | 10:26:28 |
| 20 | Q. | I'm impressed.  You remember | 10:26:31 |
| 21 | | your anniversary, well done. | 10:26:34 |
| 22 | | Do you have any children? | 10:26:36 |
| 23 | A. | Four. | 10:26:37 |
| 24 | Q. | What are their names and where | 10:26:38 |
| 25 | | do they live? | 10:26:39 |

Page 17

| | | |
|---|---|---|
| 1 | A.   FRCP 5.2 | 10:26:52 |
| 2 | (Reporter clarification.) | 10:26:52 |
| 3 | A.   FRCP 5.2 | 10:26:53 |
| 4 | (Reporter clarification.) | 10:26:53 |
| 5 | A.   FRCP 5.2 | 10:26:59 |
| 6 | FRCP 5.2 | 10:27:03 |
| 7 | My next son is FRCP 5.2 | 10:27:18 |
| 8 | My next son is FRCP 5.2 | 10:27:22 |
| 9 | (Reporter clarification.) | 10:27:22 |
| 10 | A.   FRCP 5.2 | 10:27:22 |
| 11 | BY MS. MARYOTT: | 10:27:38 |
| 12 | Q.   Do any of your children live | 10:27:38 |
| 13 | with you? | 10:27:41 |
| 14 | A.   No. | 10:27:41 |
| 15 | Q.   Does anyone live with you and | 10:27:41 |
| 16 | your wife? | 10:27:45 |
| 17 | A.   No. | 10:27:45 |
| 18 | Q.   Do you have any plans to move? | 10:27:46 |
| 19 | A.   No. | 10:27:48 |
| 20 | Q.   What is your current cell phone | 10:27:54 |
| 21 | number? | 10:27:56 |
| 22 | A.   415-866-6276. | 10:27:57 |
| 23 | Q.   How long have you had that | 10:28:01 |
| 24 | number? | 10:28:03 |
| 25 | A.   Two years now. | 10:28:05 |

Page 18

```
 1        Q.    Did you have that number while      10:28:10

 2   you were employed at Prime Now?                10:28:11

 3        A.    Yes.                                10:28:14

 4        Q.    Do you have any other phone         10:28:14

 5   numbers that you use?                          10:28:17

 6        A.    No.                                 10:28:19

 7        Q.    What kind of phone do you have?     10:28:19

 8        A.    It's an iPhone.                     10:28:23

 9        Q.    I see you just looked down.  So     10:28:24

10   I assume you have your phone with you?         10:28:28

11        A.    Yes.                                10:28:29

12        Q.    Okay.  Do you have any other        10:28:30

13   devices with you other than your computer?     10:28:32

14        A.    No.                                 10:28:34

15        Q.    Okay.  And I saw that your wife     10:28:35

16   came into the picture when you were having     10:28:38

17   the -- the technical issues.  Is she           10:28:40

18   assisting you today with any technical         10:28:42

19   issues?                                        10:28:45

20        A.    Only technical issues.              10:28:47

21        Q.    Okay.  And is there anyone else     10:28:48

22   in the room with you right now?                10:28:52

23        A.    No.                                 10:28:53

24        Q.    And you're on a computer so we      10:28:54

25   know you own a computer.  Do you own more      10:29:02
```

Page 19

| | | |
|---|---|---|
| 1 | than one computer? | 10:29:04 |
| 2 | A.   Yes. | 10:29:06 |
| 3 | Q.   How many do you own? | 10:29:07 |
| 4 | A.   We own two. | 10:29:08 |
| 5 | Q.   And did you have those computers | 10:29:12 |
| 6 | while you were employed with Prime Now? | 10:29:14 |
| 7 | A.   Yes. | 10:29:16 |
| 8 | Q.   And are they a laptop and a | 10:29:17 |
| 9 | desktop? | 10:29:23 |
| 10 | A.   Yes. | 10:29:24 |
| 11 | Q.   Which one did you use primarily | 10:29:25 |
| 12 | during your employment with Prime Now? | 10:29:29 |
| 13 | A.   Laptop. | 10:29:31 |
| 14 | Q.   And do you share either of your | 10:29:32 |
| 15 | computers with anyone? | 10:29:36 |
| 16 | A.   No. | 10:29:38 |
| 17 | Q.   Do you share your phone with | 10:29:38 |
| 18 | anyone? | 10:29:40 |
| 19 | A.   No. | 10:29:40 |
| 20 | Q.   What is your current e-mail | 10:29:41 |
| 21 | address? | 10:29:44 |
| 22 | (Reporter clarification.) | 10:29:44 |
| 23 | A.   Maroomaroo1112@gmail.com. | 10:29:53 |
| 24 | BY MS. MARYOTT: | 10:29:59 |
| 25 | Q.   Do you have any other e-mail | 10:29:59 |

Page 20

| | | |
|---|---|---|
| 1 | addresses? | 10:30:00 |
| 2 | A.   No. | 10:30:01 |
| 3 | Q.   Do you share that e-mail address | 10:30:01 |
| 4 | with anyone? | 10:30:06 |
| 5 | A.   No. | 10:30:06 |
| 6 | Q.   Does anyone have access to your | 10:30:07 |
| 7 | e-mail other than you? | 10:30:09 |
| 8 | A.   My wife. | 10:30:10 |
| 9 | Q.   Does she send any e-mails from | 10:30:11 |
| 10 | that address? | 10:30:24 |
| 11 | A.   No. | 10:30:25 |
| 12 | MS. BAKER:  Objection, calls for | 10:30:25 |
| 13 | speculation. | 10:30:26 |
| 14 | BY MS. MARYOTT: | 10:30:27 |
| 15 | Q.   Do you have any social media? | 10:30:28 |
| 16 | A.   No. | 10:30:29 |
| 17 | Q.   So you're not on Instagram or | 10:30:33 |
| 18 | Twitter? | 10:30:35 |
| 19 | A.   No. | 10:30:35 |
| 20 | Q.   Did you attend high school? | 10:30:36 |
| 21 | A.   Yes. | 10:30:40 |
| 22 | Q.   What year did you graduate? | 10:30:40 |
| 23 | A.   1973. | 10:30:44 |
| 24 | Q.   Where did you attend high | 10:30:46 |
| 25 | school? | 10:30:47 |

Page 21

| | | |
|---|---|---|
| 1 | A.    In Canada. | 10:30:48 |
| 2 | Q.    Did you attend any college? | 10:30:51 |
| 3 | A.    Yes. | 10:30:55 |
| 4 | Q.    Where did you go to college? | 10:30:55 |
| 5 | A.    I went to college in Canada and | 10:30:58 |
| 6 | the Philippines. | 10:31:01 |
| 7 | Q.    What college in Canada did you | 10:31:02 |
| 8 | attend? | 10:31:06 |
| 9 | A.    It was a technical school. | 10:31:09 |
| 10 | Q.    Was there a particular vocation | 10:31:17 |
| 11 | that you studied at the college in Canada? | 10:31:22 |
| 12 | A.    Yes, hotel restaurant | 10:31:25 |
| 13 | management. | 10:31:27 |
| 14 | Q.    And you don't recall the name of | 10:31:28 |
| 15 | the college? | 10:31:32 |
| 16 | A.    University -- no, it's not a | 10:31:35 |
| 17 | university.  It's British Columbia | 10:31:37 |
| 18 | Institute of Technology. | 10:31:39 |
| 19 | (Reporter clarification.) | 10:31:46 |
| 20 | A.    Yes, BCIT. | 10:31:46 |
| 21 | BY MS. MARYOTT: | 10:31:47 |
| 22 | Q.    You mentioned that you also went | 10:31:47 |
| 23 | to college in the Philippines? | 10:31:49 |
| 24 | A.    Yes. | 10:31:51 |
| 25 | Q.    What college did you attend in | 10:31:51 |

Page 22

| | | |
|---|---|---|
| 1 | the Philippines? | 10:31:53 |
| 2 |     A.    Far Eastern University. | 10:31:56 |
| 3 |     Q.    What years did you attend | 10:31:57 |
| 4 | Far Eastern University? | 10:32:00 |
| 5 |     A.    After I graduated from high | 10:32:02 |
| 6 | school in the Philippines. | 10:32:05 |
| 7 |     Q.    So after you graduated from high | 10:32:11 |
| 8 | school in Canada -- | 10:32:12 |
| 9 |     (Reporter clarification.) | 10:32:12 |
| 10 | BY MS. MARYOTT: | 10:32:12 |
| 11 |     Q.    -- in 1973, you went to | 10:32:25 |
| 12 | Far Eastern University in the Philippines? | 10:32:27 |
| 13 |     A.    Yes. | 10:32:29 |
| 14 |     Q.    Did you obtain a degree there? | 10:32:34 |
| 15 |     A.    Yes. | 10:32:36 |
| 16 |     Q.    In what? | 10:32:38 |
| 17 |     A.    Political science. | 10:32:39 |
| 18 |     Q.    And was it after you graduated | 10:32:41 |
| 19 | from Far Eastern University that you went | 10:32:45 |
| 20 | back to Canada and attended the technical | 10:32:47 |
| 21 | school? | 10:32:50 |
| 22 |     A.    Yes. | 10:32:51 |
| 23 |     Q.    Did you receive a degree or | 10:32:51 |
| 24 | certificate of some kind from the British | 10:32:56 |
| 25 | Columbia Institute of Technology? | 10:33:00 |

Page 23

```
 1        A.    No.                          10:33:02

 2        Q.    Have you had any other education   10:33:03

 3   other than what we've just described?   10:33:10

 4        A.    No.                          10:33:11

 5        Q.    You haven't taken any courses of   10:33:12

 6   any kind?                               10:33:14

 7        A.    No.                          10:33:15

 8        Q.    Do you hold any professional    10:33:15

 9   licenses?                               10:33:18

10        A.    No.                          10:33:19

11        Q.    Have you at any time?        10:33:19

12        A.    No.                          10:33:23

13        Q.    So generally, what was your   10:33:25

14   occupation after you graduated from    10:33:27

15   college?                                10:33:30

16        A.    I was working at -- with my   10:33:32

17   brother.                                10:33:38

18        Q.    In what business?            10:33:42

19        A.    The stock market.            10:33:44

20        Q.    And when you say you were    10:33:46

21   working with your brother in the stock  10:33:50

22   market, what do you mean?               10:33:52

23        A.    He was a licensed broker.    10:33:55

24        Q.    So you have held a professional   10:33:57

25   license at some point in time?          10:34:01
```

Page 24

| | | |
|---|---|---|
| 1 | A.    No. | 10:34:03 |
| 2 | Q.    Your brother did? | 10:34:05 |
| 3 | A.    My brother did. | 10:34:06 |
| 4 | Q.    Have you ever attempted to get | 10:34:12 |
| 5 | any of your brokerage licenses? | 10:34:13 |
| 6 | A.    No. | 10:34:16 |
| 7 | Q.    So what did you do for your | 10:34:21 |
| 8 | brother? | 10:34:22 |
| 9 | A.    Did paperwork. | 10:34:22 |
| 10 | Q.    And for how long did you work | 10:34:27 |
| 11 | with your brother? | 10:34:28 |
| 12 | A.    For -- I worked with him for | 10:34:30 |
| 13 | about two years. | 10:34:31 |
| 14 | Q.    Any other occupations you have | 10:34:39 |
| 15 | pursued since you graduated from college? | 10:34:42 |
| 16 | Because I have your résumé, and I see that | 10:34:45 |
| 17 | you list work from 2012 forward, but I'm | 10:34:49 |
| 18 | curious to know kind of what you did | 10:34:53 |
| 19 | before that. | 10:34:55 |
| 20 | So can you describe that for me | 10:34:55 |
| 21 | generally? | 10:34:57 |
| 22 | A.    Yes.  I was working in a | 10:34:58 |
| 23 | foundation called My Cross Ministry -- | 10:35:00 |
| 24 | (Reporter clarification.) | 10:35:00 |
| 25 | A.    -- here in the United States. | 10:35:22 |

Page 25

| | | |
|---|---|---|
| 1 | (Reporter clarification.) | 10:35:22 |
| 2 | BY MS. MARYOTT: | 10:35:22 |
| 3 | Q.    You started that in 2011, right? | 10:35:23 |
| 4 | A.    Yes.  I'm still a volunteer up | 10:35:27 |
| 5 | to now. | 10:35:29 |
| 6 | Q.    So I'm trying to get a sense, | 10:35:30 |
| 7 | Mr. Mabanta, just very generally -- I | 10:35:32 |
| 8 | don't need your entire employment history, | 10:35:34 |
| 9 | but I'm just interested in kind of what | 10:35:36 |
| 10 | kind of occupation you were in between | 10:35:40 |
| 11 | 19 -- say '79 when you graduated from | 10:35:43 |
| 12 | Far Eastern University and September of | 10:35:47 |
| 13 | 2011 when you started working at My Cross | 10:35:50 |
| 14 | Ministry. | 10:35:50 |
| 15 | You mentioned your brother, but | 10:35:54 |
| 16 | are there any other occupations or | 10:35:55 |
| 17 | businesses you worked in -- | 10:35:57 |
| 18 | A.    No. | 10:35:58 |
| 19 | Q.    You didn't do any work between | 10:35:59 |
| 20 | 1979 and 2011? | 10:36:03 |
| 21 | A.    Yes, nothing. | 10:36:06 |
| 22 | Q.    Have you ever owned a business? | 10:36:09 |
| 23 | A.    Yes. | 10:36:14 |
| 24 | Q.    When did you own a business? | 10:36:15 |
| 25 | A.    2001. | 10:36:16 |

Page 26

| | |
|---|---|
| 1 | Q.    And how many businesses have you | 10:36:23 |
| 2 | owned over time? | 10:36:25 |
| 3 | A.    About six or seven. | 10:36:27 |
| 4 | Q.    What were the names of the | 10:36:29 |
| 5 | businesses you owned? | 10:36:32 |
| 6 | A.    Biotopical -- | 10:36:41 |
| 7 | (Reporter clarification.) | 10:36:41 |
| 8 | A.    Biotopical. | 10:36:41 |
| 9 | BY MS. MARYOTT: | 10:36:47 |
| 10 | Q.    Biotopical Corporation; is that | 10:36:47 |
| 11 | what you said? | 10:36:49 |
| 12 | A.    Yes. | 10:36:50 |
| 13 | Q.    So that's one.  What's the next | 10:36:51 |
| 14 | one? | 10:36:53 |
| 15 | A.    There's a few, but I forgot | 10:36:57 |
| 16 | already.  Electronic Recycling | 10:37:00 |
| 17 | Corporation. | 10:37:00 |
| 18 | (Reporter clarification.) | 10:37:00 |
| 19 | A.    Recycling. | 10:37:00 |
| 20 | BY MS. MARYOTT: | 10:37:15 |
| 21 | Q.    Recycling, okay.  Electronic | 10:37:15 |
| 22 | Recycling Corporation, that's two. | 10:37:21 |
| 23 | What other businesses have you | 10:37:24 |
| 24 | owned? | 10:37:25 |
| 25 | A.    I can't remember. | 10:37:30 |

Page 27

| | | |
|---|---|---|
| 1 | Q. Okay. What -- what years was | 10:37:31 |
| 2 | Biotopical Corporation in operation? | 10:37:35 |
| 3 | A. 2001 to 2003. | 10:37:40 |
| 4 | Q. Okay. And what years was | 10:37:45 |
| 5 | Electronic Recycling Corporation in | 10:37:47 |
| 6 | operation? | 10:37:50 |
| 7 | A. 2001 to 2003. | 10:37:51 |
| 8 | Q. Okay. And what was the business | 10:37:56 |
| 9 | of Biotopical Corporation? | 10:37:57 |
| 10 | A. Making hand sanitizers. | 10:38:01 |
| 11 | Q. Where was that business located? | 10:38:08 |
| 12 | (Reporter clarification.) | 10:38:11 |
| 13 | A. Fountain Valley, California. | 10:38:11 |
| 14 | BY MS. MARYOTT: | 10:38:18 |
| 15 | Q. And were -- you were -- were you | 10:38:18 |
| 16 | the sole owner of that business? | 10:38:24 |
| 17 | A. No, I had a partner. | 10:38:28 |
| 18 | Q. Who was your partner? | 10:38:29 |
| 19 | A. David Lester. | 10:38:31 |
| 20 | Q. Did you have employees? | 10:38:34 |
| 21 | A. Yes. | 10:38:38 |
| 22 | Q. How many? | 10:38:39 |
| 23 | A. We had 22 employees. | 10:38:41 |
| 24 | Q. And what was your role in the | 10:38:43 |
| 25 | business? What was your position? | 10:38:49 |

Page 28

| | | |
|---|---|---|
| 1 | A.     Managing partner. | 10:38:51 |
| 2 | Q.     The hand sanitizer that you | 10:38:59 |
| 3 | manufactured, did it go under a certain | 10:39:03 |
| 4 | brand name? | 10:39:05 |
| 5 | A.     Yes, Sanisof. | 10:39:06 |
| 6 | Q.     What was Mr. Lester's position | 10:39:13 |
| 7 | in Biotopical Corporation? | 10:39:16 |
| 8 | A.     I would say silent partner. | 10:39:20 |
| 9 | Q.     And so I'm assuming the location | 10:39:27 |
| 10 | in Fountain Valley was the manufacturing | 10:39:30 |
| 11 | plant; is that right? | 10:39:33 |
| 12 | A.     Yes. | 10:39:35 |
| 13 | Q.     And is that where you actually | 10:39:35 |
| 14 | manufactured the hand sanitizer? | 10:39:37 |
| 15 | A.     Yes. | 10:39:41 |
| 16 | Q.     And you were responsible for | 10:39:41 |
| 17 | handling employment matters as to your | 10:39:44 |
| 18 | 22 employees; is that right? | 10:39:47 |
| 19 | A.     Yes. | 10:39:50 |
| 20 | Q.     Did you have an HR person | 10:39:50 |
| 21 | working in your company? | 10:39:58 |
| 22 | A.     No. | 10:39:59 |
| 23 | Q.     So who handled HR or human | 10:39:59 |
| 24 | resources rather? | 10:40:02 |
| 25 | A.     I did. | 10:40:04 |

Page 29

| | | |
|---|---|---|
| 1 | Q.    So in that role, were you | 10:40:04 |
| 2 | responsible for making sure your employees | 10:40:08 |
| 3 | got paid properly? | 10:40:10 |
| 4 | A.    Yes. | 10:40:11 |
| 5 | Q.    And were you also responsible | 10:40:12 |
| 6 | for making sure they got meal periods and | 10:40:14 |
| 7 | rest breaks? | 10:40:18 |
| 8 | A.    Yes. | 10:40:18 |
| 9 | Q.    So you were very familiar, I | 10:40:19 |
| 10 | assume, as the managing partner with the | 10:40:21 |
| 11 | rules around those issues; is that fair? | 10:40:23 |
| 12 | A.    Yes. | 10:40:26 |
| 13 | Q.    What happened to Biotopical | 10:40:26 |
| 14 | Corporation in 2003? | 10:40:29 |
| 15 | A.    We had to close up. | 10:40:31 |
| 16 | Q.    Why did you have to close up? | 10:40:32 |
| 17 | A.    We ran out of funds. | 10:40:34 |
| 18 | Q.    And as to Electronic Recycling | 10:40:36 |
| 19 | Corporation, what was the business of that | 10:40:46 |
| 20 | company? | 10:40:49 |
| 21 | A.    Recycling of old electronics. | 10:40:50 |
| 22 | Q.    Just like the name, got it. | 10:40:55 |
| 23 | And did you own that business | 10:40:57 |
| 24 | alone? | 10:41:00 |
| 25 | A.    No. | 10:41:01 |

Page 30

| | | |
|---|---|---|
| 1 | Q.   Did you own it with Mr. Lester? | 10:41:02 |
| 2 | A.   Yes. | 10:41:05 |
| 3 | Q.   Were you the managing partner, | 10:41:06 |
| 4 | and he was the silent partner? | 10:41:09 |
| 5 | A.   Yes. | 10:41:12 |
| 6 | Q.   Where was that business located? | 10:41:12 |
| 7 | A.   Fountain Valley, California. | 10:41:16 |
| 8 | Q.   Did you run Biotopical | 10:41:19 |
| 9 | Corporation and Electronic Recycling | 10:41:21 |
| 10 | Corporation out of the same facility? | 10:41:24 |
| 11 | A.   Yes. | 10:41:25 |
| 12 | Q.   What was the address? | 10:41:26 |
| 13 | (Reporter clarification.) | 10:41:26 |
| 14 | A.   I can't remember. | 10:41:29 |
| 15 | BY MS. MARYOTT: | 10:41:29 |
| 16 | Q.   Did Electronic Recycling | 10:41:42 |
| 17 | Corporation have employees? | 10:41:45 |
| 18 | A.   Yes. | 10:41:46 |
| 19 | Q.   How many? | 10:41:47 |
| 20 | A.   Five. | 10:41:49 |
| 21 | Q.   And just like with Biotopical | 10:41:49 |
| 22 | Corporation, were you the person | 10:42:01 |
| 23 | responsible for making sure you complied | 10:42:02 |
| 24 | with the employment laws? | 10:42:03 |
| 25 | A.   Yes. | 10:42:05 |

Page 31

```
 1          Q.    Was another one of your          10:42:05

 2     businesses Trade Show Corporation?         10:42:08

 3          A.    Yes.                             10:42:10

 4          Q.    What did Trade Show Corporation  10:42:10

 5     do?                                         10:42:12

 6          A.    We did trade shows.             10:42:16

 7          Q.    So can you describe that?       10:42:19

 8          A.    Yes.                             10:42:22

 9               (Reporter clarification.)        10:42:22

10          A.    We used to go to trade shows and 10:42:22

11     do their signs.                            10:42:30

12     BY MS. MARYOTT:                             10:42:36

13          Q.    So did you organize trade shows? 10:42:36

14          A.    Yes.                             10:42:39

15          Q.    When was that business in       10:42:40

16     existence?                                 10:42:43

17          A.    Same time, 2001 to 2003.        10:42:46

18          Q.    And was it the same setup where 10:42:50

19     you were the managing partner and          10:42:56

20     Mr. Lester was the silent partner?         10:42:58

21          A.    Yes.                             10:43:01

22          Q.    Did Trade Show Corporation have 10:43:02

23     any employees?                             10:43:05

24          A.    Two.                             10:43:06

25          Q.    Who were they?                  10:43:08
```

Page 32

```
 1        A.    I don't remember anymore.        10:43:11
 2        Q.    So was it you and two other      10:43:12
 3   people?                                     10:43:14
 4        A.    Yes.                             10:43:15
 5        Q.    So what industry did you set up  10:43:15
 6   trade shows for or industries?             10:43:22
 7        A.    For Biotopical and Electronic    10:43:25
 8   Recycling.                                  10:43:29
 9        Q.    So you had a separate entity     10:43:29
10   that would arrange for Biotopical and      10:43:32
11   Electronic Recycling to appear at trade    10:43:35
12   shows?                                      10:43:39
13        A.    Yes.                             10:43:40
14        Q.    Why did you have a separate      10:43:40
15   entity for that?                           10:43:44
16        A.    Well, at that time it seemed     10:43:45
17   like it was good.                          10:43:46
18        Q.    So did Trade Show Corporation    10:43:51
19   shut down in 2003 as well?                 10:43:56
20        A.    Yes, they all shut down.         10:43:58
21        Q.    If at any time you remember the  10:44:02
22   names of the other businesses that you've  10:44:06
23   operated, feel free to interrupt and let   10:44:09
24   me know what those -- what those are.      10:44:12
25        A.    I will.                          10:44:15
```

Page 33

```
 1        Q.    Do you have records that would      10:44:15
 2   help you identify what those are?             10:44:17
 3        A.    No, not anymore.                    10:44:19
 4        Q.    Okay.  Are you currently            10:44:21
 5   employed?                                      10:44:22
 6        A.    No.                                 10:44:23
 7        Q.    When was the last time you were     10:44:23
 8   employed?                                      10:44:27
 9        A.    2000- -- last year, 2020.           10:44:33
10        Q.    Where were you employed in 2020?    10:44:37
11        A.    Rapid Manufacturing.                10:44:44
12        Q.    Can you say that again?             10:44:46
13        A.    Rapid Manufacturing.                10:44:48
14        Q.    And you stopped working there in    10:44:50
15   March of 2020; is that right?                  10:44:57
16        A.    Yes.                                10:44:58
17        Q.    So have you held any jobs since     10:44:59
18   March of 2020?                                 10:45:01
19        A.    No.                                 10:45:02
20        Q.    Have you been self-employed in      10:45:06
21   any capacity since March of 2020?             10:45:11
22        A.    No.                                 10:45:15
23        Q.    Have you performed any work of      10:45:15
24   any kind since --                              10:45:18
25        A.    No.                                 10:45:19
```

Page 34

| | | |
|---|---|---|
| 1 | Q.    -- since March of 2020? | 10:45:19 |
| 2 | A.    No. | 10:45:22 |
| 3 | Q.    Okay.  And, Mr. Mabanta, that | 10:45:22 |
| 4 | reminds me, one of the things I forgot to | 10:45:24 |
| 5 | caution you about, and you've actually | 10:45:29 |
| 6 | done a very good job at this so far, is | 10:45:31 |
| 7 | waiting until I finish asking my question | 10:45:36 |
| 8 | before you answer, and I'm trying to do | 10:45:38 |
| 9 | the same, so we will continue to do that, | 10:45:39 |
| 10 | and it makes it a lot easier for the court | 10:45:40 |
| 11 | reporter. | 10:45:43 |
| 12 | Okay.  So what have you been | 10:45:44 |
| 13 | doing since March of 2020? | 10:45:46 |
| 14 | A.    Receiving unemployment | 10:45:47 |
| 15 | insurance. | 10:45:48 |
| 16 | Q.    When you worked at Rapid | 10:45:49 |
| 17 | Manufacturing, did you -- what were your | 10:46:00 |
| 18 | job duties? | 10:46:02 |
| 19 | A.    Quality control. | 10:46:04 |
| 20 | Q.    So we're going to put an exhibit | 10:46:05 |
| 21 | up on the screen, and it's tab 2. | 10:46:18 |
| 22 | MS. MARYOTT:  Hazel? | 10:46:27 |
| 23 | BY MS. MARYOTT: | 10:46:30 |
| 24 | Q.    So, Mr. Mabanta, we're going to | 10:46:30 |
| 25 | test out your Exhibit Share skills like we | 10:46:36 |

Page 35

| | | |
|---|---|---|
| 1 | practiced before we got on the deposition. | 10:46:42 |
| 2 | A.    Okay. | 10:46:42 |
| 3 | MS. MARYOTT:  And, Hazel, just | 10:47:00 |
| 4 | let us know when it's showing as | 10:47:02 |
| 5 | loaded.  That would be great. | 10:47:04 |
| 6 | BY MS. MARYOTT: | 10:47:30 |
| 7 | Q.    While she's doing that, have you | 10:47:32 |
| 8 | applied for any positions since March of | 10:47:34 |
| 9 | 2020? | 10:47:36 |
| 10 | A.    I've been applying to a lot of | 10:47:37 |
| 11 | jobs. | 10:47:39 |
| 12 | Q.    During what time period have you | 10:47:40 |
| 13 | applied for jobs? | 10:47:41 |
| 14 | A.    From 2020 to present. | 10:47:43 |
| 15 | Q.    And what kind of jobs have you | 10:47:46 |
| 16 | applied for? | 10:47:48 |
| 17 | A.    Same, quality control. | 10:47:49 |
| 18 | Q.    Why did you stop working at | 10:47:50 |
| 19 | Rapid Manufacturing? | 10:47:55 |
| 20 | A.    I got sick, and COVID came in. | 10:47:56 |
| 21 | MS. CHUANG:  So the exhibit | 10:48:13 |
| 22 | should be up. | 10:48:15 |
| 23 | MS. MARYOTT:  Great. | 10:48:16 |
| 24 | BY MS. MARYOTT: | 10:48:16 |
| 25 | Q.    So it's marked as Exhibit 2, | 10:48:16 |

Page 36

```
 1    Mr. Mabanta.  You can go ahead and open        10:48:18
 2    that, and let me know when you have it         10:48:20
 3    open on your screen.                           10:48:22
 4           (Exhibit 2, Mr. Mabanta's              10:48:23
 5        résumé, marked for identification.)       10:48:23
 6        A.    Exhibit 2?                           10:48:27
 7    BY MS. MARYOTT:                                 10:48:28
 8        Q.    Yes.  Do you recognize this          10:48:28
 9    document as your résumé?                        10:48:30
10        A.    I don't have it yet.                  10:48:35
11        Q.    Oh, okay.                             10:48:36
12        A.    I have a copy of it right now         10:48:43
13    with me.                                        10:48:46
14        Q.    I'm sorry.  What did you say?         10:48:47
15        A.    I have a copy with me.                10:48:48
16        Q.    You have --                           10:48:50
17           MS. BAKER:  Mario, are you able        10:48:52
18        to view the exhibit in Exhibit Share?     10:48:54
19        I want you to view the exhibits that      10:48:56
20        we're viewing.                             10:48:58
21           THE WITNESS:  I'm trying to open       10:49:00
22        it.  Just a sec.                           10:49:01
23           MS. BAKER:  Okay.  Take your           10:49:04
24        time.  Are you in Exhibit Share?          10:49:05
25           THE WITNESS:  Not yet.  I'm            10:49:37
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | trying to look for it.  I'm not good | 10:49:38 |
| 2 | at technical stuff. | 10:49:40 |
| 3 | MS. BAKER:  What do you see on | 10:49:55 |
| 4 | your screen now? | 10:49:57 |
| 5 | THE WITNESS:  Veritext Legal | 10:50:01 |
| 6 | Solution Client Portal. | 10:50:05 |
| 7 | MS. BAKER:  And do you see a | 10:50:09 |
| 8 | link for Exhibit Share? | 10:50:11 |
| 9 | THE WITNESS:  No. | 10:50:13 |
| 10 | MS. BAKER:  Okay. | 10:50:14 |
| 11 | THE COURT REPORTER:  Should we | 10:50:17 |
| 12 | go off the record? | 10:50:18 |
| 13 | MS. BAKER:  Yeah, off the | 10:50:19 |
| 14 | record. | 10:50:20 |
| 15 | MS. MARYOTT:  Actually, no. | 10:50:22 |
| 16 | Excuse me, Montana.  Sorry.  Let's | 10:50:22 |
| 17 | stay on the record for a minute. | 10:50:26 |
| 18 | BY MS. MARYOTT: | 10:50:26 |
| 19 | Q.   Mr. Mabanta, you mentioned that | 10:50:27 |
| 20 | you had some document in front of you? | 10:50:28 |
| 21 | A.   Yes. | 10:50:30 |
| 22 | Q.   What documents do you have in | 10:50:30 |
| 23 | front of you? | 10:50:32 |
| 24 | A.   My résumé. | 10:50:33 |
| 25 | Q.   Do you have any other documents | 10:50:35 |

Page 38

| | | |
|---|---|---|
| 1 | in front of you? | 10:50:37 |
| 2 | A.    No. | 10:50:39 |
| 3 | Q.    And why did you have your résumé | 10:50:39 |
| 4 | in front of you for the deposition? | 10:50:43 |
| 5 | A.    I don't know.  I just happen to | 10:50:47 |
| 6 | have it here. | 10:50:48 |
| 7 | Q.    Okay. | 10:50:49 |
| 8 | MS. MARYOTT:  Yes.  I guess | 10:50:57 |
| 9 | we'll have to go -- we'll go off the | 10:50:58 |
| 10 | record and try to help you through | 10:51:01 |
| 11 | the -- the technology.  We had it | 10:51:02 |
| 12 | before the break.  We'll have to work | 10:51:04 |
| 13 | with you to get it back up, but it | 10:51:08 |
| 14 | will be worth it once you do.  You can | 10:51:10 |
| 15 | leave it up and then look at the | 10:51:12 |
| 16 | exhibits. | 10:51:14 |
| 17 | So why don't we go ahead and | 10:51:14 |
| 18 | take that break now. | 10:51:16 |
| 19 | THE WITNESS:  Okay. | 10:51:17 |
| 20 | THE VIDEOGRAPHER:  Off the | 10:51:18 |
| 21 | record.  The time is 10:51 a.m. | 10:51:19 |
| 22 | (Whereupon, a recess is taken.) | 11:02:01 |
| 23 | THE VIDEOGRAPHER:  Back on the | 11:02:01 |
| 24 | record.  The time's 11:04 a.m. | 11:04:25 |
| 25 | BY MS. MARYOTT: | 11:04:29 |

Page 39

| | | |
|---|---|---|
| 1 | Q.    So during the break, | 11:04:29 |
| 2 | Mr. Mabanta, were you able to get help | 11:04:30 |
| 3 | understanding how Exhibit Share works? | 11:04:33 |
| 4 | A.    Yes. | 11:04:35 |
| 5 | Q.    And do you now have Exhibit 2 up | 11:04:36 |
| 6 | on the screen in front of you? | 11:04:39 |
| 7 | A.    I'll open it right now. | 11:04:42 |
| 8 | Q.    You were wearing your glasses | 11:04:44 |
| 9 | before.  Do you not need them to read on | 11:04:45 |
| 10 | the screen? | 11:04:48 |
| 11 | A.    I do. | 11:04:49 |
| 12 | Q.    Okay.  Okay.  So do you | 11:04:50 |
| 13 | recognize Exhibit 2 as your résumé? | 11:04:54 |
| 14 | A.    Yes. | 11:05:00 |
| 15 | Q.    Is this your most recent version | 11:05:00 |
| 16 | of your résumé? | 11:05:04 |
| 17 | A.    Yes. | 11:05:08 |
| 18 | Q.    Okay.  And I see under Rapid | 11:05:10 |
| 19 | Manufacturing, you have the dates December | 11:05:17 |
| 20 | 2019 to March 2019, but that's supposed to | 11:05:19 |
| 21 | be March 2020; is that right? | 11:05:26 |
| 22 | A.    Yes. | 11:05:29 |
| 23 | Q.    Is there a more recent version | 11:05:29 |
| 24 | of your résumé than this one? | 11:05:30 |
| 25 | A.    No. | 11:05:32 |

Page 40

| | | |
|---|---|---|
| 1 | Q.   Now, you worked at Flipside | 11:05:37 |
| 2 | Times from July of 2012 to January of | 11:05:40 |
| 3 | 2017; is that right? | 11:05:43 |
| 4 | A.   Yes. | 11:05:44 |
| 5 | Q.   Did you hold the same position | 11:05:45 |
| 6 | the entire time? | 11:05:46 |
| 7 | A.   Yes. | 11:05:48 |
| 8 | Q.   What exactly was your position? | 11:05:50 |
| 9 | A.   Managing director and marketing. | 11:05:54 |
| 10 | Q.   Were you an hourly employee? | 11:05:56 |
| 11 | A.   No. | 11:06:00 |
| 12 | Q.   You were salaried? | 11:06:04 |
| 13 | A.   Yes. | 11:06:06 |
| 14 | Q.   Did you supervise hourly | 11:06:06 |
| 15 | employees? | 11:06:08 |
| 16 | A.   Yes. | 11:06:09 |
| 17 | Q.   And were you responsible for | 11:06:09 |
| 18 | assisting the employees with regard to any | 11:06:11 |
| 19 | employment issues? | 11:06:14 |
| 20 | A.   Yes. | 11:06:15 |
| 21 | Q.   And did you have any | 11:06:17 |
| 22 | responsibilities around the taking of rest | 11:06:19 |
| 23 | breaks and meal periods? | 11:06:22 |
| 24 | A.   Yes. | 11:06:25 |
| 25 | Q.   What were your responsibilities? | 11:06:26 |

Page 41

| | | |
|---|---|---|
| 1 | A.    I told them that they need to | 11:06:29 |
| 2 | take breaks every four hours and meal | 11:06:31 |
| 3 | breaks within five hours. | 11:06:36 |
| 4 | Q.    Any other responsibilities in | 11:06:38 |
| 5 | that regard? | 11:06:42 |
| 6 | A.    No. | 11:06:43 |
| 7 | Q.    Did you advise employees about | 11:06:45 |
| 8 | not working off the clock? | 11:06:50 |
| 9 | A.    Yes. | 11:06:52 |
| 10 | Q.    What did you advise employees | 11:06:54 |
| 11 | about working off the clock? | 11:06:56 |
| 12 | (Reporter clarification.) | 11:06:59 |
| 13 | A.    They're not allowed to do that. | 11:06:59 |
| 14 | BY MS. MARYOTT: | 11:07:06 |
| 15 | Q.    Did you have any employees who | 11:07:06 |
| 16 | decided not to take their meal periods or | 11:07:09 |
| 17 | rest breaks? | 11:07:12 |
| 18 | A.    No. | 11:07:12 |
| 19 | Q.    You also worked for Taste | 11:07:13 |
| 20 | Restaurant & Night Club from January of | 11:07:19 |
| 21 | 2015 to December of 2015? | 11:07:21 |
| 22 | A.    Yes. | 11:07:24 |
| 23 | Q.    So you worked there while you | 11:07:24 |
| 24 | were working at Flipside? | 11:07:25 |
| 25 | A.    Yes. | 11:07:28 |

Page 42

| | | |
|---|---|---|
| 1 | Q.    And when you worked at Taste | 11:07:29 |
| 2 | Restaurant & Night Club, was that an | 11:07:34 |
| 3 | hourly position? | 11:07:35 |
| 4 | A.    Yes. | 11:07:36 |
| 5 | Q.    Did you clock in and out for | 11:07:36 |
| 6 | that job? | 11:07:38 |
| 7 | A.    Yes. | 11:07:39 |
| 8 | Q.    And were you aware of the rules | 11:07:45 |
| 9 | around when you could take meal periods | 11:07:47 |
| 10 | and rest breaks? | 11:07:49 |
| 11 | A.    Yes. | 11:07:49 |
| 12 | Q.    Did you supervise any hourly | 11:07:50 |
| 13 | employees when you were at Taste | 11:07:51 |
| 14 | Restaurant & Night Club? | 11:07:55 |
| 15 | A.    Yes. | 11:07:56 |
| 16 | Q.    And did you also advise them | 11:07:56 |
| 17 | about the rules regarding meal periods and | 11:07:58 |
| 18 | rest breaks? | 11:08:00 |
| 19 | A.    Yes. | 11:08:01 |
| 20 | Q.    Did you have any employees who | 11:08:01 |
| 21 | did not want to take their meal periods or | 11:08:05 |
| 22 | rest breaks? | 11:08:08 |
| 23 | A.    No. | 11:08:08 |
| 24 | Q.    Now, there are several jobs | 11:08:09 |
| 25 | listed on here, Volt WorkForce Solutions, | 11:08:10 |

Page 43

| | | |
|---|---|---|
| 1 | Oakley and Medtronic where you noted temp, | 11:08:17 |
| 2 | T-E-M-P, and then an asterisk. | 11:08:21 |
| 3 | Were those temporary positions? | 11:08:24 |
| 4 | A.    Yes. | 11:08:26 |
| 5 | Q.    And were you hired on as a | 11:08:26 |
| 6 | temporary employee? | 11:08:29 |
| 7 | A.    Yes. | 11:08:30 |
| 8 | Q.    Did you obtain those jobs | 11:08:30 |
| 9 | through an agency of some kind? | 11:08:33 |
| 10 | A.    Yes. | 11:08:35 |
| 11 | Q.    What agency did you work with? | 11:08:36 |
| 12 | A.    I can't remember right now. | 11:08:42 |
| 13 | Q.    Were you trying to get a | 11:08:44 |
| 14 | full-time job when you went to work as a | 11:08:48 |
| 15 | temp employee? | 11:08:53 |
| 16 | A.    Yes. | 11:08:54 |
| 17 | Q.    And so did Medtronic offer you a | 11:08:54 |
| 18 | full-time job? | 11:08:59 |
| 19 | A.    No. | 11:09:00 |
| 20 | Q.    Did Oakley offer you a full-time | 11:09:00 |
| 21 | job? | 11:09:03 |
| 22 | A.    No. | 11:09:04 |
| 23 | Q.    Did Volt WorkForce Solutions | 11:09:04 |
| 24 | offer you a full-time job? | 11:09:08 |
| 25 | A.    No. | 11:09:13 |

Page 44

```
 1        Q.    And just so I'm clear,              11:09:13

 2   Mr. Mabanta, you weren't working anywhere      11:09:17

 3   in October of 2020; is that right?            11:09:21

 4        A.    That's right.                        11:09:23

 5        Q.    Have you been convicted of a         11:09:23

 6   crime, Mr. Mabanta?                             11:09:28

 7        A.    Yes.                                 11:09:29

 8        Q.    What crime?                          11:09:30

 9        (Reporter clarification.)                  11:09:30

10        A.    That was -- that I can remember,     11:09:33

11   it's grand theft.                              11:09:48

12   BY MS. MARYOTT:                                 11:09:49

13        Q.    So you've been convicted of          11:09:49

14   grand theft?                                   11:09:51

15        A.    Yes.                                 11:09:52

16        Q.    Have you also been convicted of      11:09:52

17   unlawfully selling unqualified securities?     11:09:54

18        A.    Yes.                                 11:09:57

19        Q.    Okay.  And unlawfully selling        11:09:58

20   unqualified securities was a felony?           11:10:01

21        A.    Yes.                                 11:10:03

22        Q.    And the grand theft was an           11:10:04

23   aggravated felony; is that right?             11:10:06

24        A.    Yes.                                 11:10:08

25        Q.    As part of your conviction, did      11:10:09
```

Page 45

| | | |
|---|---|---|
| 1 | you sign a statement of the factual basis | 11:10:14 |
| 2 | for your plea? | 11:10:17 |
| 3 | A.    I don't understand. | 11:10:20 |
| 4 | Q.    Did you sign a document stating | 11:10:22 |
| 5 | the factual basis for your plea? | 11:10:24 |
| 6 | MS. BAKER:  I believe he said he | 11:10:27 |
| 7 | doesn't understand.  That's the same | 11:10:29 |
| 8 | question. | 11:10:30 |
| 9 | BY MS. MARYOTT: | 11:10:30 |
| 10 | Q.    Did you enter -- did you enter a | 11:10:36 |
| 11 | plea, Mr. Mabanta? | 11:10:37 |
| 12 | A.    Yes, I did. | 11:10:38 |
| 13 | Q.    Did you sign something in | 11:10:39 |
| 14 | connection with your plea? | 11:10:40 |
| 15 | A.    Yes. | 11:10:41 |
| 16 | Q.    And in that plea, you admitted | 11:10:41 |
| 17 | that you had stolen $125,000 from | 11:10:44 |
| 18 | Mr. Lester; is that right? | 11:10:49 |
| 19 | A.    Yes. | 11:10:51 |
| 20 | Q.    And you acknowledged that you | 11:10:51 |
| 21 | made false representations to Mr. Lester | 11:10:55 |
| 22 | to get him to give you $125,000; is that | 11:10:58 |
| 23 | correct? | 11:11:02 |
| 24 | A.    Yes. | 11:11:03 |
| 25 | Q.    You also acknowledged in your | 11:11:03 |

Page 46

```
 1    plea statement that you used that money          11:11:07

 2    for the benefit of you and your family,          11:11:12

 3    not for the stated business of the company       11:11:14

 4    or the benefit of the investors, right?          11:11:17

 5         A.    Yes.                                   11:11:20

 6         Q.    How long was your sentence?            11:11:20

 7         A.    My sentence was -- I spent nine        11:11:25

 8    months in prison.                                11:11:32

 9         Q.    And your sentence was 16 months?       11:11:34

10         A.    16 months, yes.                        11:11:39

11         Q.    Where did you serve your               11:11:41

12    sentence?                                        11:11:43

13         A.    In Chino.                              11:11:45

14         Q.    And what period of time were you       11:11:47

15    in prison?                                       11:11:52

16         A.    2009 January to August 2009.           11:11:52

17         Q.    Did you request to withdraw that       11:12:01

18    plea at some point?                              11:12:08

19         A.    Yes.                                   11:12:11

20         Q.    Why did you request to withdraw        11:12:12

21    your plea?                                       11:12:20

22         A.    Because I didn't want it on my         11:12:21

23    record.                                          11:12:24

24         Q.    Is there any particular reason         11:12:24

25    you didn't want it in your record?               11:12:27
```

Page 47

| | | |
|---|---|---|
| 1 | A.    Well, because I was applying for | 11:12:32 |
| 2 | my green card.  It's been vacated. | 11:12:34 |
| 3 | Q.    So were you allowed to withdraw | 11:12:41 |
| 4 | your initial guilty plea? | 11:12:49 |
| 5 | A.    Yes. | 11:12:52 |
| 6 | Q.    And then you entered a new | 11:12:53 |
| 7 | guilty plea earlier this year; is that | 11:12:56 |
| 8 | right? | 11:12:58 |
| 9 | A.    Yes. | 11:12:58 |
| 10 | Q.    And in connection with the new | 11:12:59 |
| 11 | plea that you entered in May of 2021, you | 11:13:04 |
| 12 | admitted that on October 23, 2003 and | 11:13:12 |
| 13 | February 10, 2004, you made fraudulent | 11:13:17 |
| 14 | representations and sold unqualified | 11:13:21 |
| 15 | stocks to Dr. Lester in exchange for | 11:13:23 |
| 16 | $100,000; is that right? | 11:13:26 |
| 17 | A.    Yes. | 11:13:28 |
| 18 | Q.    What did the fraudulent | 11:13:29 |
| 19 | representations entail? | 11:13:31 |
| 20 | A.    I was going to take the company | 11:14:01 |
| 21 | public. | 11:14:03 |
| 22 | Q.    So you told Mr. Lester that you | 11:14:05 |
| 23 | were going to take Biotopical Corporation | 11:14:07 |
| 24 | public? | 11:14:10 |
| 25 | A.    Yes. | 11:14:11 |

Page 48

| | | |
|---|---|---|
| 1 | Q.    Did you also tell him you were | 11:14:11 |
| 2 | going to take Electronic Recycling public? | 11:14:14 |
| 3 | A.    Yes. | 11:14:17 |
| 4 | Q.    And that was to try to get him | 11:14:18 |
| 5 | to give you money? | 11:14:22 |
| 6 | A.    Yes. | 11:14:24 |
| 7 | Q.    In connection with your request | 11:14:35 |
| 8 | to withdraw your guilty plea, did you have | 11:14:36 |
| 9 | people submit letters to the Court? | 11:14:40 |
| 10 | A.    Yes. | 11:14:43 |
| 11 | Q.    Did your wife submit a letter to | 11:14:43 |
| 12 | the Court? | 11:14:46 |
| 13 | A.    Yes. | 11:14:47 |
| 14 | Q.    Did you read the letter your | 11:14:48 |
| 15 | wife wrote before she submitted it to the | 11:14:50 |
| 16 | Court? | 11:14:53 |
| 17 | A.    No. | 11:14:53 |
| 18 | Q.    Are you currently on probation? | 11:14:53 |
| 19 | A.    Yes. | 11:15:01 |
| 20 | Q.    When is your probation supposed | 11:15:02 |
| 21 | to end? | 11:15:06 |
| 22 | A.    Two years -- starting May 2021, | 11:15:09 |
| 23 | two years from then. | 11:15:19 |
| 24 | Q.    Have you been arrested for any | 11:15:22 |
| 25 | crimes other than the ones we've | 11:15:30 |

Page 49

| | | |
|---|---|---|
| 1 | discussed? | 11:15:31 |
| 2 | A.    No. | 11:15:32 |
| 3 | Q.    A minute ago when I asked you a | 11:15:32 |
| 4 | question, you were looking down.  Were you | 11:15:38 |
| 5 | looking at a document? | 11:15:40 |
| 6 | A.    No. | 11:15:42 |
| 7 | Q.    Were you looking at your phone? | 11:15:42 |
| 8 | A.    Yes. | 11:15:46 |
| 9 | Q.    And why were you looking at your | 11:15:47 |
| 10 | phone? | 11:15:49 |
| 11 | A.    There was a -- there was a text | 11:15:50 |
| 12 | message from my son. | 11:15:54 |
| 13 | Q.    Okay. | 11:15:56 |
| 14 | MS. BAKER:  Okay.  Mario, I want | 11:15:57 |
| 15 | you to put your phone away, okay?  For | 11:16:00 |
| 16 | the purposes of the deposition, I | 11:16:02 |
| 17 | understand that if we have trouble | 11:16:06 |
| 18 | with your audio, we need you to call | 11:16:07 |
| 19 | in on your phone, but other than that, | 11:16:09 |
| 20 | I want you to put it to the side, | 11:16:10 |
| 21 | okay? | 11:16:12 |
| 22 | THE WITNESS:  Yes. | 11:16:14 |
| 23 | BY MS. MARYOTT: | 11:16:14 |
| 24 | Q.    Have you been a party to any | 11:16:19 |
| 25 | lawsuits other than this one? | 11:16:21 |

Page 50

| | | |
|---|---|---|
| 1 | A.    No. | 11:16:23 |
| 2 | Q.    So you haven't sued anyone else? | 11:16:23 |
| 3 | A.    I sued my work. | 11:16:30 |
| 4 | Q.    What work? | 11:16:34 |
| 5 | A.    Rapid Manufacturing and Amazon | 11:16:35 |
| 6 | Prime.  That's it. | 11:16:47 |
| 7 | Q.    Why did you sue Rapid | 11:16:52 |
| 8 | Manufacturing? | 11:16:56 |
| 9 | A.    Because of the same reason we -- | 11:16:57 |
| 10 | time. | 11:17:04 |
| 11 | Q.    Can you explain that? | 11:17:04 |
| 12 | A.    Yes.  Same reason with Amazon. | 11:17:06 |
| 13 | Q.    So tell me what you're suing | 11:17:12 |
| 14 | Rapid Manufacturing for? | 11:17:14 |
| 15 | (Reporter clarification.) | 11:17:14 |
| 16 | A.    That was settled already. | 11:17:19 |
| 17 | BY MS. MARYOTT: | 11:17:21 |
| 18 | Q.    Okay.  What did you sue them for | 11:17:21 |
| 19 | before you settled with them? | 11:17:27 |
| 20 | MS. BAKER:  Objection, calls for | 11:17:28 |
| 21 | a legal conclusion.  To the extent | 11:17:29 |
| 22 | that you know, Mario. | 11:17:31 |
| 23 | BY MS. MARYOTT: | 11:17:43 |
| 24 | Q.    You can answer. | 11:17:43 |
| 25 | A.    Okay. | 11:17:44 |

Page 51

```
 1        Q.    Do you need the question again,      11:17:53
 2   Mr. Mabanta?                                     11:17:55
 3        A.    Yes, please.                          11:17:56
 4        Q.    Okay.  So what did you sue Rapid      11:17:57
 5   Manufacturing for?                               11:18:01
 6        A.    Laying me off, and I was on           11:18:06
 7   medical leave.                                   11:18:11
 8        Q.    Who represented you in that           11:18:12
 9   lawsuit?                                         11:18:16
10        A.    Attorney Nami.                        11:18:20
11        Q.    Can you spell that?                   11:18:22
12        A.    N-A-M-I.  N-A-M-I.                    11:18:24
13        Q.    Is Nami the first name or the         11:18:32
14   last name?                                       11:18:34
15        A.    He goes by Nima Nami.  That's         11:18:34
16   his full name.                                   11:18:44
17        Q.    Okay.  When did you file the          11:18:45
18   lawsuit against Rapid Manufacturing?             11:18:46
19        A.    Last year.  No lawsuit.  It was       11:18:53
20   a demand.                                        11:19:01
21        Q.    Can you repeat that?  I'm sorry,      11:19:01
22   I didn't quite catch it.                         11:19:03
23        A.    It was a demand letter.              11:19:06
24        Q.    So you sent a demand letter.          11:19:10
25   Did you actually file a lawsuit?                 11:19:12
```

Page 52

| | | |
|---|---|---|
| 1 | A.    No. | 11:19:14 |
| 2 | Q.    Have you sued anyone other than | 11:19:14 |
| 3 | Amazon and Rapid Manufacturing? | 11:19:19 |
| 4 | A.    Applied Medical. | 11:19:23 |
| 5 | Q.    And what is Applied Medical? | 11:19:29 |
| 6 | A.    It's a -- manufacturing of | 11:19:33 |
| 7 | medical devices. | 11:19:35 |
| 8 | Q.    When did you sue Applied | 11:19:40 |
| 9 | Medical? | 11:19:42 |
| 10 | A.    2020. | 11:19:46 |
| 11 | Q.    What did you sue Applied Medical | 11:19:48 |
| 12 | for? | 11:19:51 |
| 13 | MS. BAKER:  Objection.  Calls | 11:19:52 |
| 14 | for a legal conclusion. | 11:19:54 |
| 15 | BY MS. MARYOTT: | 11:19:54 |
| 16 | Q.    You can answer. | 11:19:59 |
| 17 | A.    Answer it? | 11:20:00 |
| 18 | Q.    Yeah. | 11:20:03 |
| 19 | A.    Yes.  I was there for three | 11:20:06 |
| 20 | weeks, and they discard -- they -- | 11:20:12 |
| 21 | Q.    Mr. Mabanta, are you okay? | 11:20:34 |
| 22 | A.    Yes. | 11:20:35 |
| 23 | Q.    Okay.  Do you want to finish | 11:20:35 |
| 24 | that answer? | 11:20:37 |
| 25 | A.    Yes. | 11:20:38 |

Page 53

| | | |
|---|---|---|
| 1 | Q.    Okay. | 11:20:40 |
| 2 | A.    They -- they ended my employment | 11:20:41 |
| 3 | for no reason. | 11:20:47 |
| 4 | Q.    So when in 2020 were you | 11:20:50 |
| 5 | employed by Applied Medical? | 11:20:55 |
| 6 | A.    Applied Medical was only for | 11:20:59 |
| 7 | three weeks.  That's why it's not on my | 11:21:01 |
| 8 | résumé.  I can't remember. | 11:21:05 |
| 9 | Q.    So that -- that actually wasn't | 11:21:07 |
| 10 | my question -- my question, Mr. Mabanta. | 11:21:09 |
| 11 | So when in 2020 were you employed by | 11:21:11 |
| 12 | Applied Medical? | 11:21:15 |
| 13 | A.    I do not remember. | 11:21:17 |
| 14 | Q.    Okay. | 11:21:18 |
| 15 | (Reporter clarification.) | 11:21:18 |
| 16 | A.    Should I go back on the screen? | 11:21:27 |
| 17 | Should I go back on the Zoom? | 11:21:30 |
| 18 | BY MS. MARYOTT: | 11:21:32 |
| 19 | Q.    You're in the Zoom, Mr. Mabanta. | 11:21:32 |
| 20 | You're in the Zoom.  We can see you and | 11:21:34 |
| 21 | hear you. | 11:21:36 |
| 22 | A.    Okay. | 11:21:38 |
| 23 | MS. BAKER:  Mario, can you see | 11:21:39 |
| 24 | and hear us? | 11:21:40 |
| 25 | THE WITNESS:  Yes. | 11:21:42 |

Page 54

```
 1              MS. BAKER:  Okay.  And you're        11:21:43
 2         looking at Zoom, the screen with all      11:21:44
 3         of us on it?                              11:21:46
 4              THE WITNESS:  Yes, two of you.       11:21:47
 5              MS. BAKER:  Okay.  Two of us,        11:21:50
 6         okay.  If we -- if you need to look at    11:21:51
 7         another exhibit, we'll instruct you       11:21:56
 8         when to go to the exhibit, okay?          11:21:58
 9              THE WITNESS:  Okay.                   11:22:01
10              MS. BAKER:  So for now stay in       11:22:02
11         Zoom so you can see us.  We can see       11:22:05
12         you.                                      11:22:07
13              THE WITNESS:  Okay.                   11:22:07
14    BY MS. MARYOTT:                                 11:22:07
15         Q.    So did you actually file a          11:22:09
16    lawsuit against Applied Medical?               11:22:12
17         A.    It was a demand letter.             11:22:15
18         Q.    And what is the status of your      11:22:20
19    claim against Applied Medical?                 11:22:21
20         A.    They settled it.                    11:22:25
21         Q.    What was your position with         11:22:27
22    Applied Medical?                               11:22:35
23         A.    I was assembly.                     11:22:36
24         Q.    And did you feel you were doing     11:22:41
25    a good job?                                    11:22:45
```

Page 55

| | | |
|---|---|---|
| 1 | A.    Yes, very good job. | 11:22:46 |
| 2 | Q.    And so in connection with | 11:22:56 |
| 3 | Applied Medical, what were you claiming | 11:22:58 |
| 4 | specifically, that they shouldn't have | 11:23:02 |
| 5 | fired you? | 11:23:04 |
| 6 | A.    Yes. | 11:23:04 |
| 7 | Q.    Anything else? | 11:23:04 |
| 8 | A.    No. | 11:23:07 |
| 9 | Q.    Who represented you in | 11:23:07 |
| 10 | connection with your demand letter against | 11:23:11 |
| 11 | Applied Medical? | 11:23:13 |
| 12 | (Reporter clarification.) | 11:23:13 |
| 13 | A.    Mr. Nami. | 11:23:20 |
| 14 | BY MS. MARYOTT: | 11:23:24 |
| 15 | Q.    Have you sued anyone else or | 11:23:24 |
| 16 | threatened to sue anyone else? | 11:23:28 |
| 17 | A.    No. | 11:23:29 |
| 18 | Q.    So you haven't threatened to | 11:23:30 |
| 19 | anyone else other than who we've | 11:23:34 |
| 20 | discussed? | 11:23:36 |
| 21 | MS. BAKER:  Objection, vague. | 11:23:36 |
| 22 | MS. MARYOTT:  You can object to | 11:23:37 |
| 23 | form, Counsel.  Thank you. | 11:23:40 |
| 24 | BY MS. MARYOTT: | 11:23:40 |
| 25 | Q.    I'm not sure I got the answer to | 11:23:49 |

Page 56

```
 1    that.  Have you threatened to sue anyone          11:23:51

 2    other than the companies we've talked             11:23:53

 3    about so far?                                     11:23:55

 4         A.    There was one more.                    11:23:56

 5         Q.    Who else?                              11:23:58

 6         A.    Edwards.                               11:24:04

 7         Q.    Edwards Lifesciences?                  11:24:06

 8         A.    Life -- Lifesciences.                  11:24:11

 9         Q.    And when did you -- why did you        11:24:13

10    threaten to sue Edwards Lifesciences?             11:24:17

11         A.    They promised me 3,000 hours,          11:24:20

12    and they took me out after one week.              11:24:23

13         Q.    When were you employed by              11:24:26

14    Edwards Lifesciences?                             11:24:30

15         A.    I can't remember.                      11:24:34

16         Q.    Was it in 2020?                        11:24:35

17         A.    I believe it was 2020.                 11:24:39

18         Q.    Okay.  So for how long were you        11:24:41

19    there, Mr. Mabanta?                               11:24:43

20         A.    I was there for two weeks.             11:24:45

21         Q.    Okay.  Two weeks total?                11:24:47

22         A.    Yes.                                   11:24:49

23         Q.    Do you remember roughly when           11:24:52

24    this was in 2020?                                 11:24:53

25         A.    April or May 2020.                     11:24:57
```

Page 57

| | | |
|---|---|---|
| 1 | Q.    And you said they promised you | 11:24:59 |
| 2 | 3,000 hours? | 11:25:05 |
| 3 | A.    Yes, in an e-mail. | 11:25:07 |
| 4 | Q.    What was your job at Edwards | 11:25:09 |
| 5 | Lifesciences? | 11:25:14 |
| 6 | A.    Assembly. | 11:25:14 |
| 7 | Q.    And then you were fired after | 11:25:16 |
| 8 | two weeks? | 11:25:21 |
| 9 | A.    Yes. | 11:25:22 |
| 10 | Q.    And what were you given as the | 11:25:23 |
| 11 | reason for your termination? | 11:25:26 |
| 12 | A.    Lack of job. | 11:25:30 |
| 13 | Q.    Were you given any coachings | 11:25:31 |
| 14 | while you were at Edwards? | 11:25:36 |
| 15 | (Reporter clarification.) | 11:25:36 |
| 16 | A.    We were being trained. | 11:25:46 |
| 17 | BY MS. MARYOTT: | 11:25:47 |
| 18 | Q.    You were being trained? | 11:25:47 |
| 19 | A.    Yes. | 11:25:48 |
| 20 | Q.    Okay.  What were you given as | 11:25:49 |
| 21 | the reason you were fired from Applied | 11:25:56 |
| 22 | Medical? | 11:25:59 |
| 23 | A.    Same thing, lack of work. | 11:25:59 |
| 24 | Q.    Okay.  And so that was a threat | 11:26:06 |
| 25 | to sue Edwards Lifesciences; you didn't | 11:26:14 |

Page 58

```
 1    actually sue them; is that right?          11:26:17

 2         A.    Yes.                             11:26:18

 3         Q.    Okay.  And did you resolve your  11:26:19

 4    claim against Edwards?                      11:26:21

 5         A.    Yes.                             11:26:23

 6         Q.    Okay.  And that was through a    11:26:23

 7    settlement?                                 11:26:25

 8         A.    Yes.                             11:26:26

 9         Q.    And you also resolved your claim 11:26:27

10    with Applied Medical through a settlement?  11:26:29

11         A.    Yes.                             11:26:31

12         Q.    Have you worked for anyone       11:26:32

13    else --                                     11:26:34

14         A.    No.                              11:26:36

15         Q.    -- since March of 2020?          11:26:37

16         A.    No.                              11:26:39

17         Q.    Are you sure?                    11:26:39

18         A.    Yes.                             11:26:41

19         Q.    Have you threatened to sue       11:26:41

20    anyone other than those we've discussed?    11:26:50

21         A.    No.                              11:26:55

22         Q.    Have you threatened to sue any   11:26:56

23    people?                                     11:26:58

24         A.    No.                              11:26:58

25         Q.    Have you filed a lawsuit against 11:26:59
```

Page 59

```
 1    any person?                              11:27:01

 2         A.    No.                           11:27:02

 3         Q.    Have you been sued?           11:27:02

 4         A.    No, not recently.             11:27:08

 5         Q.    Not recently.  When were you  11:27:12

 6    sued?                                    11:27:13

 7         A.    I was sued by Dr. Lester in   11:27:15

 8    2003, 2004.                              11:27:22

 9         Q.    Okay.  And where was that     11:27:26

10    lawsuit filed, if you know?             11:27:31

11         A.    Orange County.                11:27:35

12         Q.    Were you deposed in connection 11:27:37

13    with that case?                          11:27:44

14         A.    No.                           11:27:48

15         Q.    Was that -- has that case     11:27:49

16    resolved?                                11:27:51

17         A.    Yes.                          11:27:52

18         Q.    How did it resolve?           11:27:53

19         A.    I won.                        11:27:56

20         Q.    What was the nature of the    11:27:57

21    claim?                                   11:27:59

22               (Reporter clarification.)     11:27:59

23         A.    Something to do with horses.  11:28:01

24    BY MS. MARYOTT:                          11:28:10

25         Q.    What did he sue you for?      11:28:10
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | (Reporter clarification.) | 11:28:10 |
| 2 | A.   He owned part of the horse, but | 11:28:17 |
| 3 | he did not. | 11:28:20 |
| 4 | BY MS. MARYOTT: | 11:28:25 |
| 5 | Q.   So you and Mr. Lester had | 11:28:25 |
| 6 | involvement with a horse together; is | 11:28:29 |
| 7 | that -- | 11:28:32 |
| 8 | A.   Yes. | 11:28:33 |
| 9 | Q.   Okay.  What -- what was the | 11:28:33 |
| 10 | nature of your relationship in connection | 11:28:34 |
| 11 | with the horse? | 11:28:37 |
| 12 | A.   I owned the horse, and he wanted | 11:28:40 |
| 13 | it because it started to win. | 11:28:43 |
| 14 | Q.   So a race horse, I presume? | 11:28:46 |
| 15 | A.   Yes. | 11:28:51 |
| 16 | Q.   Okay.  Do you still have the | 11:28:52 |
| 17 | horse? | 11:28:54 |
| 18 | A.   No. | 11:28:55 |
| 19 | Q.   How many race horses have you | 11:28:55 |
| 20 | owned? | 11:29:00 |
| 21 | A.   About 20. | 11:29:01 |
| 22 | Q.   Okay.  And did you own those as | 11:29:02 |
| 23 | an individual or did you have a company | 11:29:07 |
| 24 | that owned the horses? | 11:29:10 |
| 25 | A.   I had a company. | 11:29:11 |

Page 61

| 1 | Q. | What was that company? | 11:29:12 |
| 2 | A. | Eurasia -- | 11:29:28 |
| 3 | | (Reporter clarification.) | 11:29:28 |
| 4 | A. | Eurasia. | 11:29:28 |
| 5 | BY MS. MARYOTT: | | 11:29:35 |
| 6 | Q. | So E-U-R-A-S-I-A? | 11:29:35 |
| 7 | | (Reporter clarification.) | 11:29:35 |
| 8 | A. | Thoroughbred Corporation. | 11:29:44 |
| 9 | BY MS. MARYOTT: | | 11:29:44 |
| 10 | Q. | So during what period of time | 11:29:50 |
| 11 | did you operate Eurasia Thoroughbred | | 11:29:54 |
| 12 | Corporation? | | 11:30:00 |
| 13 | A. | From 2003 to 2006. | 11:30:01 |
| 14 | Q. | Did you have investors? | 11:30:03 |
| 15 | A. | No. | 11:30:06 |
| 16 | Q. | And you said you owned about 20 | 11:30:07 |
| 17 | race horses? | | 11:30:11 |
| 18 | A. | Yes. | 11:30:12 |
| 19 | Q. | Did you use some of the money | 11:30:12 |
| 20 | that you got from Mr. Lester to buy those | | 11:30:16 |
| 21 | horses? | | 11:30:19 |
| 22 | A. | No. | 11:30:21 |
| 23 | Q. | Did you own the horses outright? | 11:30:21 |
| 24 | A. | Yes, through the corporation. | 11:30:27 |
| 25 | Q. | Okay.  And were you the sole | 11:30:29 |

Page 62

| | | |
|---|---|---|
| 1 | owner of the corporation? | 11:30:34 |
| 2 | A.   Yes.  No. | 11:30:36 |
| 3 | Q.   Okay.  Who was -- who were the | 11:30:42 |
| 4 | other owners in the corporation? | 11:30:45 |
| 5 | A.   My wife and my son. | 11:30:46 |
| 6 | Q.   Which son? | 11:30:53 |
| 7 | A.   Jonathan. | 11:30:55 |
| 8 | Q.   Did you have employees? | 11:30:56 |
| 9 | A.   Yes. | 11:31:03 |
| 10 | Q.   How many? | 11:31:04 |
| 11 | A.   There were five. | 11:31:06 |
| 12 | Q.   Where were your horses boarded? | 11:31:07 |
| 13 | A.   California. | 11:31:18 |
| 14 | Q.   Where in California, what | 11:31:18 |
| 15 | stable? | 11:31:20 |
| 16 | A.   Los Alamitos. | 11:31:21 |
| 17 | Q.   Did Mr. Lester try to buy one of | 11:31:27 |
| 18 | your horses from you? | 11:31:32 |
| 19 | A.   Yes. | 11:31:33 |
| 20 | Q.   And that's what your dispute | 11:31:33 |
| 21 | with him was about? | 11:31:37 |
| 22 | A.   Yes. | 11:31:38 |
| 23 | Q.   And he sued you about that? | 11:31:38 |
| 24 | A.   Yes. | 11:31:40 |
| 25 | Q.   Okay.  Why did you -- well, | 11:31:41 |

Page 63

| | | |
|---|---|---|
| 1 | strike that. | 11:31:47 |
| 2 | What happened to Eurasia | 11:31:47 |
| 3 | Thoroughbred Corporation in 2006? | 11:31:52 |
| 4 | A.   Closed down. | 11:31:53 |
| 5 | Q.   Why did it close down? | 11:31:55 |
| 6 | A.   Ran out of funds. | 11:31:58 |
| 7 | Q.   Did you try to get investors? | 11:31:59 |
| 8 | A.   I tried to. | 11:32:04 |
| 9 | Q.   Do you remember any of the other | 11:32:07 |
| 10 | businesses you've owned, Mr. Mabanta? | 11:32:18 |
| 11 | A.   No. | 11:32:20 |
| 12 | Q.   And you said some of the horses | 11:32:21 |
| 13 | were winning; is that right? | 11:32:28 |
| 14 | A.   Yes.  Most of it were winning. | 11:32:32 |
| 15 | Q.   Where were you racing them? | 11:32:35 |
| 16 | A.   Los Alamitos. | 11:32:39 |
| 17 | Q.   Anywhere else? | 11:32:40 |
| 18 | A.   Santa Anita, Del Mar, Golden | 11:32:43 |
| 19 | Gate. | 11:32:52 |
| 20 | Q.   When did you begin working for | 11:32:52 |
| 21 | Prime Now? | 11:33:03 |
| 22 | A.   2019, I believe. | 11:33:10 |
| 23 | Q.   Okay. | 11:33:13 |
| 24 | MS. MARYOTT:  And, Hazel, if you | 11:33:16 |
| 25 | can go ahead and pull up tab 6, | 11:33:17 |

Page 64

| | | |
|---|---|---|
| 1 | please, which we'll mark as Exhibit 3. | 11:33:19 |
| 2 | MS. CHUANG:  I'll let you know | 11:33:31 |
| 3 | when it's up.  It's tab 6 you said? | 11:33:32 |
| 4 | MS. MARYOTT:  It's tab 6. | 11:33:35 |
| 5 | MS. CHUANG:  Okay. | 11:33:38 |
| 6 | BY MS. MARYOTT: | 11:33:39 |
| 7 | Q.   So, Mr. Mabanta, do you see the | 11:33:39 |
| 8 | screen share -- or I'm sorry, the Exhibit | 11:33:42 |
| 9 | Share on your screen? | 11:33:44 |
| 10 | A.   Tab 1, tab 2. | 11:33:47 |
| 11 | Q.   And so we're going to load a new | 11:33:49 |
| 12 | one in there. | 11:33:51 |
| 13 | MS. CHUANG:  Okay.  It should be | 11:33:56 |
| 14 | up. | 11:33:57 |
| 15 | MS. MARYOTT:  Okay. | 11:33:58 |
| 16 | (Exhibit 3, Offer Letter to | 11:34:02 |
| 17 | Mr. Mabanta from Amazon dated | 11:34:02 |
| 18 | March 18, 2018, marked for | 11:34:02 |
| 19 | identification.) | 11:34:04 |
| 20 | BY MS. MARYOTT: | 11:34:04 |
| 21 | Q.   Okay.  Do you see Exhibit 3, | 11:34:04 |
| 22 | Mr. Mabanta? | 11:34:06 |
| 23 | A.   It's loading.  Yes, tab 6. | 11:34:10 |
| 24 | Q.   It's Exhibit 3, yeah.  It says | 11:34:18 |
| 25 | tab 6.  Okay. | 11:34:21 |

Page 65

| | | |
|---|---|---|
| 1 | A.    It's still loading.  Okay. | 11:34:25 |
| 2 | Q.    You have it now? | 11:34:29 |
| 3 | A.    Yes. | 11:34:30 |
| 4 | Q.    Okay.  So what's on your screen | 11:34:31 |
| 5 | and what has been marked as Exhibit 3 is | 11:34:35 |
| 6 | your offer letter from Prime Now dated | 11:34:38 |
| 7 | March 18, 2018.  Is that what you see? | 11:34:42 |
| 8 | A.    Yes. | 11:34:46 |
| 9 | Q.    And that's what this document | 11:34:46 |
| 10 | is? | 11:34:49 |
| 11 | A.    I see it. | 11:34:50 |
| 12 | Q.    Do you recognize it as your | 11:34:52 |
| 13 | offer letter? | 11:34:53 |
| 14 | A.    I don't remember. | 11:34:54 |
| 15 | Q.    Do you have any reason to | 11:35:00 |
| 16 | believe this is not the offer letter that | 11:35:04 |
| 17 | you received from Prime Now? | 11:35:06 |
| 18 | A.    I don't remember receiving any | 11:35:11 |
| 19 | letters from Prime. | 11:35:12 |
| 20 | Q.    Okay.  Does this letter, though, | 11:35:13 |
| 21 | refresh your memory that you started | 11:35:21 |
| 22 | working at Prime Now in March of 2018? | 11:35:23 |
| 23 | A.    That's what it says. | 11:35:37 |
| 24 | Q.    And you worked for Prime Now | 11:35:39 |
| 25 | from March 18, 2018 to December 5, 2018; | 11:35:43 |

Page 66

```
 1    is that right?                              11:35:48

 2        A.    Yes.                              11:35:49

 3        Q.    How did you learn about the job   11:35:49

 4    with Prime Now?                             11:35:54

 5        A.    My daughter-in-law told me about  11:35:57

 6    it.                                         11:35:59

 7        Q.    Did she work for Prime Now?       11:36:01

 8        A.    No.                               11:36:03

 9        Q.    Who'd she work for?               11:36:04

10        A.    She's working for a company in    11:36:07

11    Irvine.                                     11:36:13

12        Q.    What company?                     11:36:13

13        A.    I don't remember.  Convoy         11:36:16

14    Technologies.                               11:36:20

15        Q.    And what did your                 11:36:20

16    daughter-in-law say to you about the job   11:36:23

17    at Prime Now?                               11:36:26

18        A.    She knows I was looking for a     11:36:28

19    job, so she said, Hey, I got this in the   11:36:30

20    e-mail.                                     11:36:33

21        Q.    Why did you apply for the job     11:36:33

22    with Prime Now?                             11:36:37

23        A.    It was time to get a new job.     11:36:38

24        Q.    Did you specifically apply to be  11:36:43

25    a shopper?                                  11:36:46
```

Page 67

| | | |
|---|---|---|
| 1 | A.    No.  I was supposed to be a | 11:36:47 |
| 2 | driver. | 11:36:50 |
| 3 | Q.    You wanted to be a driver? | 11:36:51 |
| 4 | A.    Yes. | 11:36:54 |
| 5 | Q.    Why did you want to be a driver? | 11:36:55 |
| 6 | A.    I thought it was easier. | 11:36:59 |
| 7 | Q.    So you were offered a position | 11:37:01 |
| 8 | as a shopper, and you took it, right? | 11:37:07 |
| 9 | A.    Yes. | 11:37:09 |
| 10 | Q.    Did you continue to look for a | 11:37:12 |
| 11 | job elsewhere as a driver after you took | 11:37:14 |
| 12 | the job with Prime Now as a shopper? | 11:37:16 |
| 13 | A.    No. | 11:37:19 |
| 14 | Q.    Why not? | 11:37:19 |
| 15 | A.    Well, I'm a guy with loyalty.  I | 11:37:24 |
| 16 | believe in working for one company. | 11:37:38 |
| 17 | Q.    So just one company at a time? | 11:37:46 |
| 18 | A.    Yes. | 11:37:48 |
| 19 | Q.    Did you know anyone who was | 11:37:49 |
| 20 | employed as a shopper with Prime Now? | 11:37:53 |
| 21 | A.    No. | 11:37:56 |
| 22 | Q.    How did you go about applying | 11:37:56 |
| 23 | for that job? | 11:38:00 |
| 24 | A.    It was like a job fair.  We all | 11:38:04 |
| 25 | met at the Holiday Inn. | 11:38:09 |

Page 68

```
 1          Q.     Were there other companies at        11:38:14
 2     the job fair?                                     11:38:16
 3          A.     No, just only Prime Now.             11:38:17
 4          Q.     And did you apply while you were     11:38:20
 5     at the job fair?                                 11:38:23
 6          A.     Yes.                                  11:38:24
 7          Q.     Did you do that on paper or          11:38:25
 8     electronically?                                  11:38:29
 9          A.     Paper.                                11:38:30
10          Q.     And were you interviewed while       11:38:31
11     you were at the job fair?                        11:38:36
12          A.     Yes.                                  11:38:40
13          Q.     Do you recall who interviewed        11:38:40
14     you?                                             11:38:41
15          A.     No.                                   11:38:42
16          Q.     Okay.  Were you given the job on     11:38:42
17     the spot?                                        11:38:46
18          A.     No.                                   11:38:47
19          Q.     How much longer after the job        11:38:48
20     fair did you receive the offer?                  11:38:51
21          A.     A week after.                         11:38:53
22          Q.     Why were you looking for a job,      11:38:55
23     Mr. Mabanta?                                     11:39:05
24          A.     I needed money.                       11:39:06
25          Q.     And so you understood when you       11:39:08
```

Page 69

| | | |
|---|---|---|
| 1 | were hired at Prime Now that you would be | 11:39:17 |
| 2 | working 20 hours or less a week? | 11:39:21 |
| 3 | A.    No, that was not mentioned. | 11:39:24 |
| 4 | Q.    If you look at Exhibit 3, the | 11:39:27 |
| 5 | first paragraph says "On behalf of Prime | 11:39:39 |
| 6 | Now LLC (the 'Company'), I am very pleased | 11:39:45 |
| 7 | to offer you the Regular Adjustable Hours | 11:39:47 |
| 8 | (less than 19 hours) position of Prime Now | 11:39:51 |
| 9 | Associate." | 11:39:54 |
| 10 | Do you see that? | 11:39:55 |
| 11 | A.    Yes. | 11:39:56 |
| 12 | Q.    Okay.  So does that refresh your | 11:39:56 |
| 13 | memory that your expectation was that you | 11:39:59 |
| 14 | were going to work less than 20 hours a | 11:40:01 |
| 15 | week? | 11:40:04 |
| 16 | A.    No.  I expected to work 40 hours | 11:40:04 |
| 17 | a week. | 11:40:10 |
| 18 | Q.    Where did you get that | 11:40:10 |
| 19 | expectation? | 11:40:14 |
| 20 | A.    It was a job.  I didn't know it | 11:40:16 |
| 21 | was part-time.  They never mentioned it to | 11:40:18 |
| 22 | me during the job fair. | 11:40:28 |
| 23 | Q.    Mr. Mabanta, is it your practice | 11:40:30 |
| 24 | to read things before you sign them? | 11:40:32 |
| 25 | A.    Yes. | 11:40:34 |

Page 70

```
 1        Q.    And if you have questions, is it      11:40:34

 2    your practice to ask them before you sign       11:40:37

 3    something?                                       11:40:39

 4        A.    Yes.                                   11:40:40

 5        Q.    And is it generally your              11:40:41

 6    practice to ask questions if you have           11:40:43

 7    them?                                            11:40:44

 8        A.    Yes.                                   11:40:46

 9        Q.    You mentioned that you only work      11:40:58

10    for one employer at a time, but you were        11:41:02

11    working on a movie shoot while you were at      11:41:05

12    Prime Now.                                       11:41:07

13              Was there a business that you          11:41:08

14    ran involving the entertainment industry?       11:41:09

15        A.    No.                                    11:41:12

16        Q.    Okay.  What was the movie shoot       11:41:12

17    you were involved in while you were             11:41:14

18    employed at Prime Now?                           11:41:16

19        A.    There was --                           11:41:19

20              (Reporter clarification.)              11:41:19

21        A.    There was a lady at Prime Now,        11:41:26

22    one of the shoppers, she said, Do you want      11:41:30

23    to be an extra?  I said, Sure.                  11:41:34

24    BY MS. MARYOTT:                                  11:41:34

25        Q.    So the lady at Prime Now, was         11:41:42
```

Page 71

| | |
|---|---|
| 1 | she an employee or a customer? | 11:41:44 |
| 2 | A.    Employee. | 11:41:46 |
| 3 | Q.    What was her name? | 11:41:47 |
| 4 | A.    I don't remember.  I got her | 11:41:49 |
| 5 | card somewhere. | 11:41:54 |
| 6 | Q.    And so were you paid as an extra | 11:41:56 |
| 7 | on this movie shoot? | 11:42:01 |
| 8 | A.    I did not take it. | 11:42:03 |
| 9 | Q.    You didn't, okay. | 11:42:06 |
| 10 | So there wasn't an occasion | 11:42:16 |
| 11 | where you told someone at Prime Now that | 11:42:19 |
| 12 | you needed to not work on a certain day | 11:42:22 |
| 13 | because of a movie shoot? | 11:42:24 |
| 14 | A.    Yes.  That's why I didn't take | 11:42:26 |
| 15 | it. | 11:42:32 |
| 16 | Q.    What were your -- you know what? | 11:42:41 |
| 17 | We've been going probably I think about an | 11:42:42 |
| 18 | hour since we came back from the technical | 11:42:45 |
| 19 | difficulties, so why don't we go ahead and | 11:42:48 |
| 20 | take a five-minute break. | 11:42:50 |
| 21 | MS. MARYOTT:  Is that okay with | 11:42:53 |
| 22 | everyone? | 11:42:53 |
| 23 | THE WITNESS:  It is okay with | 11:42:55 |
| 24 | me. | 11:42:57 |
| 25 | MS. MARYOTT:  Is that long | 11:42:59 |

Page 72

| | | |
|---|---|---|
| 1 | enough for you, Belle? | 11:43:01 |
| 2 | THE COURT REPORTER:  If we | 11:43:11 |
| 3 | could -- yes, sure. | 11:43:11 |
| 4 | MS. MARYOTT:  Belle, it's close | 11:43:11 |
| 5 | to noon.  Do you prefer -- | 11:43:11 |
| 6 | THE COURT REPORTER:  Can we go | 11:43:12 |
| 7 | off the record for these | 11:43:13 |
| 8 | conversations?  I'm sorry. | 11:43:14 |
| 9 | THE VIDEOGRAPHER:  Going off the | 11:43:15 |
| 10 | record.  The time is 11:43 a.m. | 11:43:15 |
| 11 | (Whereupon, a brief recess is | 11:54:20 |
| 12 | taken.) | 11:54:20 |
| 13 | THE VIDEOGRAPHER:  Back on the | 11:54:20 |
| 14 | record.  The time is 11:54 p.m. | 11:54:43 |
| 15 | BY MS. MARYOTT: | 11:54:46 |
| 16 | Q.   Mr. Mabanta, what were your | 11:54:48 |
| 17 | duties as a shopper? | 11:54:49 |
| 18 | A.   If I can remember right, we had | 11:54:55 |
| 19 | to shop for items that was given to us by | 11:54:57 |
| 20 | the iPhone that they give us, items on | 11:55:03 |
| 21 | iPhone. | 11:55:12 |
| 22 | Q.   Okay.  And you worked in a | 11:55:13 |
| 23 | store; is that right? | 11:55:15 |
| 24 | A.   Yes. | 11:55:17 |
| 25 | Q.   Okay.  And the iPhone, was that | 11:55:17 |

Page 73

| | | |
|---|---|---|
| 1 | called the seller phone? | 11:55:22 |
| 2 | A.    Yes. | 11:55:24 |
| 3 | Q.    Did you like the work? | 11:55:24 |
| 4 | A.    Yes. | 11:55:27 |
| 5 | Q.    What did you like about it? | 11:55:27 |
| 6 | A.    It was easy. | 11:55:30 |
| 7 | Q.    Anything else? | 11:55:31 |
| 8 | A.    That's it. | 11:55:35 |
| 9 | Q.    Do you still have Exhibit 3 up | 11:55:36 |
| 10 | on the screen? | 11:55:41 |
| 11 | A.    Yes. | 11:55:42 |
| 12 | Q.    Okay.  When you were hired, you | 11:55:42 |
| 13 | understood that you would select your own | 11:55:46 |
| 14 | schedule each week; is that right? | 11:55:48 |
| 15 | A.    Yes. | 11:55:50 |
| 16 | Q.    And you could choose to work | 11:55:52 |
| 17 | certain weeks and not work other weeks, | 11:55:55 |
| 18 | right? | 11:55:57 |
| 19 | A.    Yes. | 11:55:58 |
| 20 | Q.    So you had a lot of flexibility? | 11:55:58 |
| 21 | A.    Yes. | 11:56:01 |
| 22 | Q.    And you understood based on | 11:56:02 |
| 23 | reviewing the offer letter that you could | 11:56:04 |
| 24 | schedule up to 20 hours per week? | 11:56:06 |
| 25 | A.    I never received the -- the | 11:56:09 |

Page 74

1    letter.                                      11:56:11

2        Q.    Okay.  So, Mr. Mabanta, down at    11:56:11

3    the bottom of Exhibit 3, there's a           11:56:16

4    signature line.  Do you see that?            11:56:20

5        A.    Yes.                               11:56:22

6        Q.    Okay.  And it shows that you       11:56:22

7    DocuSigned it.  Do you see that?             11:56:25

8        A.    No.  Yes, I see it, but I didn't   11:56:28

9    sign it.                                     11:56:32

10       Q.    And how are you so sure?           11:56:33

11       A.    Because I don't have the ability   11:56:36

12   to sign it before.  I don't have the --      11:56:37

13       Q.    You didn't have the ability to     11:56:41

14   DocuSign?                                    11:56:43

15       A.    Yes.                               11:56:46

16       Q.    And why do you think you didn't    11:56:46

17   have the ability to DocuSign?  I don't       11:56:49

18   understand.                                  11:56:52

19       A.    Because my computer won't -- I     11:56:52

20   only have -- I have an old desktop.          11:56:54

21       Q.    But you have a laptop too?         11:57:03

22       A.    I bought it after.                 11:57:05

23       Q.    When did you buy the laptop?       11:57:07

24       A.    When I wasn't there anymore.       11:57:12

25       Q.    So you didn't have the laptop      11:57:15

Veritext Legal Solutions
866 299-5127

```
 1    during your employment with Prime Now?        11:57:18

 2         A.    Yes.                               11:57:20

 3         Q.    Yes?  So that's correct.           11:57:20

 4               So if I'm understanding what       11:57:24

 5    you're saying now, you didn't own the         11:57:26

 6    desktop and the laptop while you were         11:57:29

 7    employed at Prime Now; is that correct?       11:57:31

 8         A.    No.                                11:57:33

 9         Q.    Okay.  So you bought the laptop    11:57:34

10    after you started at Prime Now?               11:57:38

11         A.    Yes.                               11:57:40

12         Q.    Got it.  Okay.  Okay.             11:57:40

13               But you understood that you        11:57:49

14    could schedule around your personal life,     11:57:51

15    right?                                        11:57:54

16         A.    Right, I found that out after.     11:57:54

17         Q.    When did you find that out?        11:58:02

18         A.    When I was working already.        11:58:03

19         Q.    Okay.  So someone explained to     11:58:05

20    you --                                        11:58:09

21         A.    Yes, a coworker.                   11:58:09

22         Q.    What did your coworker explain     11:58:11

23    to you about selecting shifts?                11:58:16

24         A.    Because I was asking him, How do   11:58:19

25    you get shifts?  He said, Use your iPhone.    11:58:21
```

Page 76

```
 1        Q.    What else did this coworker tell      11:58:32
 2   you?                                             11:58:34
 3        A.    That's it.                            11:58:36
 4        Q.    Did you like being able to            11:58:37
 5   select your own schedule?                        11:58:40
 6        A.    Yes.                                  11:58:43
 7        Q.    And you said a few minutes ago        11:58:46
 8   that you wanted to work 40 hours a week.         11:58:47
 9        A.    Yes.                                  11:58:51
10        Q.    Did you ask anybody at Prime Now      11:58:51
11   about working more than 20 hours a week?         11:58:55
12        A.    No.                                   11:58:58
13        Q.    Why not?                              11:58:59
14        A.    I didn't think there was -- I         11:59:03
15   thought there was only 40 hours a week.  I       11:59:04
16   didn't know about -- I thought it was            11:59:06
17   regular schedule.                                11:59:08
18        Q.    What do you mean?                     11:59:10
19        A.    I'm not sure.                         11:59:16
20        Q.    So when you started working at        11:59:17
21   Prime Now, you started scheduling your           11:59:26
22   shifts, right?                                   11:59:28
23        A.    Yes.                                  11:59:29
24        Q.    Okay.  Did you try to schedule        11:59:30
25   more than 20 hours in a week?                    11:59:33
```

Page 77

```
 1        A.    Yes.                               11:59:35

 2        Q.    And were you allowed to do that?   11:59:36

 3        A.    No.                                11:59:39

 4        Q.    So at the point that you learned   11:59:40

 5   you couldn't schedule more than 20 hours a    11:59:42

 6   week, did you approach a manager or anyone    11:59:44

 7   at Prime Now and say, I'm interested in       11:59:47

 8   working more than 20 hours a week?            11:59:50

 9        A.    No.                                11:59:52

10        Q.    Why not?                           11:59:52

11        A.    I didn't know.                     11:59:54

12        Q.    Okay.  Did you like being able     11:59:56

13   to select your own schedule?                  12:00:12

14        A.    Yes.                               12:00:14

15        Q.    What did you like about it?        12:00:14

16        A.    Flexibility.                       12:00:18

17        Q.    Now, you mentioned that a          12:00:19

18   coworker explained to you how to log on       12:00:28

19   for your shifts.  Did you receive training    12:00:29

20   about that before you had this                12:00:33

21   conversation with your coworker?              12:00:35

22        A.    No.                                12:00:37

23        Q.    So is this something you had a     12:00:37

24   discussion about on the first day that you    12:00:40

25   showed up?                                    12:00:42
```

Page 78

```
 1      A.    No.                              12:00:43

 2      Q.    When did you have this           12:00:43

 3   conversation?                            12:00:44

 4      A.    We did not.

 5      Q.    Say it again?

 6      A.    We did not.

 7      Q.    You didn't have a conversation

 8   with your coworker about --

 9         (Reporter clarification.)

10      A.    When we were working.           12:01:04

11   BY MS. MARYOTT:                          12:01:05

12      Q.    How long after you started at   12:01:05

13   Prime Now did you have this conversation 12:01:10

14   with your coworker?                      12:01:13

15      A.    I don't remember.               12:01:17

16      Q.    Can you give me an estimate?    12:01:17

17   Was it the first week, the first few days? 12:01:20

18      A.    The first week.                 12:01:23

19      Q.    Okay.  Who was the coworker?    12:01:25

20      A.    I don't remember.               12:01:27

21      Q.    Was it a man or a woman?        12:01:28

22      A.    A man.                          12:01:32

23      Q.    Who is David Curtis?            12:01:33

24      A.    He was supposed to be my        12:01:41

25   manager.                                 12:01:42
```

Page 79

| | | |
|---|---|---|
| 1 | Q. Did you talk to Mr. Curtis about | 12:01:43 |
| 2 | how to log in and schedule your shifts? | 12:01:49 |
| 3 | A. No. | 12:01:53 |
| 4 | Q. Did you go through training when | 12:01:53 |
| 5 | you started at Prime Now? | 12:01:59 |
| 6 | A. No. | 12:02:01 |
| 7 | Q. You didn't have any training at | 12:02:01 |
| 8 | all? | 12:02:04 |
| 9 | A. None. | 12:02:05 |
| 10 | Q. So how did you learn how to use | 12:02:05 |
| 11 | Amazon Moment? | 12:02:14 |
| 12 | A. Through my coworker. | 12:02:16 |
| 13 | Q. And how did you learn how to | 12:02:18 |
| 14 | select from produce and fill the orders? | 12:02:21 |
| 15 | A. It was on the seller's -- | 12:02:35 |
| 16 | (Reporter clarification.) | 12:02:35 |
| 17 | A. On the seller's -- what they | 12:02:44 |
| 18 | call that thing. | 12:02:44 |
| 19 | BY MS. MARYOTT: | 12:02:46 |
| 20 | Q. Seller's phone. | 12:02:46 |
| 21 | A. Seller's phone, you see what to | 12:02:48 |
| 22 | pick. | 12:02:52 |
| 23 | Q. Okay. And so going back to -- | 12:02:52 |
| 24 | you understand what Amazon Moment is, | 12:02:58 |
| 25 | right? | 12:03:01 |

Veritext Legal Solutions
866 299-5127

```
 1        A.    Now I do.                        12:03:03
 2        Q.    What -- now you do.  When did    12:03:04
 3   you first understand what Amazon Moment     12:03:10
 4   was?                                        12:03:12
 5        A.    When I was working already.      12:03:13
 6        Q.    Okay.  And what is Amazon        12:03:14
 7   Moment?                                     12:03:17
 8        A.    You can order to be delivered    12:03:20
 9   within two hours.                           12:03:23
10        Q.    So, Mr. Mabanta, did you use     12:03:27
11   Amazon Moment to select your shifts?        12:03:37
12        A.    I don't remember.                12:03:45
13        Q.    Do you think maybe you're        12:03:46
14   confusing Amazon Moment, which you used to  12:03:47
15   select your shifts, and Prime Now, the app  12:03:52
16   through which people can order products?    12:03:54
17        A.    Yes, I'm confused.               12:03:58
18        Q.    Okay.  Were you confused about   12:03:59
19   the technology when you worked at Amazon?   12:04:01
20        A.    Yes.                             12:04:05
21        Q.    So we know, Mr. Mabanta, that    12:04:05
22   you successfully signed up for shifts       12:04:15
23   because you performed work at Prime Now;    12:04:19
24   is that fair to say?                        12:04:22
25        A.    Yes.                             12:04:23
```

Page 81

```
 1        Q.    So walk me through what you            12:04:24
 2   would do on your phone or computer in             12:04:28
 3   order to sign up for your shifts.                 12:04:32
 4        A.    I log in.                              12:04:35
 5        Q.    Log in to what?                        12:04:41
 6        A.    To my phone.                           12:04:43
 7        Q.    What application?                      12:04:45
 8        A.    I don't remember anymore.  It's        12:04:50
 9   been a long time.                                 12:04:52
10        Q.    Okay.  So you would log in.  How       12:04:54
11   did you log in?                                   12:04:56
12        A.    I would log in to my phone.            12:05:04
13        Q.    Okay.  Did you have a username?        12:05:13
14        A.    Yes, I have a username and             12:05:15
15   password.                                         12:05:18
16        Q.    Okay.  And was it your practice        12:05:19
17   to log in to sign up for shifts on your           12:05:23
18   phone?                                            12:05:27
19        A.    Yes.                                   12:05:30
20        Q.    Okay.  Did you ever use one of         12:05:31
21   your computers to log in and sign up for          12:05:33
22   shifts?                                           12:05:38
23        A.    A desktop.                             12:05:38
24        Q.    Desktop.  I'm getting an echo.         12:05:41
25   Is someone in the room with you?                  12:05:46
```

Page 82

| | | |
|---|---|---|
| 1 | A.    No. | 12:05:49 |
| 2 | Q.    Okay.  I'm just -- maybe it's my | 12:05:50 |
| 3 | ears.  I'm hearing things. | 12:05:53 |
| 4 | Okay.  So you would either use | 12:05:57 |
| 5 | your phone or your desktop to log in to | 12:06:01 |
| 6 | select shifts; is that right? | 12:06:05 |
| 7 | A.    Yes. | 12:06:07 |
| 8 | Q.    Okay.  Which one did you use | 12:06:07 |
| 9 | more often? | 12:06:09 |
| 10 | A.    The desktop. | 12:06:12 |
| 11 | Q.    And what percentage of the time | 12:06:13 |
| 12 | would you say you used your desktop versus | 12:06:17 |
| 13 | your phone to select shifts? | 12:06:20 |
| 14 | A.    It being 60 percent. | 12:06:25 |
| 15 | Q.    60 percent on the desktop? | 12:06:27 |
| 16 | A.    Yes. | 12:06:30 |
| 17 | Q.    And 40 percent on the phone? | 12:06:30 |
| 18 | A.    Yes. | 12:06:32 |
| 19 | Q.    What was your username? | 12:06:32 |
| 20 | A.    I can't remember anymore, but | 12:06:38 |
| 21 | MMabanta. | 12:06:42 |
| 22 | Q.    So you can't remember? | 12:06:44 |
| 23 | A.    I can't remember. | 12:06:48 |
| 24 | Q.    So it was either you can't | 12:06:49 |
| 25 | remember or it was MMabanta.  Do you know | 12:06:53 |

Page 83

| | | |
|---|---|---|
| 1 | which one? | 12:06:57 |
| 2 | A.   Well, I'm assuming it's | 12:06:58 |
| 3 | MMabanta. | 12:07:00 |
| 4 | Q.   And you had to log in using your | 12:07:01 |
| 5 | username and then enter a password every | 12:07:07 |
| 6 | time; is that right? | 12:07:10 |
| 7 | A.   Yes. | 12:07:10 |
| 8 | Q.   Okay.  And you understood that | 12:07:11 |
| 9 | the passwords were case sensitive, right? | 12:07:14 |
| 10 | A.   Yes. | 12:07:18 |
| 11 | Q.   Okay.  So your password had to | 12:07:18 |
| 12 | be typed in exactly right with capitals | 12:07:23 |
| 13 | and the lowercase letters in order to get | 12:07:26 |
| 14 | into the system; is that right? | 12:07:29 |
| 15 | A.   Yes. | 12:07:30 |
| 16 | Q.   And did you have difficulty with | 12:07:31 |
| 17 | capital -- you know, cap lock on your | 12:07:38 |
| 18 | phone or desktop? | 12:07:40 |
| 19 | A.   No. | 12:07:41 |
| 20 | Q.   Did you ever have to change your | 12:07:42 |
| 21 | password because you couldn't get in? | 12:07:45 |
| 22 | A.   Yes. | 12:07:48 |
| 23 | Q.   How many times did you change | 12:07:49 |
| 24 | your password at Amazon Moment? | 12:07:51 |
| 25 | A.   Maybe a dozen times. | 12:07:55 |

Page 84

| | | |
|---|---|---|
| 1 | Q.    And why did you change your | 12:07:56 |
| 2 | password so much? | 12:08:01 |
| 3 | A.    Technical issue. | 12:08:06 |
| 4 | Q.    Technical issue? | 12:08:06 |
| 5 | A.    Yes. | 12:08:07 |
| 6 | Q.    What was the technical issue on | 12:08:08 |
| 7 | those occasions? | 12:08:10 |
| 8 | A.    I couldn't get in, so I had to | 12:08:12 |
| 9 | go over to the fulfillment center to -- to | 12:08:16 |
| 10 | ask for help. | 12:08:24 |
| 11 | Q.    So when you were trying to get | 12:08:25 |
| 12 | in using your password, did you check to | 12:08:32 |
| 13 | make sure that you didn't have the caps | 12:08:34 |
| 14 | lock on, for example? | 12:08:38 |
| 15 | A.    Yes. | 12:08:40 |
| 16 | Q.    Okay.  And so when you had | 12:08:40 |
| 17 | trouble working your password, that's when | 12:08:44 |
| 18 | you would change your password? | 12:08:47 |
| 19 | A.    Yes. | 12:08:49 |
| 20 | Q.    Did you write your password down | 12:08:51 |
| 21 | somewhere? | 12:08:52 |
| 22 | A.    Yes, always. | 12:08:53 |
| 23 | Q.    So once you were logged on to | 12:08:54 |
| 24 | select your shifts, what was the next | 12:09:07 |
| 25 | step? | 12:09:11 |

Page 85

```
 1        A.    Ask for shifts.  That's always      12:09:12
 2   been taken -- all the shifts been taken        12:09:17
 3   already.                                        12:09:20
 4        Q.    So my question was:  After you       12:09:20
 5   log in, what is the next step to look for       12:09:21
 6   shifts?                                         12:09:24
 7        A.    You look for shifts in the --        12:09:26
 8              (Reporter clarification.)            12:09:26
 9        A.    -- app.                              12:09:30
10   BY MS. MARYOTT:                                 12:09:33
11        Q.    Was there a menu of option items     12:09:33
12   that you could select from?                     12:09:37
13        A.    No, not that I know of.              12:09:40
14        Q.    So as soon as you logged in,         12:09:42
15   what did you see?                               12:09:43
16        A.    I don't remember anymore.            12:09:47
17        Q.    Did you take any screenshots of      12:09:49
18   the app as you were trying to work through      12:09:56
19   it?                                             12:10:00
20        A.    Yes.                                 12:10:01
21        Q.    What did you do with those           12:10:02
22   screenshots?                                    12:10:04
23        A.    I sent it to David Curtis.           12:10:05
24        Q.    And did you keep those               12:10:14
25   screenshots?                                    12:10:16
```

Page 86

| | | |
|---|---|---|
| 1 | A.    I have to check my computer if I | 12:10:18 |
| 2 | did. | 12:10:22 |
| 3 | Q.    So what was the option you would | 12:10:26 |
| 4 | select to locate the available shifts? | 12:10:28 |
| 5 | A.    Location. | 12:10:34 |
| 6 | Q.    So there was a -- a spot where | 12:10:37 |
| 7 | it says "location," and that's what you | 12:10:41 |
| 8 | would click on? | 12:10:45 |
| 9 | A.    Yes. | 12:10:49 |
| 10 | Q.    And what happened when you | 12:10:49 |
| 11 | clicked on location? | 12:10:51 |
| 12 | A.    Also at that time, it doesn't | 12:10:53 |
| 13 | show any -- any times, all taken. | 12:10:55 |
| 14 | Q.    Did that happen every single | 12:10:58 |
| 15 | time you logged in? | 12:10:59 |
| 16 | A.    90 percent. | 12:11:01 |
| 17 | Q.    How much? | 12:11:02 |
| 18 | A.    90 percent. | 12:11:03 |
| 19 | Q.    Okay.  And when you clicked on | 12:11:04 |
| 20 | location, did it show a particular | 12:11:08 |
| 21 | location, an actual location? | 12:11:09 |
| 22 | A.    Yes. | 12:11:12 |
| 23 | Q.    Okay.  And so what locations | 12:11:12 |
| 24 | would you see when you pulled up -- pulled | 12:11:15 |
| 25 | that up on the app? | 12:11:20 |

Page 87

```
 1        A.    Brea.  Laguna Niguel.           12:11:28

 2              (Reporter clarification.)        12:11:28

 3        A.    Brea.                            12:11:28

 4   BY MS. MARYOTT:                             12:11:28

 5        Q.    Brea, B-R-E-A.                   12:11:30

 6              THE COURT REPORTER:  Thank you.  12:11:32

 7              MS. MARYOTT:  Sure.              12:11:32

 8   BY MS. MARYOTT:

 9        Q.    Laguna Niguel.  Any other

10   source?

11              (Reporter clarification.)

12   BY MS. MARYOTT:

13        Q.    Laguna Niguel, N-I-G-U-E-L.      12:11:43

14        A.    Tustin.                          12:11:49

15        Q.    And Tustin was the Jamboree      12:11:50

16   store?                                      12:11:52

17        A.    Yes.                             12:11:53

18        Q.    So when you would go in to look  12:11:54

19   for shifts, would you look at one location  12:11:56

20   at a time?                                  12:11:58

21        A.    Yes.  You can only look up one   12:11:59

22   location at a time.                         12:12:02

23        Q.    And where would you go first?    12:12:02

24        A.    Brea or Laguna Niguel.           12:12:05

25        Q.    How would you decide which one   12:12:09
```

Page 88

| | | |
|---|---|---|
| 1 | to go to first? | 12:12:11 |
| 2 | A.    Which one have shifts available. | 12:12:13 |
| 3 | Q.    Mr. Mabanta, I thought you just | 12:12:15 |
| 4 | said you could select the location.  So | 12:12:20 |
| 5 | which one would you typically go to first? | 12:12:21 |
| 6 | A.    Laguna Niguel and Brea. | 12:12:24 |
| 7 | Q.    Okay.  So you would check Laguna | 12:12:30 |
| 8 | Niguel first? | 12:12:33 |
| 9 | A.    Yes. | 12:12:34 |
| 10 | Q.    And then you would check Brea? | 12:12:34 |
| 11 | A.    Yes. | 12:12:36 |
| 12 | Q.    Was Laguna Niguel your preferred | 12:12:37 |
| 13 | location? | 12:12:43 |
| 14 | A.    Yes. | 12:12:43 |
| 15 | Q.    Why did you prefer Laguna | 12:12:44 |
| 16 | Niguel? | 12:12:48 |
| 17 | A.    It was closer to me. | 12:12:49 |
| 18 | Q.    Where were you living when you | 12:12:50 |
| 19 | were employed at Prime Now? | 12:12:52 |
| 20 | (Reporter clarification.) | 12:12:52 |
| 21 | A.    Tustin. | 12:12:57 |
| 22 | BY MS. MARYOTT: | 12:13:00 |
| 23 | Q.    Wasn't the Jamboree store | 12:13:00 |
| 24 | closest to you? | 12:13:09 |
| 25 | A.    Yes. | 12:13:10 |

Page 89

| | | |
|---|---|---|
| 1 | Q.    And so when you went to look for | 12:13:10 |
| 2 | a shift and you saw shifts, what was the | 12:13:17 |
| 3 | next step?  Did you click on the shift | 12:13:19 |
| 4 | that you wanted to take? | 12:13:22 |
| 5 | A.    There was no shifts available. | 12:13:26 |
| 6 | Q.    Well, Mr. Mabanta, you worked a | 12:13:28 |
| 7 | lot of shifts, so there were times when | 12:13:30 |
| 8 | you were -- located a shift and selected | 12:13:33 |
| 9 | it, right? | 12:13:36 |
| 10 | A.    Yes. | 12:13:37 |
| 11 | Q.    Okay.  That's what I'm talking | 12:13:37 |
| 12 | about.  I'm talking about those occasions, | 12:13:39 |
| 13 | okay?  Are you with me? | 12:13:42 |
| 14 | A.    Yes. | 12:13:43 |
| 15 | Q.    Okay, great. | 12:13:43 |
| 16 | So what would you do?  You would | 12:13:45 |
| 17 | look to see what times were available for | 12:13:47 |
| 18 | that location? | 12:13:49 |
| 19 | A.    Yes. | 12:13:51 |
| 20 | Q.    And then would you just click on | 12:13:51 |
| 21 | one? | 12:13:53 |
| 22 | A.    Yes. | 12:13:54 |
| 23 | Q.    Did you receive a notification | 12:13:55 |
| 24 | in response when you did that? | 12:13:57 |
| 25 | A.    Yes. | 12:13:59 |

Page 90

| | | |
|---|---|---|
| 1 | Q.    Okay.  And so would you | 12:14:00 |
| 2 | typically sign up for one shift at a time | 12:14:02 |
| 3 | or would you sign up for multiple shifts | 12:14:05 |
| 4 | at a time? | 12:14:07 |
| 5 | A.    One shift at a time. | 12:14:08 |
| 6 | Q.    Why did you sign up for one | 12:14:10 |
| 7 | shift at a time? | 12:14:11 |
| 8 | A.    Because that's all the app can | 12:14:17 |
| 9 | handle. | 12:14:20 |
| 10 | Q.    Okay.  And so -- and I'll | 12:14:20 |
| 11 | clarify my question. | 12:14:22 |
| 12 | So each time you would go into | 12:14:23 |
| 13 | the app, right, you could select multiple | 12:14:26 |
| 14 | shifts; you just had to do them one at a | 12:14:29 |
| 15 | time, right? | 12:14:32 |
| 16 | A.    Yes. | 12:14:32 |
| 17 | Q.    Okay.  And so you would select a | 12:14:33 |
| 18 | shift, and then you could look for another | 12:14:36 |
| 19 | shift, right? | 12:14:38 |
| 20 | A.    Yes. | 12:14:40 |
| 21 | Q.    Okay.  And so were there | 12:14:40 |
| 22 | occasions where in one use of the app, you | 12:14:42 |
| 23 | would select multiple shifts? | 12:14:47 |
| 24 | A.    No. | 12:14:50 |
| 25 | Q.    Why not? | 12:14:50 |

Page 91

| | | |
|---|---|---|
| 1 | A.    It won't -- it won't handle it. | 12:14:52 |
| 2 | Q.    Okay.  When you logged into | 12:14:55 |
| 3 | Amazon Moment and got set up to use the | 12:15:01 |
| 4 | portal for selecting shifts, did you sign | 12:15:05 |
| 5 | up to receive e-mails on your personal | 12:15:07 |
| 6 | e-mail or via text about when shifts were | 12:15:10 |
| 7 | posted? | 12:15:14 |
| 8 | A.    Yes. | 12:15:14 |
| 9 | Q.    Did you receive e-mails letting | 12:15:18 |
| 10 | you know when shifts were posted? | 12:15:21 |
| 11 | A.    Yes. | 12:15:23 |
| 12 | Q.    Did you also receive text | 12:15:24 |
| 13 | messages? | 12:15:28 |
| 14 | A.    Yes.  Not all the time. | 12:15:29 |
| 15 | Q.    So you didn't have it set up to | 12:15:33 |
| 16 | receive text messages during the entirety | 12:15:41 |
| 17 | of your employment? | 12:15:43 |
| 18 | A.    What was the question again? | 12:15:44 |
| 19 | Q.    I'm trying to understand.  You | 12:15:48 |
| 20 | said "not all the time."  So was there a | 12:15:50 |
| 21 | time when you had it set up for texts and | 12:15:52 |
| 22 | a time when you didn't have it set up for | 12:15:55 |
| 23 | texts? | 12:15:57 |
| 24 | A.    No, I was always set up for a | 12:15:58 |
| 25 | text.  I never received it. | 12:16:01 |

Page 92

```
 1        Q.    Okay.  But you received the        12:16:03

 2   e-mails?                                       12:16:06

 3        A.    Yes.                                12:16:07

 4              (Reporter clarification.)           12:16:10

 5        A.    It's already delayed.               12:16:13

 6   BY MS. MARYOTT:                                12:16:19

 7        Q.    And when you received the text      12:16:19

 8   messages, was it right around the time         12:16:24

 9   that the shifts would drop?                    12:16:27

10        A.    Approximately, yes.                 12:16:31

11        Q.    When did the shifts drop when       12:16:32

12   you first started at Prime Now?                12:16:39

13        A.    I don't remember anymore.           12:16:42

14        Q.    Okay.  Did you set an alert on      12:16:43

15   your calendar for the times that the          12:16:58

16   shifts would drop?                             12:17:02

17        A.    Yes.                                12:17:05

18        Q.    Do you recall that the shifts       12:17:14

19   dropped at 4:15 on Sunday, Tuesday and         12:17:16

20   Thursday when you first started?               12:17:19

21        A.    Sounds familiar.                    12:17:25

22        Q.    Okay.  You just -- you just         12:17:26

23   don't have a specific recollection of          12:17:27

24   that?                                          12:17:28

25              (Reporter clarification.)           12:17:28
```

Veritext Legal Solutions
866 299-5127

```
 1        A.    I don't have my records with me.    12:17:32

 2   BY MS. MARYOTT:                                 12:17:34

 3        Q.    What records are you talking         12:17:34

 4   about?                                          12:17:35

 5        A.    I don't have anything.  I just       12:17:36

 6   try to remember things.                         12:17:38

 7        Q.    Okay.  Do you consider yourself      12:17:44

 8   to have a good memory?                          12:17:45

 9        A.    Yes.                                 12:17:47

10        Q.    Let's go ahead and mark             12:17:48

11   Exhibit 4.                                      12:17:55

12            MS. MARYOTT:  And Hazel, this          12:17:59

13        will be tab 14.                            12:18:02

14            MS. CHUANG:  Okay.  I'll let you       12:18:04

15        know when it's up.                         12:18:06

16            MS. MARYOTT:  Thank you.               12:18:14

17            THE COURT REPORTER:  So we             12:18:14

18        skipped 1; is that correct?               12:18:16

19            MS. MARYOTT:  We did skip 1.           12:18:18

20            THE COURT REPORTER:  Okay.             12:18:18

21            MS. MARYOTT:  We'll go ahead and       12:18:23

22        mark it after.                             12:18:24

23            THE COURT REPORTER:  That's            12:18:25

24        okay.  I just wanted to make sure I        12:18:26

25        didn't miss something.                     12:18:28
```

Page 94

```
 1              (Exhibit 4, E-mail string        12:18:42

 2        beginning with Bates number            12:18:42

 3        MAB-PRIME_00000159, marked for         12:18:42

 4        identification.)                       12:18:43

 5   BY MS. MARYOTT:                             12:18:43

 6        Q.    Okay.  I see it's loaded.  Do    12:18:44

 7   you see Exhibit 4, Mabanta?                 12:18:46

 8        A.    Not yet.  I'm going to refresh   12:18:48

 9   my screen.  Yes.                            12:18:58

10        Q.    Okay.  So Exhibit 4 is an e-mail 12:19:16

11   string between you and Mr. Curtis; is that  12:19:20

12   right?                                      12:19:25

13        A.    Yes.                             12:19:25

14        Q.    Okay.  And if you look at the    12:19:26

15   second page, partway down, it says "On      12:19:30

16   Sun, November 25, 2018 at 8:40 a.m.,        12:19:38

17   Curtis David wrote:"                        12:19:46

18              Do you see that?                 12:19:48

19        A.    I'm trying to get it.            12:19:48

20              (Reporter clarification.)        12:19:48

21        A.    "Hey Mario, thank you for        12:20:00

22   reaching out."                              12:20:02

23   BY MS. MARYOTT:                             12:20:02

24        Q.    Yes.  That's where I'm looking   12:20:02

25   too.                                        12:20:04
```

Page 95

```
 1              And do you see here that          12:20:05

 2    Mr. Curtis was reminding you that there     12:20:07

 3    are no set shifts at any locations and      12:20:12

 4    that all shoppers can pick up shifts at     12:20:14

 5    4:15 when they become available on Sunday,  12:20:17

 6    Tuesday and Thursday?                       12:20:21

 7              Do you see that?                  12:20:23

 8        A.    I see that.                       12:20:24

 9        Q.    Does that refresh your memory     12:20:25

10    that that's when the shifts dropped?        12:20:26

11        A.    Yes.                              12:20:28

12        Q.    Okay.  Now, the subject of your   12:20:29

13    e-mail to Mr. Curtis was that you wanted    12:20:35

14    more shifts at Brea; is that right?         12:20:38

15        A.    Yes.                              12:20:42

16        Q.    And why did you want more shifts  12:20:42

17    at Brea?                                    12:20:44

18              (Reporter clarification.)         12:20:44

19    BY MS. MARYOTT:                             12:20:44

20        Q.    Can you repeat that,              12:21:02

21    Mr. Mabanta.                                12:21:03

22        A.    The people at Brea are easier to  12:21:03

23    work with.                                  12:21:05

24        Q.    Was the store in Brea busier      12:21:08

25    than the Laguna Niguel store?               12:21:12
```

Page 96

```
 1        A.    They're the same.                12:21:16
 2        Q.    Now, at some point the shift     12:21:18
 3   drop time changed; is that right?           12:21:27
 4        A.    Yes.                             12:21:31
 5        Q.    And it changed to 6:15 instead   12:21:32
 6   of 4:15 on Sunday, Tuesday and Thursday,    12:21:36
 7   right?                                      12:21:41
 8        A.    I believe so.                    12:21:42
 9        Q.    And then it changed again to be  12:21:45
10   6:15 every day except Saturday, right?      12:21:48
11        A.    I believe so.                    12:21:51
12        Q.    And let's go ahead and look at   12:22:01
13   Exhibit 5, which will be tab 16.            12:22:03
14              (Exhibit 5, E-mail string        12:22:09
15         beginning with Bates number           12:22:09
16         MAB-PRIME_00000136, marked for        12:22:09
17         identification.)                      12:22:32
18              MS. CHUANG:  Okay.  It should be 12:22:32
19         up.                                   12:22:34
20              MS. MARYOTT:  Thank you.         12:22:34
21        A.    You said Exhibit 5?              12:22:44
22   BY MS. MARYOTT:                             12:22:47
23        Q.    Exhibit 5, yes.  Let me know     12:22:47
24   when you have it.                           12:22:49
25        A.    I have it.                       12:22:51
```

| | | |
|---|---|---|
| 1 | Q.    Okay.  Do you recognize | 12:22:51 |
| 2 | Exhibit 5 as an e-mail exchange between | 12:22:56 |
| 3 | you and Mr. Curtis on November 27 and 28 | 12:22:58 |
| 4 | of 2018? | 12:23:04 |
| 5 | A.    How do you enlarge this? | 12:23:07 |
| 6 | Q.    I'm not sure. | 12:23:13 |
| 7 | MS. BAKER:  Are you unable to | 12:23:14 |
| 8 | see the exhibit? | 12:23:21 |
| 9 | THE WITNESS:  I see it now.  I | 12:23:22 |
| 10 | see it now. | 12:23:29 |
| 11 | BY MS. MARYOTT: | 12:23:29 |
| 12 | Q.    Okay, great. | 12:23:30 |
| 13 | So do you recognize Exhibit 5 as | 12:23:32 |
| 14 | an e-mail exchange between you and | 12:23:35 |
| 15 | Mr. Curtis that took place between | 12:23:37 |
| 16 | November 27, 2018 and November 28, 2018? | 12:23:41 |
| 17 | A.    I believe so. | 12:23:46 |
| 18 | Q.    Okay.  And the first e-mail in | 12:23:47 |
| 19 | the string, which is at the bottom, is an | 12:23:52 |
| 20 | e-mail from you to Mr. Curtis at 6:11 on | 12:23:55 |
| 21 | November 27, 2018; do you see that? | 12:24:01 |
| 22 | A.    Yes. | 12:24:04 |
| 23 | Q.    And you were asking him if it | 12:24:05 |
| 24 | was true that he didn't put a schedule up; | 12:24:08 |
| 25 | is that right? | 12:24:10 |

Page 98

```
 1        A.    Yes.                            12:24:11

 2        Q.    So you were checking for        12:24:12

 3   schedules at the time that you sent this   12:24:14

 4   e-mail?                                     12:24:17

 5        A.    I believe so.                    12:24:18

 6        Q.    Okay.  And you were at work when 12:24:20

 7   you sent this e-mail, right?                12:24:22

 8        A.    I believe so.                    12:24:25

 9        Q.    And so was it your practice to   12:24:28

10   check for shifts while you were at work?    12:24:30

11        A.    Yes.                             12:24:32

12        Q.    And you see in the response from 12:24:38

13   Mr. Curtis that he says starting today,     12:24:42

14   the shifts will be posted at 6:15, right?   12:24:45

15        A.    I believe so.                    12:25:10

16        Q.    So you understood as of          12:25:11

17   November 27, 2018, that the shifts would    12:25:14

18   drop at 6:15 on Sunday, Tuesday and         12:25:17

19   Thursday, right?                            12:25:22

20        A.    It doesn't -- it doesn't say it  12:25:25

21   here.                                       12:25:26

22        Q.    Okay.  So when do you think it   12:25:26

23   was?                                        12:25:29

24        A.    He changes times on -- on this.  12:25:34

25        Q.    Do you think the shifts dropped  12:25:38
```

Page 99

```
 1    at a time other than 6:15 after --            12:25:41

 2         A.    Yes.                               12:25:44

 3         Q.    -- November 27th?                  12:25:44

 4         A.    Yes.                               12:25:46

 5         Q.    When do you think the shifts       12:25:46

 6    dropped after November 27, what time?  I'm    12:25:48

 7    sorry?                                        12:25:54

 8         A.    Sometimes delayed about three or   12:25:55

 9    four hours.                                   12:25:57

10         Q.    And how do you know that?          12:25:58

11    What's that based on?                         12:26:00

12         A.    I have an e-mail to him saying     12:26:02

13    that -- where's the shifts.  I have to        12:26:05

14    look for the e-mail.                          12:26:10

15         Q.    So you're saying there were        12:26:15

16    occasions when the shifts were delayed        12:26:16

17    three, four hours?                            12:26:19

18         A.    Yes.                               12:26:21

19         Q.    How many times did that happen?    12:26:21

20         A.    Three, four or five times.         12:26:26

21         Q.    When did it happen?                12:26:27

22         A.    I don't -- I don't recall.         12:26:31

23         Q.    Did you make any notes of when     12:26:32

24    that happened?                                12:26:37

25         A.    I e-mailed him, I remember.        12:26:40
```

Page 100

| | | |
|---|---|---|
| 1 | Q.    Did you e-mail him every time? | 12:26:43 |
| 2 | A.    I e-mailed him a lot. | 12:26:47 |
| 3 | Q.    Well, yes, I'm aware of that. | 12:26:48 |
| 4 | Did you e-mail him every time | 12:26:51 |
| 5 | when there was a delay in the shifts | 12:26:53 |
| 6 | dropping? | 12:26:55 |
| 7 | A.    Yes.  He was never there. | 12:26:56 |
| 8 | Q.    So after Mr. Curtis reminded you | 12:27:14 |
| 9 | that the shifts would post at 6:15 on | 12:27:18 |
| 10 | November 27, 2018, did you proceed to | 12:27:22 |
| 11 | check for a schedule on that day? | 12:27:25 |
| 12 | A.    Yes, working already for almost | 12:27:30 |
| 13 | seven, eight months. | 12:27:35 |
| 14 | Q.    The shifts had been dropping at | 12:27:38 |
| 15 | 4:15 -- | 12:27:43 |
| 16 | A.    Yes. | 12:27:44 |
| 17 | Q.    -- for seven or eight months, | 12:27:44 |
| 18 | right? | 12:27:47 |
| 19 | And then you claimed that you | 12:27:47 |
| 20 | never got the information.  Did you -- | 12:27:51 |
| 21 | A.    What information? | 12:27:57 |
| 22 | Q.    About the change in the shift | 12:27:59 |
| 23 | drop time. | 12:28:02 |
| 24 | A.    I don't remember. | 12:28:04 |
| 25 | Q.    Were there sometimes | 12:28:06 |

Page 101

| | | |
|---|---|---|
| 1 | notifications on the seller app about | 12:28:08 |
| 2 | updates, things you -- | 12:28:12 |
| 3 | A.    No. | 12:28:14 |
| 4 | Q.    -- needed to know? | 12:28:14 |
| 5 | A.    No. | 12:28:16 |
| 6 | Q.    Never? | 12:28:17 |
| 7 | A.    Not that I saw. | 12:28:18 |
| 8 | Q.    Did you know how to look for | 12:28:19 |
| 9 | information on the seller app? | 12:28:22 |
| 10 | A.    Yes. | 12:28:27 |
| 11 | Q.    During your employment, did you | 12:28:27 |
| 12 | keep track of when you logged in to select | 12:28:48 |
| 13 | shifts? | 12:28:53 |
| 14 | A.    I had a calendar. | 12:28:59 |
| 15 | Q.    What calendar? | 12:29:00 |
| 16 | A.    I have a calendar that I worked | 12:29:02 |
| 17 | on all my shifts, which were sent over to | 12:29:05 |
| 18 | my lawyer. | 12:29:11 |
| 19 | Q.    So you kept a calendar of your | 12:29:12 |
| 20 | shifts or a calendar showing when you were | 12:29:15 |
| 21 | logging on to try to get shifts? | 12:29:18 |
| 22 | A.    When I was logging -- when I had | 12:29:21 |
| 23 | my shifts. | 12:29:23 |
| 24 | Q.    Oh, okay.  So you kept a | 12:29:24 |
| 25 | calendar so you would know what day to go | 12:29:27 |

Page 102

| | | |
|---|---|---|
| 1 | to work, right? | 12:29:29 |
| 2 | A.   Yes. | 12:29:30 |
| 3 | Q.   My question's a little | 12:29:31 |
| 4 | different. | 12:29:32 |
| 5 | Did you keep track of when you | 12:29:33 |
| 6 | logged in to select the shifts? | 12:29:34 |
| 7 | A.   I don't remember. | 12:29:38 |
| 8 | Q.   So do you have any records at | 12:29:38 |
| 9 | all of when you logged in to select your | 12:29:47 |
| 10 | shifts? | 12:29:51 |
| 11 | A.   I can't remember. | 12:29:56 |
| 12 | Q.   So, Mr. Mabanta, you understood | 12:29:56 |
| 13 | that you were coming to be deposed today | 12:30:01 |
| 14 | about your employment at Prime Now, right? | 12:30:04 |
| 15 | A.   Yes. | 12:30:07 |
| 16 | Q.   Okay.  And did you do everything | 12:30:08 |
| 17 | you could to try to familiarize yourself | 12:30:12 |
| 18 | with the history of your employment before | 12:30:14 |
| 19 | we started today? | 12:30:18 |
| 20 | A.   Yes. | 12:30:19 |
| 21 | Q.   Okay.  Because you knew how | 12:30:20 |
| 22 | important a proceeding this was, right? | 12:30:21 |
| 23 | A.   Yes. | 12:30:24 |
| 24 | Q.   Okay.  What did you do to | 12:30:24 |
| 25 | prepare for your deposition? | 12:30:26 |

Page 103

| | | |
|---|---|---|
| 1 | A.    I read through my deposition -- | 12:30:28 |
| 2 | read through my declaration. | 12:30:34 |
| 3 | Q.    Okay.  Did you do anything else? | 12:30:35 |
| 4 | A.    No. | 12:30:38 |
| 5 | MS. BAKER:  And, Mr. Mabanta, | 12:30:38 |
| 6 | anything that you have spoken to | 12:30:39 |
| 7 | counsel about, that's not something | 12:30:41 |
| 8 | that you're testifying to today, okay? | 12:30:45 |
| 9 | So she's asking if you did anything to | 12:30:47 |
| 10 | prepare for today. | 12:30:49 |
| 11 | I just want to clarify that. | 12:30:49 |
| 12 | A.    I read through my declar- -- my | 12:30:53 |
| 13 | declaration. | 12:30:57 |
| 14 | BY MS. MARYOTT: | 12:30:58 |
| 15 | Q.    Okay.  And without telling me | 12:30:58 |
| 16 | the substance of anything that you | 12:30:58 |
| 17 | discussed, did you have a discussion with | 12:31:00 |
| 18 | your lawyers in preparation for today's | 12:31:01 |
| 19 | deposition? | 12:31:04 |
| 20 | MS. BAKER:  And again, you're | 12:31:07 |
| 21 | not going to testify to anything that | 12:31:08 |
| 22 | you've spoken to any counsel about, | 12:31:09 |
| 23 | okay? | 12:31:12 |
| 24 | THE WITNESS:  Yes. | 12:31:14 |
| 25 | A.    No, I did not. | 12:31:16 |

Page 104

| | | |
|---|---|---|
| 1 | BY MS. MARYOTT: | 12:31:16 |
| 2 | Q.    You did not speak to your lawyer | 12:31:16 |
| 3 | in preparation for your deposition; is | 12:31:19 |
| 4 | that -- | 12:31:20 |
| 5 | A.    No. | 12:31:20 |
| 6 | Q.    Just so we're clear because the | 12:31:21 |
| 7 | way I phrased that question -- I want to | 12:31:31 |
| 8 | make it very clear. | 12:31:33 |
| 9 | You did not speak with your | 12:31:34 |
| 10 | lawyers in preparation for this | 12:31:37 |
| 11 | deposition; is that true? | 12:31:41 |
| 12 | MS. BAKER:  And to be clear, | 12:31:41 |
| 13 | Mr. Mabanta, anything that we | 12:31:42 |
| 14 | discussed, you're not going to testify | 12:31:44 |
| 15 | to, okay?  So all she's asking you is | 12:31:45 |
| 16 | if we had a conversation.  She's not | 12:31:48 |
| 17 | entitled to anything that we have ever | 12:31:50 |
| 18 | discussed.  She's not entitled to know | 12:31:53 |
| 19 | when we speak or for how long we speak | 12:31:55 |
| 20 | or anything that we spoke to, okay? | 12:31:58 |
| 21 | THE WITNESS:  Yes. | 12:32:02 |
| 22 | MS. BAKER:  If you did anything | 12:32:03 |
| 23 | outside of speaking to your lawyers to | 12:32:04 |
| 24 | prepare for your deposition, if you | 12:32:06 |
| 25 | reviewed documents, she's entitled to | 12:32:08 |

Page 105

| | | |
|---|---|---|
| 1 | know what documents you reviewed. | 12:32:10 |
| 2 | THE WITNESS:  Yes. | 12:32:16 |
| 3 | MS. MARYOTT:  So, Counsel, I | 12:32:19 |
| 4 | disagree that I'm not entitled to know | 12:32:20 |
| 5 | whether you spoke to him in connection | 12:32:22 |
| 6 | with preparing for the deposition, but | 12:32:24 |
| 7 | I agree with you on the substance. | 12:32:27 |
| 8 | BY MS. MARYOTT: | 12:32:29 |
| 9 | Q.   So, Mr. Mabanta, did you speak | 12:32:29 |
| 10 | with your lawyers to prepare for this | 12:32:30 |
| 11 | deposition? | 12:32:31 |
| 12 | MS. BAKER:  And, Counsel, I can | 12:32:36 |
| 13 | represent that we speak to our clients | 12:32:38 |
| 14 | at any time, okay?  And he can't | 12:32:41 |
| 15 | testify to things that we spoke about. | 12:32:43 |
| 16 | MS. MARYOTT:  I didn't ask him | 12:32:47 |
| 17 | what you spoke about, Counsel.  I | 12:32:47 |
| 18 | asked him, Did you speak with your | 12:32:49 |
| 19 | lawyers in prep -- in preparation for | 12:32:51 |
| 20 | your deposition. | 12:32:53 |
| 21 | MS. BAKER:  And, Mario, you can | 12:32:55 |
| 22 | say if you spoke to us.  You can't say | 12:32:57 |
| 23 | what we spoke about at all. | 12:33:00 |
| 24 | A.   Yes. | 12:33:04 |
| 25 | BY MS. MARYOTT: | 12:33:05 |

Page 106

| | | |
|---|---|---|
| 1 | Q.   Okay.  Are you saying yes to my | 12:33:05 |
| 2 | question now? | 12:33:08 |
| 3 | A.   Yes. | 12:33:08 |
| 4 | Q.   Okay.  So now you recall that | 12:33:09 |
| 5 | you did speak to your lawyer in connection | 12:33:12 |
| 6 | with preparation -- preparing for your | 12:33:15 |
| 7 | deposition. | 12:33:18 |
| 8 | MS. BAKER:  Asked and answered. | 12:33:18 |
| 9 | BY MS. MARYOTT: | 12:33:18 |
| 10 | Q.   Is that right? | 12:33:24 |
| 11 | A.   Yes. | 12:33:24 |
| 12 | Q.   Okay.  Did you review any | 12:33:25 |
| 13 | documents that refreshed your memory other | 12:33:28 |
| 14 | than your declaration? | 12:33:29 |
| 15 | A.   I looked up my résumé.  That's | 12:33:34 |
| 16 | why I had it with me. | 12:33:41 |
| 17 | Q.   Why did you look up your résumé? | 12:33:43 |
| 18 | A.   Because there are so many times | 12:33:45 |
| 19 | I worked.  I don't remember the dates. | 12:33:47 |
| 20 | Q.   Now, Mr. Mabanta, you mentioned | 12:33:55 |
| 21 | that you couldn't remember if you made any | 12:34:02 |
| 22 | record of the -- of when you logged in to | 12:34:06 |
| 23 | select shifts.  Do you remember that? | 12:34:09 |
| 24 | That was a few minutes ago. | 12:34:10 |
| 25 | A.   Yes. | 12:34:12 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q. Okay. So have you looked to see | 12:34:12 |
| 2 | if you have any records reflecting when | 12:34:16 |
| 3 | you logged in to select shifts? | 12:34:19 |
| 4 | A. No. | 12:34:22 |
| 5 | Q. Why not? | 12:34:22 |
| 6 | A. I didn't think it was important. | 12:34:29 |
| 7 | Q. Do you have any recollection of | 12:34:30 |
| 8 | making any notes of when you logged in to | 12:34:36 |
| 9 | select shifts? | 12:34:42 |
| 10 | A. No. | 12:34:42 |
| 11 | Q. Did you make any notes about all | 12:34:43 |
| 12 | the different times you had to change your | 12:34:47 |
| 13 | password? | 12:34:48 |
| 14 | A. No. | 12:34:50 |
| 15 | Q. Did you make any notes of every | 12:34:51 |
| 16 | time you called technical support because | 12:34:53 |
| 17 | you were struggling with the app? | 12:34:54 |
| 18 | A. No. | 12:34:56 |
| 19 | Q. Did you make any notes about | 12:34:57 |
| 20 | every time you went to the FC to try to | 12:35:00 |
| 21 | get help because you were having trouble | 12:35:05 |
| 22 | with the app? | 12:35:07 |
| 23 | A. No. | 12:35:08 |
| 24 | Q. Okay. So knowing that you don't | 12:35:08 |
| 25 | have any records of the times at which you | 12:35:17 |

Page 108

1    logged in to select shifts, is it fair to

2    say that you don't have any records of

3    what time you selected particular shifts?

4        A.    No.

5        Q.    That's not fair to say?

6        A.    I don't remember.

7        Q.    Okay.  Did shifts ever get

8    dropped outside of the set times?

9        A.    I don't remember.

10       Q.    Did you ever pick up shifts

11   outside of the shift drop times?

12       A.    I don't remember.

13       Q.    If Amazon's records show that

14   you did, would you have any records to

15   refute that?

16       A.    No.

17       Q.    And if Amazon's records show

18   when you picked up any given shift, would

19   you have any records to refute that?

20       A.    No.

21             MS. MARYOTT:  Let's mark as

22       Exhibit 6 tab 22.

23             MS. CHUANG:  It should be up.

24             MS. MARYOTT:  Thank you.

25             (Exhibit 6, E-mail string

Veritext Legal Solutions
866 299-5127

1        beginning with Bates number

2        MAB-PRIME_00000221, marked for

3        identification.)

4    BY MS. MARYOTT:

5        Q.    Mr. Mabanta, let me know when     12:37:10

6    you have Exhibit 6 on your screen.          12:37:11

7        A.    I got it.                          12:37:28

8        Q.    Great.  Okay.  Do you recognize   12:37:30

9    Exhibit 6 as an e-mail exchange between     12:37:33

10   you and Mr. Curtis on November 21, 2018?    12:37:38

11       A.    Yes.                              12:37:46

12       Q.    And you sent an e-mail to         12:37:46

13   Mr. Curtis at 1:07 a.m.; is that right?     12:37:47

14       A.    Yes.                              12:37:51

15       Q.    Was it typical for you to send    12:37:54

16   e-mails to Mr. Curtis in the middle of the  12:37:56

17   night?                                      12:37:58

18       A.    Well, after I come from work,     12:37:58

19   that's when I sent it to him.               12:38:00

20       Q.    Okay.  How late did you           12:38:02

21   typically work?                             12:38:04

22       A.    9:30, but takes me about an hour  12:38:06

23   to get home and eat.                        12:38:08

24       Q.    It takes you an hour to get home  12:38:12

25   from Laguna Niguel?                         12:38:15

Page 110

| | | |
|---|---|---|
| 1 | A.    This was in -- could be. | 12:38:20 |
| 2 | Depends on the day. | 12:38:24 |
| 3 | Q.    Did it take you -- well, strike | 12:38:28 |
| 4 | that. | 12:38:31 |
| 5 | What was your typical commute | 12:38:32 |
| 6 | time from home to Laguna Niguel when you | 12:38:35 |
| 7 | worked in the afternoon? | 12:38:39 |
| 8 | A.    About 45 minutes. | 12:38:42 |
| 9 | Q.    And what was the typical commute | 12:38:43 |
| 10 | time coming home at, say, 9:30 from | 12:38:46 |
| 11 | Laguna Niguel? | 12:38:51 |
| 12 | A.    About the same. | 12:38:52 |
| 13 | Q.    And what was the commute time to | 12:38:53 |
| 14 | Brea? | 12:38:55 |
| 15 | A.    About an hour each way. | 12:38:57 |
| 16 | Q.    Did you take surface streets? | 12:39:01 |
| 17 | A.    Yes. | 12:39:03 |
| 18 | Q.    So you didn't take the freeway? | 12:39:03 |
| 19 | A.    No. | 12:39:06 |
| 20 | Q.    Is there a reason you didn't | 12:39:06 |
| 21 | take the freeway? | 12:39:13 |
| 22 | A.    There was a toll to | 12:39:14 |
| 23 | Laguna Niguel. | 12:39:17 |
| 24 | Q.    Is there a toll on the | 12:39:17 |
| 25 | 5 Freeway? | 12:39:23 |

Page 111

1      A.     No.  Laguna Niguel is the -- 73.   12:39:24
2      Q.     So in this e-mail that you sent    12:39:27
3  to Mr. Curtis at 1:07 a.m., you note "I       12:39:32
4  missed the schedule because it was so busy    12:39:38
5  today."                                        12:39:40
6             Do you see that?                    12:39:41
7      A.     Yes.                                12:39:41
8      Q.     So were you trying to check for     12:40:00
9  schedules while you were at work that day?     12:40:05
10     A.     Yes, through my phone.              12:40:07
11     Q.     And you mentioned here "I           12:40:08
12 noticed there was no schedule for Brea."       12:40:12
13 So you were looking specifically for           12:40:14
14 shifts at Brea?                                12:40:16
15     A.     Well, because the shifts at         12:40:20
16 Laguna Niguel's been full already.  You        12:40:24
17 already know ahead of time.                    12:40:28
18     Q.     You knew that the Laguna Niguel     12:40:30
19 schedules were full?                           12:40:34
20     A.     So -- because I was working at      12:40:36
21 Laguna Niguel, so I know who's working.        12:40:39
22     Q.     We're talking about selecting       12:40:42
23 shifts, Mr. Mabanta, not who was working       12:40:44
24 on the shift.  Do you understand that's        12:40:47
25 what we're talking about?                      12:40:49

                                    Page 112

```
 1        A.    Yes.                            12:40:50

 2        Q.    Okay.  So it appears here that  12:40:51

 3    you were asking Mr. Curtis very           12:40:55

 4    specifically to get on the schedule at    12:40:58

 5    Brea; is that fair to say?                12:41:02

 6        A.    I have to read it.  Yes.        12:41:08

 7        Q.    And so just so I understand,    12:41:18

 8    what does that have to do with whether the 12:41:20

 9    schedule was full at Laguna Niguel?       12:41:22

10        A.    Well, I thought you were asking 12:41:25

11    me who was working at Laguna Niguel.      12:41:27

12        Q.    So in response to your request  12:41:31

13    to Mr. Curtis for shifts at Brea, he      12:41:37

14    responded that there were plenty of shifts 12:41:43

15    available at the Laguna Niguel location.  12:41:46

16    Do you see that?                          12:41:49

17        A.    Yes, I see that.                12:41:55

18        Q.    And then you responded that you 12:42:02

19    got some Laguna; is that right?           12:42:04

20        A.    Yes.                            12:42:05

21        Q.    And did you get the Laguna      12:42:10

22    shifts after you sent the e-mail at       12:42:12

23    1:07 a.m.?                                12:42:13

24        A.    I don't remember.               12:42:15

25        Q.    Did you work at any other stores 12:42:27
```

Page 113

| | | |
|---|---|---|
| 1 | during your employment with Prime Now? | 12:42:29 |
| 2 | A.    Yes. | 12:42:34 |
| 3 | Q.    What other stores other than | 12:42:34 |
| 4 | Laguna Niguel and Brea did you work at? | 12:42:37 |
| 5 | A.    I worked at Jamboree store, and | 12:42:39 |
| 6 | I worked at another store, but not at the | 12:42:45 |
| 7 | Whole Foods store. | 12:42:57 |
| 8 | Q.    What store did you say? | 12:42:59 |
| 9 | A.    Not Whole Foods.  Hold one sec. | 12:43:01 |
| 10 | I'm trying to remember. | 12:43:11 |
| 11 | Q.    Sure. | 12:43:13 |
| 12 | A.    It's on the tip of my tongue. | 12:43:17 |
| 13 | It was handled also by Prime. | 12:43:25 |
| 14 | Q.    You don't remember the store? | 12:43:30 |
| 15 | A.    I don't remember the store. | 12:43:35 |
| 16 | Q.    How many times did you work at | 12:43:37 |
| 17 | Jamboree? | 12:43:39 |
| 18 | A.    Twice, if I can remember right. | 12:43:40 |
| 19 | Q.    How many times did you work at | 12:43:44 |
| 20 | this other store, the one you don't | 12:43:45 |
| 21 | recall? | 12:43:50 |
| 22 | A.    Once. | 12:43:50 |
| 23 | Q.    Do you keep in touch with anyone | 12:43:51 |
| 24 | that you worked with while you were at | 12:43:58 |
| 25 | Prime Now? | 12:44:00 |

Page 114

| | | |
|---|---|---|
| 1 | A.     Not anymore. | 12:44:02 |
| 2 | Q.     When was the last time you were | 12:44:03 |
| 3 | in touch with anyone that you worked with | 12:44:05 |
| 4 | at Prime Now? | 12:44:09 |
| 5 | A.     About a few months ago. | 12:44:11 |
| 6 | Q.     And who was that? | 12:44:12 |
| 7 | A.     John Jay. | 12:44:15 |
| 8 | Q.     And why were you in touch with | 12:44:17 |
| 9 | John Jew? | 12:44:20 |
| 10 | A.     John Jay. | 12:44:21 |
| 11 | Q.     John Jay.  Why were you in touch | 12:44:22 |
| 12 | with John Jay? | 12:44:25 |
| 13 | A.     Because we got close.  We used | 12:44:27 |
| 14 | to work at the Brea store. | 12:44:28 |
| 15 | Q.     Have you been in touch -- | 12:44:35 |
| 16 | A.     I'm sorry.  The other store is | 12:44:37 |
| 17 | Sprouts. | 12:44:40 |
| 18 | Q.     So you worked at a Sprouts store | 12:44:40 |
| 19 | one shift? | 12:44:49 |
| 20 | A.     Yes.  So I don't remember it. | 12:44:50 |
| 21 | Q.     Other than John Jay, did you | 12:44:54 |
| 22 | keep in touch with any of your other | 12:44:56 |
| 23 | coworkers from Prime Now? | 12:45:00 |
| 24 | A.     No. | 12:45:01 |
| 25 | Q.     So fair to say, other than | 12:45:02 |

Page 115

```
 1    Mr. Jay, the last time you communicated      12:45:08
 2    with any coworkers was when you were         12:45:10
 3    employed?                                    12:45:12
 4         A.   Yes.                               12:45:13
 5              MS. MARYOTT:  It's 12:45 so why    12:45:19
 6         don't we go ahead and take the -- the   12:45:22
 7         lunch break.  Is 45 minutes enough      12:45:23
 8         time -- oh, sorry, Belle.  We should    12:45:30
 9         go off the record.                      12:45:33
10              THE VIDEOGRAPHER:  Going off the   12:45:34
11         record.  The time is 12:45 p.m.         12:45:35
12              (Whereupon, a brief recess is      13:18:54
13         taken.)                                 13:18:56
14              THE VIDEOGRAPHER:  Back on the     13:18:56
15         record.  The time is 1:19 p.m.          13:19:22
16    BY MS. MARYOTT:                              13:19:24
17         Q.   Mr. Mabanta, you understand that   13:19:25
18    you're still under oath?                     13:19:27
19         A.   Yes.                               13:19:29
20         Q.   Okay.  Did you talk to anyone      13:19:29
21    during the break?                            13:19:31
22         A.   No.                                13:19:32
23         Q.   Okay.  Is there anything you       13:19:32
24    want to change about your testimony since    13:19:34
25    the break?                                   13:19:36
```

Page 116

1        A.     No.                               13:19:37

2        Q.     Okay.  Did you review any         13:19:37

3   documents during the break that refreshed     13:19:40

4   your memory?                                  13:19:43

5        A.     No.                               13:19:43

6        Q.     How often did you pick up shifts  13:19:44

7   outside of the shift drop times?              13:19:49

8        A.     What was the question again?      13:19:52

9        Q.     How often did you pick up shifts  13:19:59

10  outside of the shift drop times?              13:20:02

11       A.     I don't remember.                 13:20:06

12       Q.     Was it -- can you estimate?  Was  13:20:06

13  it more than 10?                              13:20:08

14       A.     About.                            13:20:11

15       Q.     You think it was more than 10?    13:20:16

16       A.     No, no.                           13:20:20

17       Q.     What's your estimate as to how    13:20:26

18  many times you picked up shifts outside       13:20:28

19  the shift drop times?                         13:20:30

20       A.     About one or two.                 13:20:31

21       Q.     And do you -- I think we've       13:20:35

22  established, you don't have any records as    13:20:42

23  to when you went online to pick up shifts,    13:20:44

24  right?                                        13:20:49

25       A.     No.                               13:20:50

Page 117

| | | |
|---|---|---|
| 1 | Q.    Were there ever shifts available | 13:20:50 |
| 2 | that you chose not to pick up? | 13:20:54 |
| 3 | A.    No. | 13:20:57 |
| 4 | Q.    Let's look at Exhibit -- I guess | 13:20:57 |
| 5 | we're on 7, which is tab 23. | 13:21:13 |
| 6 | MS. CHUANG:  I'm pulling it up, | 13:21:17 |
| 7 | and I'll let you know when it's up. | 13:21:20 |
| 8 | MS. MARYOTT:  Thank you. | 13:21:22 |
| 9 | MS. CHUANG:  Okay.  It should be | 13:21:25 |
| 10 | ready. | 13:21:34 |
| 11 | MS. MARYOTT:  Thank you. | 13:21:34 |
| 12 | (Exhibit 7, E-mail string | 13:21:35 |
| 13 | beginning with Bates number | 13:21:35 |
| 14 | MAB-PRIME_00000950, marked for | 13:21:35 |
| 15 | identification.) | 13:21:36 |
| 16 | BY MS. MARYOTT: | 13:21:36 |
| 17 | Q.    So go ahead and pull up | 13:21:42 |
| 18 | Exhibit 7.  Let me know when you have it | 13:21:45 |
| 19 | up. | 13:22:04 |
| 20 | A.    I have it up. | 13:22:14 |
| 21 | Q.    Okay.  So do you recognize | 13:22:14 |
| 22 | Exhibit 7 as an e-mail exchange between | 13:22:16 |
| 23 | you and Mr. Curtis and Ms. Vessels between | 13:22:22 |
| 24 | November 11, 2018 and November 12, 2018? | 13:22:27 |
| 25 | A.    Yes. | 13:22:41 |

Page 118

```
 1          Q.    And so in your initial e-mail to     13:22:41

 2    them, you're asking about whether there's        13:22:48

 3    anything available for Brea.                      13:22:51

 4          Do you see that?                            13:22:53

 5          A.    Yes.                                  13:22:53

 6          Q.    Okay.  And Mr. Curtis responds        13:22:54

 7    that there are not many shifts left in            13:22:57

 8    Brea, but he does see some in Jamboree and        13:22:59

 9    Laguna Niguel in case you were looking to         13:23:03

10    get shifts.                                       13:23:04

11          Do you see that?                            13:23:06

12          A.    Yes.                                  13:23:06

13          Q.    And you told him that you didn't      13:23:07

14    want to work at Jamboree, right?                  13:23:08

15          A.    Yes.                                  13:23:11

16          Q.    Okay.  And so when you said a         13:23:11

17    minute ago were there ever shifts                 13:23:14

18    available -- strike that.                         13:23:16

19          When you said a minute ago that             13:23:18

20    there was never a time when shifts were           13:23:21

21    available and you chose not to pick them          13:23:24

22    up, that was not accurate, right?                 13:23:26

23          A.    Yes.                                  13:23:28

24          Q.    Okay.  So there were times when       13:23:29

25    shifts were available and you chose not to        13:23:32
```

Page 119

| | | |
|---|---|---|
| 1 | take them, right? | 13:23:34 |
| 2 | A.    Yes. | 13:23:35 |
| 3 | Q.    Okay.  Why did you answer no to | 13:23:36 |
| 4 | my question when I first asked it, | 13:23:38 |
| 5 | Mr. Mabanta? | 13:23:43 |
| 6 | A.    I got confused. | 13:23:43 |
| 7 | Q.    And do you recall earlier today | 13:23:44 |
| 8 | when I asked you to ask me to clarify if | 13:23:46 |
| 9 | you don't understand a question? | 13:23:49 |
| 10 | A.    Yes. | 13:23:51 |
| 11 | Q.    And have you done that | 13:23:51 |
| 12 | throughout the deposition so far? | 13:23:53 |
| 13 | A.    As far as I can remember. | 13:23:56 |
| 14 | Q.    Okay.  And will you continue to | 13:23:57 |
| 15 | do that throughout the rest of the | 13:23:59 |
| 16 | deposition? | 13:24:01 |
| 17 | A.    Yes. | 13:24:01 |
| 18 | Q.    Okay.  So we have an agreement | 13:24:02 |
| 19 | that if you answer my question, I can | 13:24:04 |
| 20 | assume you heard and understood it, right? | 13:24:07 |
| 21 | A.    Yes. | 13:24:09 |
| 22 | Q.    And so what is your best | 13:24:10 |
| 23 | estimate for how many times there were | 13:24:22 |
| 24 | shifts available and you chose not to take | 13:24:25 |
| 25 | them? | 13:24:27 |

Page 120

1        A.    I think four or five.           13:24:33

2        Q.    And what are you basing that on?  13:24:34

3        A.    I don't like working at          13:24:38

4    Jamboree.                                   13:24:39

5        Q.    My question wasn't just about    13:24:40

6    Jamboree.  It's about any location.         13:24:42

7        A.    Basically it's Jamboree.         13:24:50

8        Q.    So was there ever occasion that  13:24:51

9    there were shifts available at Laguna       13:24:54

10   Niguel and you chose not to take them?      13:24:56

11       A.    Yes.                             13:24:58

12       Q.    Okay.  Let's look at             13:25:06

13   Exhibit No. 8.                              13:25:11

14            MS. MARYOTT:  Which is tab 24,    13:25:19

15       Hazel.                                 13:25:21

16            MS. CHUANG:  Okay.  It should be  13:25:47

17       up.                                    13:25:48

18            MS. MARYOTT:  Thank you.          13:25:49

19            (Exhibit 8, E-mail string         13:25:50

20       beginning with Bates number            13:25:50

21       MAB-PRIME_00000328, marked for         13:25:50

22       identification.)                       13:25:51

23   BY MS. MARYOTT:                             13:25:51

24       Q.    Let me know when you have        13:25:57

25   Exhibit 8 up on the screen, Mr. Mabanta.   13:25:58

                                    Page 121

```
 1        A.    I don't have it.  I'm              13:26:01

 2   refreshing.                                   13:26:06

 3        Q.    Were you able to refresh it?       13:26:40

 4        A.    Yes.                               13:26:44

 5        Q.    Okay.  So do you have Exhibit 8    13:26:45

 6   up now?                                       13:26:47

 7        A.    Yes.                               13:26:48

 8        Q.    Okay.  Okay.  Do you recognize     13:26:49

 9   Exhibit 8 as an e-mail exchange between       13:26:53

10   you and multiple people at Amazon on          13:26:56

11   November 29, 2018?                            13:27:01

12        A.    Yes.                               13:27:06

13        Q.    And why did you write the e-mail   13:27:06

14   that is time stamped 6:52?                    13:27:12

15        A.    When I wrote it, it was 6:52.      13:27:28

16        Q.    Why did you write this e-mail?     13:27:31

17        A.    I'm trying to read it right now.   13:27:38

18        Q.    Okay.                              13:27:39

19        A.    Well, because I believe that       13:28:11

20   he -- he told me there was schedules, and     13:28:14

21   then when I try to sign in, there was no      13:28:21

22   more schedules.                               13:28:24

23        Q.    Okay.  And you mentioned that      13:28:25

24   you had been refreshing the button?           13:28:27

25        A.    Yes.                               13:28:29
```

Page 122

1       Q.    Did you have trouble sometimes      13:28:30
2   with refreshing things on the screen?         13:28:32
3       A.    As I mentioned earlier,             13:28:36
4   sometimes it takes me two to three hours      13:28:40
5   to get a shift.  I've been waiting.           13:28:43
6       Q.    Actually, you -- you didn't         13:28:48
7   mention that earlier.  What do you mean it    13:28:49
8   takes you two to three hours to get a         13:28:51
9   shift?                                        13:28:54
10      A.    To get -- I wait for the -- the     13:28:56
11  shift to drop.                                13:29:06
12      Q.    Okay.  How long did it typically    13:29:08
13  take you to pick up shifts?                   13:29:12
14      A.    15 minutes to about an hour.  It    13:29:15
15  happened all the time.                        13:29:30
16      Q.    And what would you do?  Like        13:29:30
17  when it was taking you an hour, what were     13:29:34
18  you doing during that time?                   13:29:37
19      A.    I would keep on refreshing          13:29:39
20  the --                                        13:29:41
21      Q.    Did it sometimes take you an        13:29:42
22  hour to get logged in, for example?          13:29:45
23      A.    Yes.                                13:29:48
24      Q.    And on those occasions, did you     13:29:49
25  call technical support to help you?           13:29:55

Page 123

| | | |
|---|---|---|
| 1 | A.    All the time. | 13:29:57 |
| 2 | Q.    And so what's the shortest | 13:29:58 |
| 3 | amount of time it took you to get logged | 13:30:06 |
| 4 | in to Amazon Moment? | 13:30:10 |
| 5 | A.    15 minutes. | 13:30:12 |
| 6 | Q.    And what's the longest amount of | 13:30:12 |
| 7 | time it took you to get logged in? | 13:30:15 |
| 8 | A.    Four hours. | 13:30:18 |
| 9 | Q.    So there were occasions where | 13:30:19 |
| 10 | you couldn't get logged in for four hours? | 13:30:20 |
| 11 | A.    Yes. | 13:30:24 |
| 12 | Q.    What were you doing during those | 13:30:25 |
| 13 | four hours? | 13:30:27 |
| 14 | A.    I just keep on refreshing and -- | 13:30:28 |
| 15 | (Reporter clarification.) | 13:30:28 |
| 16 | A.    -- calling support, technical | 13:30:35 |
| 17 | support and waiting, refreshing the -- the | 13:30:38 |
| 18 | app. | 13:30:42 |
| 19 | BY MS. MARYOTT: | 13:30:47 |
| 20 | Q.    So you would just sit at your | 13:30:47 |
| 21 | computer for four hours trying to log in? | 13:30:49 |
| 22 | A.    Yes.  That's why I complained | 13:30:51 |
| 23 | to -- | 13:31:08 |
| 24 | (Reporter clarification.) | 13:31:09 |
| 25 | A.    -- Jeff Bezos himself. | 13:31:09 |

Page 124

| | | |
|---|---|---|
| 1 | BY MS. MARYOTT: | 13:31:12 |
| 2 | Q.    Why do you think it is, | 13:31:12 |
| 3 | Mr. Mabanta, that sometimes you were able | 13:31:13 |
| 4 | to log in within 15 minutes on the app and | 13:31:15 |
| 5 | other times it took you four hours? | 13:31:19 |
| 6 | A.    I do not know. | 13:31:21 |
| 7 | Q.    Did you have an easier time | 13:31:22 |
| 8 | logging on to the app on your phone versus | 13:31:27 |
| 9 | your computer? | 13:31:29 |
| 10 | A.    No, both ways. | 13:31:31 |
| 11 | Q.    When you have trouble logging | 13:31:36 |
| 12 | in, did you make sure you didn't have your | 13:31:38 |
| 13 | caps lock on, for example? | 13:31:40 |
| 14 | A.    Yes, I got the right -- I got | 13:31:42 |
| 15 | the right -- because I was able to log in, | 13:31:45 |
| 16 | but I wasn't able to get the shift. | 13:31:52 |
| 17 | (Reporter clarification.) | 13:31:52 |
| 18 | A.    Wasn't able to get the shift. | 13:31:52 |
| 19 | BY MS. MARYOTT: | 13:31:52 |
| 20 | Q.    Okay.  So I've been asking you | 13:31:56 |
| 21 | about logging in.  So what is the shortest | 13:31:57 |
| 22 | amount of time it took you to log in to | 13:32:03 |
| 23 | Amazon Moment? | 13:32:07 |
| 24 | A.    15 minutes. | 13:32:09 |
| 25 | Q.    So, Mr. Mabanta, do you | 13:32:10 |

Page 125

| | | |
|---|---|---|
| 1 | understand I'm talking about actually | 13:32:14 |
| 2 | logging in to the app?  You put in your | 13:32:16 |
| 3 | username; you put in your password to get | 13:32:18 |
| 4 | into the app. | 13:32:21 |
| 5 | You're saying the shortest | 13:32:22 |
| 6 | amount of time it took you to do that was | 13:32:24 |
| 7 | 15 minutes? | 13:32:28 |
| 8 | A.    No, about two minutes.  I'm | 13:32:29 |
| 9 | sorry. | 13:32:30 |
| 10 | Q.    That's okay.  And what is the | 13:32:31 |
| 11 | longest amount of time it took you to log | 13:32:35 |
| 12 | in to the app? | 13:32:38 |
| 13 | A.    Two minutes. | 13:32:39 |
| 14 | Q.    So it never took you more than | 13:32:41 |
| 15 | two minutes to log in to the app? | 13:32:45 |
| 16 | A.    Yes. | 13:32:47 |
| 17 | Q.    So when you were having trouble | 13:32:48 |
| 18 | with your password and you couldn't get it | 13:32:58 |
| 19 | in correctly, the longest you ever spent | 13:33:01 |
| 20 | on that was two minutes? | 13:33:05 |
| 21 | A.    Sometimes two minutes, sometimes | 13:33:07 |
| 22 | longer.  So... | 13:33:12 |
| 23 | Q.    How much longer? | 13:33:14 |
| 24 | A.    15 minutes. | 13:33:16 |
| 25 | Q.    15 minutes.  So the amount of | 13:33:18 |

Page 126

```
 1    time it would take you to log in is        13:33:20

 2    between 2 and 15 minutes; is that right?    13:33:22

 3         A.    Yes.                             13:33:25

 4         Q.    Okay.  And then once you were    13:33:26

 5    in, did you know where did you go?          13:33:31

 6         A.    Yes.                             13:33:32

 7         Q.    Where did you go?                13:33:33

 8         A.    I went to the locations.         13:33:35

 9         Q.    Okay.  You could only look at    13:33:37

10    one at a time?                              13:33:39

11         A.    Yes.                             13:33:40

12         Q.    Okay.  And so you would look at  13:33:41

13    one location at a time to see if there      13:33:44

14    were shifts you wanted, right?              13:33:47

15         A.    Yes.                             13:33:48

16         Q.    And sometimes you would see a    13:33:50

17    shift, and you would decide you didn't      13:33:52

18    want it, right?                             13:33:54

19         A.    Yes.                             13:33:55

20         Q.    And other times you would see a  13:33:55

21    shift that you did want, and you selected   13:33:58

22    that, right?                                13:34:00

23         A.    Yes.                             13:34:01

24         Q.    Okay.  So on the occasions that  13:34:01

25    you said you were waiting for shifts to     13:34:07
```

Page 127

| | | |
|---|---|---|
| 1 | drop, at what point were you logging in to | 13:34:10 |
| 2 | look for that? | 13:34:15 |
| 3 | A.    I don't understand. | 13:34:17 |
| 4 | Q.    So you knew shifts dropped at a | 13:34:20 |
| 5 | particular time, right? | 13:34:22 |
| 6 | A.    Yes. | 13:34:23 |
| 7 | Q.    So if -- if you were logging in, | 13:34:23 |
| 8 | for example, when it was 4:15, right, you | 13:34:25 |
| 9 | would log in around 4:15, right? | 13:34:30 |
| 10 | A.    Yes. | 13:34:33 |
| 11 | Q.    So is it your testimony that | 13:34:34 |
| 12 | there were occasions when you would stay | 13:34:36 |
| 13 | on the app for four hours after that? | 13:34:38 |
| 14 | A.    Yes. | 13:34:41 |
| 15 | Q.    Why did you do that? | 13:34:42 |
| 16 | (Reporter clarification.) | 13:34:42 |
| 17 | A.    I'm trying to wait for a shift | 13:34:50 |
| 18 | to drop. | 13:34:54 |
| 19 | BY MS. MARYOTT: | 13:34:55 |
| 20 | Q.    And why did you think shifts | 13:34:55 |
| 21 | would drop after the 4:15 time slot, for | 13:34:56 |
| 22 | example? | 13:34:59 |
| 23 | A.    Because that's what David Curtis | 13:35:00 |
| 24 | told us, Just wait for the shifts. | 13:35:04 |
| 25 | Q.    So what did you do while you | 13:35:06 |

Page 128

```
1    were sitting there refreshing?              13:35:08
2         A.    Just keep on refreshing.         13:35:11
3         Q.    You did nothing else?            13:35:12
4         A.    Nothing else.                    13:35:14
5         Q.    So you would sit at your         13:35:15
6    computer for four hours on occasion --      13:35:16
7         A.    Yes.                             13:35:20
8         Q.    -- just hitting refresh?         13:35:20
9         A.    Yes.                             13:35:22
10        Q.    How many times did you wait four 13:35:27
11   hours on the app?                           13:35:29
12        A.    At least a dozen times.          13:35:34
13        Q.    And that's the longest you spent 13:35:35
14   on the app?                                 13:35:42
15        A.    Yes.                             13:35:47
16        Q.    Did you talk with anyone or text 13:35:47
17   while you were sitting there on the app?    13:35:54
18        A.    No.                              13:35:58
19        Q.    Did you watch TV?                13:35:58
20        A.    Yes.                             13:36:01
21        Q.    Why didn't you log off and log   13:36:02
22   back in?                                    13:36:10
23        A.    After I get the shift.           13:36:14
24        Q.    So you were just sitting there   13:36:16
25   hoping something would pop up?              13:36:18
```

Page 129

| | | |
|---|---|---|
| 1 | A.    Yes. | 13:36:19 |
| 2 | Q.    Okay.  And did you do that when | 13:36:20 |
| 3 | the shift time -- drop time changed to | 13:36:21 |
| 4 | 6:15? | 13:36:25 |
| 5 | A.    Yes. | 13:36:25 |
| 6 | Q.    So you would sit there on | 13:36:26 |
| 7 | occasion for four hours at night | 13:36:28 |
| 8 | refreshing? | 13:36:33 |
| 9 | A.    Yes. | 13:36:33 |
| 10 | Q.    Okay.  But you're watching TV, | 13:36:34 |
| 11 | so you're looking at your phone and | 13:36:36 |
| 12 | watching TV? | 13:36:38 |
| 13 | A.    Yes. | 13:36:39 |
| 14 | MS. BAKER:  Objection, misstates | 13:36:40 |
| 15 | testimony. | 13:36:41 |
| 16 | (Reporter clarification.) | 13:36:41 |
| 17 | A.    Once in a while watch TV, not | 13:36:47 |
| 18 | always. | 13:36:51 |
| 19 | BY MS. MARYOTT: | 13:36:52 |
| 20 | Q.    So on how many of the dozen or | 13:36:52 |
| 21 | so occasions you claim you sat on the app | 13:36:55 |
| 22 | for four hours were you watching TV? | 13:36:57 |
| 23 | A.    Maybe two. | 13:37:00 |
| 24 | Q.    And on those occasions, were you | 13:37:01 |
| 25 | watching on a television set? | 13:37:17 |

Page 130

| | | |
|---|---|---|
| 1 | A.    Yes. | 13:37:19 |
| 2 | Q.    And were you on your phone or | 13:37:19 |
| 3 | your laptop? | 13:37:23 |
| 4 | A.    No. | 13:37:30 |
| 5 | Q.    Well, what were you using to | 13:37:30 |
| 6 | refresh? | 13:37:32 |
| 7 | A.    Well, the laptop. | 13:37:32 |
| 8 | Q.    So you were watching TV, laptop | 13:37:33 |
| 9 | on your lap; you're watching the shows, | 13:37:36 |
| 10 | and you keep hitting refresh? | 13:37:40 |
| 11 | A.    Most of the time I was in the -- | 13:37:42 |
| 12 | the desktop. | 13:37:43 |
| 13 | Q.    Okay.  And you said there was | 13:37:46 |
| 14 | about a dozen times you spent four hours | 13:38:00 |
| 15 | refreshing.  How often did you refresh? | 13:38:03 |
| 16 | A.    Every ten minutes. | 13:38:07 |
| 17 | Q.    So did you just stare at the | 13:38:11 |
| 18 | screen for ten minutes while you were | 13:38:13 |
| 19 | waiting to refresh? | 13:38:14 |
| 20 | A.    Yes. | 13:38:15 |
| 21 | Q.    You said sometimes it would take | 13:38:16 |
| 22 | you two or three hours.  On how many | 13:38:27 |
| 23 | occasions did you sit with your laptop and | 13:38:29 |
| 24 | hit refresh looking for shifts? | 13:38:33 |
| 25 | (Reporter clarification.) | 13:38:33 |

Page 131

| | | |
|---|---|---|
| 1 | A.    About a dozen times. | 13:38:56 |
| 2 | Can you repeat the question | 13:38:58 |
| 3 | again? | 13:38:59 |
| 4 | BY MS. MARYOTT: | 13:39:00 |
| 5 | Q.    And the approximately dozen | 13:39:00 |
| 6 | times that you would refresh every ten | 13:39:05 |
| 7 | minutes for about two or three hours, were | 13:39:09 |
| 8 | you doing other things at the same time? | 13:39:11 |
| 9 | A.    No. | 13:39:15 |
| 10 | Q.    You weren't watching TV? | 13:39:16 |
| 11 | A.    No. | 13:39:18 |
| 12 | Q.    You weren't talking to your | 13:39:18 |
| 13 | wife? | 13:39:20 |
| 14 | A.    No. | 13:39:20 |
| 15 | Q.    You weren't texting anyone? | 13:39:20 |
| 16 | A.    No. | 13:39:22 |
| 17 | Q.    Were you reading? | 13:39:22 |
| 18 | A.    No. | 13:39:24 |
| 19 | Q.    So you just sat there for -- | 13:39:24 |
| 20 | A.    I just sat there. | 13:39:27 |
| 21 | Q.    Try to let me finish the | 13:39:32 |
| 22 | question, Mr. Mabanta, before you answer. | 13:39:33 |
| 23 | A.    Yes. | 13:39:38 |
| 24 | Q.    Okay.  Now, there were -- you | 13:39:39 |
| 25 | had -- strike that. | 13:40:04 |

Page 132

| | | |
|---|---|---|
| 1 | We understand that you had a lot | 13:40:06 |
| 2 | of trouble operating the app; is that fair | 13:40:08 |
| 3 | to say, the Amazon Moment app? | 13:40:11 |
| 4 | A.    Yes. | 13:40:13 |
| 5 | Q.    Okay.  And when you had trouble | 13:40:14 |
| 6 | operating the app, you requested help from | 13:40:18 |
| 7 | others at Prime Now, right? | 13:40:21 |
| 8 | A.    Yes. | 13:40:22 |
| 9 | Q.    Did you ever tell anyone that | 13:40:23 |
| 10 | you were spending four hours refreshing | 13:40:29 |
| 11 | the screen to -- | 13:40:31 |
| 12 | (Reporter clarification.) | 13:40:31 |
| 13 | BY MS. MARYOTT: | 13:40:31 |
| 14 | Q.    -- look for shifts? | 13:40:31 |
| 15 | A.    Yes. | 13:40:52 |
| 16 | Q.    Who did you tell? | 13:40:52 |
| 17 | A.    David Curtis. | 13:40:55 |
| 18 | Q.    What did you tell him? | 13:40:57 |
| 19 | A.    I e-mailed him.  I got an | 13:40:58 |
| 20 | e-mail, which you got a copy of it. | 13:41:00 |
| 21 | Q.    What did you say in your e-mail? | 13:41:04 |
| 22 | A.    It takes hours to get a shift. | 13:41:08 |
| 23 | Q.    And when you told him that, he | 13:41:10 |
| 24 | reminded you that they drop at a certain | 13:41:14 |
| 25 | time, right? | 13:41:16 |

Page 133

```
1        A.    Yes.                        13:41:18

2        Q.    Okay.  And then there were other  13:41:19

3   times where it's true, shifts would drop  13:41:21

4   sometimes outside of the -- the normal  13:41:24

5   time, right?                          13:41:25

6        A.    Yes.                        13:41:26

7        Q.    Okay.  And did you get a  13:41:27

8   notification when that was happening?  13:41:31

9        A.    No.                         13:41:32

10        Q.    And you're sure you signed up to  13:41:33

11   get alerts on that, right?           13:41:36

12        A.    Yes.                       13:41:38

13        Q.    So why didn't you wait until  13:41:38

14   there was an alert letting you know shifts  13:41:44

15   were dropping to go online?          13:41:47

16        A.    Sometimes alert doesn't come.  13:41:52

17        Q.    Any other reason?          13:41:54

18        A.    No.                        13:41:56

19        Q.    Now, Mr. Curtis helped you with  13:41:56

20   your technological challenges on the app;  13:42:02

21   is that right?                        13:42:06

22        A.    Yes.                       13:42:07

23        Q.    And Crystal Smith helped you  13:42:07

24   too?                                 13:42:10

25        A.    Yes.                       13:42:11
```

Page 134

| | | |
|---|---|---|
| 1 | Q.     Nicole Guzman also helped you? | 13:42:12 |
| 2 | A.     Yes. | 13:42:17 |
| 3 | Q.     And so did Julia Vessels, right? | 13:42:17 |
| 4 | A.     No. | 13:42:20 |
| 5 | Q.     She did not help you? | 13:42:21 |
| 6 | A.     No. | 13:42:22 |
| 7 | Q.     Did she help you with any of the | 13:42:22 |
| 8 | technology? | 13:42:25 |
| 9 | A.     No. | 13:42:25 |
| 10 | MS. MARYOTT:  Let's go ahead and | 13:42:32 |
| 11 | take a look at Exhibit 26, and -- I'm | 13:42:33 |
| 12 | sorry, not Exhibit 26, tab 26.  It's | 13:42:46 |
| 13 | going to be Exhibit 9. | 13:42:50 |
| 14 | BY MS. MARYOTT: | 13:42:50 |
| 15 | Q.     And while she's pulling that up, | 13:42:53 |
| 16 | Mr. Mabanta, let me ask you:  Do you still | 13:42:55 |
| 17 | have the same phone that you had when you | 13:42:57 |
| 18 | were employed at Prime Now? | 13:42:59 |
| 19 | A.     You said Exhibit 8? | 13:43:01 |
| 20 | Q.     No.  I'm sorry, it's going to be | 13:43:12 |
| 21 | Exhibit 9.  I misspoke, but I'm going to | 13:43:16 |
| 22 | ask you a question while she's loading | 13:43:16 |
| 23 | that up, so apologies. | 13:43:20 |
| 24 | So we're loading Exhibit 9, and | 13:43:23 |
| 25 | while she's doing that I want to ask you: | 13:43:25 |

Page 135

```
1    Do you have the same cell phone that you      13:43:26

2    had when you were working at Prime Now?       13:43:28

3         A.    I have the same number, but not    13:43:33

4    the same phone.                               13:43:35

5         Q.    Okay.  And what happened to the    13:43:36

6    phone that you had while you were working     13:43:37

7    at Prime Now?                                 13:43:39

8         A.    I had to change it a few times.    13:43:41

9         Q.    So what happened to the phone      13:43:43

10   that you had while you were employed at       13:43:47

11   Prime Now?                                    13:43:51

12        A.    I disposed it.                      13:43:54

13        Q.    When did you dispose of it?         13:43:56

14        A.    During my work at Prime Now.        13:44:00

15        Q.    Okay.  And so while you were        13:44:02

16   working at Prime Now, you got a new phone?    13:44:07

17        A.    Yes.                                13:44:10

18        Q.    And what happened to that phone?    13:44:11

19        A.    I still have it.                    13:44:15

20        Q.    That's the one you have now?        13:44:17

21        A.    Yes.                                13:44:18

22        Q.    So you had a prior phone, and       13:44:20

23   you still have the phone that you replaced   13:44:22

24   it with?                                      13:44:25

25        A.    Yes.                                13:44:26
```

Page 136

| | | |
|---|---|---|
| 1 | Q.    Okay.  And you still have the | 13:44:26 |
| 2 | same laptop and desktop.  I think we | 13:44:30 |
| 3 | established that, right? | 13:44:33 |
| 4 | A.    Yes. | 13:44:34 |
| 5 | Q.    Do you keep backups of those | 13:44:34 |
| 6 | computers? | 13:44:37 |
| 7 | A.    No. | 13:44:37 |
| 8 | Q.    No backups? | 13:44:38 |
| 9 | A.    No. | 13:44:41 |
| 10 | Q.    Have you had any technical | 13:44:42 |
| 11 | issues where you had to wipe either the | 13:44:48 |
| 12 | desktop or the laptop clean? | 13:44:50 |
| 13 | A.    No.  Well, the desktop broke one | 13:44:53 |
| 14 | time, so my son changed it. | 13:45:05 |
| 15 | Q.    What do you mean he changed it? | 13:45:07 |
| 16 | A.    He replaced it. | 13:45:10 |
| 17 | Q.    So you've had two different | 13:45:11 |
| 18 | desktops? | 13:45:14 |
| 19 | A.    Yes. | 13:45:15 |
| 20 | Q.    Okay.  So do you still have the | 13:45:16 |
| 21 | desktop that you had while you were | 13:45:18 |
| 22 | employed at Prime Now? | 13:45:20 |
| 23 | A.    No. | 13:45:25 |
| 24 | Q.    What happened to that desktop? | 13:45:26 |
| 25 | Where is it now? | 13:45:31 |

Page 137

```
 1      A.     I recycled it.                    13:45:32

 2      Q.     When did you recycle it?          13:45:33

 3      A.     I don't remember anymore.         13:45:40

 4      Q.     Give me an estimate.              13:45:41

 5      A.     Sometime in 2018.                 13:45:42

 6      Q.     Okay.  Now we have Exhibit 9.     13:45:48

 7             (Exhibit 9, E-mail bearing Bates  13:45:56

 8      number MAB-PRIME_00000177, marked for    13:45:56

 9      identification.)                         13:45:56

10      A.     Okay.  I'm just going to          13:45:59

11      refresh.  Yes, I have it in front of me. 13:46:01

12      BY MS. MARYOTT:                          13:46:44

13      Q.     So this is an e-mail that you     13:46:44

14      wrote to uca4-workforce@amazon.com and   13:46:46

15      David Curtis on June 28, 2018.           13:46:50

16             Do you see that?                  13:46:53

17      A.     Yes.                              13:46:54

18      Q.     Okay.  And you sent this e-mail   13:46:55

19      at 1:22 in the afternoon?                13:46:57

20      A.     I believe so.                     13:47:00

21      Q.     So you were --                    13:47:02

22      A.     Hold on one sec.                  13:47:05

23      Q.     Uh-huh.                           13:47:07

24      A.     Exhibit 9, that's at 1:22:47.     13:47:12

25      It's 6/28.                               13:47:18
```

Page 138

| 1 | Q. Yeah. 1:22 and 47 seconds to be | 13:47:22 |
| 2 | exact. | 13:47:26 |
| 3 | A. Okay. I have it right here. | 13:47:26 |
| 4 | Q. Okay. So do you recognize this | 13:47:28 |
| 5 | as an e-mail that you sent to David Curtis | 13:47:31 |
| 6 | and the uca4-workforce@amazon e-mail | 13:47:36 |
| 7 | address on June 28, 2018 at 1:22:00 p.m.? | 13:47:41 |
| 8 | A. I believe I did. | 13:47:46 |
| 9 | Q. Okay. And you were trying to | 13:47:47 |
| 10 | get on the dashboard to look at schedules? | 13:47:51 |
| 11 | A. Yes. | 13:47:56 |
| 12 | Q. Okay. And you mentioned here | 13:47:57 |
| 13 | that you had a great retraining with David | 13:48:01 |
| 14 | Curtis at the facility just a few days | 13:48:03 |
| 15 | earlier, right? | 13:48:07 |
| 16 | A. Yes. | 13:48:08 |
| 17 | Q. That retraining was to help you | 13:48:08 |
| 18 | because you were having difficulty working | 13:48:11 |
| 19 | the app, right? | 13:48:14 |
| 20 | A. Yes. | 13:48:16 |
| 21 | Q. And the app I'm talking about is | 13:48:16 |
| 22 | Amazon Moment, right? | 13:48:20 |
| 23 | A. Yes. | 13:48:21 |
| 24 | Q. So you were able to access the | 13:48:21 |
| 25 | Amazon Moment app when you were with | 13:48:29 |

Page 139

```
 1    Mr. Curtis, right?                        13:48:31
 2        A.    Yes.                            13:48:34
 3        Q.    And then when you got home, it  13:48:34
 4    didn't work for you anymore?              13:48:36
 5        A.    It didn't work again.           13:48:38
 6        Q.    And why do you think it wasn't  13:48:39
 7    working when you got home from your       13:48:42
 8    retraining?                               13:48:45
 9        A.    I don't know.                   13:48:47
10        Q.    And so you mentioned that you   13:48:47
11    talked with Amazon support at the         13:48:59
12    800 number?                               13:49:03
13        A.    Yes.                            13:49:04
14        Q.    And when you contacted the      13:49:05
15    Amazon support at the 800 number, did they 13:49:09
16    walk you through the steps you had to do  13:49:11
17    to log in and get on the dashboard?       13:49:14
18        A.    I believe so.                   13:49:17
19        Q.    Okay.  And were you able to do  13:49:18
20    it when the Amazon support folks were     13:49:19
21    helping you?                              13:49:23
22        A.    I'm trying to read the letter.  13:49:28
23              In the letter it says that I was 13:49:36
24    able to get help, so that's what I mean.  13:49:38
25        Q.    So when you -- when you called  13:49:46
```

Page 140

```
 1    Amazon support, did they help you get on      13:49:50
 2    the dashboard?                                13:49:52
 3         A.    I don't remember.                  13:49:54
 4         Q.    Okay.  Did you make notes during   13:49:56
 5    your retraining with Mr. Curtis that would    13:50:05
 6    help you get on the dashboard?                13:50:08
 7         A.    Yes.                               13:50:11
 8         Q.    What did you do with those         13:50:12
 9    notes?                                        13:50:15
10         A.    I -- either I sent it or I threw   13:50:15
11    it away already.  It's been going a -- a      13:50:24
12    long time.                                    13:50:33
13         Q.    Have you thrown away documents     13:50:33
14    relating to your employment at Prime Now?     13:50:40
15         A.    Some of the documents, yes.        13:50:46
16         Q.    What documents have you thrown     13:50:48
17    away?                                         13:50:49
18         A.    I don't remember.                  13:50:50
19         Q.    You don't remember a single one?   13:50:51
20         A.    No.                                13:50:54
21         Q.    Do you remember when you threw     13:50:55
22    away documents relating to your employment    13:50:57
23    at Prime Now?                                 13:50:59
24         A.    Yeah, when I got terminated.       13:51:01
25         Q.    So let's look at Exhibit 10.       13:51:04
```

Page 141

```
 1              MS. MARYOTT:  Please go ahead     13:51:45
 2        and mark that, Hazel.  It's tab 29.     13:51:46
 3              MS. CHUANG:  Okay.  It should be   13:51:54
 4        up.                                      13:52:26
 5              MS. MARYOTT:  Okay.                13:52:27
 6              (Exhibit 10, E-mail string
 7        beginning with Bates number
 8        MAB-PRIME_00000381, marked for
 9        identification.)
10   BY MS. MARYOTT:
11        Q.    Mr. Mabanta, let me know when      13:52:28
12   you have Exhibit 10 up.                       13:52:30
13        A.    Exhibit 10?                        13:52:31
14        Q.    Yes.                               13:52:58
15        A.    Nothing.                           13:52:59
16        Q.    Are you having trouble pulling     13:53:02
17   it up?                                        13:53:04
18        A.    I have it open.                    13:53:04
19        Q.    Okay, great.                       13:53:06
20              So this is an e-mail that you      13:53:08
21   sent to Julia Vessels and copied Crystal      13:53:11
22   Smith and Greg Turner on July 2, 2018.        13:53:20
23              Do you see that?                   13:53:21
24        A.    Yes.                               13:53:22
25        Q.    And who is Ms. Vessels?            13:53:22
```

Page 142

```
1        A.    She's supposed to be the vice      13:53:27
2   president of human resources.  That's what    13:53:30
3   she told me.                                   13:53:34
4        Q.    Okay.  So you noted to her that     13:53:36
5   you had been at the Irvine facility in         13:53:42
6   person on June 26, 2018, right?                13:53:44
7        A.    Yep.                                13:53:48
8        Q.    And it looks like they helped       13:53:48
9   you with problems you were experiencing        13:53:49
10  with Amazon Moment and the HUB?                13:53:52
11       A.    Yes.                                13:53:56
12       Q.    Okay.  And as you describe it,      13:54:00
13  they were professional, helpful and            13:54:03
14  patient in assisting you, right?               13:54:06
15       A.    Yes.                                13:54:09
16       Q.    And you were able to get the app    13:54:09
17  to work while you were there, and then as      13:54:14
18  reflected here, when you got home, you         13:54:17
19  couldn't make it work, right?                  13:54:19
20       A.    Yes.                                13:54:21
21       Q.    Okay.  And then it's reflected      13:54:21
22  below that on June 2 -- I'm sorry --           13:54:28
23  July 2, 2018, you went back to the             13:54:32
24  facility in Irvine?                            13:54:34
25       A.    Yes.                                13:54:38
```

Page 143

```
 1        Q.    Okay.  Did you let anybody know   13:54:38
 2   that you were coming to the facility        13:54:42
 3   before you came in?                          13:54:44
 4            (Reporter clarification.)           13:54:44
 5        A.    There's no number there, no       13:54:52
 6   contact there.  You just have to show up.   13:54:58
 7   BY MS. MARYOTT:                              13:55:01
 8        Q.    So you would just show up at the  13:55:01
 9   facility in Irvine and ask for help?        13:55:05
10        A.    Yes.                              13:55:07
11        Q.    Okay.  And on July 2, so a week   13:55:07
12   after you had been in for help, you went    13:55:10
13   back, and you talked to Crystal Smith,      13:55:13
14   right?                                       13:55:16
15        A.    Yes.                              13:55:16
16        Q.    And she helped you through it,    13:55:17
17   suggested that you now change your          13:55:22
18   password, and she helped you log in,        13:55:24
19   right?                                       13:55:28
20        A.    Yes.                              13:55:29
21        Q.    Okay.  And so what did you        13:55:29
22   determine was the reason you couldn't work  13:55:33
23   the app?                                     13:55:35
24        A.    I do not know.  This doesn't      13:55:39
25   work.                                        13:55:47
```

Page 144

| | | |
|---|---|---|
| 1 | Q.    Were you able to get into Amazon | 13:55:47 |
| 2 | Moment after you left the fulfillment | 13:55:50 |
| 3 | center? | 13:55:52 |
| 4 | A.    I can't remember now. | 13:55:55 |
| 5 | Q.    How long were you at the | 13:55:56 |
| 6 | facility on July 2nd? | 13:56:04 |
| 7 | A.    At least two, three hours all | 13:56:06 |
| 8 | the time. | 13:56:11 |
| 9 | Q.    Why were you there so long? | 13:56:11 |
| 10 | A.    She tried to fix it.  Sometimes | 13:56:15 |
| 11 | I have to wait for somebody. | 13:56:18 |
| 12 | Q.    Because people were working? | 13:56:21 |
| 13 | A.    Yes.  They were very nice and | 13:56:22 |
| 14 | accommodating there. | 13:56:28 |
| 15 | Q.    Yes, they were. | 13:56:30 |
| 16 | Did you have trouble operating | 13:56:34 |
| 17 | your seller phone? | 13:56:37 |
| 18 | A.    Yes, once in a while. | 13:56:39 |
| 19 | Q.    What kinds of problems did you | 13:56:43 |
| 20 | have operating the seller phone? | 13:56:44 |
| 21 | A.    Well, log in. | 13:56:47 |
| 22 | Q.    You couldn't get it to log in? | 13:56:49 |
| 23 | A.    Yes. | 13:56:50 |
| 24 | Q.    Did you have the right login | 13:56:51 |
| 25 | information? | 13:56:53 |

Page 145

| | | |
|---|---|---|
| 1 | A.    Yes. | 13:56:54 |
| 2 | Q.    How do you know? | 13:56:54 |
| 3 | A.    Because after a while, after | 13:56:57 |
| 4 | about 10, 15 minutes, it starts to work. | 13:56:59 |
| 5 | Q.    Okay.  And Ms. Vessel's met with | 13:57:02 |
| 6 | you or offered to meet with you to help | 13:57:07 |
| 7 | with your technical issues, right? | 13:57:09 |
| 8 | A.    No. | 13:57:13 |
| 9 | Q.    She didn't offer to help you | 13:57:14 |
| 10 | with your technical issues -- | 13:57:15 |
| 11 | A.    No. | 13:57:18 |
| 12 | (Reporter clarification.) | 13:57:18 |
| 13 | BY MS. MARYOTT: | 13:57:18 |
| 14 | Q.    -- on the seller app? | 13:57:18 |
| 15 | A.    No. | 13:57:22 |
| 16 | Q.    Let's look at tab 31. | 13:57:22 |
| 17 | MS. MARYOTT:  Hazel, we're going | 13:57:40 |
| 18 | to mark Exhibit 11. | 13:57:42 |
| 19 | MS. CHUANG:  Okay.  It should be | 13:57:54 |
| 20 | up. | 13:58:14 |
| 21 | MS. MARYOTT:  Thank you. | 13:58:30 |
| 22 | BY MS. MARYOTT: | 13:58:31 |
| 23 | Q.    Let me know when you have it on | 13:58:31 |
| 24 | your screen, Mr. Mabanta. | 13:58:32 |
| 25 | A.    I have it right now in front of | 13:58:33 |

Page 146

```
 1    me.                                         13:58:36
 2         Q.    Okay.  So the second e-mail on   13:58:36
 3    this page -- oh, first of all, do you       13:58:39
 4    recognize Exhibit 11 as an e-mail exchange  13:58:42
 5    between you, David Curtis, Crystal Smith,    13:58:48
 6    Julia Vessels on June 17 and June 20?        13:58:57
 7              (Exhibit 11, E-mail string         13:59:05
 8         beginning with Bates number             13:59:05
 9         MAC-PRIME_00000874, marked for          13:59:05
10         identification.)                        13:59:08
11         A.    I believe that's the right        13:59:08
12    e-mail.                                      13:59:10
13    BY MS. MARYOTT:                              13:59:11
14         Q.    And on the June 17 e-mail that    13:59:11
15    you sent, you copied Jeff Bezos, right?      13:59:13
16         A.    I believe so.                     13:59:16
17         Q.    Why did you copy Mr. Bezos?       13:59:17
18         A.    I want him to know what's going   13:59:20
19    on with --                                   13:59:22
20              (Reporter clarification.)          13:59:22
21         A.    -- the facility, what's going     13:59:24
22    on.                                          13:59:34
23    BY MS. MARYOTT:                              13:59:34
24         Q.    So you shared that you were       13:59:38
25    having issues with the seller app; is that   13:59:40
```

Page 147

```
1    right?                                  13:59:43

2        A.    Yes.                          13:59:43

3        Q.    And on the first page of this 13:59:44

4    document, there's an e-mail from        13:59:50

5    Ms. Vessels to you dated June 20, 2018  13:59:55

6    where she says "I would like to set up a 13:59:59

7    meeting with you on-site, so that David, 14:00:02

8    you, and I can work out the tech issues 14:00:05

9    you are experiencing.  Could you please 14:00:07

10   let me know when you would be available to 14:00:10

11   do so?"                                 14:00:12

12         Do you see that?                  14:00:13

13       A.    Is that from Prime Now?       14:00:23

14       Q.    I'm just trying to know if you 14:00:25

15   see the e-mail that I'm referring to.   14:00:28

16       A.    I'm trying to look for it.    14:00:29

17       Q.    Do you need me to walk you    14:00:36

18   through it, Mr. Mabanta?                14:00:39

19       A.    Yes, please.                  14:00:40

20       Q.    Okay.  Do you see the top e-mail 14:00:40

21   is from you to Julia Vessels with a copy 14:00:42

22   to David Curtis and Crystal Smith.      14:00:46

23         Do you see that?                  14:00:50

24       A.    Yes.                          14:00:51

25       Q.    Okay.  Now, look down, and    14:00:52
```

Page 148

| | | |
|---|---|---|
| 1 | you'll see a line that starts with, On | 14:00:55 |
| 2 | Wednesday, June 20, 2018 at 7:29 p.m., | 14:00:57 |
| 3 | Vessels, Julia wrote.  Do you see that? | 14:01:04 |
| 4 | A.   Yes. | 14:01:07 |
| 5 | Q.   Okay.  And what Ms. Vessels | 14:01:08 |
| 6 | wrote to you was "I would like to set up a | 14:01:14 |
| 7 | meeting with you on-site so that David, | 14:01:17 |
| 8 | you, and I can work out the tech issues | 14:01:20 |
| 9 | you are experiencing.  Could you please | 14:01:23 |
| 10 | let me know when you would be available to | 14:01:25 |
| 11 | do so?" | 14:01:31 |
| 12 | Do you see that? | 14:01:32 |
| 13 | A.   What paragraph is it? | 14:01:35 |
| 14 | Q.   It's the e-mail that starts with | 14:01:38 |
| 15 | "on Wednesday, June 20th" -- you're in | 14:01:43 |
| 16 | Exhibit 11, right? | 14:01:47 |
| 17 | A.   Yes. | 14:01:48 |
| 18 | Q.   Okay.  So I'm going to walk you | 14:01:48 |
| 19 | through it, Mr. Mabanta.  Do you see the | 14:01:51 |
| 20 | from line at the very top?  Look at the | 14:01:52 |
| 21 | very top of the first page. | 14:02:00 |
| 22 | Do you see it? | 14:02:03 |
| 23 | A.   Yes. | 14:02:05 |
| 24 | Q.   Okay.  Do you see it says | 14:02:06 |
| 25 | "from"?  Do you see the word "from"? | 14:02:07 |

Page 149

```
 1        A.    No.                           14:02:15

 2              MS. BAKER:  Mario, I think you  14:02:22

 3        might be in the wrong exhibit.  If you  14:02:24

 4        go back to the folder of marked      14:02:25

 5        exhibits and refresh, it's now showing  14:02:29

 6        up as Exhibit 11.                    14:02:31

 7              THE WITNESS:  I'm in Exhibit 11  14:02:35

 8        right now.                           14:02:37

 9              MS. BAKER:  Okay.              14:02:37

10   BY MS. MARYOTT:                           14:02:37

11        Q.    What do you see at the top of   14:02:38

12   the document?                             14:02:40

13        A.    "From Maroo Mabanta."          14:02:50

14        Q.    So you see the word "from"?    14:02:53

15        A.    Yes.                           14:02:55

16        Q.    Okay.  You see it says "from," 14:02:55

17   and then it says "sent"?                  14:02:57

18        A.    Yes.                           14:02:58

19        Q.    And it says "to"?              14:02:58

20        A.    Yes.                           14:03:00

21        Q.    And it says "cc"?              14:03:00

22        A.    Yes.                           14:03:01

23        Q.    And it says "Subject"?         14:03:04

24        A.    Yes.                           14:03:05

25        Q.    Okay.  Now, keep going until you  14:03:05
```

Page 150

```
1    see the word "on Wednesday" -- the words    14:03:08

2    "on Wednesday."  Tell me when you see       14:03:12

3    that.                                       14:03:17

4         A.    Is it the beginning of the      14:03:50

5    sentence?                                   14:03:52

6         Q.    Yes.  Do you see your phone      14:03:52

7    number?  So go back to the top.             14:04:01

8         A.    Yes.                             14:04:03

9         Q.    You see "from, sent, to, cc,     14:04:04

10   subject," right?                            14:04:08

11        A.    Yes.  June 20 --                 14:04:09

12             (Reporter clarification.)         14:04:09

13   BY MS. MARYOTT:                             14:04:09

14        Q.    Wait until I'm done,             14:04:09

15   Mr. Mabanta.                                14:04:18

16        A.    Yes.                             14:04:18

17        Q.    And you see "Hello Ms. Vessels."  14:04:19

18   Do you see that?                            14:04:23

19        A.    Yes.                             14:04:23

20        Q.    Look down.  Do you see your      14:04:24

21   phone number?                               14:04:26

22        A.    Yes.                             14:04:27

23        Q.    Right below that do you see "on  14:04:27

24   Wednesday, June 20, 2018"?                  14:04:32

25        A.    Yes.                             14:04:34
```

Page 151

| | | |
|---|---|---|
| 1 | Q.    Okay.  This is the e-mail from | 14:04:34 |
| 2 | Ms. Vessels to you, right? | 14:04:37 |
| 3 | A.    Yes. | 14:04:40 |
| 4 | Q.    Why don't you read that for us, | 14:04:41 |
| 5 | please? | 14:04:44 |
| 6 | A.    "I would like to set up a | 14:04:44 |
| 7 | meeting with you on-site so that David, | 14:04:46 |
| 8 | you, and I can work out the tech issues | 14:04:49 |
| 9 | you are experiencing.  Could you please | 14:04:53 |
| 10 | let me know when you would be available to | 14:04:55 |
| 11 | do so?" | 14:04:58 |
| 12 | Q.    So it is true then that | 14:04:59 |
| 13 | Ms. Vessels offered to meet with you to | 14:05:01 |
| 14 | help you with your technical issues, | 14:05:03 |
| 15 | right? | 14:05:05 |
| 16 | (Reporter clarification.) | 14:05:07 |
| 17 | A.    I believe in this letter, it was | 14:05:07 |
| 18 | yes. | 14:05:23 |
| 19 | BY MS. MARYOTT: | 14:05:23 |
| 20 | Q.    So yes, she offered to work with | 14:05:30 |
| 21 | you on your technical problems, right? | 14:05:32 |
| 22 | A.    Yes. | 14:05:33 |
| 23 | Q.    And then you gave her some | 14:05:34 |
| 24 | availability when you could meet? | 14:05:40 |
| 25 | A.    I'm trying to look at it when. | 14:05:42 |

Page 152

| | | |
|---|---|---|
| 1 | Q.     The top part of the e-mail. | 14:05:45 |
| 2 | A.     Yes. | 14:05:54 |
| 3 | Q.     And did you meet with | 14:05:55 |
| 4 | Ms. Vessels so she could help you with the | 14:05:57 |
| 5 | technical challenges you were having with | 14:06:00 |
| 6 | the app? | 14:06:01 |
| 7 | A.     No. | 14:06:02 |
| 8 | Q.     Why not? | 14:06:02 |
| 9 | A.     We -- we never met.  I met her | 14:06:04 |
| 10 | once, not for this.  I met her once when | 14:06:13 |
| 11 | she just stopped by just to say hello. | 14:06:16 |
| 12 | Q.     Were there times when you had | 14:06:21 |
| 13 | trouble logging in for your shift and you | 14:06:27 |
| 14 | needed help from other shoppers to do it? | 14:06:29 |
| 15 | A.     Yes. | 14:06:33 |
| 16 | Q.     How often did that happen? | 14:06:33 |
| 17 | A.     Most of the time. | 14:06:37 |
| 18 | Q.     Most of the time you had | 14:06:38 |
| 19 | difficulty logging in? | 14:06:40 |
| 20 | A.     Yes.  It's not only me.  It's | 14:06:42 |
| 21 | other shoppers too. | 14:06:51 |
| 22 | Q.     I'm sorry, what did you say? | 14:06:52 |
| 23 | A.     It's not only me.  It's some | 14:06:55 |
| 24 | other shoppers also. | 14:06:57 |
| 25 | Q.     What other shoppers needed help | 14:06:58 |

Page 153

| | | |
|---|---|---|
| 1 | logging in? | 14:07:01 |
| 2 | A.    I can -- I can -- I can't name | 14:07:04 |
| 3 | names, but there's about three or four. | 14:07:06 |
| 4 | Q.    At what location? | 14:07:10 |
| 5 | A.    Laguna Niguel, Brea. | 14:07:13 |
| 6 | Q.    Was the seller app the same at | 14:07:17 |
| 7 | Brea as it was at Laguna Niguel? | 14:07:27 |
| 8 | A.    Yes. | 14:07:28 |
| 9 | Q.    Now, we've talked about the | 14:07:29 |
| 10 | occasions when you had difficulty | 14:07:45 |
| 11 | operating the Amazon Moment scheduling app | 14:07:47 |
| 12 | and needed assistance, but there were also | 14:07:52 |
| 13 | many occasions when you were able to log | 14:07:55 |
| 14 | in and pick up shifts within five minutes | 14:07:58 |
| 15 | of them dropping; is that right? | 14:08:01 |
| 16 | A.    Yes. | 14:08:03 |
| 17 | Q.    And on how many occasions did | 14:08:03 |
| 18 | you pick up shifts within five minutes of | 14:08:06 |
| 19 | them dropping? | 14:08:09 |
| 20 | A.    About 10 percent. | 14:08:12 |
| 21 | Q.    10 percent of the time? | 14:08:13 |
| 22 | A.    Yes. | 14:08:15 |
| 23 | Q.    And what are you basing the | 14:08:20 |
| 24 | 10 percent number on? | 14:08:22 |
| 25 | A.    Because most of the time it | 14:08:27 |

Page 154

```
 1    doesn't work.                              14:08:28

 2         Q.    So are you just making          14:08:29

 3    up 10 percent?  How are you coming up      14:08:35

 4    with 10 percent?                           14:08:37

 5         A.    No.                             14:08:39

 6         Q.    So how did you come up          14:08:41

 7    with 10 percent?                           14:08:44

 8         A.    Well, I'm assuming -- I'm       14:08:45

 9    calculating in my head how many times it   14:08:47

10    worked and how many times it did not work. 14:08:52

11    Most of the time it did not work.          14:08:55

12         Q.    Okay.  So how many times did you 14:08:57

13    go online to sign up for shifts?           14:09:08

14         A.    Every time a shift drops on the 14:09:10

15    certain day, I'm in.  I'm waiting.         14:09:16

16         Q.    So how many times did you go    14:09:19

17    online to look for shifts?                 14:09:26

18         A.    I do not remember.             14:09:29

19         Q.    Do you have an estimate?        14:09:30

20         A.    10 percent -- oh, how many times 14:09:33

21    I go online?                               14:09:39

22         Q.    To look for shifts.            14:09:41

23         A.    All the time.                   14:09:43

24         Q.    Can you give me a number        14:09:45

25    estimate of how many times you went online 14:09:46
```

Page 155

| | | |
|---|---|---|
| 1 | to look for shifts? | 14:09:48 |
| 2 | A.    I can't remember a number. | 14:09:51 |
| 3 | Q.    So what is the basis for your | 14:09:53 |
| 4 | 10 percent calculation if you don't recall | 14:09:55 |
| 5 | how many times you went in? | 14:09:58 |
| 6 | A.    Because every time I come in, it | 14:10:03 |
| 7 | won't work.  There's a problem with the -- | 14:10:05 |
| 8 | with the app.  That's why they needed to | 14:10:19 |
| 9 | redo it. | 14:10:21 |
| 10 | Q.    What do you mean there was a | 14:10:24 |
| 11 | problem with the app, and they had to redo | 14:10:25 |
| 12 | it? | 14:10:28 |
| 13 | A.    They had to redo it to change it | 14:10:28 |
| 14 | from 4:30 to 6:30 because they were having | 14:10:30 |
| 15 | problems, so a lot of people were | 14:10:34 |
| 16 | complaining. | 14:10:39 |
| 17 | Q.    So my question, Mr. Mabanta, a | 14:10:39 |
| 18 | minute ago was, What was the basis for | 14:10:44 |
| 19 | your 10 percent calculation.  And in order | 14:10:46 |
| 20 | to come up with a percentage, we would | 14:10:49 |
| 21 | need to know how many times you logged in | 14:10:50 |
| 22 | to try to obtain shifts. | 14:10:53 |
| 23 | Am I right that you don't have a | 14:10:56 |
| 24 | number in mind? | 14:10:57 |
| 25 | A.    I do not have a number in mind. | 14:10:58 |

Page 156

```
 1        Q.    Okay.  So when you said a minute    14:11:02
 2   ago you were calculating in your head how      14:11:05
 3   many times it work -- how many times it        14:11:07
 4   worked, what was the calculation you were      14:11:09
 5   doing?                                         14:11:10
 6        A.    When it worked -- it did not        14:11:14
 7   work that much in spite of me.                 14:11:17
 8        Q.    So --                               14:11:23
 9             MS. BAKER:  Mario, were you          14:11:23
10        making an approximation?                  14:11:25
11             MS. MARYOTT:  Counsel, that's        14:11:26
12        not appropriate.  You can ask him         14:11:27
13        questions later if you want.              14:11:29
14             MS. BAKER:  Okay.  Well, your        14:11:30
15        questions aren't --                       14:11:32
16             MS. MARYOTT:  You can object to      14:11:34
17        form.                                     14:11:35
18             (Reporter clarification.)            14:11:35
19             MS. MARYOTT:  I'm going first,       14:11:42
20        Ms. Baker.  No coaching the witness,      14:11:43
21        please.  He can answer the question.      14:11:45
22        He testified he made a calculation.       14:11:47
23        If you want to ask him questions          14:11:50
24        later, you should feel free, but          14:11:51
25        please don't do that again.               14:11:54
```

Page 157

```
 1            MS. BAKER:  I am not            14:11:55
 2        interrupting you.  If he understands a  14:11:57
 3        question, he can answer it.  If he     14:11:59
 4        doesn't understand it, he can tell you  14:12:01
 5        that.  He's testifying.  He's the      14:12:03
 6        witness.                               14:12:05
 7            MS. MARYOTT:  Exactly, not you,    14:12:06
 8        so please don't ask him anymore        14:12:07
 9        questions during my time.  I'd         14:12:09
10        appreciate that.  It's highly          14:12:11
11        improper.                              14:12:13
12  BY MS. MARYOTT:                              14:12:13
13        Q.   So, Mr. Mabanta, when you said a  14:12:18
14  minute ago that you were calculating in      14:12:25
15  your head how many times the app worked      14:12:27
16  versus how many times it didn't work, what   14:12:35
17  calculation were you doing?                  14:12:37
18            MS. BAKER:  Objection, misstates   14:12:39
19        testimony.                             14:12:40
20            MS. MARYOTT:  Counsel, we're in    14:12:42
21        federal court, and the appropriate     14:12:43
22        objection is "objection to the form."  14:12:45
23        Thank you.                             14:12:47
24  BY MS. MARYOTT:                              14:12:47
25        Q.   Go ahead, Mr. Mabanta.  You can   14:12:50
```

Page 158

| | | |
|---|---|---|
| 1 | answer. | 14:12:52 |
| 2 | A.   I do not remember. | 14:12:53 |
| 3 | Q.   So when you said you were doing | 14:12:54 |
| 4 | a calculation in your head, what did you | 14:12:58 |
| 5 | mean? | 14:13:02 |
| 6 | A.   I mean that 10 percent is my | 14:13:05 |
| 7 | estimate, guesstimate. | 14:13:09 |
| 8 | Q.   So you're guessing? | 14:13:11 |
| 9 | A.   I'm guessing. | 14:13:12 |
| 10 | Q.   Have you ever been disciplined | 14:13:13 |
| 11 | for not picking up the minimum number of | 14:13:19 |
| 12 | shifts? | 14:13:22 |
| 13 | A.   Never. | 14:13:24 |
| 14 | Q.   Do you know of any shoppers who | 14:13:24 |
| 15 | were disciplined for not picking up or | 14:13:28 |
| 16 | working enough shifts? | 14:13:31 |
| 17 | A.   Not that I know. | 14:13:33 |
| 18 | MS. MARYOTT:  Why don't -- this | 14:13:53 |
| 19 | is a good time for a break.  We've | 14:13:55 |
| 20 | been on for about an hour.  Why don't | 14:13:58 |
| 21 | we go ahead and take ten minutes. | 14:14:01 |
| 22 | THE WITNESS:  Okay. | 14:14:04 |
| 23 | THE VIDEOGRAPHER:  Off the | 14:14:05 |
| 24 | record.  The time is 2:14 p.m. | 14:14:06 |
| 25 | (Whereupon, a brief recess is | 14:27:26 |

Page 159

| | | |
|---|---|---|
| 1 | taken.) | 14:27:26 |
| 2 | THE VIDEOGRAPHER:  Back on the | 14:27:26 |
| 3 | record.  The time is 2:27 p.m. | 14:27:35 |
| 4 | MS. MARYOTT:  Okay.  We're going | 14:27:42 |
| 5 | to mark a new exhibit, Exhibit 12. | 14:27:43 |
| 6 | And Hazel, that is document 28. | 14:27:46 |
| 7 | MS. CHUANG:  Okay.  It should | 14:27:51 |
| 8 | come up in a couple of seconds.  Okay. | 14:28:08 |
| 9 | It should be there. | 14:28:14 |
| 10 | MS. MARYOTT:  I see it.  Thank | 14:28:15 |
| 11 | you. | 14:28:16 |
| 12 | (Exhibit 12, E-mail string | 14:28:16 |
| 13 | beginning with Bates number | 14:28:16 |
| 14 | MAC-PRIME_00000379, marked for | 14:28:16 |
| 15 | identification.) | 14:28:17 |
| 16 | BY MS. MARYOTT: | 14:28:17 |
| 17 | Q.    Mr. Mabanta, let me know when | 14:28:17 |
| 18 | you have Exhibit 12 up on your screen. | 14:28:19 |
| 19 | A.    I've got it. | 14:29:00 |
| 20 | Q.    Okay.  So if you could look at | 14:29:03 |
| 21 | the second page, do you see where it says | 14:29:06 |
| 22 | "Prime Now"?  Do you see the logo? | 14:29:13 |
| 23 | A.    Yes. | 14:29:14 |
| 24 | Q.    Okay.  So right below that is | 14:29:15 |
| 25 | the first e-mail in this exchange, and | 14:29:17 |

Page 160

```
 1    it's an e-mail that you sent to David        14:29:21
 2    Curtis, Julia Vessels and Crystal Smith on   14:29:24
 3    June 27, 2018 at 12:50 a.m., right?          14:29:29
 4         A.    12:50 a.m., yes.                   14:29:34
 5         Q.    Okay.  And in the first line of    14:29:35
 6    the e-mail, you reference the "great day     14:29:39
 7    today," which was June 26th, right?          14:29:43
 8         A.    Yes.                               14:29:47
 9         Q.    Okay.  And you note in the         14:29:48
10    fourth paragraph that you learned a lot,     14:29:53
11    but once you got home, you could not get     14:29:57
12    back to CSSM, and that's Amazon Moment,      14:30:00
13    right?                                       14:30:05
14         A.    Yes.                               14:30:06
15         Q.    Okay.  And you indicated what      14:30:06
16    your password was that you were using,       14:30:10
17    right?                                       14:30:13
18         A.    Yes.                               14:30:19
19         Q.    Okay.  And you told Julia and      14:30:20
20    others that you couldn't get shifts again    14:30:25
21    because you can't log in; is that right?     14:30:27
22         A.    Yes.                               14:30:30
23         Q.    Okay.  And so if you go up and     14:30:31
24    find the response from Crystal Smith,        14:30:35
25    which starts on the bottom of page 1, let    14:30:40
```

Page 161

| | | |
|---|---|---|
| 1 | me know when you see that. | 14:30:44 |
| 2 | A.    "Hello, Mario, apologies for the | 14:30:47 |
| 3 | delay of your e-mail." | 14:30:49 |
| 4 | Q.    Yes.   That's -- we're in the | 14:30:50 |
| 5 | right place.   And so she noted that she | 14:30:52 |
| 6 | understood that you were having log-in | 14:30:58 |
| 7 | issues, right? | 14:31:00 |
| 8 | A.    Yes. | 14:31:01 |
| 9 | Q.    And she informed you that "It | 14:31:01 |
| 10 | definitely appears that the error message | 14:31:04 |
| 11 | 'Invalid log-in' is occurring because | 14:31:08 |
| 12 | you've typed in your log-in or your | 14:31:12 |
| 13 | password incorrectly." | 14:31:14 |
| 14 | Do you see that? | 14:31:15 |
| 15 | (Reporter clarification.) | 14:31:15 |
| 16 | A.    That's what I'm reading. | 14:31:26 |
| 17 | MS. MARYOTT:   That's what I'm | 14:31:26 |
| 18 | reading. | 14:31:26 |
| 19 | BY MS. MARYOTT: | 14:31:28 |
| 20 | Q.    And then Crystal reminded you to | 14:31:28 |
| 21 | double and triple check all of your | 14:31:34 |
| 22 | spellings, spaces and capitalization, | 14:31:37 |
| 23 | right? | 14:31:40 |
| 24 | A.    Yes. | 14:31:41 |
| 25 | Q.    Okay.   She also noted that she | 14:31:41 |

Page 162

```
1    was able to log in using your credentials    14:31:45
2    and password and that it worked, right?      14:31:48
3        A.    That's what it said, yes.          14:31:51
4        Q.    Okay.  Do you have any reason to   14:31:54
5    doubt that she was able to get in using      14:31:55
6    your log in and password?                    14:31:58
7        A.    I don't know.                       14:32:02
8        Q.    Do you doubt that she did that?     14:32:07
9        A.    I don't know what she did           14:32:12
10   because I was not there.                      14:32:13
11       Q.    Okay.  But she told you she was     14:32:14
12   able to get in using your password.  You     14:32:20
13   just weren't there so you don't know if      14:32:23
14   that actually happened?                       14:32:29
15       A.    Yes.                                14:32:30
16       Q.    And then you were able to go in     14:32:30
17   the -- later that day, log in and get        14:32:33
18   shifts, right?                                14:32:37
19       A.    Yes.                                14:32:46
20       Q.    Do you think Ms. Smith was not      14:32:47
21   telling the truth when she said that she     14:32:55
22   was able to log in using your log-in and     14:32:57
23   password?                                     14:33:03
24       A.    I don't know her too well, so I     14:33:04
25   don't know.                                   14:33:06
```

Page 163

```
 1          Q.     Okay.  And did you check to make    14:33:06
 2    sure you were typing your password in            14:33:16
 3    correctly after that?                            14:33:20
 4          A.     All the time.                        14:33:21
 5          Q.     And were you able to get in and     14:33:22
 6    obtain shifts without issues after that?         14:33:24
 7          A.     After that, yes.                     14:33:26
 8                 MS. MARYOTT:  Let's take a look     14:33:46
 9          at Exhibit 13, which is tab 44, Hazel.     14:33:47
10    BY MS. MARYOTT:                                   14:33:47
11          Q.     Mr. Mabanta, let me know when       14:34:35
12    you've got Exhibit 13 pulled up.                 14:34:37
13          A.     It doesn't show up yet.  I'm        14:34:39
14    going to refresh again.                          14:34:42
15                 (Exhibit 13, US Working Hours       14:34:43
16          Non-Exempt/Hourly Policy beginning        14:34:43
17          with Bates number Prime_00013298,         14:34:43
18          marked for identification.)                14:34:43
19          A.     I got it.                           14:35:04
20    BY MS. MARYOTT:                                   14:35:04
21          Q.     Okay.  Do you recognize            14:35:06
22    Exhibit 13 as the "US Working Hours              14:35:09
23    (Non-Exempt/Hourly) Policy"?                     14:35:12
24          A.     Yes.                                14:35:21
25          Q.     You got a copy of this when you     14:35:25
```

Page 164

| | | |
|---|---|---|
| 1 | started your employment at Prime Now, | 14:35:26 |
| 2 | correct? | 14:35:28 |
| 3 | A.    I didn't get any paper. | 14:35:28 |
| 4 | Q.    Did you receive it | 14:35:30 |
| 5 | electronically? | 14:35:31 |
| 6 | A.    No. | 14:35:33 |
| 7 | Q.    Are you certain? | 14:35:34 |
| 8 | A.    I'm certain I didn't receive | 14:35:52 |
| 9 | anything. | 14:35:54 |
| 10 | Q.    Well, why don't we switch to | 14:35:54 |
| 11 | Exhibit 14 for a minute.  We'll go ahead | 14:36:01 |
| 12 | and pull that up. | 14:36:04 |
| 13 | MS. MARYOTT:  Hazel, that's | 14:36:05 |
| 14 | tab 43. | 14:36:08 |
| 15 | MS. CHUANG:  It should be up. | 14:36:10 |
| 16 | MS. MARYOTT:  Thank you. | 14:36:22 |
| 17 | (Exhibit 14, Amazon Working | 14:36:22 |
| 18 | Hours Policy Acknowledgement Form | 14:36:22 |
| 19 | beginning with Bates number | 14:36:22 |
| 20 | MAC-PRIME_00000101, marked for | 14:36:22 |
| 21 | identification.) | 14:36:24 |
| 22 | BY MS. MARYOTT: | 14:36:24 |
| 23 | Q.    So go ahead and open up | 14:36:24 |
| 24 | Exhibit 14, Mr. Mabanta, and tell me when | 14:36:25 |
| 25 | you have that open. | 14:36:27 |

Page 165

| | | |
|---|---|---|
| 1 | A.    I have it open. | 14:36:34 |
| 2 | Q.    Okay.  Do you recognize | 14:36:35 |
| 3 | Exhibit 14 as the Amazon Working Hours | 14:36:39 |
| 4 | Policy Acknowledgment Form? | 14:36:43 |
| 5 | A.    No. | 14:36:45 |
| 6 | Q.    Okay.  Look in the upper | 14:36:45 |
| 7 | left-hand corner.  Do you see it says | 14:36:48 |
| 8 | "Acknowledged by maroomaroo1112@gmail.com | 14:36:56 |
| 9 | 3/19/2018, 6:27:04 a.m." | 14:37:08 |
| 10 | Do you see that? | 14:37:13 |
| 11 | A.    I'm trying to enlarge it.  Yes, | 14:37:18 |
| 12 | I see it there. | 14:37:20 |
| 13 | Q.    And so this reflects that you | 14:37:21 |
| 14 | acknowledged access to a copy of the | 14:37:26 |
| 15 | Working Hours Policy; is that right? | 14:37:31 |
| 16 | A.    That's what it said. | 14:37:35 |
| 17 | Q.    Do you have any reason to | 14:37:36 |
| 18 | believe that you didn't acknowledge it | 14:37:38 |
| 19 | using your personal e-mail address on | 14:37:40 |
| 20 | March 19, 2018? | 14:37:43 |
| 21 | A.    If I did receive it, I did not | 14:37:47 |
| 22 | remember.  I don't remember. | 14:37:50 |
| 23 | Q.    Do you have any reason to | 14:37:50 |
| 24 | believe that you did not electronically | 14:37:53 |
| 25 | acknowledge the policy? | 14:37:56 |

Page 166

```
 1        A.    I don't remember.  Long time      14:37:59
 2   ago.                                          14:38:06
 3        Q.    Did you understand it was         14:38:06
 4   Prime Now's policy that you were             14:38:18
 5   responsible for reporting all hours          14:38:22
 6   worked?                                       14:38:25
 7        A.    Well, that I know.  When I'm       14:38:29
 8   there, I have to report -- I have to punch   14:38:39
 9   in, punch out.                               14:38:41
10        Q.    But you understood that you were  14:38:43
11   responsible for reporting all hours          14:38:45
12   worked, correct?                             14:38:48
13        A.    Yes.                              14:38:48
14        Q.    You also knew that you were       14:38:50
15   responsible for taking a work-free unpaid    14:38:54
16   30-minute meal period if you worked a        14:38:57
17   certain amount of time, right?               14:39:00
18        A.    I never knew that.                14:39:03
19        Q.    You didn't know that?             14:39:07
20        A.    I didn't know that.               14:39:09
21        Q.    Did you know that at any point    14:39:10
22   in your life, Mr. Mabanta?                   14:39:15
23        A.    When I was working for myself,    14:39:20
24   yes.                                          14:39:22
25        Q.    So you didn't know that the meal  14:39:22
```

Page 167

| | | |
|---|---|---|
| 1 | period requirements applied to you while | 14:39:28 |
| 2 | you were working at Prime Now? | 14:39:32 |
| 3 | A.    No, because it was four-hour | 14:39:35 |
| 4 | shifts. | 14:39:38 |
| 5 | Q.    Okay.  But you understood if you | 14:39:38 |
| 6 | worked a certain -- if you worked five | 14:39:40 |
| 7 | hours or more, that you could take a meal | 14:39:42 |
| 8 | period, right? | 14:39:46 |
| 9 | A.    Yes. | 14:39:47 |
| 10 | Q.    So you understood the policy, | 14:39:48 |
| 11 | right? | 14:39:50 |
| 12 | A.    I understood that. | 14:39:50 |
| 13 | Q.    Sure.  And you also understood | 14:39:51 |
| 14 | that you were responsible for taking your | 14:39:54 |
| 15 | paid rest breaks, right? | 14:39:58 |
| 16 | A.    I didn't know that we were paid | 14:40:01 |
| 17 | for rest breaks. | 14:40:04 |
| 18 | Q.    Okay.  Did you understand that | 14:40:05 |
| 19 | no one could allow or ask you to perform | 14:40:19 |
| 20 | work off the clock without being paid? | 14:40:21 |
| 21 | A.    What was that again? | 14:40:27 |
| 22 | Q.    Did you understand that no one | 14:40:29 |
| 23 | could allow you or ask you to perform work | 14:40:31 |
| 24 | off the clock without being paid? | 14:40:34 |
| 25 | A.    I did not know that because I | 14:40:37 |

Page 168

```
 1    was report -- I was -- I was -- I was        14:40:39
 2    asked to report to the facility without      14:40:43
 3    getting paid by David Curtis.  When I was    14:40:47
 4    having problems with my Amazon Moment, he    14:41:00
 5    asked me to come over, and he knows --       14:41:08
 6            (Reporter clarification.)            14:41:08
 7        A.    -- I'm not getting paid for it.    14:41:14
 8    BY MS. MARYOTT:                              14:41:18
 9        Q.    And you were there because you     14:41:18
10    couldn't work the technology, right?         14:41:19
11        A.    Yes.                               14:41:22
12        Q.    Did you perform any work while     14:41:22
13    you were at the FC getting additional help   14:41:30
14    with your technological challenges?          14:41:34
15        A.    We were -- we were -- we were      14:41:38
16    trying to fix the problem.  That's all,      14:41:39
17    but some -- something to do with work.       14:41:44
18        Q.    You said a minute ago that you     14:41:46
19    didn't know the rest breaks were paid; is    14:41:50
20    that right?                                  14:41:52
21        A.    Yes.                               14:41:55
22        Q.    Did you pay your employees for     14:41:55
23    their rest breaks when they took them?       14:41:57
24        A.    Yes.                               14:41:59
25        Q.    So how is it you didn't know       14:41:59
```

Page 169

1    that you got paid for rest breaks at          14:42:04

2    Prime Now?                                     14:42:07

3         A.    I didn't get paid for it.  I did    14:42:08

4    not get paid for it.                           14:42:09

5         Q.    You don't think you got paid for    14:42:11

6    your rest breaks?                              14:42:12

7         A.    No.                                  14:42:14

8         Q.    What are you basing that on?        14:42:14

9         A.    Well, on my paycheck.               14:42:16

10        Q.    Okay.  Are you claiming that        14:42:20

11   Prime Now deducted the time you spent on       14:42:25

12   your rest breaks from your paycheck?           14:42:27

13        A.    What's that again?                  14:42:32

14        Q.    Are you claiming that Prime Now     14:42:33

15   deducted the time you spent on your rest       14:42:37

16   breaks from your paycheck?                     14:42:39

17        A.    I do not know.  I don't know.       14:42:42

18        Q.    Well, you just said a minute ago    14:42:47

19   that you didn't think you got paid for the     14:42:50

20   rest breaks based on your paycheck.  Can       14:42:54

21   you explain what you mean?                     14:42:56

22        A.    When my paychecks says per hour,    14:42:59

23   four hours work, four hours paid, and I        14:43:03

24   don't -- I don't take breaks.                  14:43:10

25        Q.    Okay.  You understood that you      14:43:13

Page 170

| | | |
|---|---|---|
| 1 | were entitled to take rest breaks, right? | 14:43:20 |
| 2 | A.    What was that again? | 14:43:24 |
| 3 | Q.    You understood that you were | 14:43:26 |
| 4 | entitled to take rest breaks, correct? | 14:43:27 |
| 5 | A.    Well, bathroom breaks I | 14:43:30 |
| 6 | remember, yes. | 14:43:32 |
| 7 | Q.    And -- and rest breaks as well? | 14:43:32 |
| 8 | A.    Not that I know of. | 14:43:36 |
| 9 | Q.    Let's go back to Exhibit 13. | 14:43:38 |
| 10 | And that's already loaded, Mr. Mabanta, so | 14:43:56 |
| 11 | you should be able to pull it up pretty | 14:44:00 |
| 12 | easily. | 14:44:04 |
| 13 | A.    Okay. | 14:44:04 |
| 14 | Q.    So this is the US Working Hours | 14:44:05 |
| 15 | Non-Exempt/Hourly Policy that we saw you | 14:44:07 |
| 16 | electronically acknowledged on Exhibit 14. | 14:44:12 |
| 17 | Are you with me? | 14:44:16 |
| 18 | A.    I don't remember receiving this. | 14:44:23 |
| 19 | Q.    Did you make a point of opening | 14:44:24 |
| 20 | things that Amazon sent to you? | 14:44:30 |
| 21 | A.    All the time. | 14:44:35 |
| 22 | Q.    Okay.  So are you saying you | 14:44:36 |
| 23 | weren't aware of this policy at all, | 14:44:41 |
| 24 | Mr. Mabanta? | 14:44:43 |
| 25 | A.    I'm not aware of it. | 14:44:47 |

Page 171

| | | |
|---|---|---|
| 1 | Q.    Because you don't remember if | 14:44:48 |
| 2 | you saw it or not? | 14:44:49 |
| 3 | A.    I don't remember seeing it. | 14:44:51 |
| 4 | Q.    It doesn't mean you didn't see | 14:44:52 |
| 5 | it, right? | 14:44:55 |
| 6 | A.    I did not see it. | 14:44:56 |
| 7 | Q.    How are you so confident that | 14:44:57 |
| 8 | you didn't see it? | 14:44:59 |
| 9 | A.    Well, because I have -- | 14:45:02 |
| 10 | (Reporter clarification.) | 14:45:02 |
| 11 | A.    I have a file for Amazon because | 14:45:13 |
| 12 | that was my first job after how many | 14:45:15 |
| 13 | years.  I want to keep everything proper. | 14:45:18 |
| 14 | BY MS. MARYOTT: | 14:45:18 |
| 15 | Q.    What did you keep in this file? | 14:45:23 |
| 16 | A.    All of my e-mails, all my | 14:45:25 |
| 17 | policies if there was any.  It was -- it | 14:45:33 |
| 18 | was meant for me.  I had a copy. | 14:45:38 |
| 19 | Q.    Okay.  So is there any reason | 14:45:43 |
| 20 | you didn't print out the US Working Hours | 14:45:45 |
| 21 | Policy and put it in your file? | 14:45:50 |
| 22 | A.    Because I did not receive it. | 14:45:57 |
| 23 | Q.    Okay. | 14:45:57 |
| 24 | (Reporter clarification.) | 14:45:57 |
| 25 | A.    I'm sorry. | 14:45:57 |

Page 172

```
1                   That's all I can remember.  If I    14:45:59
2      did not receive it, I did not print it.      14:46:01
3      BY MS. MARYOTT:                               14:46:01
4          Q.    So when you received things from    14:46:15
5      Amazon that required an acknowledgment,       14:46:17
6      did you typically review them?                14:46:22
7          A.    All the time.                        14:46:23
8          Q.    And did you make sure you            14:46:28
9      understood what you were acknowledging        14:46:30
10     before you acknowledged it?                   14:46:32
11         A.    Yes.                                 14:46:33
12         Q.    And were there any occasions         14:46:33
13     where you refused to acknowledge              14:46:35
14     something?                                    14:46:37
15         A.    No.                                  14:46:38
16         Q.    And if you didn't understand         14:46:44
17     what you were acknowledging, would you        14:46:45
18     reach out to somebody and ask questions?      14:46:49
19         A.    If I didn't understand it, I         14:46:51
20     would ask questions.                          14:46:55
21         Q.    So let's take a look at the          14:46:56
22     second page of Exhibit 13.  It's the          14:47:04
23     second paragraph from the bottom.  It says    14:47:09
24     "Rest Breaks."                                14:47:12
25                   Do you see that?                 14:47:14
```

Page 173

```
 1        A.    Yes.                          14:47:30

 2        Q.    And it says there "Amazon      14:47:30

 3   provides all associates a minimum ten     14:47:33

 4   minute break for every four hours worked, 14:47:36

 5   or major fraction thereof."               14:47:38

 6             Do you understand that was      14:47:41

 7   Amazon's policy?                          14:47:42

 8        A.    I don't remember it.           14:47:45

 9        Q.    So as you sit here today, do you 14:47:49

10   have any recollection whatsoever of       14:47:51

11   Amazon's rest break policy?               14:47:53

12        A.    No.                            14:47:57

13        Q.    It goes on to say "These rest  14:48:04

14   breaks are paid and associates should not 14:48:05

15   clock in or out for them."                14:48:08

16             Do you have any recollection    14:48:10

17   that that is Amazon's policy?             14:48:12

18        A.    No.  See, nobody told us about 14:48:15

19   all these things, all the breaks or --    14:48:23

20        Q.    But they did tell you,         14:48:27

21   Mr. Mabanta, because you received this    14:48:30

22   policy; did you not?                      14:48:32

23             MS. BAKER:  Objection,          14:48:34

24        argumentative.                       14:48:35

25        A.    I didn't receive this one.     14:48:37
```

Page 174

```
 1    BY MS. MARYOTT:                          14:48:37

 2       Q.    Did you receive a different one  14:48:40

 3    describing the rest break policy?         14:48:42

 4       A.    No.   Exhibit 14 said they sent  14:48:44

 5    me an e-mail.  It doesn't say about rest  14:48:52

 6    breaks.                                   14:48:55

 7       Q.    So, Mr. Mabanta, Exhibit 14 --   14:48:59

 8    let's go back to that.  Let me know when  14:49:04

 9    you have Exhibit 14 up.                   14:49:15

10       A.    I have Exhibit 14.               14:49:17

11       Q.    Okay.  So this document which    14:49:18

12    reflects that you electronically          14:49:22

13    acknowledged it on March 29, 2018 says "By  14:49:25

14    clicking 'Acknowledge' above, I           14:49:28

15    acknowledge that I have access to a copy  14:49:31

16    of the Working Hours Non-Exempt/Hourly    14:49:33

17    policy through MyDocs and that I am       14:49:38

18    responsible for reading, understanding,   14:49:41

19    and complying with the Working Hours      14:49:43

20    Policy."                                  14:49:46

21            Do you see that?                  14:49:47

22            (Reporter clarification.)         14:49:47

23       A.    Working Hours Policy occurred.   14:49:59

24    BY MS. MARYOTT:                           14:50:02

25       Q.    And the Working Hours Policy is  14:50:02
```

Page 175

| | | |
|---|---|---|
| 1 | Exhibit 13 that we were looking at.  Do | 14:50:09 |
| 2 | you understand that? | 14:50:13 |
| 3 | A.    Yes, but I never received 13. | 14:50:14 |
| 4 | Q.    But you acknowledged that you | 14:50:24 |
| 5 | had access to a copy of it when you | 14:50:26 |
| 6 | acknowledged -- when you electronically | 14:50:29 |
| 7 | acknowledged what appears in Exhibit 14, | 14:50:32 |
| 8 | right? | 14:50:35 |
| 9 | MS. BAKER:  Objection, misstates | 14:50:35 |
| 10 | testimony. | 14:50:37 |
| 11 | BY MS. MARYOTT: | 14:50:37 |
| 12 | Q.    You can answer. | 14:50:45 |
| 13 | A.    Exhibit 14, it says here I | 14:50:47 |
| 14 | acknowledge receiving it -- | 14:50:50 |
| 15 | (Reporter clarification.) | 14:50:50 |
| 16 | A.    -- but Exhibit 13 wasn't there. | 14:50:59 |
| 17 | (Reporter clarification.) | 14:50:59 |
| 18 | A.    Yes, that I know of. | 14:51:07 |
| 19 | BY MS. MARYOTT: | 14:51:08 |
| 20 | Q.    Well, how do you remember that? | 14:51:08 |
| 21 | A.    Well, it says here -- | 14:51:10 |
| 22 | (Reporter clarification.) | 14:51:10 |
| 23 | A.    -- everything in front of me. | 14:51:19 |
| 24 | Exhibit 14 says "acknowledge by | 14:51:22 |
| 25 | maroomaroo1112@gmail.com -- | 14:51:26 |

Page 176

| | | |
|---|---|---|
| 1 | (Reporter clarification.) | 14:51:26 |
| 2 | A.   "On 3/19/2018 at 6:27 a.m." | 14:51:38 |
| 3 | BY MS. MARYOTT: | 14:51:49 |
| 4 | Q.   So, Mr. Mabanta, is it your | 14:51:49 |
| 5 | testimony that you did not have access to | 14:51:52 |
| 6 | a copy of the Working Hours Policy through | 14:51:54 |
| 7 | MyDocs? | 14:51:59 |
| 8 | A.   No.  I didn't receive anything. | 14:52:01 |
| 9 | Q.   That wasn't my question. | 14:52:02 |
| 10 | Is it your testimony that you | 14:52:06 |
| 11 | did not have access to a copy of the | 14:52:08 |
| 12 | Working Hours Policy? | 14:52:12 |
| 13 | MS. BAKER:  Objection, asked and | 14:52:15 |
| 14 | answered. | 14:52:16 |
| 15 | A.   I have not received a copy or | 14:52:18 |
| 16 | seen a copy of Working Hours | 14:52:22 |
| 17 | Non-Exempt/Hourly Policy. | 14:52:22 |
| 18 | BY MS. MARYOTT: | 14:52:29 |
| 19 | Q.   Okay.  So I'm going to try to | 14:52:29 |
| 20 | ask it one more time, Mr. Mabanta.  It | 14:52:32 |
| 21 | says here "I acknowledge that I have | 14:52:35 |
| 22 | access to a copy of the Working Hours | 14:52:39 |
| 23 | Policy." | 14:52:39 |
| 24 | Do you see that, on Exhibit 14? | 14:52:44 |
| 25 | A.   What part is it? | 14:52:50 |

Page 177

| | | |
|---|---|---|
| 1 | Q.    It's the very first paragraph. | 14:52:52 |
| 2 | (Reporter clarification.) | 14:52:52 |
| 3 | A.    "By clicking 'Acknowledge' | 14:53:11 |
| 4 | above, I acknowledge that I have access to | 14:53:12 |
| 5 | a copy of the Working Hours | 14:53:16 |
| 6 | Non-Exempt/Hourly Policy through MyDocs." | 14:53:21 |
| 7 | Q.    Keep going. | 14:53:23 |
| 8 | A.    "That I am responsible for | 14:53:26 |
| 9 | reading, understanding, and complying with | 14:53:28 |
| 10 | our Working Hours Policy." | 14:53:33 |
| 11 | I'm an hourly employee.  I'm | 14:53:35 |
| 12 | "responsible for reporting all hours | 14:53:38 |
| 13 | worked; taking a free unpaid 30 minute | 14:53:40 |
| 14 | meal break; and taking paid rest breaks. | 14:53:46 |
| 15 | I understand that no one may allow us to | 14:53:50 |
| 16 | ask to perform work or to clock off | 14:53:53 |
| 17 | without being paid. | 14:53:57 |
| 18 | (Reporter clarification.) | 14:53:57 |
| 19 | BY MS. MARYOTT: | 14:54:12 |
| 20 | Q.    Mr. Mabanta, you meant to say | 14:54:12 |
| 21 | perform work off the clock without being | 14:54:19 |
| 22 | paid, right? | 14:54:20 |
| 23 | A.    Yes. | 14:54:21 |
| 24 | Q.    So back to my question.  Now | 14:54:21 |
| 25 | that you've read that, is it your | 14:54:26 |

Page 178

```
1    testimony that you did not have access to    14:54:28
2    a copy of the Working Hours                   14:54:31
3    Non-Exempt/Hourly Policy?                     14:54:38
4              MS. BAKER:  Objection, asked and    14:54:38
5         answered.                                14:54:39
6         A.    Do I answer it now?                14:54:42
7    BY MS. MARYOTT:                                14:54:45
8         Q.    Yes.                               14:54:45
9         A.    I do not have a copy or            14:54:58
10   knowledge of the copy of the working hours    14:55:01
11   that's been asked by me -- by counsel.        14:55:05
12        Q.    Mr. Mabanta, what do you           14:55:21
13   understand this lawsuit to be about?          14:55:22
14             MS. BAKER:  Objection, calls for    14:55:24
15        a legal conclusion.                      14:55:25
16   BY MS. MARYOTT:                                14:55:25
17        Q.    Just in your own words, not        14:55:27
18   anything a lawyer told you.                    14:55:29
19        A.    When I've been paid for hours      14:55:36
20   that we were supposed to be paid, waiting     14:55:37
21   for time while we're signing in.  That's      14:55:44
22   on our own time.                              14:55:53
23        Q.    Anything else?                     14:56:00
24             MS. BAKER:  Object again.  It       14:56:02
25        calls for a legal conclusion.            14:56:04
```

Page 179

```
 1        A.     That's it.  For hours we worked   14:56:08
 2   without being paid.                            14:56:13
 3   BY MS. MARYOTT:                                14:56:14
 4        Q.     And what work specifically are    14:56:14
 5   you saying you weren't paid for?               14:56:17
 6               MS. BAKER:  Objection, calls for   14:56:20
 7        a legal conclusion.  He's not a           14:56:21
 8        lawyer.                                   14:56:23
 9        A.     I do not remem- -- I do not        14:56:26
10   know.                                          14:56:26
11   BY MS. MARYOTT:                                14:56:28
12        Q.     Do you understand that you are     14:56:28
13   being put forward as a class                   14:56:36
14   representative in this case?                   14:56:39
15               MS. BAKER:  Same objection,        14:56:43
16        calls for a legal conclusion.             14:56:44
17               He can testify to his              14:56:45
18        understanding.                            14:56:46
19   BY MS. MARYOTT:                                14:56:46
20        Q.     You can answer.  Mr. Mabanta?      14:56:57
21        A.     Yes.                               14:57:13
22        Q.     Did you hear the question?         14:57:13
23        A.     Can you repeat the question        14:57:14
24   again, please?                                 14:57:15
25        Q.     Do you understand that you are     14:57:16
```

Page 180

| | | |
|---|---|---|
| 1 | being put forward as a class | 14:57:19 |
| 2 | representative in this case? | 14:57:21 |
| 3 | MS. BAKER:  Same objections. | 14:57:22 |
| 4 | A.    I am a class representative in | 14:57:25 |
| 5 | this case. | 14:57:30 |
| 6 | BY MS. MARYOTT: | 14:57:30 |
| 7 | Q.    And not based on anything | 14:57:32 |
| 8 | lawyers have told you because I'm not | 14:57:35 |
| 9 | allowed to know what you've discussed with | 14:57:37 |
| 10 | your lawyers, but what do you understand | 14:57:38 |
| 11 | that to mean? | 14:57:40 |
| 12 | MS. BAKER:  I'd object to the | 14:57:42 |
| 13 | extent that it calls for any | 14:57:43 |
| 14 | attorney-client privilege, and at the | 14:57:45 |
| 15 | same time, it calls for a legal | 14:57:46 |
| 16 | conclusion.  He's not a lawyer. | 14:57:48 |
| 17 | A.    I do not understand. | 14:57:51 |
| 18 | BY MS. MARYOTT: | 14:57:51 |
| 19 | Q.    You don't -- what don't you | 14:57:54 |
| 20 | understand? | 14:57:57 |
| 21 | A.    The question. | 14:57:57 |
| 22 | Q.    Okay.  So my question was:  What | 14:57:59 |
| 23 | do you understand it to mean that you're | 14:58:05 |
| 24 | being put forward as a class | 14:58:09 |
| 25 | representative? | 14:58:11 |

Page 181

```
 1              MS. BAKER:  Same objection.  He    14:58:14
 2        testified that he doesn't understand     14:58:15
 3        your question.  He's not a lawyer, and   14:58:16
 4        it calls for a legal conclusion.         14:58:18
 5   BY MS. MARYOTT:                               14:58:18
 6        Q.    You can answer, Mr. Mabanta.       14:58:21
 7        A.    I do not understand how I should   14:58:28
 8   answer that.                                  14:58:31
 9        Q.    So you don't understand what it    14:58:32
10   means to be put forward as a class            14:58:33
11   representative; is that what you're           14:58:36
12   saying?                                       14:58:37
13              MS. BAKER:  Object that it calls   14:58:37
14        for a legal conclusion.  He's not a      14:58:38
15        lawyer.                                  14:58:40
16              MS. MARYOTT:  I understand,        14:58:42
17        Counsel.  You don't have to remind me.   14:58:43
18              MS. BAKER:  Well, you're asking    14:58:45
19        him for a legal conclusion.              14:58:47
20              MS. MARYOTT:  I'm not --           14:58:48
21              MS. BAKER:  If he doesn't -- if    14:58:49
22        he doesn't understand your question or   14:58:50
23        can't answer it --                       14:58:52
24   BY MS. MARYOTT:                               14:58:54
25        Q.    So you don't understand my         14:58:55
```

Page 182

| | | |
|---|---|---|
| 1 | question, Mr. Mabanta? | 14:58:56 |
| 2 | A.    I don't understand your | 14:58:58 |
| 3 | question. | 14:58:59 |
| 4 | Q.    Okay.  What do you think your | 14:59:00 |
| 5 | responsibilities are as a class | 14:59:01 |
| 6 | representative? | 14:59:03 |
| 7 | MS. BAKER:  Same objections. | 14:59:03 |
| 8 | (Reporter clarification.) | 14:59:03 |
| 9 | THE WITNESS:  I'm sorry. | 14:59:03 |
| 10 | A.    To tell the truth, what I know. | 14:59:10 |
| 11 | BY MS. MARYOTT: | 14:59:10 |
| 12 | Q.    Anything else? | 14:59:15 |
| 13 | A.    What happened in the case -- | 14:59:17 |
| 14 | what's happened in the cases -- the case. | 14:59:21 |
| 15 | Q.    Anything else? | 14:59:25 |
| 16 | A.    That's it. | 14:59:26 |
| 17 | Q.    What did you typically do during | 14:59:27 |
| 18 | your rest breaks? | 14:59:42 |
| 19 | MS. BAKER:  Counsel, I | 14:59:44 |
| 20 | understand that there's a question | 14:59:45 |
| 21 | pending.  It's 3:00.  I'd ask for a | 14:59:47 |
| 22 | quick five-minute bathroom break. | 14:59:50 |
| 23 | MS. MARYOTT:  Let me get an | 14:59:53 |
| 24 | answer to this one. | 14:59:55 |
| 25 | MS. BAKER:  You can ask your | 14:59:56 |

Page 183

1          question and answer.                      14:59:57

2          A.    What was your question again?       14:59:59

3    BY MS. MARYOTT:                                  15:00:03

4          Q.    The question was:  What did you      15:00:03

5    typically do during your rest breaks?           15:00:04

6          A.    I went to have my lunch; went to     15:00:07

7    the restroom.  That's it.                        15:00:11

8                MS. MARYOTT:  Okay.  Why don't       15:00:14

9          we go ahead and take a break.              15:00:15

10               THE VIDEOGRAPHER:  Off the           15:00:19

11         record.  The time is 3:00 p.m.             15:00:19

12               (Whereupon, a brief recess is        15:06:48

13         taken.)                                    15:07:21

14               THE VIDEOGRAPHER:  Back on the       15:07:21

15         record.  The time is 3:07 p.m.             15:07:33

16   BY MS. MARYOTT:                                  15:07:36

17         Q.    So before the -- before our          15:07:38

18   break just now, you mentioned that              15:07:43

19   typically you would have lunch and use the      15:07:45

20   restroom during your rest breaks.                15:07:47

21               Where would you have lunch?          15:07:49

22         A.    Oh, I thought you were talking       15:07:53

23   about now.                                       15:07:56

24         Q.    Excuse me?                           15:08:01

25         A.    I thought you were talking about     15:08:02

Page 184

```
 1    right now.                              15:08:03
 2         Q.    What do you mean you thought I   15:08:07
 3    was talking about right now?  What do you   15:08:08
 4    mean, Mr. Mabanta?                      15:08:20
 5         A.    I thought you were talking about 15:08:20
 6    right now when I was doing -- whatever I  15:08:21
 7    was doing on my break.                  15:08:25
 8         Q.    So when I asked you what would  15:08:26
 9    you typically do during your rest breaks, 15:08:28
10    you thought I was asking you about the  15:08:31
11    breaks during this deposition?          15:08:32
12         A.    Yes.                          15:08:35
13         Q.    What did you do during the break 15:08:37
14    just now actually?                      15:08:39
15         A.    I had a drink.                15:08:41
16         Q.    Okay.  Did you talk with anyone? 15:08:42
17         A.    No.                           15:08:44
18         Q.    So what did you typically do   15:08:45
19    during your rest breaks at work?        15:08:49
20         A.    I just worked through.        15:08:53
21         Q.    So are you saying you never took 15:08:54
22    breaks?                                 15:08:59
23         A.    I never took breaks.          15:09:00
24         Q.    Not once?                     15:09:02
25         A.    Not once.                     15:09:03
```

Page 185

| | | |
|---|---|---|
| 1 | Q.    You had your personal phone on | 15:09:04 |
| 2 | you when you were at work? | 15:09:14 |
| 3 | A.    Yes. | 15:09:16 |
| 4 | Q.    Did you send e-mails -- | 15:09:17 |
| 5 | A.    No. | 15:09:19 |
| 6 | Q.    Let me finish.  Did you send | 15:09:20 |
| 7 | e-mails while you were on the clock? | 15:09:23 |
| 8 | A.    No. | 15:09:25 |
| 9 | Q.    Never? | 15:09:26 |
| 10 | A.    Never. | 15:09:27 |
| 11 | Q.    Not once? | 15:09:28 |
| 12 | A.    I believe I sent one or twice | 15:09:31 |
| 13 | to -- to David Curtis. | 15:09:34 |
| 14 | Q.    And you never sent an e-mail to | 15:09:39 |
| 15 | anybody else while you were on the clock? | 15:09:41 |
| 16 | A.    While I'm on the clock, no.  I'm | 15:09:45 |
| 17 | very professional. | 15:09:51 |
| 18 | Q.    Take a look at what we'll mark | 15:09:53 |
| 19 | as Exhibit 15. | 15:10:02 |
| 20 | MS. MARYOTT:  It's tab 50, | 15:10:09 |
| 21 | Hazel. | 15:10:11 |
| 22 | MS. CHUANG:  Okay.  It should be | 15:10:14 |
| 23 | up. | 15:10:35 |
| 24 | (Exhibit 15, E-mail bearing | 15:10:36 |
| 25 | Bates number MAC-PRIME_00000185, | 15:10:36 |

Page 186

```
 1          marked for identification.)          15:10:37
 2    BY MS. MARYOTT:                            15:10:37
 3       Q.    Okay.  Let me know when you have  15:10:37
 4    Exhibit 15 pulled up, Mr. Mabanta.         15:10:51
 5       A.    I have it up.                      15:10:53
 6       Q.    Okay.  Do you recognize           15:11:13
 7    Exhibit 15 as an e-mail you sent to David  15:11:19
 8    Curtis on October 2, 2018 at 4:39 p.m.?    15:11:24
 9       A.    I don't remember the time, but    15:11:35
10    it says here 4:39 p.m.                     15:11:36
11       Q.    Okay.  You sent this e-mail,      15:11:39
12    right?                                      15:11:42
13       A.    I'm reading through it.  Yes.     15:11:49
14       Q.    Okay.  And in this e-mail, you    15:12:10
15    reference that you had a little episode on 15:12:13
16    October 2nd.  You had a ███████           15:12:17
17    ███████████, and you took your break,     15:12:22
18    right?                                      15:12:26
19       A.    I took a break, yes.              15:12:27
20       Q.    And then you dozed off a bit?     15:12:28
21       A.    Yes.                               15:12:34
22       Q.    Where did you take the break?     15:12:34
23       A.    Over at the -- the chairs over   15:12:44
24    at --                                       15:12:45
25               (Reporter clarification.)       15:12:45
```

                                            Page 187

| | | |
|---|---|---|
| 1 | A.       -- the chairs at the | 15:12:55 |
| 2 | Whole Foods, at the coffee area. | 15:12:55 |
| 3 | BY MS. MARYOTT: | 15:13:07 |
| 4 | Q.    And so you took a 15-minute | 15:13:07 |
| 5 | longer-than-normal break that day? | 15:13:09 |
| 6 | A.    Yes. | 15:13:12 |
| 7 | Q.    And did you take breaks to eat | 15:13:12 |
| 8 | snacks because of your ▮▮▮▮▮? | 15:13:22 |
| 9 | A.    No.  I slept there that time. | 15:13:26 |
| 10 | Q.    Right.  This time, but on other | 15:13:32 |
| 11 | occasions, you would go eat in the back; | 15:13:35 |
| 12 | is that right? | 15:13:38 |
| 13 | A.    No. | 15:13:38 |
| 14 | Q.    Are you saying that you never | 15:13:39 |
| 15 | ate in the back? | 15:13:42 |
| 16 | A.    Never, not during work. | 15:13:44 |
| 17 | Q.    Okay.  Did you get concerned at | 15:13:52 |
| 18 | some point that some of your colleagues | 15:13:58 |
| 19 | were talking about you and the fact that | 15:14:01 |
| 20 | you would go and eat in the back or take a | 15:14:04 |
| 21 | snack? | 15:14:08 |
| 22 | A.    No. | 15:14:10 |
| 23 | Q.    Okay. | 15:14:21 |
| 24 | MS. MARYOTT:  Let's go ahead and | 15:14:22 |
| 25 | mark tab 18, which will be Exhibit 16. | 15:14:23 |

Page 188

| | | |
|---|---|---|
| 1 | MS. CHUANG:  Okay.  It's up. | 15:14:27 |
| 2 | MS. MARYOTT:  Okay. | 15:14:47 |
| 3 | (Exhibit 16, E-mail bearing | 15:27:22 |
| 4 | Bates number MAB-PRIME_00000272, | 15:27:22 |
| 5 | marked for identification.) | 15:14:48 |
| 6 | BY MS. MARYOTT: | 15:14:48 |
| 7 | Q.    Mr. Mabanta, let me know when | 15:14:49 |
| 8 | you have Exhibit 16 up.  Are you reading | 15:14:51 |
| 9 | it now, Mr. Mabanta? | 15:15:31 |
| 10 | A.    Yes. | 15:15:32 |
| 11 | Q.    Okay. | 15:15:32 |
| 12 | A.    Yes. | 15:16:03 |
| 13 | Q.    Okay.  Do you recognize | 15:16:04 |
| 14 | Exhibit 16 as an e-mail that you sent to | 15:16:06 |
| 15 | David Curtis, Julia Vessels, Nicole | 15:16:10 |
| 16 | Guzman, Justin Walker, Greg Turner, | 15:16:13 |
| 17 | Jeff Bezos and Crystal Smith on | 15:16:19 |
| 18 | November 8, 2018? | 15:16:22 |
| 19 | A.    Yes. | 15:16:23 |
| 20 | Q.    And take a look at the third | 15:16:24 |
| 21 | paragraph.  It starts with "I hope I am | 15:16:27 |
| 22 | not bothering anyone." | 15:16:31 |
| 23 | Are you there? | 15:16:41 |
| 24 | A.    Yes. | 15:16:41 |
| 25 | Q.    Okay.  It says "I hope I am not | 15:16:41 |

Page 189

| | | |
|---|---|---|
| 1 | bothering anyone about me always trying to | 15:16:47 |
| 2 | question things.  But I have a little | 15:16:49 |
| 3 | concern or maybe it is paranoia.  But when | 15:16:52 |
| 4 | I work now people talk about me.  I hear | 15:16:55 |
| 5 | things and was asked to me personalty | 15:16:58 |
| 6 | [sic].  They question my work.  How I bag, | 15:17:04 |
| 7 | why am I eating in the back or taking a | 15:17:07 |
| 8 | snack while I am working and asking me if | 15:17:10 |
| 9 | I can help them get another job." | 15:17:13 |
| 10 | Do you see that? | 15:17:15 |
| 11 | A.    Yes. | 15:17:16 |
| 12 | Q.    And you wrote that? | 15:17:16 |
| 13 | A.    I believe I did. | 15:17:20 |
| 14 | Q.    Okay.  You mentioned that you're | 15:17:21 |
| 15 | "getting all the evidence and documenting | 15:17:23 |
| 16 | everything." | 15:17:26 |
| 17 | What did you mean by that? | 15:17:28 |
| 18 | A.    Because people were talking | 15:17:31 |
| 19 | behind my back. | 15:17:32 |
| 20 | Q.    Okay. | 15:17:37 |
| 21 | (Reporter clarification.) | 15:17:38 |
| 22 | A.    They wanted to get rid of me, | 15:17:38 |
| 23 | which was my feeling. | 15:17:44 |
| 24 | BY MS. MARYOTT: | 15:17:50 |
| 25 | Q.    Who do you think wanted to get | 15:17:50 |

Page 190

```
1    rid of you?                              15:17:54

2        A.    Because I complained about a    15:17:55

3    certain person there.                    15:17:56

4        Q.    Who do you think wanted to get  15:17:56

5    rid of you?                              15:18:00

6        A.    I don't remember the name       15:18:00

7    anymore, but I had a letter that --      15:18:01

8    David Curtis had a copy of that too.     15:18:04

9        Q.    So when you referred to "getting 15:18:07

10   all the evidence and documenting         15:18:11

11   everything," what -- what was all the    15:18:13

12   evidence that you were getting?          15:18:19

13       A.    That they were -- they were     15:18:20

14   talking behind my back.  They were       15:18:23

15   questioning everything I did.            15:18:29

16       Q.    Who's "they"?                   15:18:30

17       A.    My coworkers.                   15:18:34

18       Q.    Did you have trouble getting    15:18:35

19   along with your coworkers, Mr. Mabanta?  15:18:39

20       A.    No.   Just one.                 15:18:41

21       Q.    And you don't remember this     15:18:47

22   person's name?                           15:18:48

23       A.    I can look through the files.  I 15:18:56

24   can't remember his name because I wrote a 15:19:01

25   letter specifically about him.           15:19:03
```

Page 191

```
 1        Q.    Did you make notes while you        15:19:05
 2   were at work about what other people were      15:19:08
 3   doing or saying?                               15:19:11
 4        A.    No, I do that after work when I     15:19:14
 5   go home.                                       15:19:16
 6        Q.    So how much time did you spend      15:19:17
 7   on average when you got home making notes      15:19:19
 8   about things that people said or did?          15:19:21
 9        A.    About 15 minutes to an hour.        15:19:26
10        Q.    And why did you do that?            15:19:28
11        A.    Because what's wrong is wrong.      15:19:31
12   That's why I e-mailed Jeff Bezos.  There's     15:19:42
13   something wrong with the system.  We           15:19:45
14   worked there with no managers.  We worked      15:19:49
15   there with nobody.  Everybody's telling us     15:19:51
16   what to do.  I had my coworkers telling us     15:19:53
17   what to do, but when I go to David Curtis,     15:19:56
18   he said, Don't listen to anybody, only         15:20:01
19   listen to him.                                 15:20:05
20        Q.    Is there any other reason you       15:20:06
21   went home after your shifts and made notes     15:20:08
22   about things your coworkers were saying or     15:20:10
23   doing?                                         15:20:13
24             (Reporter clarification.)            15:20:13
25        A.    I always write it in e-mail         15:20:24
```

Page 192

| | | |
|---|---|---|
| 1 | because I want to be straight with | 15:20:25 |
| 2 | everything.  I don't make up things. | 15:20:27 |
| 3 | BY MS. MARYOTT: | 15:20:30 |
| 4 | Q.   In the e-mails that you're | 15:20:30 |
| 5 | talking about, did you write e-mails to | 15:20:37 |
| 6 | yourself? | 15:20:39 |
| 7 | A.   No. | 15:20:41 |
| 8 | Q.   So every night you -- or after | 15:20:41 |
| 9 | every shift, you'd go home, and you'd | 15:20:45 |
| 10 | write e-mails to Mr. Curtis about what had | 15:20:48 |
| 11 | happened that day? | 15:20:52 |
| 12 | A.   Yes.  You can check on the time | 15:20:52 |
| 13 | schedules, when I work, when I sent | 15:20:59 |
| 14 | e-mails. | 15:21:02 |
| 15 | Q.   And sometimes you sent the | 15:21:02 |
| 16 | e-mails while you were at work, right? | 15:21:04 |
| 17 | A.   I did it a couple of times. | 15:21:08 |
| 18 | Q.   How many rest breaks do you | 15:21:12 |
| 19 | estimate that you missed while you were | 15:21:14 |
| 20 | working at Prime Now? | 15:21:16 |
| 21 | A.   All of it.  Every time I work. | 15:21:17 |
| 22 | Q.   Did you keep any records | 15:21:20 |
| 23 | reflecting the -- the dates on which | 15:21:22 |
| 24 | you're claiming you missed your rest | 15:21:25 |
| 25 | breaks? | 15:21:26 |

Page 193

```
 1        A.    No.                          15:21:27

 2        Q.    Did you ever talk to         15:21:27

 3   David Curtis about missing rest breaks?  15:21:31

 4        A.    Yes.                         15:21:33

 5        Q.    How often?                   15:21:34

 6        A.    Every time I see him.        15:21:36

 7        Q.    Did you include that in your  15:21:39

 8   many post-shift e-mails too?            15:21:41

 9        A.    Well, I have to check the    15:21:48

10   e-mails, but if I can remember, I wrote  15:21:50

11   him a few times about it.  Everything I  15:21:52

12   say, I write.                           15:21:58

13        Q.    Did anyone at Prime Now ever  15:21:59

14   tell you that you could not take a rest  15:22:01

15   break?                                  15:22:03

16        A.    No.                          15:22:05

17        Q.    Did anyone ever prevent you from  15:22:06

18   taking a rest break?                    15:22:10

19        A.    No.                          15:22:11

20        Q.    How many total weeks did you  15:22:11

21   work at Prime Now?                      15:22:24

22        A.    I worked there from March to  15:22:29

23   December.                               15:22:32

24        Q.    About 36 weeks?              15:22:34

25        A.    If that's what you count, yes,  15:22:36
```

Page 194

1    about that much.                              15:22:39

2        Q.    Were there weeks where you          15:22:39

3    didn't work at all?                           15:22:41

4        A.    No, not that I know of.             15:22:43

5        Q.    So you think you worked every       15:22:46

6    week while you were employed by Prime Now?    15:22:48

7        A.    I assume.  That's -- that's what     15:22:50

8    I remember.                                   15:22:53

9        Q.    Were you --                          15:22:54

10            (Reporter clarification.)            15:22:54

11       A.    I cannot remember.                  15:22:58

12   BY MS. MARYOTT:                               15:22:59

13       Q.    Well, you said you have            15:22:59

14   calendars of your shifts.  Do you still       15:23:04

15   have those calendars?                         15:23:06

16       A.    Yes.                                15:23:08

17       Q.    Were you hospitalized at some       15:23:09

18   point in 2018?                                15:23:13

19       A.    Yes.                                15:23:15

20       Q.    For what?                           15:23:15

21       A.    I had a stroke.                     15:23:17

22       Q.    When did you have the stroke?       15:23:19

23       A.    In October.                         15:23:22

24       Q.    And how long were you               15:23:25

25   hospitalized?                                 15:23:26

Page 195

| | | |
|---|---|---|
| 1 | A.     For a week. | 15:23:27 |
| 2 | Q.     Did you understand that you | 15:23:29 |
| 3 | could abandon order -- abandon an order | 15:23:43 |
| 4 | and it would be assigned to another | 15:23:46 |
| 5 | shopper so you could take a break? | 15:23:48 |
| 6 | A.     No.   This is all coming out now. | 15:23:51 |
| 7 | Q.     What do you mean "This is all | 15:23:59 |
| 8 | coming out now"? | 15:24:01 |
| 9 | A.     This -- learning about all these | 15:24:05 |
| 10 | rules -- all these rules now. | 15:24:07 |
| 11 | Q.     So did you make any effort to | 15:24:09 |
| 12 | learn the rules while you were employed? | 15:24:11 |
| 13 | A.     I just went there to work, work | 15:24:14 |
| 14 | and work, that's it.   They tell me what to | 15:24:18 |
| 15 | do, I do. | 15:24:22 |
| 16 | Q.     You understood that you could | 15:24:23 |
| 17 | select -- become unavailable in the seller | 15:24:30 |
| 18 | app, right? | 15:24:34 |
| 19 | MS. BAKER:  The video is frozen | 15:24:43 |
| 20 | for me.  I don't know if anyone else | 15:24:44 |
| 21 | is having this problem, but I can't | 15:24:46 |
| 22 | hear anyone anymore. | 15:24:49 |
| 23 | MS. MARYOTT:  It did stop for a | 15:24:49 |
| 24 | second there. | 15:24:51 |
| 25 | BY MS. MARYOTT: | 15:24:53 |

Page 196

```
 1        Q.    So my question was:  Did you      15:24:54
 2   make any effort to -- oh, I'm sorry.          15:24:55
 3   Let's see.                                    15:24:58
 4           Oh.  Did you understand that          15:25:03
 5   there was an option to become unavailable     15:25:04
 6   in the seller app?                            15:25:09
 7        A.    No.                                 15:25:12
 8        Q.    So when you went to eat in the     15:25:13
 9   back room, how did you stop receiving         15:25:17
10   orders?                                       15:25:20
11        A.    I didn't eat in the back room.     15:25:21
12           MS. BAKER:  Misstates testimony.      15:25:23
13   BY MS. MARYOTT:                               15:25:23
14        Q.    So --                              15:25:26
15        A.    I didn't eat in the back room.     15:25:27
16        Q.    So are you saying, Mr. Mabanta,    15:25:29
17   that people were just making that up?         15:25:31
18        A.    I don't know what people are       15:25:37
19   saying.                                       15:25:38
20        Q.    Well, in Exhibit 16, you           15:25:43
21   mentioned that you were feeling paranoid      15:25:45
22   and that people were talking about you        15:25:48
23   and -- about how you bag and why you were     15:25:50
24   eating in the back or taking a snack while    15:25:54
25   you were working.                             15:25:59
```

Page 197

```
 1            Do you remember we read that a       15:26:01
 2    minute ago?                                  15:26:02
 3        A.    Yes.                               15:26:02
 4        Q.    And so you're saying you didn't    15:26:03
 5    eat in the back or take snacks while you     15:26:05
 6    were on your shift?                          15:26:08
 7        A.    No.                                15:26:09
 8        Q.    Why did you say in your letter     15:26:09
 9    here that that didn't actually happen?       15:26:11
10        A.    Well, I just mention what          15:26:15
11    they're talking about.  I don't need to      15:26:17
12    mention what --                              15:26:21
13        Q.    Take a look at what will be        15:26:40
14    tab 49.                                      15:26:42
15            MS. MARYOTT:  Hazel, and mark        15:26:46
16        this as Exhibit 17.                      15:26:51
17            MS. CHUANG:  Tab 49 you said?        15:26:54
18            MS. MARYOTT:  Yes.  It's the 3P      15:26:59
19        Associate Guide.                         15:27:10
20            (Exhibit 17, 3P Associate Guide,     15:27:22
21        marked for identification.)              15:27:37
22            MS. CHUANG:  Okay.  It's loaded.     15:27:37
23            MS. MARYOTT:  Thank you.             15:27:41
24    BY MS. MARYOTT:                              15:27:42
25        Q.    Mr. Mabanta, if you could please   15:27:42
```

Page 198

| | | |
|---|---|---|
| 1 | open up Exhibit 17, and let me know when | 15:27:44 |
| 2 | you have that open. | 15:28:06 |
| 3 | A.    It is open. | 15:28:08 |
| 4 | Q.    Okay.  And so are you familiar | 15:28:09 |
| 5 | with the Copperfield operations | 15:28:13 |
| 6 | 3P Associate Guide? | 15:28:17 |
| 7 | A.    No. | 15:28:21 |
| 8 | Q.    So you're saying you never saw | 15:28:22 |
| 9 | this? | 15:28:32 |
| 10 | A.    Never saw it. | 15:28:32 |
| 11 | Q.    Never got any training? | 15:28:33 |
| 12 | A.    I never got any training and | 15:28:38 |
| 13 | never saw it. | 15:28:41 |
| 14 | (Reporter clarification.) | 15:28:41 |
| 15 | BY MS. MARYOTT: | 15:28:41 |
| 16 | Q.    What was a six-sided check? | 15:28:47 |
| 17 | A.    I don't know. | 15:28:56 |
| 18 | Q.    Did you ever follow the | 15:28:56 |
| 19 | six-sided check guidelines? | 15:28:58 |
| 20 | A.    No. | 15:29:04 |
| 21 | Q.    What about damage checks, did | 15:29:05 |
| 22 | you know how to do damage checks? | 15:29:11 |
| 23 | A.    No. | 15:29:13 |
| 24 | Q.    What about quality checks, did | 15:29:13 |
| 25 | you do quality checks for the things you | 15:29:17 |

Page 199

```
 1    were shopping for?                        15:29:19

 2         A.    No.                            15:29:22

 3         Q.    Well, since you're saying you  15:29:23

 4    never saw this document, I'm not going to 15:29:39

 5    ask you any more questions about it.  Put 15:29:42

 6    that aside.                               15:29:45

 7              So when you would log in to the 15:30:11

 8    seller app, what would you see?  What was 15:30:14

 9    the screen?                               15:30:18

10         A.    I don't remember it anymore.   15:30:18

11         Q.    And do you remember what the   15:30:19

12    default status was after you would log in? 15:30:24

13         A.    No, I don't remember.          15:30:28

14         Q.    So you don't remember the      15:30:31

15    default status was "not available to       15:30:33

16    shop"?                                    15:30:35

17         A.    No.                            15:30:37

18         Q.    Did you understand that you had 15:30:38

19    to press something in order to start      15:30:40

20    shopping?                                 15:30:42

21         A.    I don't remember it anymore.   15:30:46

22         Q.    Were there occasions where you 15:30:55

23    went online after your shift to try to    15:30:58

24    find new shifts?                          15:31:01

25         A.    No.                            15:31:04
```

Page 200

```
 1        Q.    Were there occasions when you      15:31:05

 2    went online to look for shifts before you    15:31:10

 3    started work?                                15:31:13

 4        A.    Always.                            15:31:16

 5        Q.    Did you usually do that from       15:31:16

 6    home before driving to work?                 15:31:20

 7        A.    Yes.                               15:31:21

 8            MS. MARYOTT:  Let's go to            15:31:44

 9        tab 11, Hazel, and mark this as          15:31:45

10        Exhibit 18.                              15:31:49

11            MS. CHUANG:  Okay.  It's ready.      15:31:51

12            MS. MARYOTT:  Thank you.             15:32:34

13            (Exhibit 18, Plaintiffs'             15:32:35

14        Responses to Defendants' Special         15:32:35

15        Interrogatories, marked for              15:32:35

16        identification.)                         15:32:36

17    BY MS. MARYOTT:                              15:32:36

18        Q.    Mr. Mabanta, go ahead and open     15:32:37

19    up Exhibit 18.  Do you have it open,         15:32:38

20    Mr. Mabanta?                                 15:33:03

21        A.    Yes.                               15:33:03

22        Q.    Do you recognize this document?    15:33:04

23        A.    Yes.                               15:33:08

24        Q.    So Exhibit 18 are your responses   15:33:11

25    to Defendant's Prime Now and Amazon.com      15:33:15
```

Page 201

```
1     Special Interrogatories.  Do you see that?    15:33:21
2         A.    I see it.                           15:33:22
3         Q.    Okay.  If you could scroll down     15:33:23
4     to the next to the last page for me.          15:33:25
5         A.    Okay.                               15:33:35
6         Q.    And do you see the document, it     15:33:37
7     says "verification."  Do you see that?        15:33:39
8         A.    Second to last page?                15:33:40
9         Q.    Second to last page.  Go all the    15:34:03
10    way to the end of the document.  Tell me      15:34:18
11    when you're at the very end.                  15:34:23
12        A.    I'm the end.                        15:34:25
13        Q.    Now, go up one document.  Do you    15:34:26
14    see the word "Verification" at the top?       15:34:32
15        A.    Yes.                                15:34:34
16        Q.    Okay.  So there's a signature       15:34:35
17    line with the printed name "Mario             15:34:39
18    Mabanta."  Is that your signature directly    15:34:41
19    above it?                                     15:34:45
20        A.    Yes.                                15:34:46
21        Q.    And when you were signing these,    15:34:48
22    you were signing them under the penalty of    15:34:51
23    perjury, right?                               15:34:54
24        A.    Yes.                                15:34:55
25        Q.    So how long did you take to         15:34:55
```

Page 202

| | | |
|---|---|---|
| 1 | review this document before you signed it? | 15:34:58 |
| 2 | A.    Well, I showed it to my lawyer | 15:35:02 |
| 3 | first. | 15:35:04 |
| 4 | Q.    So my question, Mr. Mabanta, is: | 15:35:05 |
| 5 | How long did you take to review this | 15:35:07 |
| 6 | document before you signed it? | 15:35:09 |
| 7 | A.    A couple of days. | 15:35:11 |
| 8 | Q.    How much time did you spend | 15:35:14 |
| 9 | actually reading it? | 15:35:17 |
| 10 | A.    About an hour. | 15:35:20 |
| 11 | Q.    How many times did you read it? | 15:35:21 |
| 12 | A.    Twice. | 15:35:27 |
| 13 | Q.    And did you read it very | 15:35:28 |
| 14 | carefully? | 15:35:35 |
| 15 | A.    I scanned through it. | 15:35:36 |
| 16 | Q.    What do you mean you "scanned | 15:35:38 |
| 17 | through it"? | 15:35:42 |
| 18 | A.    I read it once, and then I | 15:35:44 |
| 19 | scanned through it a second time. | 15:35:46 |
| 20 | Q.    So the first time you read it, | 15:35:47 |
| 21 | did you read it very carefully? | 15:35:49 |
| 22 | MS. BAKER:  Objection, | 15:35:51 |
| 23 | argumentative. | 15:35:51 |
| 24 | A.    To the best of my knowledge, | 15:35:53 |
| 25 | yes. | 15:35:54 |

Page 203

```
 1    BY MS. MARYOTT:                            15:35:55

 2        Q.    Was there anything you wanted to  15:35:55

 3    change that didn't get changed?            15:36:03

 4        A.    No.                              15:36:06

 5        Q.    Okay.  Let's turn to             15:36:07

 6    Interrogatory Number 9, which is on page 5  15:36:12

 7    of the document.  So if you scroll about    15:36:17

 8    five pages, you'll see page 5 is numbered   15:36:25

 9    5 at the bottom.  And about the middle of   15:36:28

10    the page, it says "Special Interrogatory    15:36:36

11    No. 9."                                     15:36:39

12            Do you see that?                   15:36:40

13        A.    I'm going through it.  No. 9?    15:36:46

14        Q.    Yes.  Are you there?             15:36:48

15        A.    Yes.                             15:36:52

16        Q.    Okay.  So No. 9 reads "Identify  15:36:52

17    all, 'necessary and substantial expenses    15:36:59

18    and losses' that you incurred like,         15:37:02

19    'Internet and/or data cost and computer     15:37:07

20    and/or cell phone expenses as a direct      15:37:10

21    result of performing your job duties for    15:37:20

22    defendants.'"                               15:37:22

23            Do you see that?                   15:37:23

24        A.    I see the response to Special    15:37:23

25    Interrogatory No. 9.                        15:37:26
```

Page 204

| | | |
|---|---|---|
| 1 | Q. Do you see the question? | 15:37:27 |
| 2 | A. "Identify all necessary and | 15:37:37 |
| 3 | substantial expenses and losses." | 15:37:38 |
| 4 | Q. Okay. And your response was, | 15:37:40 |
| 5 | "Cellular bills, $1600/Internet $800/Car | 15:37:44 |
| 6 | $2400." | 15:37:52 |
| 7 | Is that your response? | 15:37:54 |
| 8 | A. Yes. | 15:37:56 |
| 9 | Q. Okay. Why do you list car | 15:37:56 |
| 10 | expenses here? | 15:37:59 |
| 11 | (Reporter clarification.) | 15:37:59 |
| 12 | A. Why do I have car? | 15:38:06 |
| 13 | BY MS. MARYOTT: | 15:38:08 |
| 14 | Q. Yes. | 15:38:08 |
| 15 | A. Because it's a car that I used | 15:38:10 |
| 16 | to go to work. | 15:38:12 |
| 17 | Q. And how did you come up with | 15:38:13 |
| 18 | $2,400? | 15:38:19 |
| 19 | A. My monthly payment. | 15:38:23 |
| 20 | Q. So it's your belief that Amazon | 15:38:24 |
| 21 | should pay your monthly car payment while | 15:38:30 |
| 22 | you were employed? | 15:38:33 |
| 23 | MS. BAKER: Objection, misstates | 15:38:34 |
| 24 | testimony. | 15:38:36 |
| 25 | A. Yes. | 15:38:41 |

Page 205

| | | |
|---|---|---|
| 1 | BY MS. MARYOTT: | 15:38:41 |
| 2 | Q.    Why do you think Amazon should | 15:38:46 |
| 3 | pay your car payment? | 15:38:47 |
| 4 | MS. BAKER:  Objection.  It calls | 15:38:51 |
| 5 | for a legal conclusion. | 15:38:52 |
| 6 | BY MS. MARYOTT: | 15:38:52 |
| 7 | Q.    Just what you understand, | 15:38:57 |
| 8 | Mr. Mabanta. | 15:38:58 |
| 9 | A.    I don't know. | 15:39:03 |
| 10 | Q.    You list cellular bills, $1,600. | 15:39:03 |
| 11 | What is that based on? | 15:39:21 |
| 12 | A.    That's per month -- no, per | 15:39:24 |
| 13 | year, for the whole time. | 15:39:27 |
| 14 | Q.    You worked for Prime Now for | 15:39:28 |
| 15 | about eight months? | 15:39:33 |
| 16 | A.    Yes. | 15:39:34 |
| 17 | Q.    And so by my calculation, you're | 15:39:34 |
| 18 | claiming you should have been reimbursed | 15:39:38 |
| 19 | $200 a month for cell phone use? | 15:39:40 |
| 20 | A.    Yes. | 15:39:42 |
| 21 | Q.    And Internet bills of $800, | 15:39:42 |
| 22 | that's about $100 a month during your | 15:39:50 |
| 23 | employment? | 15:39:53 |
| 24 | A.    Yes. | 15:39:54 |
| 25 | Q.    Okay.  Did you use your cell | 15:39:54 |

Page 206

| | | |
|---|---|---|
| 1 | phone for any of your job duties? | 15:39:58 |
| 2 | A.    Job duties, no. | 15:40:02 |
| 3 | Q.    Did you use your home computer | 15:40:04 |
| 4 | for any of your job duties? | 15:40:09 |
| 5 | A.    No.   Writing e-mails. | 15:40:11 |
| 6 | Q.    The e-mails you would write to | 15:40:15 |
| 7 | Mr. Curtis after your shift? | 15:40:19 |
| 8 | A.    Yes. | 15:40:21 |
| 9 | MS. MARYOTT:  Let's take a look | 15:40:27 |
| 10 | at -- it will be tab 54, Hazel.  And | 15:40:28 |
| 11 | we'll mark this next exhibit as 19. | 15:40:34 |
| 12 | MS. CHUANG:  It's up. | 15:40:58 |
| 13 | MS. MARYOTT:  Okay. | 15:41:09 |
| 14 | (Exhibit 19, AT&T Wireless | 15:41:09 |
| 15 | Statement, marked for identification.) | 15:41:10 |
| 16 | BY MS. MARYOTT: | 15:41:10 |
| 17 | Q.    Let me know when you have | 15:41:12 |
| 18 | Exhibit 19 up, Mr. Mabanta. | 15:41:13 |
| 19 | A.    Yes, I have it up. | 15:41:42 |
| 20 | Q.    Okay.  So this is a two-page | 15:41:43 |
| 21 | document.  It looks like just part of your | 15:41:47 |
| 22 | AT&T phone bill for February 12, 2018 to | 15:41:50 |
| 23 | March 11, 2018; is that right? | 15:41:57 |
| 24 | A.    Yes. | 15:42:05 |
| 25 | Q.    And this phone account is in | 15:42:05 |

Page 207

```
 1    your wife's name; is that right?              15:42:08

 2        A.    Yes.                                15:42:11

 3        Q.    Okay.  The -- the amount of the     15:42:12

 4    bill for the month reflected under bill       15:42:18

 5    cycle date is $205.17.  Do you see that?      15:42:22

 6        A.    Yes.                                15:42:29

 7        Q.    That's for four lines, right?       15:42:29

 8        A.    I'm trying to look at it.           15:42:42

 9        Q.    If you look on the left-hand        15:42:46

10    side of the first page where it says          15:42:47

11    "service summary" -- do you see that?         15:42:50

12        A.    Yes.                                15:42:54

13        Q.    Okay.  Do you see it says           15:42:54

14    "Wireless," and there's four numbers          15:42:57

15    listed below?                                 15:42:59

16        A.    Yes.                                15:43:01

17        Q.    Okay.  So do you understand that    15:43:01

18    this bill for $200 a month was for four       15:43:03

19    lines?                                        15:43:08

20        A.    Yes.                                15:43:08

21        Q.    Okay.  And one of them, the top     15:43:09

22    one, 415-866-6276, was your phone, right?     15:43:13

23        A.    Yes.                                15:43:19

24        Q.    And it reflects here that the       15:43:19

25    amount being charged on the month in          15:43:29
```

Page 208

| | | |
|---|---|---|
| 1 | question for your line is $92.61, right? | 15:43:32 |
| 2 | A.   Yes. | 15:43:38 |
| 3 | Q.   So why are you claiming that | 15:43:38 |
| 4 | Amazon should reimburse you for $200 a | 15:43:44 |
| 5 | month for cell phone usage? | 15:43:48 |
| 6 | A.   That's what I saw on the bill. | 15:43:51 |
| 7 | I didn't check it per -- per line. | 15:43:52 |
| 8 | Q.   So when you signed the | 15:44:00 |
| 9 | interrogatory saying that you were seeking | 15:44:04 |
| 10 | cellular bills of $1,600, you didn't go | 15:44:09 |
| 11 | back and look to see how much your own | 15:44:12 |
| 12 | phone actually cost? | 15:44:14 |
| 13 | A.   No, I did not. | 15:44:15 |
| 14 | Q.   And is it your position that | 15:44:16 |
| 15 | Amazon should pay your full phone bill for | 15:44:22 |
| 16 | every month including you and your family | 15:44:24 |
| 17 | members? | 15:44:27 |
| 18 | A.   No. | 15:44:27 |
| 19 | Q.   And what percentage of the time | 15:44:28 |
| 20 | that you spent on your phone are you | 15:44:32 |
| 21 | claiming is -- that should be reimbursed | 15:44:36 |
| 22 | in this case? | 15:44:40 |
| 23 | A.   The whole $92.61. | 15:44:42 |
| 24 | Q.   So you didn't use your phone for | 15:44:44 |
| 25 | anything other than things relating to | 15:44:47 |

Page 209

```
 1    your work at Amazon?                    15:44:50

 2         A.    Yes.  There were four other   15:44:52

 3    lines, right -- three other lines.  I used  15:44:56

 4    the other lines for personal stuff.     15:45:00

 5         Q.    So you had two phones during  15:45:01

 6    your employment with Amazon?            15:45:03

 7         A.    No.  I was using my wife's    15:45:06

 8    phone.                                  15:45:08

 9         Q.    Using your wife's phone for   15:45:10

10    what?                                   15:45:11

11         A.    Call up friends.  I was not   15:45:14

12    using the 415 number.                   15:45:17

13         Q.    So it's your testimony that you  15:45:20

14    used the 415 number for nothing other than  15:45:22

15    matters relating to your employment?    15:45:31

16         A.    Yes.                          15:45:34

17         Q.    Who did you talk to for 2,205  15:45:35

18    minutes between February 12 and         15:45:54

19    March 11th?                             15:45:58

20         A.    I don't talk too much.  That's  15:46:00

21    almost a year.  No, that's a month.     15:46:02

22         Q.    Do you have an answer to my   15:46:26

23    question, Mr. Mabanta?                  15:46:27

24         A.    No, I don't know.            15:46:28

25         Q.    You don't know?             15:46:31
```

Page 210

```
 1        A.    I do not know.                  15:46:32
 2        Q.    Okay.  And it looks like the    15:46:33
 3   month of February 12 to March 11, you sent 15:46:36
 4   755 messages on your cell phone; is that   15:46:38
 5   right?                                     15:46:41
 6        A.    Could be right.                 15:46:43
 7        Q.    Do you have any reason to think 15:46:44
 8   that's not accurate?                       15:46:46
 9        A.    That's accurate.                15:46:48
10        Q.    So when you started working at  15:46:49
11   Amazon, you just completely stopped using  15:46:52
12   this phone for any other purpose?          15:46:54
13        A.    Yes.                            15:46:57
14        Q.    And do you have all of your     15:46:58
15   phone records from the time you were       15:47:03
16   employed at Amazon?                        15:47:04
17        A.    I can only get a certain amount 15:47:06
18   of bills.                                  15:47:10
19        Q.    So what did you do when people  15:47:11
20   you had spoken with or texted before       15:47:20
21   March 18 of 2018 called you on your cell   15:47:24
22   phone?  Did you tell them that they        15:47:28
23   shouldn't call you on this phone anymore   15:47:31
24   and to call you on a different phone?      15:47:33
25        A.    Yes.                            15:47:35
```

Page 211

| 1 | Q. And what phone did you tell them | 15:47:35 |
| 2 | to call you on? | 15:47:37 |
| 3 | A. 887-3744. | 15:47:38 |
| 4 | Q. And that's whose phone? | 15:47:43 |
| 5 | A. That's my wife's phone. | 15:47:45 |
| 6 | Q. And did you carry your wife's | 15:47:47 |
| 7 | phone with you? | 15:47:50 |
| 8 | A. No. | 15:47:50 |
| 9 | Q. So you and your wife shared a | 15:47:51 |
| 10 | phone? | 15:47:56 |
| 11 | A. Yes. | 15:47:57 |
| 12 | Q. Whose phone is 714-721-4505? | 15:47:58 |
| 13 | A. I don't know. | 15:48:05 |
| 14 | Q. Whose phone is 949-887-3213? | 15:48:07 |
| 15 | A. It's my daughter's phone. | 15:48:13 |
| 16 | Q. Why did you stop using your | 15:48:14 |
| 17 | phone when you were employed with Amazon? | 15:48:20 |
| 18 | A. I wanted to be more | 15:48:27 |
| 19 | professional. | 15:48:28 |
| 20 | Q. What do you mean? | 15:48:28 |
| 21 | A. I just want to answer the phone | 15:48:34 |
| 22 | so -- and I know it's Amazon. | 15:48:41 |
| 23 | Q. Who called you on that phone | 15:48:44 |
| 24 | when you were employed at Amazon? | 15:48:48 |
| 25 | A. David Curtis. | 15:48:52 |

Page 212

| | | |
|---|---|---|
| 1 | Q.    Anyone else? | 15:48:52 |
| 2 | A.    My coworkers. | 15:48:56 |
| 3 | Q.    Who contacted -- what coworkers | 15:48:57 |
| 4 | contacted you? | 15:49:01 |
| 5 | A.    My coworkers at Amazon. | 15:49:02 |
| 6 | Q.    Yes.  Which ones? | 15:49:04 |
| 7 | A.    I don't remember anymore. | 15:49:08 |
| 8 | Q.    Okay.  So if you went from | 15:49:11 |
| 9 | sending 755 messages and using 2,205 | 15:49:23 |
| 10 | minutes on your phone just prior to your | 15:49:32 |
| 11 | employment at Amazon and then you started | 15:49:35 |
| 12 | using your phone just with respect to your | 15:49:37 |
| 13 | employment at Amazon, would it be fair to | 15:49:39 |
| 14 | say that the number of messages and | 15:49:41 |
| 15 | minutes dropped considerably? | 15:49:43 |
| 16 | A.    Could be. | 15:49:53 |
| 17 | Q.    Could be? | 15:49:53 |
| 18 | A.    Could be. | 15:49:54 |
| 19 | Q.    And that would drive the price | 15:49:54 |
| 20 | of your monthly phone bill down, right? | 15:49:55 |
| 21 | A.    Yes, it should. | 15:49:58 |
| 22 | Q.    And did you take any of that | 15:50:11 |
| 23 | into consideration when you signed this | 15:50:12 |
| 24 | interrogatory claiming that you're | 15:50:17 |
| 25 | entitled to reimbursement of $1,600 for | 15:50:21 |

Page 213

```
 1    your cell phone bill?                    15:50:23

 2        A.    No.                            15:50:25

 3              MS. MARYOTT:   Let's look at   15:50:37

 4        tab 55, and we'll mark this as       15:50:38

 5        Exhibit 20.                          15:50:41

 6    BY MS. MARYOTT:                           15:51:03

 7        Q.    And while she's loading that,  15:51:01

 8    how did you come up with the number of   15:51:03

 9    $800 a month for Internet?               15:51:05

10        A.    That's my bill, $100 a month.  15:51:08

11        Q.    And that was your bill before  15:51:13

12    you started working at Amazon?           15:51:18

13        A.    Yes.                           15:51:20

14        Q.    And after you started working at 15:51:20

15    Amazon?                                  15:51:23

16              Was your bill $100 after you   15:51:39

17    started working at Amazon?               15:51:41

18        A.    Yes.                           15:51:52

19        Q.    Okay.  Let's open up tab 20 -- 15:51:52

20    I'm sorry, Exhibit 20.                   15:51:55

21              (Exhibit 20, Spectrum Statement 15:51:56

22        dated January 5, 2020, marked for    15:51:56

23        identification.)                     15:52:02

24    BY MS. MARYOTT:                           15:52:02

25        Q.    And this is a document that you 15:52:02
```

Page 214

| | | |
|---|---|---|
| 1 | produced, Mr. Mabanta, but it's from | 15:52:04 |
| 2 | January 5, 2020.  Do you see that? | 15:52:11 |
| 3 | A.    Yes. | 15:52:13 |
| 4 | Q.    You weren't working at Amazon | 15:52:16 |
| 5 | then; were you? | 15:52:18 |
| 6 | A.    No. | 15:52:19 |
| 7 | Q.    Do you have any of your home | 15:52:19 |
| 8 | Internet bills from the time you were | 15:52:24 |
| 9 | working at Amazon? | 15:52:26 |
| 10 | A.    No. | 15:52:27 |
| 11 | Q.    So you don't really know what it | 15:52:27 |
| 12 | cost back in 2018; is that right? | 15:52:31 |
| 13 | A.    Guesstimate, guesstimate, | 15:52:36 |
| 14 | exactly the same. | 15:52:40 |
| 15 | Q.    It was exactly the same? | 15:52:41 |
| 16 | A.    Yes. | 15:52:43 |
| 17 | Q.    Okay.  So why don't we take a | 15:52:43 |
| 18 | look at Exhibit 20 under "Summary."  Do | 15:52:45 |
| 19 | you see where it says "Summary"? | 15:52:50 |
| 20 | A.    Yes. | 15:52:51 |
| 21 | Q.    Okay.  So this is a monthly bill | 15:52:52 |
| 22 | from January 2020.  And can you tell me | 15:52:54 |
| 23 | what the amount is for Internet services | 15:52:58 |
| 24 | that you see on this bill? | 15:53:00 |
| 25 | A.    65.99. | 15:53:03 |

Page 215

```
 1        Q.    And that's what your bill was       15:53:04
 2    when you were employed at Amazon as well?     15:53:07
 3        A.    Yes.                                 15:53:11
 4        Q.    How did you come up with $100       15:53:11
 5    per month?                                     15:53:17
 6        A.    I put in the other charges and      15:53:17
 7    the taxes.                                     15:53:19
 8        Q.    What other charges, the phone       15:53:20
 9    charges?                                       15:53:23
10        A.    Yes.                                 15:53:24
11        Q.    And when you were working at        15:53:24
12    Amazon, did you use your Internet for          15:53:42
13    anything other than things related to          15:53:45
14    Amazon?                                        15:53:48
15        A.    Not that I know of.                 15:53:50
16        Q.    So once you started working at      15:53:51
17    Amazon, the only reason you used your home     15:53:55
18    Internet was related to Amazon?                15:53:57
19        A.    Yes.                                 15:54:00
20        Q.    What did you use it for before      15:54:00
21    you went to work at Amazon?                    15:54:06
22        A.    Before I went to work for           15:54:12
23    Amazon, I wasn't using it.                     15:54:14
24        Q.    Was anyone in your house using      15:54:20
25    Internet?                                      15:54:24
```

Page 216

| | | |
|---|---|---|
| 1 | A.     My wife was. | 15:54:26 |
| 2 | Q.     Okay.  And what did your wife | 15:54:27 |
| 3 | use the Internet for? | 15:54:31 |
| 4 | A.     For -- | 15:54:33 |
| 5 | MS. BAKER:  Objection, calls for | 15:54:33 |
| 6 | speculation. | 15:54:35 |
| 7 | BY MS. MARYOTT: | 15:54:40 |
| 8 | Q.     You can answer. | 15:54:40 |
| 9 | A.     For shopping, shopping at | 15:54:41 |
| 10 | Amazon.com. | 15:54:48 |
| 11 | Q.     And so you didn't use a computer | 15:54:49 |
| 12 | at home for any purpose prior to becoming | 15:54:52 |
| 13 | employed at Amazon? | 15:54:58 |
| 14 | A.     No.  I'm not a computer geek.  I | 15:54:59 |
| 15 | don't know too much about computers. | 15:55:06 |
| 16 | Q.     Mr. Mabanta, why were you fired | 15:55:09 |
| 17 | from Amazon? | 15:55:26 |
| 18 | A.     Because I wrote an e-mail to -- | 15:55:27 |
| 19 | to David Curtis and to the other manager. | 15:55:35 |
| 20 | Q.     Why did you send them that | 15:55:40 |
| 21 | e-mail? | 15:55:43 |
| 22 | (Reporter clarification.) | 15:55:44 |
| 23 | A.     Because we were close.  You | 15:55:44 |
| 24 | know, we were sending private jokes. | 15:55:50 |
| 25 | BY MS. MARYOTT: | 15:55:55 |

Page  217

```
 1        Q.    Who -- did they ever send you      15:55:55
 2   private jokes?                                 15:55:57
 3        A.    When we see each other, we joke     15:55:59
 4   around a lot.                                  15:56:01
 5        Q.    Uh-huh.                             15:56:02
 6        A.    David Curtis even asked me for      15:56:12
 7   hockey tickets.                                15:56:15
 8        Q.    What does that have to do with      15:56:15
 9   joking around?                                 15:56:17
10        A.    Well, when you get close to a       15:56:17
11   person, right, you ask for things.  And he     15:56:20
12   knows my son works for --                      15:56:26
13              (Reporter clarification.)           15:56:26
14              MS. MARYOTT:  The Anaheim Ducks.    15:56:42
15              THE COURT REPORTER:  Thank you.     15:56:42
16        A.    My son used to work for that        15:56:44
17   company.                                       15:56:46
18   BY MS. MARYOTT:                                15:56:47
19        Q.    What did your son do for the        15:56:47
20   Anaheim Ducks?                                 15:56:49
21        A.    He was human resource.              15:56:51
22        Q.    Mr. Mabanta, when you ran your      15:56:56
23   companies, did you train your staff on the     15:57:06
24   prohibition of sexual harassment?              15:57:13
25        A.    No, not that time.                  15:57:19
```

Page 218

```
1        Q.    So let's take a look at tab 59,    15:57:21
2   which we'll mark as Exhibit 21.                15:57:32
3              (Exhibit 21, E-mail bearing         15:57:38
4        Bates number MAB-PRIME_00000143,          15:57:38
5        marked for identification.)               15:57:40
6   BY MS. MARYOTT:                                 15:57:40
7        Q.    And actually while she's doing      15:57:45
8   that, let me ask you:  So once you started     15:57:46
9   working at Amazon, how much time did you       15:57:49
10   spend on the computer versus your wife         15:57:52
11   spending time on the computer?                 15:57:54
12              Did you hear my question,           15:58:08
13   Mr. Mabanta?                                   15:58:10
14        A.    Yes.                                15:58:14
15        Q.    Don't look at the exhibit yet.     15:58:16
16        A.    Okay.                               15:58:18
17        Q.    Okay.                               15:58:19
18        A.    How much time?                      15:58:21
19        Q.    Right.  How much time did your      15:58:23
20   wife spend on the computer versus how much    15:58:24
21   you spent on the computer?                     15:58:27
22        A.    Maybe 10 minutes a day.            15:58:28
23        Q.    Your wife spent 10 minutes a       15:58:30
24   day?                                           15:58:32
25        A.    Yes.                                15:58:32
```

Page 219

1    Q.    And what about your daughter?        15:58:32

2    A.    My daughter doesn't --              15:58:37

3          MS. BAKER:  Objection, calls for    15:58:38

4    speculation.                              15:58:42

5    BY MS. MARYOTT:                            15:58:42

6    Q.    So she was on the phone bill.        15:58:42

7    So you have your daughter on your phone    15:58:42

8    bill, but she doesn't live with you?       15:58:44

9    A.    No.                                 15:58:46

10   Q.    And prior to the time you began     15:58:47

11   working at Amazon, how much time did your  15:58:55

12   wife spend on the Internet?                15:58:58

13   A.    Ten minutes a day.                  15:58:59

14   Q.    And during your employment, did     15:59:14

15   you spend more time on the phone or more   15:59:16

16   time on the computer?                      15:59:17

17   A.    Computer.                           15:59:20

18   Q.    All right.  I think you said        15:59:24

19   earlier it was about 60/40, 60 percent on  15:59:26

20   the computer, 40 percent on the phone?     15:59:31

21   A.    I believe so.                       15:59:33

22   Q.    Okay.  Let's take a look at         15:59:34

23   Exhibit 21.  Mr. Mabanta, is this the      15:59:36

24   e-mail that you sent to David Curtis and   15:59:54

25   Justin Walker on November 30, 2018?        15:59:56

Page 220

| | | |
|---|---|---|
| 1 | A.    Yes. | 15:59:59 |
| 2 | Q.    Had you ever sent them on e-mail | 15:59:59 |
| 3 | like this before? | 16:00:02 |
| 4 | A.    Not -- not with jokes. | 16:00:03 |
| 5 | Q.    Had they ever sent you any | 16:00:06 |
| 6 | e-mails like this before? | 16:00:08 |
| 7 | A.    No. | 16:00:10 |
| 8 | Q.    How many e-mails had you | 16:00:10 |
| 9 | previously sent to them with jokes? | 16:00:14 |
| 10 | A.    Maybe four or five. | 16:00:25 |
| 11 | Q.    Did you send this e-mail to | 16:00:26 |
| 12 | other coworkers? | 16:00:27 |
| 13 | A.    Yes. | 16:00:29 |
| 14 | Q.    How many? | 16:00:29 |
| 15 | A.    About three. | 16:00:32 |
| 16 | Q.    Who were they? | 16:00:32 |
| 17 | A.    I don't remember now. | 16:00:34 |
| 18 | Q.    Were they people you felt that | 16:00:38 |
| 19 | you were close with? | 16:00:44 |
| 20 | A.    Yes. | 16:00:45 |
| 21 | Q.    Was one of them Fareba? | 16:00:45 |
| 22 | A.    Yes. | 16:01:02 |
| 23 | Q.    Is that a man or a woman? | 16:01:02 |
| 24 | A.    It's a woman. | 16:01:06 |
| 25 | Q.    So you sent Fareba Exhibit 21? | 16:01:07 |

Page 221

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 16:01:12 |
| 2 | Q. | Did you send it to John Payne? | 16:01:12 |
| 3 | A. | John who? | 16:01:18 |
| 4 | Q. | John Payne? | 16:01:18 |
| 5 | A. | Yes. | 16:01:21 |
| 6 | Q. | Did you send it to John Jay? | 16:01:23 |
| 7 | A. | Yes. | 16:01:25 |
| 8 | Q. | Did you send it to your coworker | 16:01:25 |
| 9 | Aaron? | | 16:01:31 |
| 10 | A. | Aaron -- Aaron, yes. | 16:01:32 |
| 11 | Q. | Did you send it to your coworker | 16:01:33 |
| 12 | Alex? | | 16:01:35 |
| 13 | A. | I don't know who Alex is. | 16:01:36 |
| 14 | Q. | What about Angel? | 16:01:38 |
| 15 | A. | Yes. | 16:01:41 |
| 16 | Q. | Is Angel a man or a woman? | 16:01:41 |
| 17 | A. | Man. | 16:01:44 |
| 18 | Q. | Did you send Exhibit 21 to | 16:01:44 |
| 19 | Asonta? | | 16:01:49 |
| 20 | A. | Not that I know of. | 16:01:51 |
| 21 | Q. | Did you send it to your coworker | 16:01:55 |
| 22 | Daniel? | | 16:01:56 |
| 23 | A. | Who's Daniel?  I don't know any | 16:01:59 |
| 24 | Daniel. | | 16:02:01 |
| 25 | Q. | You don't know any Daniels? | 16:02:01 |

Page 222

```
 1        A.    Not that I know.              16:02:03

 2        Q.    Did you send Exhibit 21 to    16:02:06

 3    Hayden?                                 16:02:09

 4        A.    I don't remember.             16:02:12

 5        Q.    What about Linda?             16:02:14

 6        A.    Yes.                          16:02:17

 7        Q.    Did you send Exhibit 21 to Mark?  16:02:18

 8        A.    Yes.                          16:02:23

 9        Q.    Did you send it to Crystal    16:02:24

10    Smith?                                  16:02:27

11        A.    Not that I know of.           16:02:28

12        Q.    Did you send it to Julia      16:02:30

13    Vessels?                                16:02:36

14        A.    Not that I know of.           16:02:36

15        Q.    What about Yolanda Sanchez?   16:02:37

16        A.    I think I did.                16:02:39

17        Q.    And after you sent this e-mail,  16:02:41

18    you sent an apology; is that right?     16:02:47

19        A.    Yes, to David Curtis.         16:02:51

20        Q.    Did you send the apology after  16:02:53

21    someone told you it was inappropriate to  16:02:57

22    send this e-mail?                       16:02:59

23        A.    No.                           16:03:00

24        Q.    Why did you send the apology?  16:03:01

25        A.    Because it was improper.      16:03:05
```

Page  223

| | | |
|---|---|---|
| 1 | Q.    Did you think it was improper | 16:03:06 |
| 2 | before you sent it? | 16:03:08 |
| 3 | A.    After I sent it. | 16:03:10 |
| 4 | Q.    So is there a reason why that | 16:03:14 |
| 5 | day you sent it at 6:30 in the morning and | 16:03:19 |
| 6 | you sent the apology at 4:11 in the | 16:03:21 |
| 7 | afternoon? | 16:03:23 |
| 8 | A.    No. | 16:03:26 |
| 9 | Q.    At what point did you realize it | 16:03:27 |
| 10 | was inappropriate? | 16:03:30 |
| 11 | A.    After I sent it. | 16:03:33 |
| 12 | Q.    Right after you sent it? | 16:03:37 |
| 13 | A.    Yes. | 16:03:39 |
| 14 | MS. MARYOTT:  I think we've been | 16:03:46 |
| 15 | going about an hour.  Why don't we go | 16:03:47 |
| 16 | ahead and take a quick break.  Ten | 16:03:49 |
| 17 | minutes okay with everyone? | 16:03:52 |
| 18 | THE VIDEOGRAPHER:  Going off the | 16:03:57 |
| 19 | record.  The time is 4:04 p.m. | 16:03:58 |
| 20 | (Whereupon, a brief recess is | 16:04:02 |
| 21 | taken.) | 16:14:27 |
| 22 | THE VIDEOGRAPHER:  Back on the | 16:14:27 |
| 23 | record.  The time is 4:14 p.m. | 16:14:53 |
| 24 | BY MS. MARYOTT: | 16:14:56 |
| 25 | Q.    So, Mr. Mabanta, from what | 16:14:57 |

Page 224

1   device did you send Exhibit 21?                16:14:59

2        A.    From my desktop.                     16:15:12

3        Q.    Okay.  And was this a joke that      16:15:14

4   you had received from someone else?             16:15:18

5        A.    Yes.                                 16:15:21

6        Q.    Okay.  So you received this from      16:15:21

7   a friend?                                       16:15:24

8        A.    Yes, from my brother.                16:15:25

9        Q.    From your brother, okay.             16:15:28

10             And then you sent this to about      16:15:30

11  300 people in your contacts?                    16:15:34

12       A.    300, yes.                            16:15:38

13       Q.    Okay.  Did your brother send you     16:15:43

14  a lot of jokes --                               16:15:47

15       A.    Yes.                                 16:15:49

16       Q.    -- to this e-mail?                   16:15:50

17       A.    Yes.                                 16:15:52

18       Q.    And did you exchange jokes with      16:15:52

19  the 300 or so contacts in your -- on your       16:15:55

20  desktop?                                        16:16:00

21       A.    Yes.                                 16:16:01

22       Q.    And how often did you e-mail         16:16:01

23  jokes around with these contacts of yours?      16:16:08

24       A.    Every time I receive one.           16:16:14

25       Q.    How often was that?                  16:16:15

Page 225

```
 1        A.    Once a month.                    16:16:17
 2        Q.    And did you also keep in touch   16:16:18
 3   with your contacts via e-mail --           16:16:21
 4        A.    Yes.                             16:16:29
 5        Q.    -- generally?  So e-mailing      16:16:29
 6   friends and family?                         16:16:32
 7        A.    Only friends, no family.         16:16:35
 8        Q.    Okay.  And did you do that on    16:16:38
 9   the laptop as well as the desktop?          16:16:40
10        A.    Yes.                             16:16:43
11        Q.    And when you forwarded           16:16:43
12   Exhibit 21 to about 300 people, did you     16:17:11
13   send a bunch of separate e-mails?           16:17:17
14        A.    No.                              16:17:23
15        Q.    So you sent it to everyone at    16:17:23
16   once?                                       16:17:26
17        A.    Yes.                             16:17:27
18        Q.    Okay.  With the exception of     16:17:27
19   David Curtis, Julia Vessels and Justin      16:17:32
20   Walker, you sent them a special separate    16:17:35
21   one?                                        16:17:37
22        A.    Yes.                             16:17:37
23        Q.    I'm sorry, Mr. Curtis and        16:17:38
24   Mr. Walker.  You did not send it to         16:17:44
25   Ms. Vessels, right?                         16:17:47
```

Page 226

| | | |
|---|---|---|
| 1 | A.     I believe no. | 16:17:48 |
| 2 | Q.     Why did you send a separate | 16:17:49 |
| 3 | e-mail to them instead of lumping them in | 16:17:51 |
| 4 | with the other 300 contacts? | 16:17:54 |
| 5 | A.     They were coworkers. | 16:17:56 |
| 6 | Q.     And why did you include your | 16:17:58 |
| 7 | other coworkers on this e-mail? | 16:18:01 |
| 8 | A.     I don't remember. | 16:18:11 |
| 9 | Q.     You had mentioned that you | 16:18:12 |
| 10 | thought you were friendly with Mr. Curtis | 16:18:24 |
| 11 | because he asked for Ducks tickets? | 16:18:27 |
| 12 | A.     Yes. | 16:18:31 |
| 13 | Q.     Okay.  And did you actually give | 16:18:31 |
| 14 | him Ducks tickets? | 16:18:37 |
| 15 | A.     I believe I did. | 16:18:39 |
| 16 | Q.     You did? | 16:18:41 |
| 17 | A.     I believe I did. | 16:18:43 |
| 18 | Q.     You believe you did; you're not | 16:18:44 |
| 19 | sure? | 16:18:51 |
| 20 | A.     I'm not sure. | 16:18:51 |
| 21 | Q.     Isn't it true that he told you | 16:18:51 |
| 22 | he couldn't accept them from you? | 16:18:54 |
| 23 | A.     No.  He never said that.  He | 16:18:55 |
| 24 | must be lying. | 16:19:00 |
| 25 | Q.     Why would you be so quick to | 16:19:01 |

Page 227

| | | |
|---|---|---|
| 1 | assume that, Mr. Mabanta? | 16:19:04 |
| 2 | A.   Well, because I'm assuming that | 16:19:06 |
| 3 | he's saying that right now. | 16:19:08 |
| 4 | Q.   Okay. | 16:19:10 |
| 5 | A.   He wants to keep his job. | 16:19:11 |
| 6 | Q.   Let's take a look at Exhibit -- | 16:19:12 |
| 7 | tab 65. | 16:19:16 |
| 8 | MS. MARYOTT:  We'll mark this as | 16:19:18 |
| 9 | Exhibit 22. | 16:19:19 |
| 10 | (Exhibit 22, E-mail bearing | 16:19:29 |
| 11 | Bates number MAB-PRIME_00000193, | 16:19:29 |
| 12 | marked for identification.) | 16:19:29 |
| 13 | BY MS. MARYOTT: | 16:19:29 |
| 14 | Q.   Is it your belief, Mr. Mabanta, | 16:19:29 |
| 15 | that people will lie to get things they | 16:19:31 |
| 16 | want? | 16:19:33 |
| 17 | A.   I didn't talk to anyone. | 16:19:40 |
| 18 | Q.   No.  You just mentioned that you | 16:19:43 |
| 19 | were assuming that Mr. Curtis is lying, | 16:19:45 |
| 20 | and I just asked you:  Is it your belief | 16:19:51 |
| 21 | that people will lie to get things they | 16:19:54 |
| 22 | want? | 16:19:56 |
| 23 | A.   I think so. | 16:19:56 |
| 24 | Q.   So we're going to look at | 16:20:03 |
| 25 | Exhibit 22.  Okay.  That will be up now. | 16:20:04 |

Page 228

```
 1    Do you have Exhibit 22 up?              16:20:36
 2        A.    Not yet.                      16:20:37
 3        Q.    Okay.  Do you have it up now? 16:20:40
 4        A.    Yes.                          16:21:14
 5        Q.    Okay.  Have you had a chance to  16:21:14
 6    read Exhibit 22?                        16:21:52
 7        A.    Yes.                          16:21:53
 8        Q.    Okay.  So you recognize       16:21:54
 9    Exhibit 22 is an e-mail exchange between  16:21:57
10    you and Mr. Curtis on November 7, 2018,  16:22:00
11    right?                                  16:22:03
12        A.    Yes.                          16:22:04
13        Q.    Okay.  And at the bottom, you  16:22:05
14    wrote and asked him to advise what games  16:22:08
15    he wanted?                              16:22:10
16        A.    Yes.                          16:22:12
17        Q.    You were offering him tickets?  16:22:13
18        A.    Well, he asked me about the   16:22:16
19    tickets, so I told him -- I e-mailed    16:22:18
20    him --                                  16:22:21
21            (Reporter clarification.)       16:22:21
22        A.    -- Canucks or Sharks tickets.  16:22:39
23            MS. MARYOTT:  C-A-N-U-C-K-S, or
24        Sharks.
25            (Reporter clarification.)
```

Page 229

```
 1        A.    Yes.
 2    BY MS. MARYOTT:
 3        Q.    And then he responded to you "I    16:22:45
 4    really appreciate the offer, but I cannot    16:22:47
 5    take anything from direct employees.  I      16:22:49
 6    would love to, but I can't.  I hope to see   16:22:51
 7    you there some day and thank you for the     16:22:54
 8    offer, #Go Ducks."                           16:22:56
 9            That was his response?               16:23:02
10        A.    I believe so.                      16:23:04
11        Q.    And he did not, in fact, take      16:23:04
12    tickets from you, right?                     16:23:06
13        A.    He did not.                        16:23:08
14        Q.    So let's take a look --            16:23:33
15            MS. MARYOTT:  It's tab 36,           16:23:35
16        Hazel.  We'll mark Exhibit 23.           16:23:37
17            (Exhibit 23, E-mail string           16:23:41
18        beginning with Bates number              16:23:41
19        MAB-PRIME_00000200, marked for           16:23:41
20        identification.)                         16:24:10
21            MS. CHUANG:  Okay.  It's up now.     16:24:10
22    BY MS. MARYOTT:                              16:24:12
23        Q.    Okay.  So go ahead and pull up     16:24:12
24    Exhibit 23, Mr. Mabanta.  Let me know when   16:24:14
25    you've read it.                              16:24:57
```

                                        Page 230

```
 1        A.    Okay.  I read it.              16:25:46

 2        Q.    Okay.  So do you recognize     16:25:47

 3   Exhibit 23 as an e-mail you wrote to      16:25:48

 4   David Curtis, Julia Vessels, Crystal Smith 16:25:52

 5   and Nicole Guzman on October 18 at        16:25:55

 6   11:37 p.m.?                               16:26:06

 7        A.    Yes.                           16:26:06

 8        Q.    And in this you're reporting   16:26:07

 9   "good feedback" from your coworkers,      16:26:10

10   correct?                                  16:26:13

11        A.    Yes.                           16:26:14

12        Q.    Was it your practice to ask    16:26:14

13   coworkers for feedback?                   16:26:16

14        A.    When we talk about it, what's  16:26:17

15   going on with the work.                   16:26:19

16        Q.    And it says that you had a     16:26:21

17   response of a few of the shoppers who     16:26:26

18   e-mailed and texted you.                  16:26:28

19        A.    Yes.                           16:26:30

20        Q.    And so when you were e-mailing 16:26:31

21   and texting with coworkers, was that      16:26:34

22   something that you kept records of?       16:26:40

23        A.    Everything I e-mailed is       16:26:42

24   recorded.                                 16:26:47

25        Q.    Okay.  And why were you        16:26:47
```

Page 231

```
 1    e-mailing and texting with coworkers?        16:26:50
 2        A.    I want to find out what they're    16:26:55
 3    doing.                                        16:26:57
 4        Q.    Why did you want to know what       16:26:58
 5    they're doing?                                16:26:59
 6            (Reporter clarification.)             16:26:59
 7        A.    If they are happy at work.          16:27:05
 8    Because there's no supervision -- there's     16:27:15
 9    no supervision.  At every location,           16:27:17
10    there's no managers.                          16:27:20
11    BY MS. MARYOTT:                               16:27:22
12        Q.    Were you trying to stir up          16:27:22
13    trouble, Mr. Mabanta?                         16:27:25
14            MS. BAKER:  Objection,                16:27:27
15        harassing.                                16:27:27
16        A.    No.                                 16:27:31
17    BY MS. MARYOTT:                               16:27:31
18        Q.    So was it relevant to you --        16:27:31
19    your ability to perform your job to know      16:27:37
20    what your coworkers were doing?               16:27:40
21        A.    I want to know if I'm doing         16:27:43
22    things right.                                 16:27:47
23        Q.    So you would ask your coworkers     16:27:47
24    if you were doing things right?               16:27:50
25        A.    Yes.                                16:27:53
```

Page 232

```
1        Q.     The third paragraph you wrote      16:27:53
2    "They are also very happy with the time       16:28:02
3    that they can take breaks.  They mentioned     16:28:04
4    before that there was no discipline in the     16:28:07
5    breaks because there was really no             16:28:09
6    supervision in each location.  Now they        16:28:11
7    can follow rules without anyone getting in     16:28:14
8    trouble."                                      16:28:18
9           Do you see that?                        16:28:18
10       A.     Yes.                                 16:28:19
11       Q.     And so the issue prior to your       16:28:19
12   writing this e-mail was that there was no      16:28:22
13   clarity on the timing of when breaks          16:28:26
14   should happen?                                 16:28:28
15       A.     Because they were complaining.      16:28:31
16       Q.     They were complaining because       16:28:33
17   they weren't sure when to take them?          16:28:35
18       A.     When they had breaks -- they        16:28:38
19   don't have breaks too.  All of them didn't     16:28:39
20   have breaks.                                   16:28:45
21       Q.     Okay.  And when you say --          16:28:46
22   you're saying everybody you worked with       16:28:50
23   never got breaks?                              16:28:52
24       A.     Not that I know of.                 16:28:55
25       Q.     How many of your coworkers did      16:28:56
```

Page 233

```
1    you ask about the things you're describing    16:28:59
2    in this e-mail?                                16:29:03
3         A.    Can you say that again?            16:29:07
4         Q.    How many of your coworkers did     16:29:08
5    you talk to about the things you describe      16:29:10
6    in this e-mail?                                16:29:12
7         A.    A lot of them.                     16:29:14
8         Q.    How many?                          16:29:16
9         A.    I can't remember.                  16:29:18
10        Q.    More than 25?                      16:29:19
11        A.    Maybe more.                        16:29:26
12        Q.    And these communications took      16:29:28
13   place while you were at work?                  16:29:32
14        A.    Yes.                               16:29:35
15        Q.    While you were performing your     16:29:35
16   job?                                           16:29:38
17        A.    Yes.                               16:29:39
18        Q.    And then also on your free time?   16:29:40
19        A.    When I'm at home.                  16:29:47
20        Q.    So when you were at home, you'd    16:29:48
21   be e-mailing and texting your coworkers?       16:29:50
22        A.    Yes.                               16:29:53
23        Q.    Why would you do that when you     16:29:53
24   were at home?                                  16:30:02
25        A.    I want to find out what's going    16:30:03
```

Page 234

| | | |
|---|---|---|
| 1 | on. | 16:30:06 |
| 2 | Q.    Find out what's going on? | 16:30:08 |
| 3 | A.    Yes. | 16:30:10 |
| 4 | Q.    So when you were at home and | 16:30:14 |
| 5 | other people at work, you were texting | 16:30:16 |
| 6 | them and e-mailing them? | 16:30:20 |
| 7 | A.    Yes.  What was that again? | 16:30:22 |
| 8 | Q.    Well, I asked if while you were | 16:30:26 |
| 9 | at home you were texting and e-mailing | 16:30:29 |
| 10 | your coworkers who were at work? | 16:30:32 |
| 11 | A.    Not that I know of, that they | 16:30:35 |
| 12 | were working. | 16:30:37 |
| 13 | Q.    So you didn't know when you were | 16:30:38 |
| 14 | texting your coworkers whether they were | 16:30:41 |
| 15 | at work or not? | 16:30:43 |
| 16 | A.    Yes. | 16:30:45 |
| 17 | Q.    Did you receive e-mails and | 16:30:45 |
| 18 | texts from your coworkers while you were | 16:30:53 |
| 19 | at work? | 16:30:55 |
| 20 | A.    No. | 16:30:58 |
| 21 | Q.    Did people respond via text and | 16:30:58 |
| 22 | e-mail? | 16:31:03 |
| 23 | A.    So they tell it to my face. | 16:31:12 |
| 24 | Q.    So you would send e-mails and | 16:31:13 |
| 25 | text messages and people would not write | 16:31:17 |

Page 235

```
 1    back; is that right?                      16:31:21
 2         A.    Yes.                           16:31:22
 3         Q.    Did anyone ever ask you to stop  16:31:24
 4    sending the text messages and e-mails?   16:31:27
 5         A.    No.                            16:31:29
 6         Q.    When did you first consult with  16:31:29
 7    a lawyer about your employment at        16:31:53
 8    Prime Now?                               16:31:56
 9         A.    That I know, 2019.             16:32:03
10         Q.    So you didn't consult with a    16:32:04
11    lawyer regarding anything relating to your  16:32:10
12    employment at Amazon prior to 2019?      16:32:13
13              MS. BAKER:  And, Mr. Mabanta,  16:32:19
14         she's not entitled to anything that  16:32:20
15         you discussed with a lawyer, okay?  16:32:22
16              THE WITNESS:  Yes.             16:32:25
17         A.    I do not remember the dates and  16:32:27
18    time.                                    16:32:28
19    BY MS. MARYOTT:                          16:32:29
20         Q.    Well, you just said you first   16:32:29
21    consulted with a lawyer about your       16:32:35
22    employment at Prime Now in 2019, correct?  16:32:36
23              (Reporter clarification.)      16:32:36
24         A.    2019.  It could be 2020, but   16:32:45
25    2019 if I can remember right.            16:32:52
```

Page 236

| | | |
|---|---|---|
| 1 | MS. MARYOTT:  So we're going | 16:32:56 |
| 2 | to -- let's pull up Exhibit 24.  And, | 16:32:57 |
| 3 | Hazel, it will be tab 69. | 16:33:00 |
| 4 | (Exhibit 24, E-mail string | 16:33:04 |
| 5 | beginning with Bates number | 16:33:04 |
| 6 | MAB-PRIME_00000288, marked for | 16:33:04 |
| 7 | identification.) | 16:33:34 |
| 8 | MS. CHUANG:  Okay. | 16:33:34 |
| 9 | BY MS. MARYOTT: | 16:33:34 |
| 10 | Q.    Okay.  Let's go ahead and pull | 16:33:37 |
| 11 | up Exhibit 24, Mr. Mabanta.  Let me know | 16:33:39 |
| 12 | once you've read it. | 16:34:09 |
| 13 | A.    I remember this e-mail. | 16:34:11 |
| 14 | Q.    Okay.  So you recognize | 16:34:21 |
| 15 | Exhibit 24 as an e-mail exchange on | 16:34:25 |
| 16 | July 8, 2018 with a number of people? | 16:34:29 |
| 17 | A.    Yes, yes. | 16:34:35 |
| 18 | Q.    Okay.  So now you first sent an | 16:34:36 |
| 19 | e-mail in this string on July 8, 2018 at | 16:34:42 |
| 20 | 1:01 p.m.  Do you see that?  It's the very | 16:34:48 |
| 21 | bottom e-mail. | 16:34:52 |
| 22 | A.    Yeah. | 16:35:05 |
| 23 | Q.    Do you see that? | 16:35:05 |
| 24 | A.    Yes. | 16:35:08 |
| 25 | Q.    Okay.  And the title is "Am | 16:35:09 |

Page 237

```
 1    assador," A-S-S-A-D-O-R, "Jerimy,"          16:35:19

 2    J-E-R-I-M-Y.                                 16:35:23

 3        A.    That's ambassador.                 16:35:25

 4        Q.    You meant to put ambassador?       16:35:27

 5        A.    Yes.                               16:35:30

 6        Q.    Okay.                              16:35:31

 7        A.    He's the guy I worked with.        16:35:35

 8        Q.    Jeremy Locanas?                    16:35:38

 9        A.    I don't remember the last name.    16:35:43

10        Q.    Okay.  And you write in this       16:35:44

11    e-mail "Is it true that you cannot ask       16:35:47

12    questions to this person?  He is very rude   16:35:50

13    and loud.  He treats P-E-O-O-J-E" --         16:35:53

14              Is that supposed to be people?     16:36:01

15        A.    Was that the second e-mail?        16:36:17

16        Q.    It's the first e-mail in the       16:36:22

17    string.  It's the second page.              16:36:24

18        A.    Second page.                       16:36:27

19        Q.    Do you know when you read an       16:36:32

20    e-mail string, you start at the bottom and   16:36:34

21    then go up, right?                           16:36:36

22        A.    Yeah, people.                      16:36:37

23        Q.    Okay.  So P-E-O-O-J-E, you meant   16:36:39

24    to write people?                             16:36:43

25        A.    Yes.                               16:36:44
```

Page 238

```
 1        Q.    Okay.  So "He treats people here    16:36:47
 2   like shit.  And he says.  David has his        16:36:48
 3   back."                                          16:36:53
 4              Is that supposed to be one           16:36:55
 5   sentence "And he says David has his back"?      16:36:56
 6        A.    Yes.                                  16:36:59
 7        Q.    It goes on to say "He can do          16:37:00
 8   anything he wants.  To do here."                16:37:04
 9              Was that supposed to be one           16:37:08
10   sentence so "He can do anything he wants        16:37:11
11   to do here"?                                     16:37:13
12        A.    Supposed to be.                       16:37:19
13        Q.    It goes on to say "And he lies a      16:37:21
14   lot.  I gave witnesses.  I do not lie.          16:37:23
15   If.  I do.  You.  Guys can fire.  Me." --        16:37:30
16   "fire.  Me."                                     16:37:30
17              So did you mean that to be one        16:37:39
18   sentence, "So if I do, you guys can fire        16:37:41
19   me"?  Was that meant to be one sentence?        16:37:44
20        A.    I believe so.                         16:37:47
21        Q.    Okay.  Then it says "I can also       16:37:49
22   write to the K-A-B-I-R" --                       16:37:52
23        A.    Labor board.                          16:37:58
24        Q.    Let me finish "The K-A-B-I-R          16:37:58
25   board of California for discrimination."         16:38:02
```

Page 239

| | | |
|---|---|---|
| 1 | K-A-B-I-R was supposed to be | 16:38:05 |
| 2 | labor? | 16:38:07 |
| 3 | A.    Labor. | 16:38:08 |
| 4 | Q.    Okay.  Okay.  And in response, | 16:38:09 |
| 5 | Mr. Curtis wrote back and asked you for | 16:38:20 |
| 6 | details about what's going on, right? | 16:38:24 |
| 7 | A.    Yes. | 16:38:26 |
| 8 | Q.    And then you responded at 1:18. | 16:38:28 |
| 9 | Do you see that?  The very top e-mail is | 16:38:34 |
| 10 | your response. | 16:38:36 |
| 11 | A.    Okay. | 16:38:37 |
| 12 | Q.    Do you see your response? | 16:38:55 |
| 13 | A.    Yes. | 16:38:56 |
| 14 | Q.    Okay.  So Mr. Curtis asked you | 16:38:58 |
| 15 | for more information at 1:04, and you | 16:39:03 |
| 16 | responded at 1:18. | 16:39:06 |
| 17 | Did you spend the 14 minutes | 16:39:08 |
| 18 | between his e-mail and your e-mail writing | 16:39:12 |
| 19 | this response? | 16:39:15 |
| 20 | A.    Could be. | 16:39:17 |
| 21 | Q.    So it looks like there was an | 16:39:18 |
| 22 | attachment.  What did you attach? | 16:39:25 |
| 23 | A.    I attach a letter -- | 16:39:30 |
| 24 | Q.    Okay. | 16:39:33 |
| 25 | A.    -- which David Curtis has, and | 16:39:34 |

Page 240

| | | |
|---|---|---|
| 1 | if I can remember, Crystal Smith has a | 16:39:40 |
| 2 | copy of the letter too. | 16:39:42 |
| 3 | Q.   Okay.  So there's a sentence | 16:39:44 |
| 4 | here, it says -- it's the third line of | 16:39:52 |
| 5 | your -- of the top e-mail, and it says "He | 16:39:59 |
| 6 | told me literally I F-U-K-K-E in NY first | 16:40:02 |
| 7 | 2 orders." | 16:40:11 |
| 8 | What did you mean to write | 16:40:12 |
| 9 | there? | 16:40:14 |
| 10 | A.   I don't remember anymore. | 16:40:31 |
| 11 | Q.   Okay.  I'm assuming you didn't | 16:40:33 |
| 12 | intend to type the word "F-U-K-K-E" | 16:40:36 |
| 13 | because as far as I know that's not a | 16:40:40 |
| 14 | word. | 16:40:41 |
| 15 | A.   Yes. | 16:40:42 |
| 16 | Q.   Okay.  You were on your cell | 16:40:43 |
| 17 | phone when you did this? | 16:40:49 |
| 18 | A.   I believe I was in my e-mail. | 16:40:52 |
| 19 | Q.   Right.  Did you have your e-mail | 16:40:58 |
| 20 | on your cell phone? | 16:41:00 |
| 21 | A.   Yes. | 16:41:01 |
| 22 | Q.   And do you think you were on | 16:41:03 |
| 23 | your cell phone when you wrote this? | 16:41:04 |
| 24 | A.   Could be. | 16:41:06 |
| 25 | Q.   Did you have trouble with | 16:41:06 |

Page 241

```
 1    periods and spelling and things like that    16:41:10
 2    using the iPhone?                            16:41:13
 3         A.    No.                               16:41:15
 4         Q.    Then you switched to all caps on  16:41:16
 5    the fifth line.  Did you intend to switch    16:41:25
 6    to all caps?                                 16:41:29
 7         A.    Yes.                              16:41:30
 8         Q.    Why?                              16:41:32
 9         A.    Because when I'm mad, I switch    16:41:34
10    to all caps.  That's what my kids tell me,   16:41:36
11    You do all caps always.                      16:41:39
12         Q.    So you were mad when you wrote    16:41:41
13    this e-mail?                                 16:41:43
14         A.    Yes.                              16:41:44
15         Q.    Okay.  And should we assume that  16:41:44
16    in all of your e-mails where we see all      16:41:47
17    caps is because you were mad?                16:41:50
18         A.    Could be.                         16:41:52
19         Q.    Now, it says "We never git       16:41:53
20    tokd" -- G-I-T T-O-K-D -- "thus."            16:41:58
21              (Reporter clarification.)          16:41:58
22    BY MS. MARYOTT:                              16:41:58
23         Q.    Did you mean to write "got told   16:42:12
24    this"?                                       16:42:15
25         A.    Yes.                              16:42:23
```

Page 242

| | | |
|---|---|---|
| 1 | Q.    Okay.  And on the next line, | 16:42:24 |
| 2 | where it says "without saing anything," | 16:42:27 |
| 3 | it's spelled S-A-I-N-G, did you mean to | 16:42:30 |
| 4 | spell that S-A-Y-N-G [sic]? | 16:42:34 |
| 5 | A.    Yes. | 16:42:43 |
| 6 | Q.    And later on that line it says | 16:42:43 |
| 7 | "S-N-D," but you meant to spell "and"? | 16:42:45 |
| 8 | A.    Yes.  I'm dyslexic. | 16:42:49 |
| 9 | Q.    You're dyslexic? | 16:42:52 |
| 10 | A.    Yes. | 16:42:55 |
| 11 | Q.    When were you diagnosed as | 16:42:55 |
| 12 | dyslexic? | 16:42:57 |
| 13 | A.    A few months ago. | 16:42:58 |
| 14 | Q.    And what specifically is the | 16:43:03 |
| 15 | nature of your dyslexia? | 16:43:05 |
| 16 | A.    I read things so quick. | 16:43:13 |
| 17 | Q.    And do you have a sense for when | 16:43:15 |
| 18 | your dyslexia began? | 16:43:24 |
| 19 | A.    I'm sorry? | 16:43:28 |
| 20 | Q.    When did your symptoms of | 16:43:29 |
| 21 | dyslexia begin? | 16:43:35 |
| 22 | A.    Just a few months ago. | 16:43:37 |
| 23 | Q.    Okay.  So continuing on where it | 16:43:39 |
| 24 | says "ABD," you meant to say "and" there? | 16:43:45 |
| 25 | A.    Yes. | 16:43:50 |

Page 243

| | | |
|---|---|---|
| 1 | Q.    And then on the next line where | 16:43:50 |
| 2 | it says "you cannot haddle" -- | 16:43:55 |
| 3 | A.    Handle. | 16:43:59 |
| 4 | Q.    "Handle it," okay.  And then it | 16:43:59 |
| 5 | says "does he have" -- and that should be | 16:44:04 |
| 6 | T-H-E R-I-G-H-T? | 16:44:07 |
| 7 | A.    Yes. | 16:44:10 |
| 8 | Q.    Okay.  And then you went on to | 16:44:11 |
| 9 | say "Anyway, sorry to bother you on your | 16:44:15 |
| 10 | vacation." | 16:44:16 |
| 11 | Did you know that Mr. Curtis was | 16:44:17 |
| 12 | on his vacation when you sent this e-mail? | 16:44:19 |
| 13 | A.    Yes.  That's how close we were. | 16:44:22 |
| 14 | He tells me where his vacation was and | 16:44:24 |
| 15 | where he's going. | 16:44:27 |
| 16 | Q.    Okay. | 16:44:28 |
| 17 | A.    That's why I sent him the | 16:44:33 |
| 18 | e-mail. | 16:44:35 |
| 19 | Q.    You were at work when you had | 16:44:42 |
| 20 | this e-mail exchange; is that right? | 16:44:46 |
| 21 | A.    I believe so. | 16:44:49 |
| 22 | Q.    I think we've talked a little | 16:44:56 |
| 23 | bit about the fact that you spent a lot of | 16:44:58 |
| 24 | time paying attention to what your | 16:44:59 |
| 25 | coworkers were doing.  Did that interfere | 16:45:01 |

Page 244

| | | |
|---|---|---|
| 1 | with your ability to do your job? | 16:45:04 |
| 2 | A.    No. | 16:45:07 |
| 3 | Q.    Did it distract you from your | 16:45:07 |
| 4 | job? | 16:45:16 |
| 5 | A.    No. | 16:45:17 |
| 6 | Q.    Okay. | 16:45:17 |
| 7 | A.    I'm a multitasker. | 16:45:23 |
| 8 | Q.    You're a multitasker? | 16:45:24 |
| 9 | A.    Yes. | 16:45:26 |
| 10 | MS. MARYOTT:  Let's go ahead and | 16:45:34 |
| 11 | mark Exhibit 25 and, Hazel, it's | 16:45:35 |
| 12 | tab 70. | 16:45:38 |
| 13 | (Exhibit 25, E-mail string | 16:45:41 |
| 14 | beginning with Bates number | 16:45:41 |
| 15 | MAB-PRIME_00000350, marked for | 16:45:41 |
| 16 | identification.) | 16:46:19 |
| 17 | MS. MARYOTT:  Oh, I'm sorry. | 16:46:19 |
| 18 | Did you say it's there, Hazel? | 16:46:20 |
| 19 | MS. CHUANG:  Yeah, sorry.  It's | 16:46:23 |
| 20 | ready. | 16:46:25 |
| 21 | MS. MARYOTT:  Thank you. | 16:46:25 |
| 22 | BY MS. MARYOTT: | 16:46:26 |
| 23 | Q.    Okay.  Let's go ahead and pull | 16:46:26 |
| 24 | up Exhibit 25.  Do you have Exhibit 25 on | 16:46:28 |
| 25 | the screen, Mr. Mabanta? | 16:47:05 |

Page 245

| | | |
|---|---|---|
| 1 | A.    Yes.  I'm just trying to read it | 16:47:08 |
| 2 | now. | 16:47:10 |
| 3 | Q.    Okay. | 16:47:11 |
| 4 | A.    Okay. | 16:47:39 |
| 5 | Q.    Okay.  So do you recognize | 16:47:40 |
| 6 | Exhibit 25 as an e-mail you sent to | 16:47:42 |
| 7 | David Curtis, Julia Vessels, Nicole | 16:47:48 |
| 8 | Guzman, Jeff Bezos, Greg Turner and | 16:47:52 |
| 9 | Crystal Smith on September 3, 2018? | 16:47:56 |
| 10 | A.    I don't remember. | 16:48:02 |
| 11 | Q.    Did somebody help you write | 16:48:02 |
| 12 | this? | 16:48:05 |
| 13 | A.    No. | 16:48:06 |
| 14 | Q.    Why is the whole thing in | 16:48:06 |
| 15 | italics? | 16:48:08 |
| 16 | A.    That's my problem. | 16:48:09 |
| 17 | Q.    Do you usually write in italics? | 16:48:11 |
| 18 | A.    No. | 16:48:16 |
| 19 | Q.    You said it's your problem? | 16:48:16 |
| 20 | A.    Yes.  Sometimes I do it in bold. | 16:48:22 |
| 21 | Sometimes I do it in italics. | 16:48:26 |
| 22 | Q.    Okay.  Now, you state here "Do I | 16:48:29 |
| 23 | really need to get my legal counsel | 16:48:35 |
| 24 | involved in this seriously?" | 16:48:38 |
| 25 | Did you have legal counsel at | 16:48:42 |

Page 246

| | | |
|---|---|---|
| 1 | that time? | 16:48:43 |
| 2 | A.    No. | 16:48:45 |
| 3 | Q.    So when you said "my legal | 16:48:45 |
| 4 | counsel," who did you mean? | 16:48:48 |
| 5 | A.    I was going to call up my | 16:48:51 |
| 6 | lawyer. | 16:48:53 |
| 7 | Q.    What lawyer?  Who's your lawyer? | 16:48:55 |
| 8 | A.    Mr. Nami. | 16:48:59 |
| 9 | Q.    How long has Mr. Nami been your | 16:49:01 |
| 10 | lawyer? | 16:49:05 |
| 11 | A.    About three years. | 16:49:06 |
| 12 | Q.    And you state here on the second | 16:49:07 |
| 13 | page "My lawyer told me that I have a very | 16:49:19 |
| 14 | strong case of harassment and defamation | 16:49:23 |
| 15 | and libel." | 16:49:27 |
| 16 | So was that a true statement? | 16:49:31 |
| 17 | Were you told that? | 16:49:35 |
| 18 | MS. BAKER:  I'm going to | 16:49:36 |
| 19 | instruct him not to answer.  Anything | 16:49:37 |
| 20 | he may have discussed with his lawyer | 16:49:39 |
| 21 | is privileged. | 16:49:41 |
| 22 | MS. MARYOTT:  It's actually a | 16:49:41 |
| 23 | waiver.  He shared this with five | 16:49:43 |
| 24 | other people. | 16:49:47 |
| 25 | MS. BAKER:  I'm still going to | 16:49:48 |

Page 247

| | | |
|---|---|---|
| 1 | disagree and instruct him not to | 16:49:50 |
| 2 | answer. | 16:49:52 |
| 3 | BY MS. MARYOTT: | 16:49:52 |
| 4 | Q.    Are you following that | 16:49:54 |
| 5 | instruction, Mr. Mabanta? | 16:49:55 |
| 6 | A.    Yes. | 16:49:56 |
| 7 | Q.    And you lodged a complaint about | 16:49:57 |
| 8 | shopper Rosie by sending this; is that | 16:50:20 |
| 9 | right? | 16:50:23 |
| 10 | A.    Yes. | 16:50:25 |
| 11 | Q.    What were you hoping would | 16:50:25 |
| 12 | happen to Rosie when you complained about | 16:50:29 |
| 13 | her? | 16:50:32 |
| 14 | A.    I didn't talk to her. | 16:50:33 |
| 15 | Q.    What were you hoping would come | 16:50:36 |
| 16 | of complaining about her? | 16:50:41 |
| 17 | A.    Well, to tell her the truth, the | 16:50:43 |
| 18 | rules. | 16:50:49 |
| 19 | Q.    What do you mean? | 16:50:52 |
| 20 | A.    The rules at work. | 16:50:53 |
| 21 | Q.    What rules at work was she | 16:50:55 |
| 22 | violating in your view? | 16:50:59 |
| 23 | A.    She's harassing me. | 16:51:03 |
| 24 | Q.    How did she harass you? | 16:51:04 |
| 25 | A.    I'm trying to read it right now, | 16:51:10 |

Page 248

```
 1   yeah.                                    16:51:12

 2        Q.    Do you remember without reading  16:51:13

 3   this?                                    16:51:14

 4        A.    No.  That's why I write things  16:51:15

 5   down.                                    16:51:27

 6              Rosie, who's Rosie?           16:51:41

 7              MS. BAKER:  I don't believe   16:51:48

 8         there's a question pending.  Is there  16:51:49

 9         a question?                        16:51:52

10              MS. MARYOTT:  Oh, my apologies.  16:51:56

11   BY MS. MARYOTT:                          16:51:56

12        Q.    Who is Rosie?                 16:51:59

13        A.    I don't know.  This is something  16:52:03

14   to do with Jeremy --                     16:52:07

15        Q.    Well, at the bottom of the    16:52:19

16   page --                                  16:52:21

17              (Reporter clarification.)     16:52:21

18              MS. MARYOTT:  The ambassador.  16:52:21

19   BY MS. MARYOTT:                          16:52:21

20        Q.    So you're saying all of this was  16:52:24

21   told to you by Rosie, right?             16:52:29

22        A.    Yes.                          16:52:32

23        Q.    Okay.  And then Rosie asked you  16:52:33

24   to have a selfie, and you reported that?  16:52:36

25        A.    Yes.                          16:52:40
```

Page 249

```
1          Q.    So, Mr. Mabanta, you mention       16:52:41
2    harassment and hostile place to work in a      16:52:55
3    few different places in this e-mail.           16:52:58
4          Had you received training about          16:53:00
5    the prohibition against harassment --          16:53:04
6          A.    No.                                16:53:09
7          Q.    -- at Amazon?                       16:53:09
8          A.    No.                                16:53:11
9          Q.    No?  Okay.                          16:53:11
10          So in what way were you claiming         16:53:16
11    that Jeremy Locanas harassed you?             16:53:19
12          A.    By the way he was speaking to      16:53:25
13    me, because we found out there's no           16:53:26
14    managers.                                     16:53:37
15               (Reporter clarification.)          16:53:37
16          A.    There's no manager, and there's   16:53:38
17    no David Curtis there.  And then he acts      16:53:38
18    like David Curtis is a manager.               16:53:44
19    BY MS. MARYOTT:                               16:53:44
20          Q.    And you didn't like that?         16:53:47
21          A.    I didn't like that.               16:53:50
22               MS. MARYOTT:  Let's go ahead and   16:53:54
23          mark as Exhibit 26, tab 71, Hazel.      16:53:54
24               (Exhibit 26, E-mail string         16:54:06
25          beginning with Bates number            16:54:06
```

Page 250

| | | |
|---|---|---|
| 1 | MAB-PRIME_00000204, marked for | 16:54:06 |
| 2 | identification.) | 16:54:08 |
| 3 | MS. CHUANG:  It's ready. | 16:54:08 |
| 4 | BY MS. MARYOTT: | 16:54:28 |
| 5 | Q.    Go ahead and open up Exhibit 26, | 16:54:29 |
| 6 | Mr. Mabanta.  Do you have it up on the | 16:54:31 |
| 7 | screen? | 16:54:51 |
| 8 | A.    Not yet.  Yes. | 16:54:52 |
| 9 | Q.    Okay.  So do you recognize | 16:55:28 |
| 10 | Exhibit 26 -- or the substance of | 16:55:29 |
| 11 | Exhibit 26 is an e-mail that you sent on | 16:55:34 |
| 12 | October 8, 2018 to David Curtis, Julia | 16:55:38 |
| 13 | Vessels, Nicole Guzman, Crystal Smith, | 16:55:43 |
| 14 | Jeff Bezos, Greg Turner and Amazon.com | 16:55:47 |
| 15 | Customer Relations? | 16:55:54 |
| 16 | A.    Yes. | 16:55:59 |
| 17 | Q.    And you wrote to make a | 16:56:00 |
| 18 | complaint about a shopper named Cat? | 16:56:02 |
| 19 | A.    I don't remember this anymore. | 16:56:10 |
| 20 | Q.    You don't remember what happened | 16:56:12 |
| 21 | here? | 16:56:15 |
| 22 | A.    No. | 16:56:16 |
| 23 | Q.    Do you remember working with | 16:56:17 |
| 24 | someone named Cat? | 16:56:19 |
| 25 | A.    Yes. | 16:56:23 |

Page 251

| | | |
|---|---|---|
| 1 | Q.    If you look on the second page | 16:56:23 |
| 2 | at the top, number 10, it says "The only | 16:56:29 |
| 3 | way I think something would be done if I | 16:56:34 |
| 4 | go to my lawyer and file a discriminating | 16:56:37 |
| 5 | and harassment lawsuit or a Class Action | 16:56:41 |
| 6 | Lawsuit against Amazon Prime." | 16:56:47 |
| 7 | Do you see that? | 16:56:50 |
| 8 | A.    Yes. | 16:56:50 |
| 9 | Q.    And what was it that you wanted | 16:56:51 |
| 10 | to be done? | 16:56:55 |
| 11 | A.    I'm trying to remember.  I don't | 16:57:03 |
| 12 | remember this too well anymore.  So many | 16:57:08 |
| 13 | things happening there. | 16:57:12 |
| 14 | Q.    So you don't remember? | 16:57:19 |
| 15 | A.    No. | 16:57:20 |
| 16 | Q.    Okay.  A few lines down you say | 16:57:21 |
| 17 | "I know a lot of other employees would | 16:57:25 |
| 18 | join me in this.  I already have a number | 16:57:28 |
| 19 | of them ready to join what" -- "to join." | 16:57:30 |
| 20 | Join what? | 16:57:41 |
| 21 | A.    Like I said, I don't remember | 16:57:43 |
| 22 | this anymore. | 16:57:44 |
| 23 | Q.    Who were the employees that you | 16:57:44 |
| 24 | had ready to join you? | 16:57:47 |
| 25 | A.    I don't remember anymore. | 16:57:50 |

Page 252

1    They're not working there anymore.           16:57:51

2        Q.    How do you know they're not         16:57:55

3    working there anymore if you don't           16:57:57

4    remember who they are?                       16:57:58

5        A.    Yeah.                               16:58:00

6        Q.    Do you remember who they are?       16:58:00

7        A.    No.                                 16:58:03

8        Q.    Do you know where any of them       16:58:05

9    are working?                                 16:58:07

10       A.    Some of them do.                    16:58:11

11       Q.    Which ones?                         16:58:14

12       A.    John Jay.  He works at UPS.         16:58:17

13   That's what I can remember.                  16:58:33

14       Q.    At some point, Mr. Mabanta, did     16:58:35

15   you have trouble getting signed up for       16:58:47

16   direct deposit?                              16:58:50

17       A.    Not that I know of.                 16:58:55

18       Q.    Did you run any businesses while    16:58:56

19   you were employed with Amazon?               16:59:23

20       A.    No.                                 16:59:27

21       Q.    At one point were you picking up    16:59:27

22   your paycheck at the Prime Now site?         16:59:47

23       A.    Yes.                                16:59:51

24       Q.    And that changed at some point?     16:59:51

25       A.    Yes.                                16:59:56

Page 253

```
 1        Q.    And when that changed, did you      16:59:58
 2   try to sign up for direct deposit?             17:00:00
 3        A.    Yes.                                 17:00:02
 4        Q.    And were you able to get your       17:00:03
 5   pay via direct deposit after that?             17:00:06
 6        A.    Yes.                                 17:00:08
 7             MS. MARYOTT:  Let's go ahead and     17:00:35
 8        pull up tab 85.  Hazel, we'll mark as     17:00:36
 9        Exhibit 27.                               17:00:40
10             (Exhibit 27, E-mail string          17:00:42
11        beginning with Bates number              17:00:42
12        MAB-PRIME_00000387, marked for           17:00:42
13        identification.)                         17:00:44
14             MS. BAKER:  And, Counsel, it's      17:00:44
15        5:00.  We can discuss on or off the      17:00:46
16        record, but if you have an indication    17:00:48
17        of time remaining, we'll either have     17:00:50
18        to agree to continue or agree to find    17:00:53
19        another date.                            17:00:56
20             MS. MARYOTT:  I don't have very     17:00:57
21        much more.  I'd say 45 minutes at the    17:00:59
22        most.                                    17:01:02
23             MS. BAKER:  Okay.  Then I'd like    17:01:02
24        to take a five-minute break.             17:01:05
25             MS. MARYOTT:  Sure.  Let's do       17:01:07
```

Page 254

| | | |
|---|---|---|
| 1 | that now. | 17:01:10 |
| 2 | THE VIDEOGRAPHER:  Going off the | 17:01:11 |
| 3 | record.  The time is 5:01 p.m. | 17:01:11 |
| 4 | (Whereupon, a brief recess is | 17:11:45 |
| 5 | taken.) | 17:11:45 |
| 6 | THE VIDEOGRAPHER:  Back on the | 17:11:45 |
| 7 | record.  The time is 5:11 p.m. | 17:11:55 |
| 8 | BY MS. MARYOTT: | 17:11:58 |
| 9 | Q.   Okay.  Mr. Mabanta, could you | 17:11:58 |
| 10 | please open the document marked as | 17:12:00 |
| 11 | Exhibit 27.  Let me know when you have it | 17:12:02 |
| 12 | open.  Do you have it open, Mr. Mabanta? | 17:12:17 |
| 13 | A.   Yes. | 17:12:43 |
| 14 | Q.   Okay.  So do you recognize | 17:12:44 |
| 15 | Exhibit 27 as an e-mail exchange starting | 17:12:45 |
| 16 | with your e-mail dated June 17, 2018 and a | 17:12:51 |
| 17 | response from Greg Turner on June 22, | 17:12:56 |
| 18 | 2018? | 17:13:01 |
| 19 | A.   I believe so. | 17:13:02 |
| 20 | Q.   Okay.  And in your e-mail you | 17:13:03 |
| 21 | wrote to David Curtis, Crystal Smith, | 17:13:06 |
| 22 | Jeff Bezos and Julia Vessels to address | 17:13:10 |
| 23 | some work issues you had.  Is that the | 17:13:14 |
| 24 | subject of this e-mail? | 17:13:36 |
| 25 | A.   Yes. | 17:13:37 |

Page 255

```
 1        Q.    And so you were describing the      17:13:38
 2   technical challenges you were having           17:13:41
 3   operating the app?                             17:13:45
 4        A.    Yes.                                17:13:48
 5        Q.    And you're referring -- you         17:13:48
 6   referred to CSSM, that was Amazon Moment,      17:13:52
 7   right?                                         17:13:59
 8        A.    Yes.                                17:13:59
 9        Q.    And then you also mentioned         17:13:59
10   something about the seller app phones as       17:14:01
11   well.  You were having trouble operating       17:14:03
12   those too?                                     17:14:05
13        A.    Yes.                                17:14:07
14        Q.    And then you note in here that      17:14:07
15   when you couldn't log in, you logged in as     17:14:15
16   someone else for a full shift.  Do you         17:14:18
17   recall doing that?                             17:14:21
18        A.    I don't remember it anymore, but    17:14:25
19   could -- could happen.                         17:14:27
20        Q.    Okay.  Well, you describe that      17:14:28
21   happening in this e-mail.  Would you have      17:14:30
22   described logging in as someone else if        17:14:33
23   you had not done that?                         17:14:35
24        A.    I remember this now.               17:15:11
25        Q.    Okay.  You remember logging in      17:15:13
```

Page 256

```
1    as someone else?                          17:15:15
2       A.    Yes.                             17:15:16
3       Q.    Okay.  Okay.                     17:15:17
4       A.    Because --                       17:15:25
5             (Reporter clarification.)        17:15:25
6       A.    -- they needed a password and    17:15:28
7    their ID because mine wasn't working, so  17:15:29
8    they told me --                           17:15:34
9             (Reporter clarification.)        17:15:34
10      A.    -- if I wanted to work, I had to 17:15:38
11   use -- I have to use this -- this --      17:15:41
12   these --                                  17:15:45
13            (Reporter clarification.)        17:15:45
14      A.    I have to use somebody else.     17:15:52
15   BY MS. MARYOTT:                           17:15:55
16      Q.    And did somebody help you log in 17:15:55
17   as Mike Angelo?                           17:15:58
18      A.    I don't remember the name        17:16:02
19   anymore.                                  17:16:03
20      Q.    But someone helped you log in?   17:16:05
21      A.    Yes.                             17:16:09
22      Q.    You were able to log in as Mike  17:16:11
23   Angelo and then work your shift?          17:16:14
24      A.    Yes.                             17:16:16
25      Q.    Okay.                            17:16:18
```

Page 257

```
1              MS. MARYOTT:  Let's go ahead and   17:16:26
2         mark Exhibit 28, which, Hazel, will be  17:16:23
3         tab 48.                                 17:16:29
4              (Exhibit 28, Amazon Owner's        17:16:30
5         Manual and Guide to Employment -        17:16:30
6         December 2017, marked for               17:16:30
7         identification.)                        17:17:23
8              MS. CHUANG:  It's ready.           17:17:23
9              MS. MARYOTT:  Thank you.           17:17:24
10   BY MS. MARYOTT:                              17:17:25
11        Q.   Go ahead and open up Exhibit 28,   17:17:25
12   Mr. Mabanta, and let me know when you have   17:17:28
13   it up on the screen.                         17:17:39
14        A.   I have the owner's manual.         17:17:48
15        Q.   Owner's manual, yes.  So do you    17:17:54
16   recognize Exhibit 28 as the Amazon Owner's   17:17:57
17   Manual and Guide to Employment?              17:18:02
18        A.   No.                                17:18:03
19        Q.   Have you seen this document        17:18:03
20   before?                                      17:18:05
21        A.   No.                                17:18:06
22        Q.   Okay.                              17:18:06
23             MS. MARYOTT:  Let's go ahead and   17:18:14
24        mark tab 47, Hazel, as Exhibit 29.      17:18:15
25             (Exhibit 29, Amazon Policies and   17:18:19
```

Page 258

```
 1            Procedures Acknowledgment Form - NAFC,   17:18:19
 2       marked for identification.)               17:18:20
 3            MS. CHUANG:  It's ready.             17:18:20
 4            MS. MARYOTT:  Great.                 17:18:41
 5   BY MS. MARYOTT:                               17:18:41
 6       Q.    Go ahead and open up Exhibit 29,   17:18:43
 7   Mr. Mabanta.                                  17:18:45
 8       A.    It's still loading.                 17:19:04
 9            Yes, I have it "Policies and        17:19:38
10   Procedure Acknowledgment Form."               17:19:49
11       Q.    Yeah.  So Exhibit 29 is the        17:19:51
12   "Policies and Procedures Acknowledgment       17:19:53
13   Form - NAFC."                                 17:19:56
14            Do you see at the very top left     17:19:59
15   it says "acknowledged by                      17:20:01
16   maroomaroo1112@gmail.com (Mario Mabanta on   17:20:04
17   3/19/2018 6:27:32 a.m.)"?                     17:20:16
18            Do you see that in the upper        17:20:21
19   left-hand corner?                             17:20:25
20       A.    Yes.                                17:20:26
21       Q.    And that reflects your             17:20:26
22   acknowledgment electronically that you        17:20:28
23   received the policies and procedures,         17:20:30
24   correct?                                      17:20:32
25       A.    Yes.                                17:20:33
```

Page 259

```
 1        Q.    Did you go into MyDocs and        17:20:36
 2    review any of the documents listed on this  17:20:40
 3    acknowledgment?                             17:20:44
 4        A.    No.                               17:20:45
 5        Q.    Why not?                          17:20:45
 6        A.    I didn't see --                   17:20:49
 7        Q.    You didn't see what?              17:20:51
 8        A.    I didn't see this thing.  I       17:20:54
 9    didn't see this document.                   17:20:56
10        Q.    You didn't see this               17:20:57
11    acknowledgment form?                        17:20:58
12        A.    No.                               17:21:00
13        Q.    Do you have any idea how you      17:21:00
14    could have electronically acknowledged it   17:21:02
15    without seeing it?                          17:21:04
16        A.    Could be.  I don't know how.      17:21:06
17        Q.    No.  I'm trying to understand     17:21:10
18    how you could have done that.               17:21:11
19              Do you have any thoughts on how   17:21:12
20    you could have acknowledged it              17:21:13
21    electronically without seeing the form?     17:21:15
22        A.    No.                               17:21:22
23        Q.    Okay.  Let's go ahead and mark    17:21:33
24    as Exhibit 30 your responses to our         17:21:37
25    request for production.                     17:21:42
```

Page 260

| | | |
|---|---|---|
| 1 | MS. MARYOTT:  Hazel, that's | 17:21:44 |
| 2 | tab 9. | 17:21:47 |
| 3 | (Exhibit 30, Plaintiffs' | 17:21:51 |
| 4 | Responses to Defendants' Request for | 17:21:51 |
| 5 | Product of Documents, marked for | 17:21:51 |
| 6 | identification.) | 17:22:00 |
| 7 | MS. CHUANG:  That one's ready. | 17:22:00 |
| 8 | BY MS. MARYOTT: | 17:22:18 |
| 9 | Q.    Go ahead and open Exhibit 30, | 17:22:18 |
| 10 | Mr. Mabanta, and let me know when you have | 17:22:20 |
| 11 | it on your screen. | 17:22:29 |
| 12 | Do you have it up on your | 17:22:55 |
| 13 | screen, Mr. Mabanta? | 17:22:56 |
| 14 | A.    Yes, yes. | 17:22:57 |
| 15 | Q.    And do you recognize this | 17:22:58 |
| 16 | document as your responses to defendants' | 17:22:59 |
| 17 | production -- request for production of | 17:23:03 |
| 18 | documents in this case? | 17:23:05 |
| 19 | A.    Yes. | 17:23:06 |
| 20 | Q.    Okay.  And so you understood | 17:23:07 |
| 21 | that Amazon and Prime Now were requesting | 17:23:10 |
| 22 | that you provide documents to us in | 17:23:14 |
| 23 | connection with this lawsuit, right? | 17:23:16 |
| 24 | A.    Yes. | 17:23:18 |
| 25 | Q.    And did you look everywhere you | 17:23:18 |

Page 261

| | | |
|---|---|---|
| 1 | could think of for documents that you had | 17:23:21 |
| 2 | relating to your employment -- | 17:23:23 |
| 3 | A. Yes. | 17:23:25 |
| 4 | Q. -- at Amazon? | 17:23:27 |
| 5 | A. Yes. | 17:23:28 |
| 6 | Q. If you could look at page 5, and | 17:23:30 |
| 7 | specifically request for production No. 7, | 17:23:34 |
| 8 | let me know when you're there. | 17:23:43 |
| 9 | A. Okay. I'm here. | 17:24:00 |
| 10 | Q. Okay. So request for production | 17:24:01 |
| 11 | No. 7 asks for "All documents that relate | 17:24:05 |
| 12 | to the actual amount of time you spent | 17:24:06 |
| 13 | selecting shifts for Prime Now, as alleged | 17:24:09 |
| 14 | in your complaint." | 17:24:13 |
| 15 | Do you see that? | 17:24:13 |
| 16 | A. Yes. | 17:24:15 |
| 17 | Q. Okay. And your lawyers raised | 17:24:16 |
| 18 | some objections and then said "Responsive | 17:24:17 |
| 19 | nonprivileged documents in plaintiffs' | 17:24:22 |
| 20 | possession will be produced." | 17:24:24 |
| 21 | Do you see that? | 17:24:25 |
| 22 | A. Yes. | 17:24:40 |
| 23 | Q. And did you understand that to | 17:24:41 |
| 24 | be a request for you to look for documents | 17:24:43 |
| 25 | relating to the actual amount of time you | 17:24:46 |

Page 262

| | | |
|---|---|---|
| 1 | spent selecting shifts? | 17:24:48 |
| 2 | A.    Yes. | 17:24:53 |
| 3 | Q.    Did you look everywhere you | 17:24:53 |
| 4 | could possibly think of for such | 17:24:55 |
| 5 | documents? | 17:24:56 |
| 6 | A.    Yes. | 17:24:57 |
| 7 | Q.    And did you find any? | 17:24:58 |
| 8 | A.    No. | 17:25:00 |
| 9 | MS. MARYOTT:  Let's mark as | 17:25:18 |
| 10 | Exhibit 31.  And that -- I'm sorry, | 17:25:20 |
| 11 | Hazel, that's tab 25. | 17:25:37 |
| 12 | (Exhibit 31, Declaration of | 17:25:40 |
| 13 | Mario Mabanta, marked for | 17:25:40 |
| 14 | identification.) | 17:25:40 |
| 15 | BY MS. MARYOTT: | 17:25:40 |
| 16 | Q.    And while that's loading, | 17:25:40 |
| 17 | Mr. Mabanta, is it fair for us to assume | 17:25:42 |
| 18 | that for any requests where you said you | 17:25:45 |
| 19 | would produce documents, that you did | 17:25:47 |
| 20 | everything that you could to locate | 17:25:50 |
| 21 | documents? | 17:25:52 |
| 22 | A.    Yes. | 17:25:52 |
| 23 | Q.    Where did you keep that Amazon | 17:25:53 |
| 24 | file you were talking about? | 17:25:59 |
| 25 | A.    My drawer at home. | 17:26:02 |

Page 263

| | | |
|---|---|---|
| 1 | Q.    How thick is that file? | 17:26:04 |
| 2 | A.    Maybe it was an inch thick. | 17:26:06 |
| 3 | MS. CHUANG:  Exhibit 31 is | 17:26:24 |
| 4 | ready. | 17:26:26 |
| 5 | MS. MARYOTT:  Thank you. | 17:26:26 |
| 6 | BY MS. MARYOTT: | 17:26:30 |
| 7 | Q.    Go ahead and open Exhibit 31, | 17:26:31 |
| 8 | Mr. Mabanta.  Let me know when you have | 17:26:33 |
| 9 | that on the screen. | 17:26:48 |
| 10 | A.    I have it. | 17:26:55 |
| 11 | Q.    Okay.  Do you recognize | 17:26:56 |
| 12 | Exhibit 31 as your declaration in support | 17:26:59 |
| 13 | of your motion for class -- for | 17:27:03 |
| 14 | certification of California class claims? | 17:27:06 |
| 15 | A.    Yes. | 17:27:09 |
| 16 | Q.    If you could look at the last | 17:27:15 |
| 17 | page, please. | 17:27:17 |
| 18 | A.    Okay.  Signature page? | 17:27:21 |
| 19 | Q.    Yes.  And is that your signature | 17:27:23 |
| 20 | reflected on -- | 17:27:25 |
| 21 | A.    Yes. | 17:27:26 |
| 22 | Q.    Okay.  Let me -- is that your | 17:27:27 |
| 23 | signature reflected on page 3? | 17:27:30 |
| 24 | A.    Yes. | 17:27:42 |
| 25 | Q.    Did you read this document | 17:27:43 |

Page 264

```
1    carefully before you signed it?              17:27:47

2        A.    Yes.                               17:27:50

3        Q.    Was there anything that you        17:27:50

4    wanted to change that did not get changed    17:27:54

5    before you signed it?                        17:27:56

6        A.    I have to read it right now.       17:28:01

7              No.                                17:28:18

8        Q.    How much time did you spend        17:28:21

9    reviewing this document before you signed    17:28:22

10   it?                                          17:28:24

11       A.    Maybe an hour.                     17:28:26

12       Q.    Did you review any documents as    17:28:29

13   you were reviewing this declaration?         17:28:32

14       A.    No.                                17:28:37

15       Q.    Was there anything in this         17:28:58

16   declaration that you didn't understand?      17:28:59

17       A.    No.                                17:29:01

18             MS. MARYOTT:  Why don't we take    17:29:14

19        just five minutes?  I think I'm done.   17:29:15

20        I just want to look one last time at    17:29:17

21        my notes, and then we should be able    17:29:19

22        to wrap this up.                        17:29:22

23             THE WITNESS:  Okay.                17:29:23

24             THE VIDEOGRAPHER:  Going off the   17:29:25

25        record.  The time is 5:29 p.m.          17:29:26
```

Page 265

```
1              (Whereupon, a brief recess is        17:33:51

2         taken.)                                    17:33:51

3              THE VIDEOGRAPHER:  Back on the        17:33:51

4         record.  The time is 5:34 p.m.             17:34:04

5    BY MS. MARYOTT:                                 17:34:06

6         Q.    Mr. Mabanta, could you pull up       17:34:07

7    Exhibit 30 again?                               17:34:11

8         A.    I have it here.                       17:34:12

9         Q.    Okay.  So if you could turn to       17:34:50

10   page 6 and specifically "request for            17:34:54

11   production No. 10," and let me know when        17:34:56

12   you see request No. 10?                         17:35:11

13        A.    I have it right now.                  17:35:14

14        Q.    Okay.  So request No. 10 asks        17:35:16

15   for all electronic communications on any        17:35:18

16   mobile phone or laptop or desktop computer      17:35:20

17   or cloud-based account that relate to this      17:35:25

18   action or your employment with Prime Now,       17:35:27

19   including but not limited to text messages      17:35:30

20   or e-mails drafted or sent by you from the      17:35:32

21   beginning of your employment period to the      17:35:36

22   present.                                         17:35:38

23              What did you do to look for          17:35:39

24   documents responsive to that request?          17:35:40

25        A.    My cell phone, I tried to            17:35:46
```

Page 266

1    request that from my AT&T provider.  They    17:35:48
2    can only give it for a few months.  They     17:35:52
3    can only back up for a few months.  That's   17:35:56
4    why my bill was August till December, I      17:35:59
5    believe.                                     17:36:07
6        Q.    Did you look at your e-mails to    17:36:07
7    see if you had any documents responsive to   17:36:11
8    this request?                                17:36:15
9        A.    All my e-mails I sent it to        17:36:16
10   you -- I sent it to my lawyer.               17:36:22
11       Q.    Okay.  And roughly how many        17:36:25
12   e-mails did you find that you sent along?    17:36:27
13       A.    I can't remember now, but less     17:36:31
14   than 100.                                    17:36:35
15       Q.    Did you also look for text --      17:36:38
16   text messages?                               17:36:39
17       A.    Yes.                               17:36:41
18       Q.    How did you look for text          17:36:42
19   messages?                                    17:36:44
20       A.    I searched texts with             17:36:45
21   David Curtis on the name.  It's all been     17:36:49
22   deleted already.                             17:36:52
23       Q.    Did you search for any other       17:36:53
24   texts other than with Mr. Curtis?           17:36:58
25       A.    No.                                17:37:02

Page 267

```
 1        Q.    So do you know if you still have      17:37:02
 2   text messages and e-mails with other            17:37:05
 3   coworkers?                                       17:37:08
 4        A.    It's all deleted already.             17:37:11
 5        Q.    When did you delete them?             17:37:12
 6        A.    Well, I changed phone, right?         17:37:14
 7        Q.    I thought you changed phone --        17:37:18
 8   phones while you were at Prime Now.              17:37:20
 9        A.    Yes.  I changed phone again           17:37:23
10   last -- last -- two weeks ago.                   17:37:27
11        Q.    Oh.  So -- okay.  And what did        17:37:29
12   you do with the phone that you had two           17:37:34
13   weeks ago that you just replaced?                17:37:36
14        A.    Well, because it fell, it broke.      17:37:39
15        Q.    What did you do with it?              17:37:43
16        A.    I threw it.  I surrendered it to      17:37:45
17   T-Mobile.                                        17:37:49
18        Q.    So the cell phone that you had        17:37:50
19   for the majority of your employment with         17:37:56
20   Prime Now is no longer in your possession?       17:37:58
21        A.    No longer.                            17:38:01
22        Q.    Okay.  And did you search for         17:38:05
23   text messages on the phone you used during       17:38:15
24   your employment when you received this           17:38:20
25   request in October of 2020?                      17:38:24
```

Page 268

| | | |
|---|---|---|
| 1 | A.    No. | 17:38:33 |
| 2 | MS. BAKER:  And, Counsel, we've | 17:38:34 |
| 3 | met and conferred multiple times about | 17:38:36 |
| 4 | these requests, and we've produced any | 17:38:38 |
| 5 | and all documents that we have.  You | 17:38:39 |
| 6 | can continue to ask him, but we've | 17:38:41 |
| 7 | already talked about this. | 17:38:43 |
| 8 | MS. MARYOTT:  Yeah. | 17:38:45 |
| 9 | Respectfully, it sounds like there | 17:38:46 |
| 10 | wasn't a very diligent search | 17:38:48 |
| 11 | performed. | 17:38:51 |
| 12 | BY MS. MARYOTT: | 17:38:51 |
| 13 | Q.    Did you go into the cloud to try | 17:38:52 |
| 14 | to find any of your old text messages? | 17:38:56 |
| 15 | A.    I don't do cloud.  I don't know | 17:38:59 |
| 16 | how to do that. | 17:39:01 |
| 17 | Q.    Okay.  So when you searched for | 17:39:02 |
| 18 | text messages, you only searched for text | 17:39:16 |
| 19 | messages with David Curtis; is that right? | 17:39:18 |
| 20 | A.    Yes. | 17:39:20 |
| 21 | Q.    And then you turned your phone | 17:39:21 |
| 22 | over to T-Mobile; is that right? | 17:39:24 |
| 23 | A.    Yes. | 17:39:27 |
| 24 | Q.    Did you make any backup of that | 17:39:28 |
| 25 | phone at any point in time? | 17:39:31 |

Page 269

| | | |
|---|---|---|
| 1 | A.    No. | 17:39:32 |
| 2 | Q.    And then when you searched your | 17:39:32 |
| 3 | e-mails -- | 17:39:36 |
| 4 | A.    The only thing they can backup | 17:39:37 |
| 5 | or transfer is the phone numbers. | 17:39:40 |
| 6 | Q.    When you searched your e-mails, | 17:39:42 |
| 7 | did you only search for e-mails with | 17:39:49 |
| 8 | David Curtis? | 17:39:52 |
| 9 | A.    No, Prime, Amazon. | 17:39:53 |
| 10 | Q.    And did you search for e-mails | 17:39:58 |
| 11 | with all of your coworkers? | 17:39:59 |
| 12 | A.    No. | 17:40:20 |
| 13 | Q.    So before we got on the record | 17:40:20 |
| 14 | this morning when you were trying to get | 17:40:22 |
| 15 | on Exhibit Share, Mr. Mabanta, we actually | 17:40:26 |
| 16 | marked an exhibit so that you could see | 17:40:30 |
| 17 | how Exhibit Share worked.  That was | 17:40:33 |
| 18 | Exhibit 1, and it was your notice of | 17:40:37 |
| 19 | deposition. | 17:40:40 |
| 20 | A.    Yes. | 17:40:41 |
| 21 | Q.    So rather than not have that | 17:40:42 |
| 22 | document in the record, I think we're all | 17:40:44 |
| 23 | going to agree right now that Exhibit 1 is | 17:40:46 |
| 24 | the notice of deposition, so we have a | 17:40:48 |
| 25 | full set of exhibits in the record. | 17:40:51 |

Page 270

| | | |
|---|---|---|
| 1 | (Exhibit 1, Notice of Deposition | 17:40:53 |
| 2 | of Mario Mabanta, marked for | 17:40:53 |
| 3 | identification.) | 17:40:56 |
| 4 | MS. MARYOTT:  I assume that's | 17:40:56 |
| 5 | okay with you, Counsel. | 17:40:57 |
| 6 | MS. BAKER:  Agreed. | 17:40:58 |
| 7 | MS. MARYOTT:  Okay.  So I | 17:40:59 |
| 8 | thought I'd be done, but in light of | 17:41:00 |
| 9 | the fact that Mr. Mabanta did not | 17:41:03 |
| 10 | search his e-mails for all of his | 17:41:04 |
| 11 | communications, I'm not going to close | 17:41:07 |
| 12 | the deposition. | 17:41:10 |
| 13 | We can confer about that -- and | 17:41:11 |
| 14 | likely not need to come back, but I | 17:41:14 |
| 15 | don't want to rule out the possibility | 17:41:17 |
| 16 | that that will be necessary based on | 17:41:18 |
| 17 | what he's testified. | 17:41:23 |
| 18 | MS. BAKER:  It's your | 17:41:24 |
| 19 | deposition. | 17:41:25 |
| 20 | MS. MARYOTT:  But I don't have | 17:41:27 |
| 21 | any more questions for today. | 17:41:28 |
| 22 | THE VIDEOGRAPHER:  Close it out? | 17:41:31 |
| 23 | (Reporter clarification.) | 17:41:31 |
| 24 | THE VIDEOGRAPHER:  Are we ready | 17:41:41 |
| 25 | to close it out? | 17:41:41 |

Page 271

| | | |
|---|---|---|
| 1 | MS. BAKER:  Yes. | 17:41:42 |
| 2 | THE VIDEOGRAPHER:  This | 17:41:44 |
| 3 | concludes the videotaped deposition of | 17:41:45 |
| 4 | Mario Mabanta.  We're off the record | 17:41:48 |
| 5 | at 5:41 p.m. | 17:41:50 |
| 6 | THE COURT REPORTER:  Before | 17:42:01 |
| 7 | everyone signs off, if you could state | 17:42:03 |
| 8 | your transcript orders.  You wanted a | 17:42:04 |
| 9 | rough? | 17:42:05 |
| 10 | MS. MARYOTT:  We want a rough, | 17:42:05 |
| 11 | and what do you think is the normal | 17:42:05 |
| 12 | turnaround time? | 17:42:05 |
| 13 | THE COURT REPORTER:  Within two | 17:42:05 |
| 14 | weeks. | 17:42:05 |
| 15 | MS. MARYOTT:  And can we rush it | 17:42:10 |
| 16 | and do a week? | 17:42:21 |
| 17 | THE COURT REPORTER:  Sure. | 17:42:23 |
| 18 | MS. BAKER:  We'll order a copy | 17:42:24 |
| 19 | as well.  We don't need a rush in a | 17:42:27 |
| 20 | week.  We'll just order the normal | 17:42:29 |
| 21 | course.  Whatever that turnaround time | 17:42:32 |
| 22 | is is fine. | 17:42:33 |
| 23 | (Time noted:  5:42 p.m.) | |
| 24 | | |
| 25 | | |

Page 272

1

2

_____
        MARIO MABANTA

3

4

        _____
Subscribed and sworn to

before me this _____

day of _____ 2021.

_____
        Notary Public

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 273

```
 1                    CERTIFICATION

 2

 3        I, BELLE VIVIENNE, a Nationally

 4     Certified Realtime Reporter, do hereby

 5     certify:

 6        That the witness whose testimony as

 7     herein set forth, was duly sworn by me;

 8     and that the within transcript is a true

 9     record of the testimony given by said

10     witness.

11        I further certify that I am not

12     related to any of the parties to this

13     action by blood or marriage, and that I am

14     in no way interested in the outcome of

15     this matter.

16        IN WITNESS WHEREOF, I have hereunto

17     set my hand this 19th day of August 2021.

18

19
            Belle Vivienne
20

21        BELLE VIVIENNE, CRR, CCR, RPR

22

23                *      *      *

24

25
```

Page 274

1    MR. MARIO MABANTA

2    maroomaroo1112@gmail.com

3                                    August 19, 2021

4    RE: MARIO MABANTA v. PRIME NOW LLC

5    8/12/2021, MARIO MABANTA, JOB NO. 4755040

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25

                                                    Page 275

1    _x_ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2        Transcript - The witness should review the transcript and

3        make any necessary corrections on the errata pages included

4        below, notating the page and line number of the corrections.

5        The witness should then sign and date the errata and penalty

6        of perjury pages and return the completed pages to all

7        appearing counsel within the period of time determined at

8        the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10       requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1    MARIO MABANTA v. PRIME NOW LLC

2    MARIO MABANTA (JOB NO. 4755040)

3                 E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   WITNESS                               Date

25
```

Page 277

**[& - 200]**

| & |
|---|
| **&**   2:3,7,12,15 10:3<br>10:11,15,22 42:20<br>43:2,14 275:23<br>276:9 |

| 0 |
|---|
| **00000101**   5:9<br>165:20<br>**00000136**   3:22<br>97:16<br>**00000143**   5:22<br>219:4<br>**00000159**   3:19<br>95:3<br>**00000177**   4:12<br>138:8<br>**00000185**   5:11<br>186:25<br>**00000193**   5:24<br>228:11<br>**00000200**   6:8<br>230:19<br>**00000204**   6:17<br>251:1<br>**00000221**   3:25<br>110:2<br>**00000272**   5:13<br>189:4<br>**00000288**   6:11<br>237:6<br>**00000328**   4:10<br>121:21<br>**00000350**   6:14<br>245:15<br>**00000379**   4:21<br>160:14<br>**00000381**   4:15<br>142:8<br>**00000387**   6:20<br>254:12 |

**00000874**   4:18
147:9
**00000950**   4:7
118:14
**00013298**   4:25
164:17
**02813**   1:6 9:13

| 1 |
|---|
| **1**   1:8,25 7:13<br>65:10 94:18,19<br>161:25 270:18,23<br>271:1 276:1<br>**1,600**   206:10<br>209:10 213:25<br>**10**   4:13 48:13<br>117:13,15 141:25<br>142:6,12,13 146:4<br>154:20,21,24<br>155:3,4,7,20 156:4<br>156:19 159:6<br>219:22,23 252:2<br>266:11,12,14<br>**100**   206:22 214:10<br>214:16 216:4<br>267:14<br>**100,000**   48:16<br>**109**   3:25<br>**10:00**   1:12<br>**10:17**   9:3<br>**10:51**   39:21<br>**11**   3:7 4:16 118:24<br>146:18 147:4,7<br>149:16 150:6,7<br>201:9 207:23<br>211:3<br>**118**   4:7<br>**11:04**   39:24<br>**11:37**   231:6<br>**11:43**   73:10<br>**11:54**   73:14 |

**11th**   210:19
**12**   1:11 4:19 9:3
17:3 118:24 160:5
160:12,18 207:22
210:18 211:3
**121**   4:10
**125,000**   46:17,22
**12:45**   116:5,11
**12:50**   161:3,4
**12th**   17:19
**13**   4:22 164:9,12
164:15,22 171:9
173:22 176:1,3,16
**138**   4:12
**14**   5:5 94:13
165:11,17,24
166:3 171:16
175:4,7,9,10 176:7
176:13,24 177:24
240:17
**142**   4:15
**147**   4:18
**15**   5:10 123:14
124:5 125:4,24
126:7,24,25 127:2
146:4 186:19,24
187:4,7 188:4
192:9
**16**   5:12 47:9,10
97:13 188:25
189:3,8,14 197:20
**160**   4:21
**1600**   205:5
**164**   4:25
**165**   5:9
**1691**   17:5
**17**   5:14 147:6,14
198:16,20 199:1
255:16
**18**   3:16 5:15 65:18
66:7,25 188:25

201:10,13,19,24
211:21 231:5
**186**   5:11
**189**   5:13
**19**   5:18 26:11 70:8
166:20 207:11,14
207:18 275:3
**191993**   2:16
**1955**   17:3
**1973**   21:23 23:11
**1979**   17:19 26:20
**198**   5:14
**19th**   274:17
**1:01**   237:20
**1:04**   240:15
**1:07**   110:13 112:3
113:23
**1:18**   240:8,16
**1:19**   116:15
**1:22**   138:19 139:1
**1:22:00**   139:7
**1:22:47**   138:24

| 2 |
|---|
| **2**   3:13 35:21 36:25<br>37:4,6 40:5,13<br>65:10 127:2<br>142:22 143:22,23<br>144:11 187:8<br>241:7<br>**2,205**   210:17 213:9<br>**2,400**   205:18<br>**20**   5:19 61:21<br>62:16 70:2,14<br>74:24 77:11,25<br>78:5,8 147:6<br>148:5 149:2<br>151:11,24 214:5<br>214:19,20,21<br>215:18<br>**200**   2:8 206:19<br>208:18 209:4 |

Page 1

**[2000 – 4:39]**

**2000**   34:9
**2001**   26:25 28:3,7
32:17
**2003**   28:3,7 30:14
32:17 33:19 48:12
60:8 62:13
**2004**   48:13 60:8
**2006**   62:13 64:3
**2009**   47:16,16
**201**   5:17
**2011**   26:3,13,20
**2012**   25:17 41:2
**2015**   42:21,21
**2017**   6:23 41:3
258:6
**2018**   3:16 65:18
66:7,22,25,25
95:16 98:4,16,16
98:21 99:17
101:10 110:10
118:24,24 122:11
138:5,15 139:7
142:22 143:6,23
148:5 149:2
151:24 161:3
166:20 175:13
187:8 189:18
195:18 207:22,23
211:21 215:12
220:25 229:10
237:16,19 246:9
251:12 255:16,18
**2019**   40:20,20
64:22 236:9,12,22
236:24,25
**2020**   5:20 16:1,3
16:22,25 34:9,10
34:15,18,21 35:1
35:13 36:9,14
40:21 45:3 53:10
54:4,11 57:16,17

57:24,25 59:15
214:22 215:2,22
236:24 268:25
**2021**   1:11 9:4
48:11 49:22 273:6
274:17 275:3
**2025.520**   275:9,12
**205.17.**   208:5
**207**   5:18
**2080**   2:5
**20th**   149:15
**21**   5:21 110:10
219:2,3 220:23
221:25 222:18
223:2,7 225:1
226:12
**213.229.7000**   2:14
**214**   5:20
**219**   5:22
**22**   5:23 28:23
29:18 109:22
228:9,10,25 229:1
229:6,9 255:17
**228**   5:24
**23**   6:6 48:12 118:5
230:16,17,24
231:3
**230**   6:8
**237**   6:11
**24**   6:9 121:14
237:2,4,11,15
**2400**   205:6
**245**   6:14
**25**   6:12 95:16
234:10 245:11,13
245:24,24 246:6
263:11
**250**   6:17
**25368**   274:20
**254**   6:20

**258**   6:23 7:7
**26**   6:15 135:11,12
135:12 143:6
250:23,24 251:5
251:10,11
**261**   7:10
**263**   7:12
**26th**   161:7
**27**   6:18 98:3,16,21
99:17 100:6
101:10 161:3
254:9,10 255:11
255:15
**271**   7:14
**277**   1:25
**27th**   100:3
**28**   6:21 98:3,16
138:15 139:7
160:6 258:2,4,11
258:16
**29**   7:5 122:11
142:2 175:13
258:24,25 259:6
259:11
**2:14**   159:24
**2:27**   160:3
**2nd**   145:6 187:16

**3**

**3**   3:14 65:1,16,21
65:24 66:5 70:4
74:9 75:3 246:9
264:23
**3,000**   57:11 58:2
**3/19/2018**   166:9
177:2 259:17
**30**   7:8 167:16
178:13 220:25
260:24 261:3,9
266:7 276:1
**300**   225:11,12,19
226:12 227:4

**31**   7:11 146:16
263:10,12 264:3,7
264:12
**3161**   2:16
**333**   2:13
**36**   194:24 230:15
**37**   3:13
**3:00**   183:21
184:11
**3:07**   184:15
**3p**   5:14 198:18,20
199:6

**4**

**4**   3:17 94:11 95:1
95:7,10
**4-20**   9:13
**40**   70:16 77:8,15
83:17 220:20
**415**   210:12,14
**415-866-6276**
18:22 208:22
**43**   165:14
**44**   164:9
**45**   111:8 116:7
254:21
**47**   139:1 258:24
**4755040**   1:24
275:5 277:2
**48**   258:3
**49**   198:14,17
**4:04**   224:19
**4:11**   224:6
**4:14**   224:23
**4:15**   93:19 96:5
97:6 101:15 128:8
128:9,21
**4:20**   1:6
**4:30**   156:14
**4:39**   187:8,10

**[5 - ago]**

| 5 | 6:52   122:14,15 | 949.451.3800   2:17 | 175:14,15 176:14 |
|---|---|---|---|

**5**   3:20 5:20 66:25
97:13,14,21,23
98:2,13 111:25
204:6,8,9 214:22
215:2 262:6
**50**   1:8 186:20
**54**   207:10
**55**   214:4
**59**   219:1
**5:00**   254:15
**5:01**   255:3
**5:11**   255:7
**5:29**   265:25
**5:34**   266:4
**5:41**   272:5
**5:42**   272:23

**6**

**6**   3:23 64:25 65:3
65:4,23,25 109:22
109:25 110:6,9
266:10
**6/28**   138:25
**60**   83:14,15 220:19
**60/40**   220:19
**601**   2:5
**605**   2:8
**619.595.3001**   2:9
**65**   3:16 228:7
**65.99.**   215:25
**69**   237:3
**6:11**   98:20
**6:15**   97:5,10 99:14
99:18 100:1 101:9
130:4
**6:27**   177:2
**6:27:04**   166:9
**6:27:32**   259:17
**6:30**   156:14 224:5

**7**

**7**   4:5 17:6 118:5
118:12,18,22
229:10 262:7,11
**70**   245:12
**71**   250:23
**714-721-4505**
212:12
**73**   112:1
**755**   211:4 213:9
**79**   26:11
**7:29**   149:2

**8**

**8**   4:8 121:13,19,25
122:5,9 135:19
189:18 237:16,19
251:12
**8/12/2021**   275:5
**800**   140:12,15
205:5 206:21
214:9
**85**   254:8
**887-3744**   212:3
**8:40**   95:16

**9**

**9**   4:11 135:13,21
135:24 138:6,7,24
204:6,11,13,16,25
261:2
**90**   87:16,18
**90071-3197**   2:13
**92.61**   209:1
**92.61.**   209:23
**92101**   2:8
**92612-4412**   2:17
**92660**   17:6
**94102-6316**   2:5
**949-887-3213**
212:14

**949.451.3800**   2:17
**95**   3:19
**97**   3:22
**9:30**   110:22
111:10

**a**

**a.m.**   1:12 9:3
39:21,24 73:10
95:16 110:13
112:3 113:23
161:3,4 166:9
177:2 259:17
**aaron**   222:9,10,10
**abandon**   196:3,3
**abd**   243:24
**ability**   14:16 75:11
75:13,17 232:19
245:1
**able**   13:4 37:17
40:2 77:4 78:12
122:3 125:3,15,16
125:18 139:24
140:19,24 143:16
145:1 154:13
163:1,5,12,16,22
164:5 171:11
254:4 257:22
265:21
**accept**   227:22
**access**   21:6 139:24
166:14 175:15
176:5 177:5,11,22
178:4 179:1
**accommodating**
145:14
**account**   207:25
266:17
**accurate**   119:22
211:8,9
**acknowledge**
166:18,25 173:13

175:14,15 176:14
176:24 177:21
178:3,4
**acknowledged**
46:20,25 166:8,14
171:16 173:10
175:13 176:4,6,7
259:15 260:14,20
**acknowledgement**
5:6 165:18
**acknowledging**
173:9,17
**acknowledgment**
7:6 166:4 173:5
259:1,10,12,22
260:3,11
**action**   252:5
266:18 274:13
**acts**   250:17
**actual**   87:21
262:12,25
**additional**   169:13
**address**   17:4,8
20:21 21:3,10
31:12 139:7
166:19 255:22
**addresses**   21:1
**adjustable**   70:7
**admitted**   46:16
48:12
**advise**   42:7,10
43:16 229:14
**affect**   13:9 14:16
**afternoon**   111:7
138:19 224:7
**agency**   44:9,11
**aggravated**   45:23
**ago**   50:3 77:7
107:24 115:5
119:17,19 156:18
157:2 158:14

[ago - approximation]

167:2 169:18
170:18 198:2
243:13,22 268:10
268:13
**agree** 106:7
254:18,18 270:23
**agreed** 9:21 271:6
**agreement** 120:18
**ahead** 13:17 14:9
37:1 39:17 64:25
72:19 94:10,21
97:12 112:17
116:6 118:17
135:10 142:1
158:25 159:21
165:11,23 184:9
188:24 201:18
224:16 230:23
237:10 245:10,23
250:22 251:5
254:7 258:1,11,23
259:6 260:23
261:9 264:7
**al** 9:9
**alamitos** 63:16
64:16
**alert** 93:14 134:14
134:16
**alerts** 134:11
**alex** 222:12,13
**alleged** 262:13
**allow** 168:19,23
178:15
**allowed** 42:13
48:3 78:2 181:9
**amazon** 3:15 5:5
6:21 7:5 11:1 51:5
51:12 53:3 65:17
80:11,24 81:3,6,11
81:14,19 84:24
92:3 122:10 124:4

125:23 133:3
139:6,22,25
140:11,15,20
141:1 143:10
145:1 154:11
161:12 165:17
166:3 169:4
171:20 172:11
173:5 174:2
205:20 206:2
209:4,15 210:1,6
211:11,16 212:17
212:22,24 213:5
213:11,13 214:12
214:15,17 215:4,9
216:2,12,14,17,18
216:21,23 217:13
217:17 219:9
220:11 236:12
250:7 252:6
253:19 256:6
258:4,16,25
261:21 262:4
263:23 270:9
**amazon's** 109:13
109:17 174:7,11
174:17
**amazon.com** 1:7
2:22 138:14
201:25 251:14
**amazon.com.** 10:5
217:10
**ambassador** 238:3
238:4 249:18
**amount** 124:3,6
125:22 126:6,11
126:25 167:17
208:3,25 211:17
215:23 262:12,25
**anaheim** 218:14
218:20

**angel** 222:14,16
**angeles** 2:13
**angelo** 257:17,23
**anita** 64:18
**anniversary** 17:21
**answer** 8:5 12:23
13:17,19 35:8
51:24 53:16,17,24
56:25 120:3,19
132:22 157:21
158:3 159:1
176:12 179:6
180:20 182:6,8,23
183:24 184:1
210:22 212:21
217:8 247:19
248:2
**answered** 107:8
177:14 179:5
**answers** 12:12
13:13 14:2
**anybody** 77:10
144:1 186:15
192:18
**anymore** 33:1
34:3 75:24 82:8
83:20 86:16 93:13
115:1 138:3 140:4
158:8 191:7
196:22 200:10,21
211:23 213:7
241:10 251:19
252:12,22,25
253:1,3 256:18
257:19
**anyway** 244:9
**apartment** 17:6
**apologies** 135:23
162:2 249:10
**apology** 223:18,20
223:24 224:6

**app** 81:15 86:9,18
87:25 91:8,13,22
102:1,9 108:17,22
124:18 125:4,8
126:2,4,12,15
128:13 129:11,14
129:17 130:21
133:2,3,6 134:20
139:19,21,25
143:16 144:23
146:14 147:25
153:6 154:6,11
156:8,11 158:15
196:18 197:6
200:8 256:3,10
**appear** 33:11
**appearing** 10:11
275:18 276:7
**appears** 12:8
113:2 162:10
176:7
**application** 82:7
**applied** 36:8,13,16
53:4,5,8,11 54:5,6
54:12 55:16,19,22
56:3,11 58:21
59:10 168:1
**apply** 67:21,24
69:4
**applying** 36:10
48:1 68:22
**appreciate** 158:10
230:4
**approach** 78:6
**appropriate**
157:12 158:21
**approximately**
93:10 132:5
**approximation**
157:10

[april - beginning]

| | | | |
|---|---|---|---|
| **april** 57:25 | 263:17 271:4 | **back** 23:20 39:13 | 232:14 236:13 |
| **area** 188:2 | **assuming** 29:9 | 39:23 54:16,17 | 247:18,25 249:7 |
| **argumentative** | 84:2 155:8 228:2 | 72:18 73:13 80:23 | 254:14,23 269:2 |
| 174:24 203:23 | 228:19 241:11 | 116:14 129:22 | 271:6,18 272:1,18 |
| **arlene** 17:17,17 | **asterisk** 44:2 | 143:23 144:13 | **based** 74:22 |
| **arrange** 33:10 | **at&t** 5:18 207:14 | 150:4 151:7 160:2 | 100:11 170:20 |
| **arrested** 49:24 | 207:22 267:1 | 161:12 171:9 | 181:7 206:11 |
| **aside** 200:6 | **ate** 188:15 | 175:8 178:24 | 266:17 271:16 |
| **asked** 50:3 106:18 | **attach** 240:22,23 | 184:14 188:11,15 | **basically** 121:7 |
| 107:8 120:4,8 | **attachment** | 188:20 190:7,19 | **basing** 121:2 |
| 169:2,5 177:13 | 240:22 | 191:14 197:9,11 | 154:23 170:8 |
| 179:4,11 185:8 | **attempted** 25:4 | 197:15,24 198:5 | **basis** 46:1,5 156:3 |
| 190:5 218:6 | **attend** 21:20,24 | 209:11 215:12 | 156:18 |
| 227:11 228:20 | 22:2,8,25 23:3 | 224:22 236:1 | **bates** 3:18,21,24 |
| 229:14,18 235:8 | **attended** 23:20 | 239:3,5 240:5 | 4:6,9,11,14,17,20 |
| 240:5,14 249:23 | **attention** 244:24 | 255:6 266:3 267:3 | 4:24 5:7,10,12,21 |
| **asking** 35:7 76:24 | **attorney** 1:16 | 271:14 | 5:23 6:7,10,13,16 |
| 98:23 104:9 | 13:16 52:10 | **backup** 269:24 | 6:19 95:2 97:15 |
| 105:15 113:3,10 | 181:14 | 270:4 | 110:1 118:13 |
| 119:2 125:20 | **audio** 9:19 50:18 | **backups** 137:5,8 | 121:20 138:7 |
| 182:18 185:10 | **august** 1:11 9:3 | **bag** 190:6 197:23 | 142:7 147:8 |
| 190:8 | 47:16 267:4 | **baker** 2:4 10:9,10 | 160:13 164:17 |
| **asks** 262:11 | 274:17 275:3 | 10:10,21 21:12 | 165:19 186:25 |
| 266:14 | **availability** | 37:17,23 38:3,7,10 | 189:4 219:4 |
| **asonta** 222:19 | 152:24 | 38:13 46:6 50:14 | 228:11 230:18 |
| **assador** 238:1 | **available** 87:4 | 51:20 53:13 54:23 | 237:5 245:14 |
| **assembly** 55:23 | 89:2 90:5,17 96:5 | 55:1,5,10 56:21 | 250:25 254:11 |
| 58:6 | 113:15 118:1 | 98:7 104:5,20 | **bathroom** 171:5 |
| **assigned** 196:4 | 119:3,18,21,25 | 105:12,22 106:12 | 183:22 |
| **assistance** 154:12 | 120:24 121:9 | 106:21 107:8 | **bcit** 22:20 |
| **assisting** 19:18 | 148:10 149:10 | 130:14 150:2,9 | **beach** 17:5 |
| 41:18 143:14 | 152:10 200:15 | 157:9,14,20 158:1 | **bearing** 4:11 5:10 |
| **associate** 5:14 | **avenue** 2:5,13 | 158:18 174:23 | 5:12,21,23 138:7 |
| 70:9 198:19,20 | **average** 192:7 | 176:9 177:13 | 186:24 189:3 |
| 199:6 | **aware** 43:8 101:3 | 179:4,14,24 180:6 | 219:3 228:10 |
| **associates** 174:3 | 171:23,25 | 180:15 181:3,12 | **becoming** 217:12 |
| 174:14 | | 182:1,13,18,21 | **began** 220:10 |
| **assume** 12:24 | **b** | 183:7,19,25 | 243:18 |
| 19:10 30:10 | **b** 3:10 4:2 5:2 6:2 | 196:19 197:12 | **beginning** 3:17,20 |
| 120:20 195:7 | 7:2 88:5 239:22 | 203:22 205:23 | 3:23 4:5,8,13,16 |
| 228:1 242:15 | 239:24 240:1 | 206:4 217:5 220:3 | 4:19,24 5:7 6:6,9 |
| | 276:1 | | |

Veritext Legal Solutions
866 299-5127

**[beginning - capacity]**

6:12,15,18 9:25
95:2 97:15 110:1
118:13 121:20
142:7 147:8 151:4
160:13 164:16
165:19 230:18
237:5 245:14
250:25 254:11
266:21
**behalf** 1:2 9:7 10:4
10:11 70:5
**belief** 205:20
228:14,20
**believe** 46:6 57:17
64:22 66:16 68:16
97:8,11 98:17
99:5,8,15 122:19
138:20 139:8
140:18 147:11,16
152:17 166:18,24
186:12 190:13
220:21 227:1,15
227:17,18 230:10
239:20 241:18
244:21 249:7
255:19 267:5
**belle** 1:24 9:17
73:1,4 116:8
274:3,21
**benefit** 47:2,4
**best** 13:25 120:22
203:24
**bezos** 124:25
147:15,17 189:17
192:12 246:8
251:14 255:22
**bill** 207:22 208:4,4
208:18 209:6,15
213:20 214:1,10
214:11,16 215:21
215:24 216:1

220:6,8 267:4
**bills** 205:5 206:10
206:21 209:10
211:18 215:8
**biotopical** 27:6,8
27:10 28:2,9 29:7
30:13 31:8,21
33:7,10 48:23
**birth** 17:2
**bit** 187:20 244:23
**blood** 274:13
**board** 239:23,25
**boarded** 63:12
**bold** 246:20
**bother** 244:9
**bothering** 189:22
190:1
**bottom** 75:3 98:19
161:25 173:23
204:9 229:13
237:21 238:20
249:15
**bought** 75:22 76:9
**brand** 29:4
**brea** 88:1,3,5,24
89:6,10 96:14,17
96:22,24 111:14
112:12,14 113:5
113:13 114:4
115:14 119:3,8
154:5,7
**break** 14:7,9,11
39:12,18 40:1
72:20 116:7,21,25
117:3 159:19
174:4,11 175:3
178:14 183:22
184:9,18 185:7,13
187:17,19,22
188:5 194:15,18
196:5 224:16

254:24
**breaks** 30:7 41:23
42:2,3,17 43:10,18
43:22 168:15,17
169:19,23 170:1,6
170:12,16,20,24
171:1,4,5,7 173:24
174:14,19 175:6
178:14 183:18
184:5,20 185:9,11
185:19,22,23
188:7 193:18,25
194:3 233:3,5,13
233:18,19,20,23
**brief** 73:11 116:12
159:25 184:12
224:20 255:4
266:1
**british** 22:17
23:24
**broke** 137:13
268:14
**broker** 24:23
**brokerage** 25:5
**brother** 24:17,21
25:2,3,8,11 26:15
225:8,9,13
**bunch** 226:13
**busier** 96:24
**business** 24:18
26:22,24 28:8,11
28:16,25 30:19,23
31:6 32:15 47:3
71:13
**businesses** 26:17
27:1,5,23 32:2
33:22 64:10
253:18
**busy** 112:4
**button** 122:24

**buy** 62:20 63:17
75:23

**c**

**c** 2:1,8 18:6 229:23
229:23
**ca** 275:9,12,20
**calculating** 155:9
157:2 158:14
**calculation** 156:4
156:19 157:4,22
158:17 159:4
206:17
**calendar** 93:15
102:14,15,16,19
102:20,25
**calendars** 195:14
195:15
**california** 1:1 2:5
2:8,13,17 9:12
17:6 28:13 31:7
63:13,14 239:25
264:14
**call** 50:18 80:18
123:25 210:11
211:23,24 212:2
247:5
**called** 25:23 74:1
108:16 140:25
211:21 212:23
**calling** 124:16
**calls** 21:12 51:20
53:13 179:14,25
180:6,16 181:13
181:15 182:4,13
206:4 217:5 220:3
**canada** 22:1,5,7
22:11 23:8,20
**canucks** 229:22
**cap** 84:17
**capacity** 34:21

Veritext Legal Solutions
866 299-5127

[capital - close]

| | | | |
|---|---|---|---|
| **capital** 84:17 | **certification** | **chose** 118:2 | 144:4 146:12 |
| **capitalization** | 264:14 274:1 | 119:21,25 120:24 | 147:20 151:12 |
| 162:22 | **certified** 11:3,7 | 121:10 | 152:16 157:18 |
| **capitals** 84:12 | 274:4 | **chuang** 2:12 10:8 | 162:15 169:6 |
| **caps** 85:13 125:13 | **certify** 274:5,11 | 36:21 65:2,5,13 | 172:10,24 175:22 |
| 242:4,6,10,11,17 | **chairs** 187:23 | 94:14 97:18 | 176:15,17,22 |
| **car** 205:5,9,12,15 | 188:1 | 109:23 118:6,9 | 177:1 178:2,18 |
| 205:21 206:3 | **challenges** 134:20 | 121:16 142:3 | 183:8 187:25 |
| **card** 48:2 72:5 | 153:5 169:14 | 146:19 160:7 | 190:21 192:24 |
| **carefully** 203:14 | 256:2 | 165:15 186:22 | 195:10 199:14 |
| 203:21 265:1 | **chance** 229:5 | 189:1 198:17,22 | 205:11 217:22 |
| **carry** 212:6 | **change** 84:20,23 | 201:11 207:12 | 218:13 229:21,25 |
| **case** 1:5 9:9,12 | 85:1,18 101:22 | 230:21 237:8 | 232:6 236:23 |
| 10:17 11:14 60:13 | 108:12 116:24 | 245:19 251:3 | 242:21 249:17 |
| 60:15 84:9 119:9 | 136:8 144:17 | 258:8 259:3 261:7 | 250:15 257:5,9,13 |
| 180:14 181:2,5 | 156:13 204:3 | 264:3 | 271:23 |
| 183:13,14 209:22 | 265:4 277:4,7,10 | **civil** 275:19,20 | **clarify** 12:20 |
| 247:14 261:18 | 277:13,16,19 | **ckslaw.com** 2:9 | 91:11 104:11 |
| **cases** 183:14 | **changed** 15:17 | **claim** 55:19 59:4,9 | 120:8 |
| **cat** 251:18,24 | 97:3,5,9 130:3 | 60:21 130:21 | **clarity** 233:13 |
| **catch** 52:22 | 137:14,15 204:3 | **claimed** 101:19 | **class** 180:13 181:1 |
| **caution** 13:6 35:5 | 253:24 254:1 | **claiming** 56:3 | 181:4,24 182:10 |
| **cc** 150:21 151:9 | 265:4 268:6,7,9 | 170:10,14 193:24 | 183:5 252:5 |
| **ccp** 275:9,12 | **changes** 13:5,7 | 206:18 209:3,21 | 264:13,14 |
| **ccr** 274:21 | 99:24 | 213:24 250:10 | **clean** 137:12 |
| **cell** 18:20 136:1 | **charged** 208:25 | **claims** 264:14 | **clear** 12:18 45:1 |
| 204:20 206:19,25 | **charges** 216:6,8,9 | **clarification** 14:23 | 105:6,8,12 |
| 209:5 211:4,21 | **check** 85:12 87:1 | 16:15 18:2,4,9 | **click** 87:8 90:3,20 |
| 214:1 241:16,20 | 89:7,10 99:10 | 20:22 22:19 23:9 | **clicked** 87:11,19 |
| 241:23 266:25 | 101:11 112:8 | 25:24 26:1 27:7 | **clicking** 175:14 |
| 268:18 | 162:21 164:1 | 27:18 28:12 31:13 | 178:3 |
| **cellular** 205:5 | 193:12 194:9 | 32:9 42:12 45:9 | **client** 38:6 181:14 |
| 206:10 209:10 | 199:16,19 209:7 | 51:15 54:15 56:12 | **clients** 106:13 |
| **center** 85:9 145:3 | **checking** 99:2 | 58:15 60:22 61:1 | **clock** 42:8,11 43:5 |
| **certain** 29:3 72:12 | **checks** 199:21,22 | 62:3,7 71:20 79:9 | 168:20,24 174:15 |
| 74:17 133:24 | 199:24,25 | 80:16 86:8 88:2 | 178:16,21 186:7 |
| 155:15 165:7,8 | **children** 17:22 | 88:11 89:20 93:4 | 186:15,16 |
| 167:17 168:6 | 18:12 | 93:25 95:20 96:18 | **close** 30:15,16 |
| 191:3 211:17 | **chino** 47:13 | 124:15,24 125:17 | 64:5 73:4 115:13 |
| **certificate** 23:24 | **choose** 74:16 | 128:16 130:16 | 217:23 218:10 |
| | | 131:25 133:12 | 221:19 244:13 |

Veritext Legal Solutions
866 299-5127

**[close - counsel]**

271:11,22,25
closed 64:4
closer 89:17
closest 89:24
cloud 266:17
269:13,15
club 42:20 43:2,14
coaching 157:20
coachings 58:13
code 275:9,12,19
275:20
coffee 188:2
cohelan 2:7 10:15
cole 2:21 10:24,25
11:1
colleagues 188:18
college 22:2,4,5,7
22:11,15,23,25
24:15 25:15
columbia 22:17
23:25
come 110:18
134:16 155:6
156:6,20 160:8
169:5 205:17
214:8 216:4
248:15 271:14
coming 103:13
111:10 144:2
155:3 196:6,8
comment 13:8
communicated
116:1
communications
234:12 266:15
271:11
commute 111:5,9
111:13
companies 57:2
69:1 218:23

company 29:21
30:20 47:3 48:20
61:23,25 62:1
67:10,12 68:16,17
70:6 218:17
complained
124:22 191:2
248:12
complaining
156:16 233:15,16
248:16
complaint 248:7
251:18 262:14
completed 275:7
275:17 276:6
completely 13:13
211:11
completion 276:10
complied 31:23
complying 175:19
178:9
computer 19:13
19:24,25 20:1
75:19 82:2 87:1
124:21 125:9
129:6 204:19
207:3 217:11,14
219:10,11,20,21
220:16,17,20
266:16
computers 20:5,15
82:21 137:6
217:15
concern 190:3
concerned 188:17
concludes 272:3
conclusion 51:21
53:14 179:15,25
180:7,16 181:16
182:4,14,19 206:5

confer 271:13
conferred 269:3
confident 172:7
confused 81:17,18
120:6
confusing 81:14
connection 46:14
48:10 49:7 56:2
56:10 60:12 61:10
106:5 107:5
261:23
consider 94:7
considerably
213:15
consideration
213:23
consult 236:6,10
consulted 236:21
contact 144:6
275:9
contacted 140:14
213:3,4
contacts 225:11,19
225:23 226:3
227:4
continue 35:9
68:10 120:14
254:18 269:6
continued 4:2 5:2
6:2 7:2
continuing 243:23
control 35:19
36:17
conversation
78:21 79:3,7,13
105:16
conversations
73:8
convicted 45:5,13
45:16

conviction 45:25
convoy 67:13
coordinated 10:18
copied 142:21
147:15
copperfield 199:5
copy 37:12,15
133:20 147:17
148:21 164:25
166:14 172:18
175:15 176:5
177:6,11,15,16,22
178:5 179:2,9,10
191:8 241:2
272:18
corner 166:7
259:19
corporation 1:7,8
27:10,17,22 28:2,5
28:9 29:7 30:14
30:19 31:9,10,17
31:22 32:2,4,22
33:18 48:23 62:8
62:12,24 63:1,4
64:3
correct 46:23 76:3
76:7 94:18 165:2
167:12 171:4
231:10 236:22
259:24
corrections 275:14
275:15 276:3,4
correctly 126:19
164:3
cost 204:19 209:12
215:12
counsel 2:22 9:7
9:23 11:9 56:23
104:7,22 106:3,12
106:17 157:11
158:20 179:11

Page 8

[counsel - delaware]

182:17 183:19
246:23,25 247:4
254:14 269:2
271:5 275:18,21
276:7
**count** 194:25
**county** 60:11
**couple** 160:8
193:17 203:7
**course** 272:21
**courses** 24:5
**court** 1:1 9:11,17
11:3 12:4,14 13:3
35:10 38:11 49:9
49:12,16 73:2,6
88:6 94:17,20,23
158:21 218:15
272:6,13,17
**covid** 36:20
**coworker** 76:21
76:22 77:1 78:18
78:21 79:8,14,19
80:12 222:8,11,21
**coworkers** 115:23
116:2 191:17,19
192:16,22 213:2,3
213:5 221:12
227:5,7 231:9,13
231:21 232:1,20
232:23 233:25
234:4,21 235:10
235:14,18 244:25
268:3 270:11
**credentials** 163:1
**credibility** 13:9
**crime** 45:6,8
**crimes** 49:25
**cross** 25:23 26:13
**crr** 1:24 274:21
**crutcher** 2:12,15
10:4

**crystal** 134:23
142:21 144:13
147:5 148:22
161:2,24 162:20
189:17 223:9
231:4 241:1 246:9
251:13 255:21
**cssm** 161:12 256:6
**curious** 25:18
**current** 17:4 18:20
20:20
**currently** 34:4
49:18
**curtis** 79:23 80:1
86:23 95:11,17
96:2,13 98:3,15,20
99:13 101:8
110:10,13,16
112:3 113:3,13
118:23 119:6
128:23 133:17
134:19 138:15
139:5,14 140:1
141:5 147:5
148:22 161:2
169:3 186:13
187:8 189:15
191:8 192:17
193:10 194:3
207:7 212:25
217:19 218:6
220:24 223:19
226:19,23 227:10
228:19 229:10
231:4 240:5,14,25
244:11 246:7
250:17,18 251:12
255:21 267:21,24
269:19 270:8
**customer** 72:1
251:15

**cv** 1:6 9:13
**cycle** 208:5

**d**

**d** 3:2 238:1 242:20
243:7
**damage** 199:21,22
**daniel** 222:22,23
222:24
**daniels** 222:25
**dashboard** 139:10
140:17 141:2,6
**data** 204:19
**date** 9:3 17:2
208:5 254:19
275:16 276:5
277:24
**dated** 3:16 5:19
65:17 66:6 148:5
214:22 255:16
**dates** 40:19 107:19
193:23 236:17
**daughter** 67:5,16
220:1,2,7
**daughter's** 212:15
**david** 28:19 79:23
86:23 95:17
128:23 133:17
138:15 139:5,13
147:5 148:7,22
149:7 152:7 161:1
169:3 186:13
187:7 189:15
191:8 192:17
194:3 212:25
217:19 218:6
220:24 223:19
226:19 231:4
239:2,5 240:25
246:7 250:17,18
251:12 255:21
267:21 269:19

270:8
**day** 72:12 78:24
97:10 101:11
102:25 111:2
112:9 155:15
161:6 163:17
188:5 193:11
219:22,24 220:13
224:5 230:7 273:6
274:17
**days** 79:17 139:14
203:7
**december** 6:23
40:19 42:21 66:25
194:23 258:6
267:4
**decide** 13:19 88:25
127:17
**decided** 42:16
**declar** 104:12
**declaration** 7:11
104:2,13 107:14
263:12 264:12
265:13,16
**deducted** 170:11
170:15
**defamation**
247:14
**default** 200:12,15
**defendant** 1:16
**defendant's**
201:25
**defendants** 1:9
2:11 5:16 7:9 9:7
10:4 11:14 201:14
204:22 261:4,16
**definitely** 162:10
**degree** 23:14,23
**del** 64:18
**delaware** 1:7,7

[delay - ducks]

**delay**  101:5 162:3
**delayed**  93:5
  100:8,16
**delete**  268:5
**deleted**  267:22
  268:4
**delivered**  81:8
**demand**  52:20,23
  52:24 55:17 56:10
**depends**  111:2
**deposed**  60:12
  103:13
**deposit**  253:16
  254:2,5
**deposition**  1:11
  7:13 8:2 9:5,6,13
  11:15,22 36:1
  39:4 50:16 103:25
  104:1,19 105:3,11
  105:24 106:6,11
  106:20 107:7
  120:12,16 185:11
  270:19,24 271:1
  271:12,19 272:3
  275:19,22,24
  276:8,10
**describe**  25:20
  32:7 143:12 234:5
  256:20
**described**  24:3
  256:22
**describing**  175:3
  234:1 256:1
**description**  3:12
  4:4 5:4 6:5 7:4
**desire**  13:6
**desktop**  20:9
  75:20 76:6 82:23
  82:24 83:5,10,12
  83:15 84:18
  131:12 137:2,12

137:13,21,24
  225:2,20 226:9
  266:16
**desktops**  137:18
**details**  240:6
**determine**  144:22
**determined**
  275:18,22 276:7
**device**  225:1
**devices**  19:13 53:7
**diabetes**  188:8
**diabetic**  187:16
**diagnosed**  243:11
**diaz**  2:4 10:20,21
**diego**  2:8
**difference**  14:3
**different**  16:6,8
  103:4 108:12
  137:17 175:2
  211:24 250:3
**difficulties**  72:19
**difficulty**  84:16
  139:18 153:19
  154:10
**diligent**  269:10
**direct**  204:20
  230:5 253:16
  254:2,5
**directions**  8:5
**directly**  202:18
**director**  41:9
**disagree**  106:4
  248:1
**discard**  53:20
**discipline**  233:4
**disciplined**  159:10
  159:15
**discovery**  10:18
**discriminating**
  252:4

**discrimination**
  239:25
**discuss**  254:15
**discussed**  50:1
  56:20 59:20
  104:17 105:14,18
  181:9 236:15
  247:20
**discussion**  78:24
  104:17
**dispose**  136:13
**disposed**  136:12
**dispute**  63:20
**distract**  245:3
**district**  1:1,1 9:10
  9:11
**document**  37:9
  38:20 46:4 50:5
  66:9 148:4 150:12
  160:6 175:11
  200:4 201:22
  202:6,10,13 203:1
  203:6 204:7
  207:21 214:25
  255:10 258:19
  260:9 261:16
  264:25 265:9
  270:22
**documenting**
  190:15 191:10
**documents**  7:10
  8:10 38:22,25
  105:25 106:1
  107:13 117:3
  141:13,15,16,22
  260:2 261:5,18,22
  262:1,11,19,24
  263:5,19,21
  265:12 266:24
  267:7 269:5

**docusign**  75:14,17
**docusigned**  75:7
**doing**  35:13 36:7
  55:24 123:18
  124:12 132:8
  135:25 157:5
  158:17 159:3
  185:6,7 192:3,23
  219:7 232:3,5,20
  232:21,24 244:25
  256:17
**double**  162:21
**doubt**  163:5,8
**dozed**  187:20
**dozen**  84:25
  129:12 130:20
  131:14 132:1,5
**dr**  48:15 60:7
**drafted**  266:20
**drawer**  263:25
**drink**  185:15
**drive**  2:16 17:5
  213:19
**driver**  68:2,3,5,11
**driver's**  16:5
**driving**  201:6
**drop**  93:9,11,16
  97:3 99:18 101:23
  109:11 117:7,10
  117:19 123:11
  128:1,18,21 130:3
  133:24 134:3
**dropped**  93:19
  96:10 99:25 100:6
  109:8 128:4
  213:15
**dropping**  101:6,14
  134:15 154:15,19
**drops**  155:14
**ducks**  218:14,20
  227:11,14 230:8

Veritext Legal Solutions
866 299-5127

**[duly - established]**

**duly**  11:6 274:7
**dunn**  2:12,15 10:3
   10:8
**duties**  35:18 73:17
   204:21 207:1,2,4
**dyslexia**  243:15,18
   243:21
**dyslexic**  243:8,9
   243:12

**e**

**e**  2:1,1 3:2,10,17
   3:20,23 4:2,5,8,11
   4:13,16,19 5:2,10
   5:12,21,23 6:2,6,9
   6:12,15,18 7:2
   18:6,6 20:20,25
   21:3,7,9 44:2 58:3
   62:6 67:20 88:5
   88:13 92:5,6,9
   93:2 95:1,10
   96:13 97:14 98:2
   98:14,18,20 99:4,7
   100:12,14,25
   101:1,2,4 109:25
   110:9,12,16 112:2
   113:22 118:12,22
   119:1 121:19
   122:9,13,16
   133:19,20,21
   138:7,13,18 139:5
   139:6 142:6,20
   147:2,4,7,12,14
   148:4,15,20
   149:14 152:1
   153:1 160:12,25
   161:1,6 162:3
   166:19 172:16
   175:5 186:4,7,14
   186:24 187:7,11
   187:14 189:3,14
   192:12,25 193:4,5

193:10,14,16
194:8,10 207:5,6
217:18,21 219:3
220:24 221:2,6,8
221:11 223:17,22
225:16,22 226:3,5
226:13 227:3,7
228:10 229:9,19
230:17 231:3,18
231:20,23 232:1
233:12 234:2,6,21
235:6,9,17,22,24
236:4 237:4,13,15
237:19,21 238:2
238:11,13,13,15
238:16,20,23,23
240:9,18,18 241:5
241:6,12,18,19
242:13,16 244:6
244:12,18,20
245:13 246:6
250:3,24 251:11
254:10 255:15,16
255:20,24 256:21
266:20 267:6,9,12
268:2 270:3,6,7,10
271:10 275:9,12
276:1 277:3,3,3
**earlier**  48:7 120:7
   123:3,7 139:15
   220:19
**ears**  83:3
**easier**  35:10 68:6
   96:22 125:7
**easily**  171:12
**eastern**  23:2,4,12
   23:19 26:12
**easy**  74:6
**eat**  110:23 188:7
   188:11,20 197:8
   197:11,15 198:5

**eating**  190:7
   197:24
**echo**  82:24
**education**  24:2
**edwards**  57:6,7,10
   57:14 58:4,14,25
   59:4
**effort**  196:11
   197:2
**eight**  101:13,17
   206:15
**either**  20:14 83:4
   83:24 137:11
   141:10 254:17
**electronic**  27:16
   27:21 28:5 30:18
   31:9,16 33:7,11
   49:2 266:15
**electronically**  69:8
   165:5 166:24
   171:16 175:12
   176:6 259:22
   260:14,21
**electronics**  30:21
**employed**  19:2
   20:6 34:5,8,10,20
   54:5,11 57:13
   68:20 71:18 76:7
   89:19 116:3
   135:18 136:10
   137:22 195:6
   196:12 205:22
   211:16 212:17,24
   216:2 217:13
   253:19
**employee**  41:10
   44:6,15 72:1,2
   178:11
**employees**  28:20
   28:23 29:18 30:2
   31:17 32:23 41:15

41:18 42:7,10,15
43:13,20 63:8
169:22 230:5
252:17,23
**employer**  71:10
**employment**  6:22
   20:12 26:8 29:17
   31:24 41:19 54:2
   76:1 92:17 102:11
   103:14,18 114:1
   141:14,22 165:1
   206:23 210:6,15
   213:11,13 220:14
   236:7,12,22 258:5
   258:17 262:2
   266:18,21 268:19
   268:24
**ended**  54:2
**enlarge**  98:5
   166:11
**entail**  48:19
**enter**  46:10,10
   84:5
**entered**  48:6,11
**entertainment**
   71:14
**entire**  26:8 41:6
**entirety**  92:16
**entitled**  13:24
   105:17,18,25
   106:4 171:1,4
   213:25 236:14
**entity**  33:9,15
**episode**  187:15
**errata**  275:14,16
   276:3,5
**error**  162:10
**esq**  1:15 2:4,7,12
   2:21
**established**  117:22
   137:3

Veritext Legal Solutions
866 299-5127

[estimate - fill]

| | | | |
|---|---|---|---|
| **estimate**  13:23 | 7:8,11,13 35:20,25 | 250:23,24 251:5 | 69:5,11,20 70:22 |
| 14:4 79:16 117:12 | 36:21,25 37:4,6,18 | 251:10,11 254:9 | 81:24 109:1,5 |
| 117:17 120:23 | 37:18,24 38:8 | 254:10 255:11,15 | 113:5 115:25 |
| 138:4 155:19,25 | 40:3,5,13 55:7,8 | 258:2,4,11,16,24 | 133:2 213:13 |
| 159:7 193:19 | 65:1,8,16,21,24 | 258:25 259:6,11 | 263:17 |
| **et**  9:9 | 66:5 70:4 74:9 | 260:24 261:3,9 | **false**  46:21 |
| **eurasia**  62:2,4,11 | 75:3 94:11 95:1,7 | 263:10,12 264:3,7 | **familiar**  30:9 |
| 64:2 | 95:10 97:13,14,21 | 264:12 266:7 | 93:21 199:4 |
| **events**  13:25 14:18 | 97:23 98:2,8,13 | 270:15,16,17,18 | **familiarize**  103:17 |
| **everybody**  233:22 | 109:22,25 110:6,9 | 270:23 271:1 | **family**  47:2 209:16 |
| **everybody's** | 118:4,12,18,22 | **exhibits**  37:19 | 226:6,7 |
| 192:15 | 121:13,19,25 | 39:16 150:5 | **far**  23:2,4,12,19 |
| **evidence**  190:15 | 122:5,9 135:11,12 | 270:25 | 26:12 35:6 57:3 |
| 191:10,12 | 135:13,19,21,24 | **existence**  32:16 | 120:12,13 241:13 |
| **exact**  139:2 | 138:6,7,24 141:25 | **expectation**  70:13 | **fareba**  221:21,25 |
| **exactly**  41:8 84:12 | 142:6,12,13 | 70:19 | **fc**  108:20 169:13 |
| 158:7 215:14,15 | 146:18 147:4,7 | **expected**  70:16 | **february**  48:13 |
| **examination**  11:10 | 149:16 150:3,6,7 | **expenses**  204:17 | 207:22 210:18 |
| **example**  85:14 | 160:5,5,12,18 | 204:20 205:3,10 | 211:3 |
| 123:22 125:13 | 164:9,12,15,22 | **experiencing** | **federal**  158:21 |
| 128:8,22 | 165:11,17,24 | 143:9 148:9 149:9 | 276:1,8,9 |
| **exception**  226:18 | 166:3 171:9,16 | 152:9 | **feedback**  231:9,13 |
| **exchange**  48:15 | 173:22 175:4,7,9 | **explain**  51:11 | **feel**  33:23 55:24 |
| 98:2,14 110:9 | 175:10 176:1,7,13 | 76:22 170:21 | 157:24 |
| 118:22 122:9 | 176:16,24 177:24 | **explained**  76:19 | **feeling**  190:23 |
| 147:4 160:25 | 186:19,24 187:4,7 | 78:18 | 197:21 |
| 225:18 229:9 | 188:25 189:3,8,14 | **extent**  51:21 | **fell**  268:14 |
| 237:15 244:20 | 197:20 198:16,20 | 181:13 | **felony**  45:20,23 |
| 255:15 | 199:1 201:10,13 | **extra**  71:23 72:6 | **felt**  221:18 |
| **excuse**  38:16 | 201:19,24 207:11 | **f** | **fernandez**  15:2,5 |
| 184:24 | 207:14,18 214:5 | | 15:11,14,20 16:14 |
| **exempt**  4:23 | 214:20,21 215:18 | **f**  241:6,12 | **fifth**  242:5 |
| 164:16,23 171:15 | 219:2,3,15 220:23 | **face**  235:23 | **file**  52:17,25 55:15 |
| 175:16 177:17 | 221:25 222:18 | **facility**  31:10 | 172:11,15,21 |
| 178:6 179:3 | 223:2,7 225:1 | 139:14 143:5,24 | 252:4 263:24 |
| **exhibit**  3:13,14,17 | 226:12 228:6,9,10 | 144:2,9 145:6 | 264:1 |
| 3:20,23 4:5,8,11 | 228:25 229:1,6,9 | 147:21 169:2 | **filed**  9:10 59:25 |
| 4:13,16,19,22 5:5 | 230:16,17,24 | **fact**  188:19 230:11 | 60:10 |
| 5:10,12,14,15,18 | 231:3 237:2,4,11 | 244:23 271:9 | **files**  191:23 |
| 5:19,21,23 6:6,9 | 237:15 245:11,13 | **factual**  46:1,5 | **fill**  80:14 |
| 6:12,15,18,21 7:5 | 245:24,24 246:6 | **fair**  12:21 14:13 | |
| | | 30:11 68:24 69:2 | |

[find - go]

**find** 76:17 161:24
200:24 232:2
234:25 235:2
254:18 263:7
267:12 269:14
**fine** 272:22
**finish** 35:7 53:23
132:21 186:6
239:24
**fire** 239:15,16,18
**fired** 56:5 58:7,21
217:16
**firm** 9:16
**first** 11:6 52:13
70:5 78:24 79:17
79:17,18 81:3
88:23 89:1,5,8
93:12,20 98:18
120:4 147:3 148:3
149:21 157:19
160:25 161:5
172:12 178:1
203:3,20 208:10
236:6,20 237:18
238:16 241:6
**five** 31:20 42:3
63:11 72:20
100:20 121:1
154:14,18 168:6
183:22 204:8
221:10 247:23
254:24 265:19
**fix** 145:10 169:16
**flexibility** 74:20
78:16
**flipside** 41:1 42:24
**folder** 150:4
**folks** 140:20
**follow** 199:18
233:7

**following** 248:4
**follows** 11:8 275:8
**foods** 114:7,9
188:2
**forgot** 27:15 35:4
**form** 5:7 7:7 56:23
157:17 158:22
165:18 166:4
259:1,10,13
260:11,21
**forth** 274:7
**forward** 25:17
180:13 181:1,24
182:10
**forwarded** 226:11
**found** 76:16
250:13
**foundation** 25:23
**fountain** 28:13
29:10 31:7
**four** 16:7,8 17:23
42:2 100:9,17,20
121:1 124:8,10,13
124:21 125:5
128:13 129:6,10
130:7,22 131:14
133:10 154:3
168:3 170:23,23
174:4 208:7,14,18
210:2 221:10
**fourth** 161:10
**fraction** 174:5
**francisco** 2:5
**fraudulent** 48:13
48:18
**frcp** 276:1
**free** 33:23 157:24
167:15 178:13
234:18
**freeway** 111:18,21
111:25

**friend** 225:7
**friendly** 227:10
**friends** 210:11
226:6,7
**front** 38:20,23
39:1,4 40:6
138:11 146:25
176:23
**frozen** 196:19
**fulfillment** 85:9
145:2
**full** 11:16,19 44:14
44:18,20,24 52:16
112:16,19 113:9
209:15 256:16
270:25
**funds** 30:17 64:6
**further** 274:11

**g**

**g** 88:13 242:20
243:3,4 244:6
**games** 229:14
**gate** 64:19
**geek** 217:14
**generally** 24:13
25:21 26:7 71:5
226:5
**geraci** 2:7 10:14
10:14
**getting** 82:24
169:3,7,13 190:15
191:9,12,18 233:7
253:15
**gibson** 2:12,15
10:3,8
**gibsondunn.com**
2:14,18
**git** 242:19
**give** 12:12 13:13
46:22 49:5 73:20
79:16 138:4

155:24 227:13
267:2
**given** 58:10,13,20
69:16 73:19
109:18 274:9
**glasses** 40:8
**gmail.com** 166:8
176:25 259:16
275:2
**gmail.com.** 20:23
**go** 9:21 11:24 12:1
13:17 14:9 15:1,5
15:22 16:24 17:16
22:4 29:3 32:10
37:1 38:12 39:9,9
39:17 54:16,17
55:8 64:25 68:22
72:19 73:6 80:4
85:9 88:18,23
89:1,5 91:12
94:10,21 97:12
102:25 116:6,9
118:17 127:5,7
134:15 135:10
142:1 150:4 151:7
155:13,16,21
158:25 159:21
161:23 163:16
165:11,23 171:9
175:8 184:9
188:11,20,24
192:5,17 193:9
201:8,18 202:9,13
205:16 209:10
224:15 230:8,23
237:10 238:21
245:10,23 250:22
251:5 252:4 254:7
258:1,11,23 259:6
260:1,23 261:9
264:7 269:13

[goes - home]

**goes** 52:15 174:13
  239:7,13
**going** 11:24 12:17
  14:7 15:24 16:2
  35:20,24 48:20,23
  49:2 65:11 70:14
  72:17 73:9 80:23
  95:8 104:21
  105:14 116:10
  135:13,20,21
  138:10 141:11
  146:17 147:18,21
  149:18 150:25
  157:19 160:4
  164:14 177:19
  178:7 200:4
  204:13 224:15,18
  228:24 231:15
  234:25 235:2
  237:1 240:6
  244:15 247:5,18
  247:25 255:2
  265:24 270:23
  271:11
**golden** 64:18
**good** 9:1 10:2
  11:12 14:6 33:17
  35:6 38:1 55:25
  56:1 94:8 159:19
  231:9
**graduate** 21:22
**graduated** 23:5,7
  23:18 24:14 25:15
  26:11
**grand** 2:13 45:11
  45:14,22
**grant** 2:19 9:15
**great** 36:5,23
  90:15 98:12 110:8
  139:13 142:19
  161:6 259:4

**green** 48:2
**greg** 142:22
  189:16 246:8
  251:14 255:17
**ground** 11:25
**guess** 14:1,3 39:8
  118:4
**guessing** 159:8,9
**guesstimate** 159:7
  215:13,13
**guide** 5:14 6:22
  198:19,20 199:6
  258:5,17
**guidelines** 199:19
**guilty** 48:4,7 49:8
**guy** 68:15 238:7
**guys** 239:15,18
**guzman** 135:1
  189:16 231:5
  246:8 251:13

**h**

**h** 3:10 4:2 5:2 6:2
  7:2 244:6,6 277:3
**haddle** 244:2
**hand** 28:10 29:2
  29:14 166:7 208:9
  259:19 274:17
**handle** 91:9 92:1
  244:3,4
**handled** 29:23
  114:13 275:8
**handling** 29:17
**happen** 39:5 87:14
  100:19,21 153:16
  198:9 233:14
  248:12 256:19
**happened** 30:13
  64:2 87:10 100:24
  123:15 136:5,9,18
  137:24 163:14
  183:13,14 193:11

251:20
**happening** 134:8
  252:13 256:21
**happens** 13:17
**happy** 232:7 233:2
**harass** 248:24
**harassed** 250:11
**harassing** 232:15
  248:23
**harassment**
  218:24 247:14
  250:2,5 252:5
**hayden** 223:3
**hazel** 2:12 10:7
  35:22 36:3 64:24
  94:12 121:15
  142:2 146:17
  160:6 164:9
  165:13 186:21
  198:15 201:9
  207:10 230:16
  237:3 245:11,18
  250:23 254:8
  258:2,24 261:1
  263:11
**hchuang** 2:14
**head** 155:9 157:2
  158:15 159:4
**hear** 54:21,24
  180:22 190:4
  196:22 219:12
**heard** 12:24
  120:20
**hearing** 83:3
**held** 9:14 24:24
  34:17
**hello** 151:17
  153:11 162:2
**help** 34:2 39:10
  40:2 85:10 108:21
  123:25 133:6

135:5,7 139:17
  140:24 141:1,6
  144:9,12 146:6,9
  152:14 153:4,14
  153:25 169:13
  190:9 246:11
  257:16
**helped** 134:19,23
  135:1 143:8
  144:16,18 257:20
**helpful** 143:13
**helping** 140:21
**hereunto** 274:16
**hersh** 2:3,3 10:11
  10:11,22,22
**hershlaw.com** 2:6
**hey** 67:19 95:21
**high** 21:20,24 23:5
  23:7
**highly** 158:10
**hired** 44:5 70:1
  74:12
**history** 26:8
  103:18
**hit** 131:24
**hitting** 129:8
  131:10
**hockey** 218:7
**hold** 14:10 24:8
  41:5 114:9 138:22
**holiday** 68:25
**home** 12:8 17:10
  110:23,24 111:6
  111:10 140:3,7
  143:18 161:11
  192:5,7,21 193:9
  201:6 207:3 215:7
  216:17 217:12
  234:19,20,24
  235:4,9 263:25

Veritext Legal Solutions
866 299-5127

[hope - jamboree]

hope  189:21,25
  230:6
hoping  129:25
  248:11,15
horse  61:2,6,11,12
  61:14,17
horses  60:23 61:19
  61:24 62:17,21,23
  63:12,18 64:12
hospitalized
  195:17,25
hostile  250:2
hotel  22:12
hour  14:8 72:18
  110:22,24 111:15
  123:14,17,22
  159:20 168:3
  170:22 192:9
  203:10 224:15
  265:11
hourly  4:23 41:10
  41:14 43:3,12
  164:16,23 171:15
  175:16 177:17
  178:6,11 179:3
hours  4:22 5:5
  42:2,3 57:11 58:2
  70:2,7,8,14,16
  74:24 77:8,11,15
  77:25 78:5,8 81:9
  100:9,17 123:4,8
  124:8,10,13,21
  125:5 128:13
  129:6,11 130:7,22
  131:14,22 132:7
  133:10,22 145:7
  164:15,22 165:18
  166:3,15 167:5,11
  168:7 170:23,23
  171:14 172:20
  174:4 175:16,19

  175:23,25 177:6
  177:12,16,22
  178:5,10,12 179:2
  179:10,19 180:1
house  2:22 216:24
hr  29:20,23
hub  143:10
huh  138:23 218:5
human  29:23
  143:2 218:21
hypoglycemia
  187:17

i

idea  260:13
identification  37:5
  65:19 95:4 97:17
  110:3 118:15
  121:22 138:9
  142:9 147:10
  160:15 164:18
  165:21 187:1
  189:5 198:21
  201:16 207:15
  214:23 219:5
  228:12 230:20
  237:7 245:16
  251:2 254:13
  258:7 259:2 261:6
  263:14 271:3
identify  9:24 34:2
  204:16 205:2
ii  18:10
important  103:22
  108:6
impressed  17:20
improper  158:11
  223:25 224:1
inappropriate
  223:21 224:10
inch  264:2

include  194:7
  227:6
included  275:14
  276:3
including  209:16
  266:19
inclusive  1:8
incorrectly  162:13
incurred  204:18
index  8:2
indicated  161:15
indication  254:16
individual  61:23
industries  33:6
industry  33:5
  71:14
information
  101:20,21 102:9
  145:25 240:15
informed  162:9
initial  48:4 119:1
inn  68:25
instagram  21:17
institute  22:18
  23:25
instruct  55:7
  247:19 248:1
instruction  13:18
  248:5
insurance  35:15
intend  241:12
  242:5
interested  26:9
  78:7 274:14
interfere  244:25
internet  204:19
  205:5 206:21
  214:9 215:8,23
  216:12,18,25
  217:3 220:12

interrogatories
  5:17 201:15 202:1
interrogatory
  204:6,10,25 209:9
  213:24
interrupt  33:23
interrupting  158:2
interviewed  69:10
  69:13
invalid  162:11
investors  47:4
  62:14 64:7
involved  71:17
  246:24
involvement  61:6
involving  71:14
iphone  19:8 73:20
  73:21,25 76:25
  242:2
irvine  2:17 67:11
  143:5,24 144:9
issue  85:3,4,6
  233:11
issues  19:17,19,20
  30:11 41:19
  137:11 146:7,10
  147:25 148:8
  149:8 152:8,14
  162:7 164:6
  255:23
italics  246:15,17
  246:21
items  73:19,20
  86:11

j

j  238:2,13,23
jaime  2:21 10:25
jamboree  88:15
  89:23 114:5,17
  119:8,14 121:4,6,7

Veritext Legal Solutions
866 299-5127

[january - laptop]

**january** 5:20 41:2
42:20 47:16
214:22 215:2,22
**jay** 115:7,10,11,12
115:21 116:1
222:6 253:12
**jeff** 2:7 10:14
124:25 147:15
189:17 192:12
246:8 251:14
255:22
**jeremy** 238:8
249:14 250:11
**jerimy** 238:1
**jew** 115:9
**jgeraci** 2:9
**job** 1:24 35:6,18
43:6 44:14,18,21
44:24 55:25 56:1
58:4,12 67:3,16,19
67:21,23 68:11,12
68:23,24 69:2,5,11
69:16,19,22 70:20
70:22 172:12
190:9 204:21
207:1,2,4 228:5
232:19 234:16
245:1,4 275:5
277:2
**jobs** 34:17 36:11
36:13,15 43:24
44:8
**john** 115:7,9,10,11
115:12,21 222:2,3
222:4,6 253:12
**join** 252:18,19,19
252:20,24
**joke** 218:3 225:3
**jokes** 217:24 218:2
221:4,9 225:14,18
225:23

**joking** 218:9
**jonathan** 18:7
63:7
**joseph** 18:7
**jr** 18:8
**judge** 12:13
**julia** 135:3 142:21
147:6 148:21
149:3 161:2,19
189:15 223:12
226:19 231:4
246:7 251:12
255:22
**july** 41:2 142:22
143:23 144:11
145:6 237:16,19
**june** 138:15 139:7
143:6,22 147:6,6
147:14 148:5
149:2,15 151:11
151:24 161:3,7
255:16,17
**jury** 12:13
**justin** 189:16
220:25 226:19

**k**

**k** 229:23 239:22
239:24 240:1
241:6,6,12,12
242:20
**keep** 86:24 102:12
103:5 114:23
115:22 123:19
124:14 129:2
131:10 137:5
150:25 172:13,15
178:7 193:22
226:2 228:5
263:23
**kept** 102:19,24
231:22

**khoury** 2:7 10:15
**kids** 242:10
**kind** 19:7 23:24
24:6 25:18 26:9
26:10 34:24 36:15
44:9
**kinds** 145:19
**knew** 103:21
112:18 128:4
167:14,18
**know** 19:25 25:18
33:24 36:4 37:2
39:5 51:22 60:10
65:2 68:19 70:20
72:16 77:16 78:11
81:21 83:25 84:17
86:13 92:10 94:15
97:23 100:10
102:4,8,25 105:18
106:1,4 110:5
112:17,21 118:7
118:18 121:24
125:6 127:5
134:14 140:9
142:11 144:1,24
146:2,23 147:18
148:10,14 149:10
152:10 156:21
159:14,17 160:17
162:1 163:7,9,13
163:24,25 164:11
167:7,19,20,21,25
168:16,25 169:19
169:25 170:17,17
171:8 175:8
176:18 180:10
181:9 183:10
187:3 189:7 195:4
196:20 197:18
199:1,17,22 206:9
207:17 210:24,25

211:1 212:13,22
215:11 216:15
217:15,24 222:13
222:20,23,25
223:1,11,14
230:24 232:4,19
232:21 233:24
235:11,13 236:9
237:11 238:19
241:13 244:11
249:13 252:17
253:2,8,17 255:11
258:12 260:16
261:10 262:8
264:8 266:11
268:1 269:15
**knowing** 108:24
**knowledge** 179:10
203:24
**knows** 67:18 169:5
218:12

**l**

**l** 2:16 88:13
**labor** 239:23
240:2,3
**lack** 58:12,23
**lady** 71:21,25
**laguna** 88:1,9,13
88:24 89:6,7,12,15
96:25 110:25
111:6,11,23 112:1
112:16,18,21
113:9,11,15,19,21
114:4 119:9 121:9
154:5,7
**lap** 131:9
**laptop** 20:8,13
75:21,23,25 76:6,9
131:3,7,8,23 137:2
137:12 226:9
266:16

Veritext Legal Solutions
866 299-5127

[late - look]

late   110:20
lauren   2:4 10:21
law   12:5 67:5,16
laws   31:24
lawsuit   52:9,18,19
52:25 55:16 59:25
60:10 179:13
252:5,6 261:23
lawsuits   50:25
lawyer   102:18
105:2 107:5
179:18 180:8
181:16 182:3,15
203:2 236:7,11,15
236:21 247:6,7,7
247:10,13,20
252:4 267:10
lawyers   104:18
105:10,23 106:10
106:19 181:8,10
262:17
laying   52:6
learn   67:3 80:10
80:13 196:12
learned   78:4
161:10
learning   196:9
leave   39:15 52:7
left   119:7 145:2
166:7 208:9
259:14,19
legal   11:19 15:13
15:15,17,21 38:5
51:21 53:14
179:15,25 180:7
180:16 181:15
182:4,14,19 206:5
246:23,25 247:3
275:7
lester   28:19 31:1
32:20 46:18,21

48:15,22 60:7
61:5 62:20 63:17
lester's   29:6
letter   3:14 49:11
49:14 52:23,24
55:17 56:10 65:16
66:6,13,16,20
74:23 75:1 140:22
140:23 152:17
191:7,25 198:8
240:23 241:2
letters   49:9 66:19
84:13
letting   92:9 134:14
libel   247:15
license   16:5 24:25
licensed   24:23
licenses   24:9 25:5
lie   228:15,21
239:14
lies   239:13
life   57:8 76:14
167:22
lifesciences   57:7,8
57:10,14 58:5,25
light   271:8
limited   266:19
linda   223:5
line   8:6,11,16,21
75:4 149:1,20
161:5 202:17
209:1,7 241:4
242:5 243:1,6
244:1 275:15
276:4 277:4,7,10
277:13,16,19
lines   208:7,19
210:3,3,4 252:16
link   38:8
list   25:17 205:9
206:10

listed   43:25
208:15 260:2
listen   192:18,19
literally   241:6
little   103:3 187:15
190:2 244:22
live   17:12,25 18:12
18:15 220:8
lived   17:7
living   89:18
llc   1:7 9:9 70:6
275:4 277:1
llp   2:12,15
load   65:11
loaded   36:5 95:6
171:10 198:22
loading   65:23 66:1
135:22,24 214:7
259:8 263:16
locanas   238:8
250:11
locate   87:4 263:20
located   28:11 31:6
90:8
location   29:9 87:5
87:7,11,20,21,21
88:19,22 89:4,13
90:18 113:15
121:6 127:13
154:4 232:9 233:6
locations   87:23
96:3 127:8
lock   84:17 85:14
125:13
locked   275:12
276:1
lodged   248:7
log   78:18 80:2
82:4,5,10,11,12,17
82:21 83:5 84:4
86:5 124:21 125:4

125:15,22 126:11
126:15 127:1
128:9 129:21,21
140:17 144:18
145:21,22 154:13
161:21 162:6,11
162:12 163:1,6,17
163:22,22 200:7
200:12 256:15
257:16,20,22
logged   85:23
86:14 87:15 92:2
102:12 103:6,9
107:22 108:3,8
109:1 123:22
124:3,7,10 156:21
256:15
logging   102:21,22
125:8,11,21 126:2
128:1,7 153:13,19
154:1 256:22,25
login   145:24
logo   160:22
long   15:6,8,9 17:7
18:23 25:10 47:6
57:18 72:25 79:12
82:9 105:19
123:12 141:12
145:5,9 167:1
195:24 202:25
203:5 247:9
longer   69:19
126:22,23 188:5
268:20,21
longest   124:6
126:11,19 129:13
look   38:1 39:15
55:6 68:10 70:4
86:5,7 88:18,19,21
90:1,17 91:18
95:14 97:12

[look - mail]

100:14 102:8
107:17 118:4
121:12 127:9,12
128:2 133:14
135:11 139:10
141:25 146:16
148:16,25 149:20
151:20 152:25
155:17,22 156:1
160:20 164:8
166:6 173:21
186:18 189:20
191:23 198:13
201:2 207:9 208:8
208:9 209:11
214:3 215:18
219:1,15 220:22
228:6,24 230:14
252:1 261:25
262:6,24 263:3
264:16 265:20
266:23 267:6,15
267:18
**looked**   19:9
107:15 108:1
**looking**   50:4,5,7,9
55:2 67:18 69:22
95:24 112:13
119:9 130:11
131:24 176:1
**looks**   143:8 207:21
211:2 240:21
**los**   2:13 63:16
64:16
**losses**   204:18
205:3
**lot**   35:10 36:10
74:20 90:7 101:2
133:1 156:15
161:10 218:4
225:14 234:7

239:14 244:23
252:17
**loud**   238:13
**love**   230:6
**lowercase**   84:13
**loyalty**   68:15
**lumping**   227:3
**lunch**   116:7 184:6
184:19,21
**lying**   227:24
228:19

**m**

**m**   14:24 18:6 44:2
52:12,12 238:2
**mab**   3:19,22,25
4:7,10,12,15 5:13
5:22,24 6:8,11,14
6:17,20 95:3
97:16 110:2
118:14 121:21
138:8 142:8 189:4
219:4 228:11
230:19 237:6
245:15 251:1
254:12
**mabanta**   1:2,11
3:6,15 7:12,14 9:5
9:8 10:12 11:5,12
11:18 14:21,24
15:2,5,11,12,14,20
15:21,25 16:3,13
16:14,25 17:15,17
18:3,6,7,8,10 26:7
35:3,24 37:1
38:19 40:2 45:2,6
46:11 52:2 53:21
54:10,19 57:19
64:10 65:7,17,22
69:23 70:23 73:16
75:2 81:10,21
89:3 90:6 95:7

96:21 103:12
104:5 105:13
106:9 107:20
110:5 112:23
116:17 120:5
121:25 125:3,25
132:22 135:16
142:11 146:24
148:18 149:19
150:13 151:15
156:17 158:13,25
160:17 164:11
165:24 167:22
171:10,24 174:21
175:7 177:4,20
178:20 179:12
180:20 182:6
183:1 185:4 187:4
189:7,9 191:19
197:16 198:25
201:18,20 202:18
203:4 206:8
207:18 210:23
215:1 217:16
218:22 219:13
220:23 224:25
228:1,14 230:24
232:13 236:13
237:11 245:25
248:5 250:1 251:6
253:14 255:9,12
258:12 259:7,16
261:10,13 263:13
263:17 264:8
266:6 270:15
271:2,9 272:4
273:2 275:1,4,5
277:1,2
**mabanta's**   3:13
37:4

**mac**   4:18,21 5:9
5:11 147:9 160:14
165:20 186:25
**mad**   242:9,12,17
**mail**   3:17,20,23
4:5,8,11,13,16,19
5:10,12,21,23 6:6
6:9,12,15,18 20:20
20:25 21:3,7 58:3
67:20 92:6 95:1
95:10 96:13 97:14
98:2,14,18,20 99:4
99:7 100:12,14
101:1,4 109:25
110:9,12 112:2
113:22 118:12,22
119:1 121:19
122:9,13,16
133:20,21 138:7
138:13,18 139:5,6
142:6,20 147:2,4,7
147:12,14 148:4
148:15,20 149:14
152:1 153:1
160:12,25 161:1,6
162:3 166:19
175:5 186:14,24
187:7,11,14 189:3
189:14 192:25
217:18,21 219:3
220:24 221:2,11
223:17,22 225:16
225:22 226:3
227:3,7 228:10
229:9 230:17
231:3 233:12
234:2,6 235:22
237:4,13,15,19,21
238:11,15,16,20
240:9,18,18 241:5
241:18,19 242:13

[mail - maryott]

| | | | |
|---|---|---|---|
| 244:12,18,20 | **manual** 6:21 258:5 | 228:8 230:16 | 38:18 39:8,25 |
| 245:13 246:6 | 258:14,15,17 | 245:11 250:23 | 42:14 45:12 46:9 |
| 250:3,24 251:11 | **manufactured** | 254:8 258:2,24 | 50:23 51:17,23 |
| 254:10 255:15,16 | 29:3,14 | 260:23 263:9 | 53:15 54:18 55:14 |
| 255:20,24 256:21 | **manufacturing** | **marked** 8:20 | 56:14,22,24 58:17 |
| **mailed** 100:25 | 29:10 34:11,13 | 36:25 37:5 65:18 | 60:24 61:4 62:5,9 |
| 101:2 133:19 | 35:17 36:19 40:19 | 66:5 95:3 97:16 | 64:24 65:4,6,15,20 |
| 192:12 229:19 | 51:5,8,14 52:5,18 | 110:2 118:14 | 71:24 72:21,25 |
| 231:18,23 | 53:3,6 | 121:21 138:8 | 73:4,15 79:11 |
| **mailing** 226:5 | **mar** 64:18 | 142:8 147:9 150:4 | 80:19 86:10 88:4 |
| 231:20 232:1 | **march** 3:16 34:15 | 160:14 164:18 | 88:7,8,12 89:22 |
| 234:21 235:6,9 | 34:18,21 35:1,13 | 165:20 187:1 | 93:6 94:2,12,16,19 |
| **mails** 21:9 92:5,9 | 36:8 40:20,21 | 189:5 198:21 | 94:21 95:5,23 |
| 93:2 110:16 | 59:15 65:18 66:7 | 201:15 207:15 | 96:19 97:20,22 |
| 172:16 186:4,7 | 66:22,25 166:20 | 214:22 219:5 | 98:11 104:14 |
| 193:4,5,10,14,16 | 175:13 194:22 | 228:12 230:19 | 105:1 106:3,8,16 |
| 194:8,10 207:5,6 | 207:23 210:19 | 237:6 245:15 | 106:25 107:9 |
| 221:6,8 226:13 | 211:3,21 | 251:1 254:12 | 109:21,24 110:4 |
| 235:17,24 236:4 | **maria** 17:15,17 | 255:10 258:6 | 116:5,16 118:8,11 |
| 242:16 266:20 | **marie** 2:12 | 259:2 261:5 | 118:16 121:14,18 |
| 267:6,9,12 268:2 | **mario** 1:2,11 3:6 | 263:13 270:16 | 121:23 124:19 |
| 270:3,6,7,10 | 7:11,14 9:5,8 11:5 | 271:2 | 125:1,19 128:19 |
| 271:10 | 11:18 14:21 15:1 | **market** 24:19,22 | 130:19 132:4 |
| **major** 174:5 | 15:5,11,12,14,20 | **marketing** 41:9 | 133:13 135:10,14 |
| **majority** 268:19 | 15:21,25 16:3,13 | **maroo** 14:24 | 138:12 142:1,5,10 |
| **making** 28:10 30:2 | 16:13,24 18:8 | 16:14,14 150:13 | 144:7 146:13,17 |
| 30:6 31:23 108:8 | 37:17 50:14 51:22 | **maroomaroo1112** | 146:21,22 147:13 |
| 155:2 157:10 | 54:23 95:21 | 20:23 166:8 | 147:23 150:10 |
| 192:7 197:17 | 106:21 150:2 | 176:25 259:16 | 151:13 152:19 |
| **man** 79:21,22 | 157:9 162:2 | 275:2 | 157:11,16,19 |
| 221:23 222:16,17 | 202:17 259:16 | **marriage** 274:13 | 158:7,12,20,24 |
| **management** | 263:13 271:2 | **married** 17:18 | 159:18 160:4,10 |
| 22:13 | 272:4 273:2 275:1 | **maryott** 1:15 2:16 | 160:16 162:17,19 |
| **manager** 78:6 | 275:4,5 277:1,2 | 3:7 10:1,2,3,7 | 164:8,10,20 |
| 79:25 217:19 | **mark** 65:1 94:10 | 11:11,13 14:25 | 165:13,16,22 |
| 250:16,18 | 94:22 109:21 | 16:17 18:11 20:24 | 169:8 172:14 |
| **managers** 192:14 | 142:2 146:18 | 21:14 22:21 23:10 | 173:3 175:1,24 |
| 232:10 250:14 | 160:5 186:18 | 26:2 27:9,20 | 176:11,19 177:3 |
| **managing** 29:1 | 188:25 198:15 | 28:14 31:15 32:12 | 177:18 178:19 |
| 30:10 31:3 32:19 | 201:9 207:11 | 35:22,23 36:3,6,23 | 179:7,16 180:3,11 |
| 41:9 | 214:4 219:2 223:7 | 36:24 37:7 38:15 | 180:19 181:6,18 |

Veritext Legal Solutions
866 299-5127

[maryott - months]

182:5,16,20,24
183:11,23 184:3,8
184:16 186:20
187:2 188:3,24
189:2,6 190:24
193:3 195:12
196:23,25 197:13
198:15,18,23,24
199:15 201:8,12
201:17 204:1
205:13 206:1,6
207:9,13,16 214:3
214:6,24 217:7,25
218:14,18 219:6
220:5 224:14,24
228:8,13 229:23
230:2,15,22
232:11,17 236:19
237:1,9 242:22
245:10,17,21,22
247:22 248:3
249:10,11,18,19
250:19,22 251:4
254:7,20,25 255:8
257:15 258:1,9,10
258:23 259:4,5
261:1,8 263:9,15
264:5,6 265:18
266:5 269:8,12
271:4,7,20 272:10
272:15
**matter**   9:8 274:15
**matters**   29:17
210:15
**mbaker**   2:6
**meal**   30:6 41:23
42:2,16 43:9,17,21
167:16,25 168:7
178:14
**mean**   24:22 77:18
123:7 137:15

140:24 156:10
159:5,6 170:21
172:4 181:11,23
185:2,4 190:17
196:7 203:16
212:20 239:17
241:8 242:23
243:3 247:4
248:19
**means**   182:10
**meant**   172:18
178:20 238:4,23
239:19 243:7,24
**media**   21:15
**medical**   52:7 53:4
53:5,7,9,11 54:5,6
54:12 55:16,19,22
56:3,11 58:22
59:10
**medication**   14:16
**medtronic**   44:1,17
**meet**   146:6 152:13
152:24 153:3
**meeting**   148:7
149:7 152:7
**members**   209:17
**memory**   66:21
70:13 94:8 96:9
107:13 117:4
**mention**   123:7
198:10,12 250:1
**mentioned**   22:22
26:15 38:19 70:3
70:21 71:9 78:17
107:20 112:11
122:23 123:3
139:12 140:10
184:18 190:14
197:21 227:9
228:18 233:3
256:9

**menu**   86:11
**mesa**   17:5
**message**   50:12
162:10
**messages**   92:13,16
93:8 211:4 213:9
213:14 235:25
236:4 266:19
267:16,19 268:2
268:23 269:14,18
269:19
**met**   68:25 146:5
153:9,9,10 269:3
**michele**   1:15 2:16
10:3 11:13
**michelson**   2:16
**middle**   110:16
204:9
**mike**   257:17,22
**mind**   156:24,25
**mine**   257:7
**minimum**   159:11
174:3
**ministry**   25:23
26:14
**minute**   38:17 50:3
72:20 119:17,19
156:18 157:1
158:14 165:11
167:16 169:18
170:18 174:4
178:13 183:22
188:4 198:2
254:24
**minutes**   77:7
107:24 111:8
116:7 123:14
124:5 125:4,24
126:7,8,13,15,20
126:21,24,25
127:2 131:16,18

132:7 146:4
154:14,18 159:21
192:9 210:18
213:10,15 219:22
219:23 220:13
224:17 240:17
254:21 265:19
**missed**   112:4
193:19,24
**missing**   194:3
**misspoke**   135:21
**misstates**   130:14
158:18 176:9
197:12 205:23
**mmabanta**   83:21
83:25 84:3
**mmaryott**   2:18
**mobile**   266:16
268:17 269:22
**moment**   80:11,24
81:3,7,11,14 84:24
92:3 124:4 125:23
133:3 139:22,25
143:10 145:2
154:11 161:12
169:4 256:6
**money**   47:1 49:5
62:19 69:24
**montana**   2:4
10:10 38:16
**month**   206:12,19
206:22 208:4,18
208:25 209:5,16
210:21 211:3
214:9,10 216:5
226:1
**monthly**   205:19
205:21 213:20
215:21
**months**   47:8,9,10
101:13,17 115:5

Veritext Legal Solutions
866 299-5127

[months - object]

206:15 243:13,22
267:2,3
**morning** 9:1 10:2
11:12 224:5
270:14
**mother's** 15:19
**motion** 264:13
**move** 18:18
**movie** 71:11,16
72:7,13
**multiple** 91:3,13
91:23 122:10
269:3
**multitasker** 245:7
245:8
**mydocs** 175:17
177:7 178:6 260:1

**n**

**n** 2:1 3:2 18:6,6
52:12,12 88:13
229:23 243:3,4,7
**nacarino** 10:16,16
**nafc** 7:7 259:1,13
**name** 9:15 11:13
11:17,19 15:5,13
15:15,17,19,21,22
17:14 22:14 29:4
30:22 52:13,14,16
72:3 154:2 191:6
191:22,24 202:17
208:1 238:9
257:18 267:21
**named** 251:18,24
**names** 14:21 16:6
16:7,9,11,18,19,22
17:16,24 27:4
33:22 154:3
**nami** 52:10,13,15
56:13 247:8,9
**nationally** 274:3

**nature** 60:20
61:10 243:15
**necessary** 204:17
205:2 271:16
275:14 276:3
**need** 14:8 26:8
40:9 42:1 50:18
52:1 55:6 148:17
156:21 198:11
246:23 271:14
272:19
**needed** 69:24
72:12 102:4
153:14,25 154:12
156:8 257:6
**ness** 2:5
**never** 70:21 74:25
92:25 101:7,20
102:6 119:20
126:14 153:9
159:13 167:18
176:3 185:21,23
186:9,10,14
188:14,16 199:8
199:10,11,12,13
200:4 227:23
233:23 242:19
**new** 48:6,10 65:11
67:23 136:16
160:5 200:24
**newport** 17:5
**nice** 145:13
**nickname** 16:16
**nicole** 135:1
189:15 231:5
246:7 251:13
**night** 42:20 43:2
43:14 110:17
130:7 193:8
**niguel** 88:1,9,13
88:24 89:6,8,12,16

96:25 110:25
111:6,11,23 112:1
112:18,21 113:9
113:11,15 114:4
119:9 121:10
154:5,7
**niguel's** 112:16
**nima** 52:15
**nine** 47:7
**non** 4:23 164:16
164:23 171:15
175:16 177:17
178:6 179:3
**nonprivileged**
262:19
**noon** 73:5
**normal** 134:4
188:5 272:11,20
**northern** 1:1 9:11
**notary** 273:7
**notating** 275:15
276:4
**note** 9:19 112:3
161:9 256:14
**noted** 44:1 143:4
162:5,25 272:23
**notes** 100:23 108:8
108:11,15,19
141:4,9 192:1,7,21
265:21
**notice** 7:13 270:18
270:24 271:1
**noticed** 112:12
**notification** 90:23
134:8
**notifications** 102:1
**november** 17:3,19
95:16 98:3,16,16
98:21 99:17 100:3
100:6 101:10
110:10 118:24,24

122:11 189:18
220:25 229:10
**now's** 167:4
**number** 3:18,21
3:24 4:6,9,12,14
4:17,20,25 5:8,11
5:13,22,24 6:7,10
6:13,16,19 9:12
18:21,24 19:1
95:2 97:15 110:1
118:13 121:20
136:3 138:8
140:12,15 142:7
144:5 147:8 151:7
151:21 154:24
155:24 156:2,24
156:25 159:11
160:13 164:17
165:19 186:25
189:4 204:6
210:12,14 213:14
214:8 219:4
228:11 230:18
237:5,16 245:14
250:25 252:2,18
254:11 275:15
276:4
**numbered** 204:8
**numbers** 19:5
208:14 270:5
**ny** 241:6

**o**

**o** 14:24,24 18:6
238:1,13,13,23,23
242:20
**oakley** 44:1,20
**oath** 12:3,3 116:18
**object** 56:22
157:16 179:24
181:12 182:13

Veritext Legal Solutions
866 299-5127

[objection - once]

**objection**  21:12
    51:20 53:13 56:21
    130:14 158:18,22
    158:22 174:23
    176:9 177:13
    179:4,14 180:6,15
    182:1 203:22
    205:23 206:4
    217:5 220:3
    232:14
**objections**  181:3
    183:7 262:18
**objects**  13:16
**obtain**  23:14 44:8
    156:22 164:6
**occasion**  72:10
    121:8 129:6 130:7
**occasions**  85:7
    90:12 91:22
    100:16 123:24
    124:9 127:24
    128:12 130:21,24
    131:23 154:10,13
    154:17 173:12
    188:11 200:22
    201:1
**occupation**  24:14
    26:10
**occupations**  25:14
    26:16
**occurred**  175:23
**occurring**  162:11
**october**  45:3 48:12
    187:8,16 195:23
    231:5 251:12
    268:25
**offer**  3:14 44:17
    44:20,24 65:16
    66:6,13,16 69:20
    70:7 74:23 146:9
    230:4,8

**offered**  68:7 146:6
    152:13,20
**offering**  229:17
**office**  275:11
**oh**  37:11 102:24
    116:8 147:3
    155:20 184:22
    197:2,4 245:17
    249:10 268:11
**okay**  12:7,11
    13:23 14:6,15,20
    15:9 16:11 19:12
    19:15,21 27:21
    28:1,4,8 34:4 35:3
    35:12 36:2 37:11
    37:23 38:10 39:7
    39:19 40:12,12,18
    45:19 50:13,14,15
    50:21 51:18,25
    52:4,17 53:21,23
    54:1,14,22 55:1,5
    55:6,8,9,13 57:18
    57:21 58:20,24
    59:3,6 60:9 61:9
    61:16,22 62:25
    63:3,25 64:23
    65:5,13,15,21,25
    66:1,4,20 69:16
    70:12 71:16 72:9
    72:21,23 73:22,25
    74:12 75:2,6 76:9
    76:12,12,19 77:24
    78:12 79:19 80:23
    81:6,18 82:10,13
    82:16,20 83:2,4,8
    84:8,11 85:16
    87:19,23 89:7
    90:11,13,15 91:1
    91:10,17,21 92:2
    93:1,14,22 94:7,14
    94:20,24 95:6,10

95:14 96:12 97:18
    98:1,12,18 99:6,22
    102:24 103:16,21
    103:24 104:3,8,15
    104:23 105:15,20
    106:14 107:1,4,12
    108:1,24 109:7
    110:8,20 113:2
    116:20,23 117:2
    118:9,21 119:6,16
    119:24 120:3,14
    120:18 121:12,16
    122:5,8,8,18,23
    123:12 125:20
    126:10 127:4,9,12
    127:24 130:2,10
    131:13 132:24
    133:5 134:2,7
    136:5,15 137:1,20
    138:6,10,18 139:3
    139:4,9,12 140:19
    141:4 142:3,5,19
    143:4,12,21 144:1
    144:11,21 146:5
    146:19 147:2
    148:20,25 149:5
    149:18,24 150:9
    150:16,25 152:1
    155:12 157:1,14
    159:22 160:4,7,8
    160:20,24 161:5,9
    161:15,19,23
    162:25 163:4,11
    164:1,21 166:2,6
    168:5,18 170:10
    170:25 171:13,22
    172:19,23 175:11
    177:19 181:22
    183:4 184:8
    185:16 186:22
    187:3,6,11,14

188:17,23 189:1,2
    189:11,13,25
    190:14,20 198:22
    199:4 201:11
    202:3,5,16 204:5
    204:16 205:4,9
    206:25 207:13,20
    208:3,13,17,21
    211:2 213:8
    214:19 215:17,21
    217:2 219:16,17
    220:22 224:17
    225:3,6,9,13 226:8
    226:18 227:13
    228:4,25 229:3,5,8
    229:13 230:21,23
    231:1,2,25 233:21
    236:15 237:8,10
    237:14,18,25
    238:6,10,23 239:1
    239:21 240:4,4,11
    240:14,24 241:3
    241:11,16 242:15
    243:1,23 244:4,8
    244:16 245:6,23
    246:3,4,5,22
    249:23 250:9
    251:9 252:16
    254:23 255:9,14
    255:20 256:20,25
    257:3,3,25 258:22
    260:23 261:20
    262:9,10,17
    264:11,18,22
    265:23 266:9,14
    267:11 268:11,22
    269:17 271:5,7
**old**  30:21 75:20
    269:14
**once**  39:14 85:23
    114:22 127:4

Veritext Legal Solutions
866 299-5127

**[once - perform]**

130:17 145:18
153:10,10 161:11
185:24,25 186:11
203:18 216:16
219:8 226:1,16
237:12
**one's** 261:7
**ones** 49:25 213:6
253:11
**online** 117:23
134:15 155:13,17
155:21,25 200:23
201:2
**open** 37:1,3,21
40:7 142:18
165:23,25 166:1
199:1,2,3 201:18
201:19 214:19
251:5 255:10,12
255:12 258:11
259:6 261:9 264:7
**opening** 171:19
**operate** 62:11
**operated** 33:23
**operating** 133:2,6
145:16,20 154:11
256:3,11
**operation** 28:2,6
**operations** 199:5
**opposed** 15:11
**option** 86:11 87:3
197:5
**orange** 60:11
**order** 81:8,16 82:3
84:13 156:19
196:3,3 200:19
272:18,20
**orders** 80:14
197:10 241:7
272:8

**organize** 32:13
**original** 275:10,21
**outcome** 274:14
**outright** 62:23
**outside** 105:23
109:8,11 117:7,10
117:18 134:4
**owned** 26:22 27:2
27:5,24 61:2,12,20
61:24 62:16 64:10
**owner** 28:16 63:1
**owner's** 6:21
258:4,14,15,16
**owners** 63:4

---

**p**

**p** 2:1,1 44:2
238:13,23
**p.m.** 73:14 116:11
116:15 139:7
149:2 159:24
160:3 184:11,15
187:8,10 224:19
224:23 231:6
237:20 255:3,7
265:25 266:4
272:5,23
**page** 3:12 4:4 5:4
6:5 7:4 8:6,11,16
8:21 95:15 147:3
148:3 149:21
160:21 161:25
173:22 202:4,8,9
204:6,8,10 207:20
208:10 238:17,18
247:13 249:16
252:1 262:6
264:17,18,23
266:10 275:15
276:4 277:4,7,10
277:13,16,19

**pages** 1:25 204:8
275:14,17,17
276:3,6,6
**paid** 30:3 72:6
168:15,16,20,24
169:3,7,19 170:1,3
170:4,5,19,23
174:14 178:14,17
178:22 179:19,20
180:2,5
**paper** 69:7,9 165:3
**paperwork** 25:9
**paragraph** 70:5
149:13 161:10
173:23 178:1
189:21 233:1
**paralegal** 2:4
10:22
**paranoia** 190:3
**paranoid** 197:21
**part** 45:25 61:2
70:21 153:1
177:25 207:21
**particular** 22:10
47:24 87:20 109:3
128:5
**parties** 9:21
274:12
**partner** 28:17,18
29:1,8 30:10 31:3
31:4 32:19,20
**partway** 95:15
**party** 50:24
**password** 82:15
84:5,11,21,24 85:2
85:12,17,18,20
108:13 126:3,18
144:18 161:16
162:13 163:2,6,12
163:23 164:2
257:6

**passwords** 84:9
**patient** 143:14
**pay** 169:22 205:21
206:3 209:15
254:5
**paycheck** 170:9,12
170:16,20 253:22
**paychecks** 170:22
**paying** 244:24
**payment** 205:19
205:21 206:3
**payne** 222:2,4
**pdf** 275:12 276:1
**penalty** 202:22
275:16 276:5
**pending** 14:12
183:21 249:8
**people** 33:3 49:9
59:23 81:16 96:22
122:10 145:12
156:15 190:4,18
192:2,8 197:17,18
197:22 211:19
221:18 225:11
226:12 228:15,21
235:5,21,25
237:16 238:14,22
238:24 239:1
247:24
**percent** 83:14,15
83:17 87:16,18
154:20,21,24
155:3,4,7,20 156:4
156:19 159:6
220:19,20
**percentage** 83:11
156:20 209:19
**perform** 168:19
168:23 169:12
178:16,21 232:19

Veritext Legal Solutions
866 299-5127

[performed - prime]

**performed** 34:23 81:23 269:11
**performing** 204:21 234:15
**period** 15:4 36:12 47:14 62:10 167:16 168:1,8 266:21 275:18 276:7
**periods** 30:6 41:23 42:16 43:9,17,21 242:1
**perjury** 202:23 275:17 276:6
**person** 29:20 31:22 60:1 143:6 191:3 218:11 238:12
**person's** 191:22
**personal** 76:14 92:5 166:19 186:1 210:4
**personalty** 190:5
**philippines** 16:5 22:6,23 23:1,6,12
**phone** 18:20 19:4 19:7,10 20:17 50:7,10,15,19 74:1 80:20,21 82:2,6,12 82:18 83:5,13,17 84:18 112:10 125:8 130:11 131:2 135:17 136:1,4,6,9,16,18 136:22,23 145:17 145:20 151:6,21 186:1 204:20 206:19 207:1,22 207:25 208:22 209:5,12,15,20,24 210:8,9 211:4,12

211:15,22,23,24 212:1,4,5,7,10,12 212:14,15,17,21 212:23 213:10,12 213:20 214:1 216:8 220:6,7,15 220:20 241:17,20 241:23 266:16,25 268:6,7,9,12,18,23 269:21,25 270:5
**phones** 210:5 256:10 268:8
**phrased** 105:7
**pick** 80:22 96:4 109:10 117:6,9,23 118:2 119:21 123:13 154:14,18
**picked** 109:18 117:18
**picking** 159:11,15 253:21
**picture** 19:16
**place** 9:20 98:15 162:5 234:13 250:2
**places** 250:3
**plaintiff** 2:2 10:12
**plaintiffs** 1:4 5:15 7:8 201:13 261:3 262:19
**plans** 18:18
**plant** 29:11
**plea** 46:2,5,11,14 46:16 47:1,18,21 48:4,7,11 49:8
**pleadings** 12:14
**please** 9:19,24 11:3,16 14:9 52:3 65:1 142:1 148:9 148:19 149:9 152:5,9 157:21,25

158:8 180:24 198:25 255:10 264:17
**pleased** 70:6
**plenty** 113:14
**point** 15:18 24:25 47:18 78:4 97:2 128:1 167:21 171:19 188:18 195:18 224:9 253:14,21,24 269:25
**policies** 7:5 172:17 258:25 259:9,12 259:23
**policy** 4:23 5:6 164:16,23 165:18 166:4,15,25 167:4 168:10 171:15,23 172:21 174:7,11 174:17,22 175:3 175:17,20,23,25 177:6,12,17,23 178:6,10 179:3
**political** 23:17
**pop** 129:25
**portal** 38:6 92:4
**position** 28:25 29:6 41:5,8 43:3 55:21 68:7 70:8 209:14
**positions** 36:8 44:3
**possession** 262:20 268:20
**possibility** 271:15
**possibly** 263:4
**post** 101:9 194:8
**posted** 92:7,10 99:14

**practice** 70:23 71:2,6 82:16 99:9 231:12
**practiced** 36:1
**prefer** 73:5 89:15
**preferred** 89:12
**prep** 106:19
**preparation** 104:18 105:3,10 106:19 107:6
**prepare** 103:25 104:10 105:24 106:10
**preparing** 106:6 107:6
**present** 2:21 36:14 266:22
**president** 143:2
**press** 200:19
**presume** 61:14
**pretty** 171:11
**prevent** 194:17
**previously** 221:9
**price** 213:19
**primarily** 20:11
**prime** 1:7 3:19,22 3:25 4:7,10,12,15 4:18,21,25 5:9,11 5:13,22,24 6:8,11 6:14,17,20 9:9 10:4,17 19:2 20:6 20:12 51:6 64:21 66:6,17,19,22,24 67:4,7,17,22 68:12 68:20 69:3 70:1,5 70:8 71:12,18,21 71:25 72:11 76:1 76:7,10 77:10,21 78:7 79:13 80:5 81:15,23 89:19 93:12 95:3 97:16

Veritext Legal Solutions
866 299-5127

**[prime - reading]**

103:14 110:2
114:1,13,25 115:4
115:23 118:14
121:21 133:7
135:18 136:2,7,11
136:14,16 137:22
138:8 141:14,23
142:8 147:9
148:13 160:14,22
164:17 165:1,20
167:4 168:2 170:2
170:11,14 186:25
189:4 193:20
194:13,21 195:6
201:25 206:14
219:4 228:11
230:19 236:8,22
237:6 245:15
251:1 252:6
253:22 254:12
261:21 262:13
266:18 268:8,20
270:9 275:4 277:1
**print** 172:20 173:2
**printed** 202:17
**prior** 16:25 136:22
213:10 217:12
220:10 233:11
236:12
**prison** 47:8,15
**private** 217:24
218:2
**privilege** 181:14
**privileged** 247:21
**probably** 72:17
**probation** 49:18
49:20
**problem** 156:7,11
169:16 196:21
246:16,19

**problems** 143:9
145:19 152:21
156:15 169:4
**procedure** 259:10
275:19,20
**procedures** 7:6
259:1,12,23
**proceed** 101:10
**proceeding** 12:1
103:22
**produce** 80:14
263:19
**produced** 215:1
262:20 269:4
**product** 7:10
261:5
**production** 8:10
260:25 261:17,17
262:7,10 266:11
**products** 81:16
**professional** 24:8
24:24 143:13
186:17 212:19
**prohibition**
218:24 250:5
**promised** 57:11
58:1
**proper** 172:13
**properly** 30:3
**provide** 261:22
**provided** 275:19
276:8
**provider** 267:1
**provides** 174:3
**pst** 1:12
**public** 48:21,24
49:2 273:7
**pull** 64:25 118:17
165:12 171:11
230:23 237:2,10
245:23 254:8

266:6
**pulled** 87:24,24
164:12 187:4
**pulling** 118:6
135:15 142:16
**punch** 167:8,9
**purpose** 211:12
217:12
**purposes** 50:16
**pursued** 25:15
**put** 12:14 35:20
50:15,20 98:24
126:2,3 172:21
180:13 181:1,24
182:10 200:5
216:6 238:4

---

**q**

**quality** 35:19
36:17 199:24,25
**question** 8:20
12:19 14:11 35:7
46:8 50:4 52:1
54:10,10 86:4
91:11 92:18 105:7
107:2 117:8 120:4
120:9,19 121:5
132:2,22 135:22
156:17 157:21
158:3 177:9
178:24 180:22,23
181:21,22 182:3
182:22 183:1,3,20
184:1,2,4 190:2,6
197:1 203:4 205:1
209:1 210:23
219:12 249:8,9
**question's** 103:3
**questioning**
191:15
**questions** 12:18,24
14:2,17 71:1,6

157:13,15,23
158:9 173:18,20
200:5 238:12
271:21
**quick** 183:22
224:16 227:25
243:16
**quite** 52:22

---

**r**

**r** 2:1 14:24 17:6
18:6 62:6 88:5
238:1,2 239:22,24
240:1 244:6 277:3
277:3
**r&s** 276:1,9
**race** 61:14,19
62:17
**racing** 64:15
**raised** 262:17
**ran** 30:17 64:6
71:14 218:22
**rapid** 34:11,13
35:16 36:19 40:18
51:5,7,14 52:4,18
53:3
**reach** 173:18
**reaching** 95:22
**read** 12:13 40:9
49:14 70:24 104:1
104:2,12 113:6
122:17 140:22
152:4 178:25
198:1 203:11,13
203:18,20,21
229:6 230:25
231:1 237:12
238:19 243:16
246:1 248:25
264:25 265:6
**reading** 132:17
162:16,18 175:18

[reading - remember]

178:9 187:13
189:8 203:9 249:2
275:23 276:9
**reads**   204:16
**ready**   118:10
201:11 245:20
251:3 252:19,24
258:8 259:3 261:7
264:4 271:24
**realize**   224:9
**really**   215:11
230:4 233:5
246:23
**realtime**   11:7
274:4
**reason**   12:18
13:12 15:10 47:24
51:9,12 54:3
58:11,21 66:15
111:20 134:17
144:22 163:4
166:17,23 172:19
192:20 211:7
216:17 224:4
277:6,9,12,15,18
277:21
**recall**   22:14 69:13
93:18 100:22
107:4 114:21
120:7 156:4
256:17
**receive**   23:23
69:20 78:19 90:23
92:5,9,12,16 165:4
165:8 166:21
172:22 173:2
174:25 175:2
177:8 225:24
235:17
**received**   66:17
74:25 92:25 93:1

93:7 173:4 174:21
176:3 177:15
225:4,6 250:4
259:23 268:24
**receiving**   35:14
66:18 171:18
176:14 197:9
**recess**   39:22 73:11
116:12 159:25
184:12 224:20
255:4 266:1
**recognize**   37:8
40:13 66:12 98:1
98:13 110:8
118:21 122:8
139:4 147:4
164:21 166:2
187:6 189:13
201:22 229:8
231:2 237:14
246:5 251:9
255:14 258:16
261:15 264:11
**recollection**   13:25
93:23 108:7
174:10,16
**record**   9:2,22
11:17 13:16 38:12
38:14,17 39:10,21
39:24 47:23,25
73:7,10,14 107:22
116:9,11,15
159:24 160:3
184:11,15 224:19
224:23 254:16
255:3,7 265:25
266:4 270:13,22
270:25 272:4
274:9
**recorded**   231:24

**recording**   9:20
**records**   34:1 94:1
94:3 103:8 108:2
108:25 109:2,13
109:14,17,19
117:22 193:22
211:15 231:22
**recycle**   138:2
**recycled**   138:1
**recycling**   27:16,19
27:21,22 28:5
30:18,21 31:9,16
33:8,11 49:2
**redo**   156:9,11,13
**reference**   161:6
187:15
**referenced**   275:6
**referred**   191:9
256:6
**referring**   148:15
256:5
**reflected**   143:18
143:21 208:4
264:20,23
**reflecting**   108:2
193:23
**reflects**   166:13
175:12 208:24
259:21
**refresh**   66:21
70:12 95:8 96:9
122:3 129:8 131:6
131:10,15,19,24
132:6 138:11
150:5 164:14
**refreshed**   107:13
117:3
**refreshing**   122:2
122:24 123:2,19
124:14,17 129:1,2
130:8 131:15

133:10
**refused**   173:13
**refute**   109:15,19
**regard**   41:18 42:5
**regarding**   43:17
236:11
**regular**   70:7 77:17
**reimburse**   209:4
**reimbursed**
206:18 209:21
**reimbursement**
213:25
**relate**   262:11
266:17
**related**   10:17
216:13,18 274:12
**relating**   141:14,22
209:25 210:15
236:11 262:2,25
**relations**   251:15
**relationship**   61:10
**released**   275:21
**relevant**   232:18
**remaining**   254:17
**remem**   180:9
**remember**   14:17
17:20 27:25 31:14
33:1,21 44:12
45:10 54:8,13
57:15,23 64:9
66:14,18 67:13
72:4 73:18 79:15
79:20 81:12 82:8
83:20,22,23,25
86:16 93:13 94:6
100:25 101:24
103:7,11 107:19
107:21,23 109:6,9
109:12 113:24
114:10,14,15,18
115:20 117:11

Page 26

[remember - reviewed]

120:13 138:3
141:3,18,19,21
145:4 155:18
156:2 159:2
166:22,22 167:1
171:6,18 172:1,3
173:1 174:8
176:20 187:9
191:6,21,24
194:10 195:8,11
198:1 200:10,11
200:13,14,21
213:7 221:17
223:4 227:8 234:9
236:17,25 237:13
238:9 241:1,10
246:10 249:2
251:19,20,23
252:11,12,14,21
252:25 253:4,6,13
256:18,24,25
257:18 267:13
**remind**  182:17
**reminded**  101:8
  133:24 162:20
**reminding**  96:2
**reminds**  35:4
**remotely**  9:14
**rene**  11:18 14:21
  15:12,21,25 16:3
  16:13,24 18:8
**rent**  17:10,11
**repeat**  15:7 52:21
  96:20 132:2
  180:23
**replaced**  136:23
  137:16 268:13
**report**  167:8 169:1
  169:2
**reported**  1:24
  249:24

**reporter**  9:17 11:7
  13:3 14:23 16:15
  18:2,4,9 20:22
  22:19 23:9 25:24
  26:1 27:7,18
  28:12 31:13 32:9
  35:11 38:11 42:12
  45:9 51:15 54:15
  56:12 58:15 60:22
  61:1 62:3,7 71:20
  73:2,6 79:9 80:16
  86:8 88:2,6,11
  89:20 93:4,25
  94:17,20,23 95:20
  96:18 124:15,24
  125:17 128:16
  130:16 131:25
  133:12 144:4
  146:12 147:20
  151:12 152:16
  157:18 162:15
  169:6 172:10,24
  175:22 176:15,17
  176:22 177:1
  178:2,18 183:8
  187:25 190:21
  192:24 195:10
  199:14 205:11
  217:22 218:13,15
  229:21,25 232:6
  236:23 242:21
  249:17 250:15
  257:5,9,13 271:23
  272:6,13,17 274:4
**reporting**  167:5
  167:11 178:12
  231:8
**represent**  9:25
  11:13 106:13
**representations**
  46:21 48:14,19

**representative**
  180:14 181:2,4,25
  182:11 183:6
**represented**  52:8
  56:9
**representing**
  10:16 11:1
**request**  7:9 8:10
  47:17,20 49:7
  113:12 260:25
  261:4,17 262:7,10
  262:24 266:10,12
  266:14,24 267:1,8
  268:25
**requested**  133:6
  276:1,9,10
**requesting**  261:21
**requests**  263:18
  269:4
**required**  173:5
**requirements**
  168:1
**resolve**  59:3 60:18
**resolved**  59:9
  60:16
**resource**  218:21
**resources**  29:24
  143:2
**respect**  213:12
**respectfully**  269:9
**respond**  235:21
**responded**  113:14
  113:18 230:3
  240:8,16
**responds**  119:6
**response**  90:24
  99:12 113:12
  161:24 204:24
  205:4,7 230:9
  231:17 240:4,10
  240:12,19 255:17

**responses**  5:15 7:8
  201:14,24 260:24
  261:4,16
**responsibilities**
  41:22,25 42:4
  183:5
**responsible**  29:16
  30:2,5 31:23
  41:17 167:5,11,15
  168:14 175:18
  178:8,12
**responsive**  262:18
  266:24 267:7
**rest**  30:7 41:22
  42:17 43:10,18,22
  120:15 168:15,17
  169:19,23 170:1,6
  170:12,15,20
  171:1,4,7 173:24
  174:11,13 175:3,5
  178:14 183:18
  184:5,20 185:9,19
  193:18,24 194:3
  194:14,18
**restaurant**  22:12
  42:20 43:2,14
**restroom**  184:7,20
**result**  204:21
**retraining**  139:13
  139:17 140:8
  141:5
**return**  275:17
  276:6
**review**  13:4
  107:12 117:2
  173:6 203:1,5
  260:2 265:12
  275:8,10,13 276:2
**reviewed**  105:25
  106:1

Veritext Legal Solutions
866 299-5127

[reviewing - screen]

**reviewing** 74:23
265:9,13
**rid** 190:22 191:1,5
**right** 12:9 19:22
26:3 29:11,18
34:15 37:12 40:7
40:21 41:3 44:12
45:3,4,23 46:18
47:4 48:8,16 59:1
64:13 67:1 68:8
73:18,23 74:14,18
76:15,16 77:22
80:25 83:6 84:6,9
84:12,14 90:9
91:13,15,19 93:8
95:12 96:14 97:3
97:7,10 98:25
99:7,14,19 101:18
103:1,14,22
107:10 110:13
113:19 114:18
117:24 119:14,22
120:1,20 122:17
125:14,15 127:2
127:14,18,22
128:5,8,9 133:7,25
134:5,11,21 135:3
137:3 139:3,15,19
139:22 140:1
143:6,14,19
144:14,19 145:24
146:7,25 147:11
147:15 148:1
149:16 150:8
151:10,23 152:2
152:15,21 154:15
156:23 160:24
161:3,7,13,17,21
162:5,7,23 163:2
163:18 166:15
167:17 168:8,11

168:15 169:10,20
171:1 172:5 176:8
178:22 185:1,3,6
187:12,18 188:10
188:12 193:16
196:18 202:23
207:23 208:1,7,22
209:1 210:3 211:5
211:6 213:20
215:12 218:11
219:19 220:18
223:18 224:12
226:25 228:3
229:11 230:12
232:22,24 236:1
236:25 238:21
240:6 241:19
244:20 248:9,25
249:21 256:7
261:23 265:6
266:13 268:6
269:19,22 270:23
**role** 28:24 30:1
**roman** 18:3,6
**room** 19:22 82:25
197:9,11,15
**rosie** 248:8,12
249:6,6,12,21,23
**rough** 272:9,10
**roughly** 57:23
267:11
**rpr** 274:21
**rude** 238:12
**rule** 271:15
**rules** 11:25 30:11
43:8,17 196:10,10
196:12 233:7
248:18,20,21
276:8
**run** 31:8 253:18

**rush** 272:15,19
**résumé** 3:13 25:16
37:5,9 38:24 39:3
40:13,16,24 54:8
107:15,17

**s**

**s** 2:1 3:10 4:2 5:2
6:2 7:2 62:6
229:23 238:1,1
243:3,4,7 277:3
**saing** 243:2
**salaried** 41:12
**san** 2:5,8
**sanchez** 223:15
**sanisof** 29:5
**sanitizer** 29:2,14
**sanitizers** 28:10
**santa** 64:18
**sat** 130:21 132:19
132:20
**saturday** 97:10
**saw** 19:15 90:2
102:7 171:15
172:2 199:8,10,13
200:4 209:6
**saying** 76:5 100:12
100:15 107:1
126:5 171:22
180:5 182:12
185:21 188:14
192:3,22 197:16
197:19 198:4
199:8 200:3 209:9
228:3 233:22
249:20
**says** 65:24 66:23
70:5 87:7 95:15
99:13 140:23
148:6 149:24
150:16,17,19,21
150:23 160:21

166:7 170:22
173:23 174:2
175:13 176:13,21
176:24 177:21
187:10 189:25
202:7 204:10
208:10,13 215:19
231:16 239:2,5,21
241:4,5 242:19
243:2,6,24 244:2,5
252:2 259:15
**sbn** 2:16
**scanned** 203:15,16
203:19
**schedule** 74:14,24
76:14 77:5,17,24
78:5,13 80:2
98:24 101:11
112:4,12 113:4,9
275:10
**schedules** 99:3
112:9,19 122:20
122:22 139:10
193:13
**scheduling** 77:21
154:11
**school** 21:20,25
22:9 23:6,8,21
**science** 23:17
**screen** 35:21 37:3
38:4 40:6,10
54:16 55:2 65:8,9
66:4 74:10 95:9
110:6 121:25
123:2 131:18
133:11 146:24
160:18 200:9
245:25 251:7
258:13 261:11,13
264:9

[screenshots - shifts]

**screenshots** 86:17
86:22,25
**scroll** 202:3 204:7
**sean** 2:19 9:15
**search** 267:23
268:22 269:10
270:7,10 271:10
**searched** 267:20
269:17,18 270:2,6
**sec** 37:22 114:9
138:22
**second** 95:15
147:2 160:21
173:22,23 196:24
202:8,9 203:19
238:15,17,18
247:12 252:1
**seconds** 139:1
160:8
**securities** 45:17,20
**see** 19:9 25:16
38:3,7 40:18
54:20,23 55:11,11
65:7,21 66:7,11
70:10 75:4,7,8
80:21 86:15 87:24
90:17 95:6,7,18
96:1,7,8 98:8,9,10
98:21 99:12 108:1
112:6 113:16,17
119:4,8,11 127:13
127:16,20 138:16
142:23 148:12,15
148:20,23 149:1,3
149:12,19,22,24
149:25 150:11,14
150:16 151:1,2,6,9
151:17,18,20,23
160:10,21,22
162:1,14 166:7,10
166:12 172:4,6,8

173:25 174:18
175:21 177:24
190:10 194:6
197:3 200:8 202:1
202:2,6,7,14 204:8
204:12,23,24
205:1 208:5,11,13
209:11 215:2,19
215:24 218:3
230:6 233:9
237:20,23 240:9
240:12 242:16
252:7 259:14,18
260:6,7,8,9,10
262:15,21 266:12
267:7 270:16
**seeing** 172:3
260:15,21
**seeking** 209:9
**seen** 177:16
258:19
**select** 74:13 77:5
78:13 80:14 81:11
81:15 83:6,13
85:24 86:12 87:4
89:4 91:13,17,23
102:12 103:6,9
107:23 108:3,9
109:1 196:17
**selected** 90:8
109:3 127:21
**selecting** 76:23
92:4 112:22
262:13 263:1
**self** 34:20
**selfie** 249:24
**seller** 74:1 102:1,9
145:17,20 146:14
147:25 154:6
196:17 197:6
200:8 256:10

**seller's** 80:15,17
80:20,21
**selling** 45:17,19
**send** 21:9 110:15
186:4,6 217:20
218:1 221:11
222:2,6,8,11,18,21
223:2,7,9,12,20,22
223:24 225:1,13
226:13,24 227:2
235:24
**sending** 213:9
217:24 236:4
248:8
**sense** 26:6 243:17
**sensitive** 84:9
**sent** 52:24 86:23
99:3,7 102:17
110:12,19 112:2
113:22 138:18
139:5 141:10
142:21 147:15
150:17 151:9
161:1 171:20
175:4 186:12,14
187:7,11 189:14
193:13,15 211:3
220:24 221:2,5,9
221:25 223:17,18
224:2,3,5,6,11,12
225:10 226:15,20
237:18 244:12,17
246:6 251:11
266:20 267:9,10
267:12
**sentence** 47:6,7,9
47:12 151:5 239:5
239:10,18,19
241:3
**separate** 33:9,14
226:13,20 227:2

**september** 26:12
246:9
**seriously** 246:24
**serve** 47:11
**service** 208:11
**services** 215:23
**set** 33:5 92:3,15,21
92:22,24 93:14
96:3 109:8 130:25
148:6 149:6 152:6
270:25 274:7,17
**settled** 51:16,19
55:20
**settlement** 59:7,10
**setup** 32:18
**seven** 27:3 101:13
101:17
**sexual** 218:24
**share** 20:14,17
21:3 35:25 37:18
37:24 38:8 40:3
65:8,9 270:15,17
**shared** 147:24
212:9 247:23
**sharks** 229:22,24
**shift** 90:2,3,8 91:2
91:5,7,18,19 97:2
101:22 109:11,18
112:24 115:19
117:7,10,19 123:5
123:9,11 125:16
125:18 127:17,21
128:17 129:23
130:3 133:22
153:13 155:14
193:9 194:8 198:6
200:23 207:7
256:16 257:23
**shifts** 76:23,25
77:22 78:19 80:2
81:11,15,22 82:3

Veritext Legal Solutions
866 299-5127

**[shifts - spelled]**

82:17,22 83:6,13
85:24 86:1,2,6,7
87:4 88:19 89:2
90:2,5,7 91:3,14
91:23 92:4,6,10
93:9,11,16,18 96:3
96:4,10,14,16
99:10,14,17,25
100:5,13,16 101:5
101:9,14 102:13
102:17,20,21,23
103:6,10 107:23
108:3,9 109:1,3,7
109:10 112:14,15
112:23 113:13,14
113:22 117:6,9,18
117:23 118:1
119:7,10,17,20,25
120:24 121:9
123:13 127:14,25
128:4,20,24
131:24 133:14
134:3,14 154:14
154:18 155:13,17
155:22 156:1,22
159:12,16 161:20
163:18 164:6
168:4 192:21
195:14 200:24
201:2 262:13
263:1
**shit**  239:2
**shoot**  71:11,16
72:7,13
**shop**  73:19 200:16
**shopper**  67:25
68:8,12,20 73:17
196:5 248:8
251:18
**shoppers**  71:22
96:4 153:14,21,24

153:25 159:14
231:17
**shopping**  200:1,20
217:9,9
**shortest**  124:2
125:21 126:5
**show**  32:2,4,22
33:18 87:13,20
109:13,17 144:6,8
164:13
**showed**  78:25
203:2
**showing**  36:4
102:20 150:5
**shows**  32:6,10,13
33:6,12 75:6
131:9
**shut**  33:19,20
**sic**  10:24 190:6
243:4
**sick**  36:20
**side**  50:20 208:10
**sided**  199:16,19
**sign**  46:1,4,13
70:24 71:2 75:9
75:12 82:3,17,21
91:2,3,6 92:4
122:21 155:13
254:2 275:16
276:5
**signature**  75:4
202:16,18 264:18
264:19,23 274:20
275:21,23,23
276:9
**signed**  81:22
134:10 203:1,6
209:8 213:23
253:15 265:1,5,9
**signing**  179:21
202:21,22

**signs**  32:11 272:7
**silent**  29:8 31:4
32:20
**similarly**  1:3
**singer**  2:7 10:15
**single**  87:14
141:19
**sit**  124:20 129:5
130:6 131:23
174:9
**site**  148:7 149:7
152:7 253:22
**sitting**  12:8 129:1
129:17,24
**situated**  1:3
**six**  27:3 199:16,19
**skills**  35:25
**skip**  94:19
**skipped**  94:18
**slept**  188:9
**slot**  128:21
**smith**  134:23
142:22 144:13
147:5 148:22
161:2,24 163:20
189:17 223:10
231:4 241:1 246:9
251:13 255:21
**snack**  188:21
190:8 197:24
**snacks**  188:8
198:5
**social**  21:15
**sold**  48:14
**sole**  28:16 62:25
**solution**  38:6
**solutions**  43:25
44:23 275:7
**somebody**  145:11
173:18 246:11
257:14,16

**son**  18:7,8 50:12
63:5,6 137:14
218:12,16,19
**soon**  86:14
**sorry**  37:14 38:16
52:21 65:8 73:8
100:7 115:16
116:8 126:9
135:15,20 143:22
153:22 172:25
183:9 197:2
214:20 226:23
243:19 244:9
245:17,19 263:10
**sound**  12:21 14:13
**sounds**  93:21
269:9
**source**  88:10
**south**  2:13
**spaces**  162:22
**speak**  105:2,9,19
105:19 106:9,13
106:18 107:5
**speaking**  105:23
250:12
**special**  5:16
201:14 202:1
204:10,24 226:20
**specific**  93:23
**specifically**  56:4
67:24 112:13
113:4 180:4
191:25 243:14
262:7 266:10
**spectrum**  5:19
214:21
**speculation**  21:13
217:6 220:4
**spell**  52:11 243:4,7
**spelled**  243:3

Page 30

[spelling - system]

spelling  242:1
spellings  162:22
spend  192:6 203:8
  219:10,20 220:12
  220:15 240:17
  265:8
spending  133:10
  219:11
spent  47:7 126:19
  129:13 131:14
  170:11,15 209:20
  219:21,23 244:23
  262:12 263:1
spite  157:7
spoke  105:20
  106:5,15,17,22,23
spoken  104:6,22
  211:20
spot  69:17 87:6
sprouts  115:17,18
sr  11:18 14:22
  15:12,22,25 16:3
stable  63:15
staff  218:23
stamped  122:14
stare  131:17
start  15:24 16:2
  200:19 238:20
started  26:3,13
  61:13 66:21 76:10
  77:20,21 79:12
  80:5 93:12,20
  103:19 165:1
  201:3 211:10
  213:11 214:12,14
  214:17 216:16
  219:8
starting  49:22
  99:13 255:15
starts  146:4 149:1
  149:14 161:25

189:21
state  9:24 11:16
  246:22 247:12
  272:7 275:9,12
stated  47:3
statement  5:18,19
  46:1 47:1 207:15
  214:21 247:16
states  1:1 9:10
  25:25
stating  46:4
status  55:18
  200:12,15
stay  38:17 55:10
  128:12
stenographic  11:7
step  85:25 86:5
  90:3
steps  140:16
stipulation  275:20
stipulations  8:15
stir  232:12
stock  24:19,21
stocks  48:15
stolen  46:17
stop  36:18 196:23
  197:9 212:16
  236:3
stopped  34:14
  153:11 211:11
store  73:23 88:16
  89:23 96:24,25
  114:5,6,7,8,14,15
  114:20 115:14,16
  115:18
stores  113:25
  114:3
straight  193:1
street  2:8
streets  111:16

strike  64:1 111:3
  119:18 132:25
string  3:17,20,23
  4:5,8,13,16,19 6:6
  6:9,12,15,18 95:1
  95:11 97:14 98:19
  109:25 118:12
  121:19 142:6
  147:7 160:12
  230:17 237:4,19
  238:17,20 245:13
  250:24 254:10
stroke  195:21,22
strong  247:14
struggling  108:17
studied  22:11
stuff  38:2 210:4
subject  96:12
  150:23 151:10
  255:24
submit  49:9,11
submitted  49:15
subscribed  273:5
substance  104:16
  106:7 251:10
substantial  204:17
  205:3
successfully  81:22
sue  51:7,18 52:4
  53:8,11 56:16
  57:1,10 58:25
  59:1,19,22 60:25
sued  51:2,3 53:2
  56:15 60:3,6,7
  63:23
suggested  144:17
suing  51:13
suite  2:5,8
summary  208:11
  215:18,19

sun  95:16
sunday  93:19 96:5
  97:6 99:18
supervise  41:14
  43:12
supervision  232:8
  232:9 233:6
support  8:2
  108:16 123:25
  124:16,17 140:11
  140:15,20 141:1
  264:12
supposed  40:20
  49:20 68:1 79:24
  143:1 179:20
  238:14 239:4,9,12
  240:1
sure  11:25 30:2,6
  31:23 56:25 59:17
  71:23 73:3 75:10
  77:19 85:13 88:7
  94:24 98:6 114:11
  125:12 134:10
  164:2 168:13
  173:8 227:19,20
  233:17 254:25
  272:17
surface  111:16
surrendered
  268:16
swear  11:3
switch  165:10
  242:5,9
switched  242:4
sworn  11:6 273:5
  274:7
symptoms  243:20
system  84:14
  192:13

Veritext Legal Solutions
866 299-5127

**[t - things]**

| t | | | |
|---|---|---|---|
| **t**  3:10 4:2 5:2 6:2 | 219:1 220:22 | 152:14,21 153:5 | 158:19 176:10 |
| 7:2 18:6 44:2 | 224:16 228:6 | 256:2 | 177:5,10 179:1 |
| 242:20,20 244:6,6 | 230:5,11,14 233:3 | **technological** | 197:12 205:24 |
| 268:17 269:22 | 233:17 254:24 | 134:20 169:14 | 210:13 274:6,9 |
| 277:3,3 | 265:18 | **technologies**  67:14 | **text**  50:11 92:6,12 |
| **tab**  35:21 64:25 | **taken**  1:15 9:6 | **technology**  22:18 | 92:16,25 93:7 |
| 65:3,4,10,10,23,25 | 11:22 13:3 14:15 | 23:25 39:11 81:19 | 129:16 235:21,25 |
| 94:13 97:13 | 24:5 39:22 73:12 | 135:8 169:10 | 236:4 266:19 |
| 109:22 118:5 | 86:2,2 87:13 | **television**  130:25 | 267:15,16,18 |
| 121:14 135:12 | 116:13 160:1 | **tell**  49:1 51:13 | 268:2,23 269:14 |
| 142:2 146:16 | 184:13 224:21 | 77:1 133:9,16,18 | 269:18,18 |
| 164:9 165:14 | 255:5 266:2 | 151:2 158:4 | **texted**  211:20 |
| 186:20 188:25 | **takes**  110:22,24 | 165:24 174:20 | 231:18 |
| 198:14,17 201:9 | 123:4,8 133:22 | 183:10 194:14 | **texting**  132:15 |
| 207:10 214:4,19 | **talk**  80:1 116:20 | 196:14 202:10 | 231:21 232:1 |
| 219:1 228:7 | 129:16 185:16 | 211:22 212:1 | 234:21 235:5,9,14 |
| 230:15 237:3 | 190:4 194:2 | 215:22 235:23 | **texts**  92:21,23 |
| 245:12 250:23 | 210:17,20 228:17 | 242:10 248:17 | 235:18 267:20,24 |
| 254:8 258:3,24 | 231:14 234:5 | **telling**  104:15 | **thank**  10:19,23 |
| 261:2 263:11 | 248:14 | 163:21 192:15,16 | 11:2 56:23 88:6 |
| **take**  9:20 12:4 | **talked**  57:2 140:11 | **tells**  244:14 | 94:16 95:21 97:20 |
| 13:20 14:7 37:23 | 144:13 154:9 | **temp**  44:1,15 | 109:24 118:8,11 |
| 39:18 42:2,16 | 244:22 269:7 | **temporary**  44:3,6 | 121:18 146:21 |
| 43:9,21 48:20,23 | **talking**  90:11,12 | **ten**  131:16,18 | 158:23 160:10 |
| 49:2 72:8,14,20 | 94:3 112:22,25 | 132:6 159:21 | 165:16 198:23 |
| 86:17 90:4 111:3 | 126:1 132:12 | 174:3 220:13 | 201:12 218:15 |
| 111:16,18,21 | 139:21 184:22,25 | 224:16 | 230:7 245:21 |
| 116:6 120:1,24 | 185:3,5 188:19 | **terminated**  141:24 | 258:9 264:5 |
| 121:10 123:13,21 | 190:18 191:14 | **termination**  58:11 | **theft**  45:11,14,22 |
| 127:1 131:21 | 193:5 197:22 | **test**  35:25 | **thereof**  174:5 |
| 135:11 159:21 | 198:11 263:24 | **testified**  11:8 | **thick**  264:1,2 |
| 164:8 168:7 | **taste**  42:19 43:1,13 | 157:22 182:2 | **thing**  58:23 80:18 |
| 170:24 171:1,4 | **taxes**  216:7 | 271:17 | 246:14 260:8 |
| 173:21 184:9 | **tech**  148:8 149:8 | **testify**  104:21 | 270:4 |
| 186:18 187:22 | 152:8 | 105:14 106:15 | **things**  13:24 35:4 |
| 188:7,20 189:20 | **technical**  19:17,18 | 180:17 | 70:24 83:3 94:6 |
| 194:14 196:5 | 19:20 22:9 23:20 | **testifying**  104:8 | 102:2 106:15 |
| 198:5,13 202:25 | 38:2 72:18 85:3,4 | 158:5 | 123:2 132:8 |
| 203:5 207:9 | 85:6 108:16 | **testimony**  3:5 13:5 | 171:20 173:4 |
| 213:22 215:17 | 123:25 124:16 | 13:7 116:24 | 174:19 190:2,5 |
| | 137:10 146:7,10 | 128:11 130:15 | 192:8,22 193:2 |

Veritext Legal Solutions
866 299-5127

[things - touch]

199:25 209:25
216:13 218:11
228:15,21 232:22
232:24 234:1,5
242:1 243:16
249:4 252:13
**think** 72:17 75:16
77:14 81:13 99:22
99:25 100:5 108:6
117:15,21 121:1
125:2 128:20
137:2 140:6 150:2
163:20 170:5,19
183:4 190:25
191:4 195:5 206:2
211:7 220:18
223:16 224:1,14
228:23 241:22
244:22 252:3
262:1 263:4
265:19 270:22
272:11
**third** 189:20 233:1
241:4
**thoroughbred**
62:8,11 64:3
**thought** 68:6
77:15,16 89:3
113:10 184:22,25
185:2,5,10 227:10
268:7 271:8
**thoughts** 260:19
**threat** 58:24
**threaten** 57:10
**threatened** 56:16
56:18 57:1 59:19
59:22
**three** 16:7,8,19,21
53:19 54:7 100:8
100:17,20 123:4,8
131:22 132:7

145:7 154:3 210:3
221:15 247:11
**threw** 141:10,21
268:16
**thrown** 141:13,16
**thursday** 1:11
93:20 96:6 97:6
99:19
**tickets** 218:7
227:11,14 229:17
229:19,22 230:12
**till** 267:4
**time** 9:2,23 14:8
14:10 15:4,6,8,9
15:18 24:11,25
27:2 32:17 33:16
33:21 34:7 36:12
37:24 39:21 41:6
44:14,18,20,24
47:14 51:10 62:10
67:23 68:17 70:21
71:10 73:10,14
82:9 83:11 84:6
87:12,15 88:20,22
91:2,4,5,7,12,15
92:14,20,21,22
93:8 97:3 99:3
100:1,6 101:1,4,23
106:14 108:16,20
109:3 111:6,10,13
112:17 115:2
116:1,8,11,15
119:20 122:14
123:15,18 124:1,3
124:7 125:7,22
126:6,11 127:1,10
127:13 128:5,21
130:3,3 131:11
132:8 133:25
134:5 137:14
141:12 145:8

153:17,18 154:21
154:25 155:11,14
155:23 156:6
158:9 159:19,24
160:3 164:4 167:1
167:17 170:11,15
171:21 173:7
177:20 179:21,22
181:15 184:11,15
187:9 188:9,10
192:6 193:12,21
194:6 203:8,19,20
206:13 209:19
211:15 215:8
218:25 219:9,11
219:18,19 220:10
220:11,15,16
224:19,23 225:24
233:2 234:18
236:18 244:24
247:1 254:17
255:3,7 262:12,25
265:8,20,25 266:4
269:25 272:12,21
272:23 275:10,18
275:24 276:7
**time's** 39:24
**times** 13:15 41:2
84:23,25 87:13
90:7,17 93:15
99:24 100:19,20
107:18 108:12,25
109:8,11 114:16
114:19 117:7,10
117:18,19 119:24
120:23 125:5
127:20 129:10,12
131:14 132:1,6
134:3 136:8
153:12 155:9,10
155:12,16,20,25

156:5,21 157:3,3
158:15,16 193:17
194:11 203:11
269:3
**timing** 233:13
**tip** 114:12
**title** 237:25
**today** 11:15 12:9
12:13 13:2,13,24
19:18 99:13
103:13,19 104:8
104:10 112:5
120:7 161:7 174:9
271:21
**today's** 12:1
104:18
**tokd** 242:20
**told** 42:1 48:22
67:5 72:11 119:13
122:20 128:24
133:23 143:3
161:19 163:11
174:18 179:18
181:8 223:21
227:21 229:19
241:6 242:23
247:13,17 249:21
257:8
**toll** 111:22,24
**tongue** 114:12
**top** 148:20 149:20
149:21 150:11
151:7 153:1
202:14 208:21
240:9 241:5 252:2
259:14
**total** 57:21 194:20
**touch** 114:23
115:3,8,11,15,22
226:2

Veritext Legal Solutions
866 299-5127

[track - use]

**track** 102:12
103:5
**trade** 32:2,4,6,10
32:13,22 33:6,11
33:18
**train** 218:23
**trained** 58:16,18
**training** 78:19
80:4,7 199:11,12
250:4
**transcript** 272:8
274:8 275:6,8,10
275:13,13,21
276:2,2
**transfer** 270:5
**treats** 238:13
239:1
**tried** 64:8 145:10
266:25
**triple** 162:21
**trouble** 50:17
85:17 108:21
123:1 125:11
126:17 133:2,5
142:16 145:16
153:13 191:18
232:13 233:8
241:25 253:15
256:11
**true** 12:7 98:24
105:11 134:3
152:12 227:21
238:11 247:16
274:8
**truth** 163:21
183:10 248:17
**truthful** 13:13
**try** 12:17 14:7
39:10 49:4 63:17
64:7 77:24 94:6
102:21 103:17

108:20 122:21
132:21 156:22
177:19 200:23
254:2 269:13
**trying** 26:6 35:8
37:21 38:1 44:13
85:11 86:18 92:19
95:19 112:8
114:10 122:17
124:21 128:17
139:9 140:22
148:14,16 152:25
166:11 169:16
190:1 208:8
232:12 246:1
248:25 252:11
260:17 270:14
**tuesday** 93:19
96:6 97:6 99:18
**turn** 204:5 266:9
**turnaround**
272:12,21
**turned** 269:21
**turner** 142:22
189:16 246:8
251:14 255:17
**tustin** 88:14,15
89:21
**tv** 129:19 130:10
130:12,17,22
131:8 132:10
**twice** 114:18
186:12 203:12
**twitter** 21:18
**two** 17:9 18:25
20:4 25:13 27:22
32:24 33:2 49:22
49:23 55:4,5
57:20,21 58:8
81:9 117:20 123:4
123:8 126:8,13,15

126:20,21 130:23
131:22 132:7
137:17 145:7
207:20 210:5
268:10,12 272:13
**type** 241:12
**typed** 84:12
162:12
**typical** 110:15
111:5,9
**typically** 89:5 91:2
110:21 123:12
173:6 183:17
184:5,19 185:9,18
**typing** 164:2

**u**

**u** 62:6 88:13
229:23 241:6,12
**uca4** 138:14 139:6
**uh** 138:23 218:5
**unable** 98:7
**unavailable**
196:17 197:5
**understand** 12:1,2
12:11,14,19 13:10
13:21,22 14:3,17
46:3,7 50:17
75:18 80:24 81:3
92:19 112:24
113:7 116:17
120:9 126:1 128:3
133:1 158:4 167:3
168:18,22 173:16
173:19 174:6
176:2 178:15
179:13 180:12,25
181:10,17,20,23
182:2,7,9,16,22,25
183:2,20 196:2
197:4 200:18
206:7 208:17

260:17 262:23
265:16
**understanding**
40:3 76:4 175:18
178:9 180:18
**understands** 158:2
**understood** 12:25
69:25 74:13,22
76:13 84:8 99:16
103:12 120:20
162:6 167:10
168:5,10,12,13
170:25 171:3
173:9 196:16
261:20
**unemployment**
35:14
**united** 1:1 9:10
25:25
**university** 22:16
22:17 23:2,4,12,19
26:12
**unlawfully** 45:17
45:19
**unpaid** 167:15
178:13
**unqualified** 45:17
45:20 48:14
**updates** 102:2
**upper** 166:6
259:18
**ups** 253:12
**usage** 209:5
**use** 15:10 16:8
19:5 20:11 62:19
76:25 80:10 81:10
82:20 83:4,8
91:22 92:3 184:19
206:19,25 207:3
209:24 216:12,20
217:3,11 257:11

Veritext Legal Solutions
866 299-5127

**[use - witness]**

257:11,14
**username** 82:13
82:14 83:19 84:5
126:3
**usually** 201:5
246:17

**v**

**v** 1:5 18:5 275:4
277:1
**vacated** 48:2
**vacation** 244:10
244:12,14
**vague** 56:21
**valley** 28:13 29:10
31:7
**van** 2:5
**verification** 202:7
202:14
**veritext** 9:14,16
9:18 38:5 275:7,9
275:11
**version** 40:15,23
**versus** 9:8 10:17
83:12 125:8
158:16 219:10,20
**vessel's** 146:5
**vessels** 118:23
135:3 142:21,25
147:6 148:5,21
149:3,5 151:17
152:2,13 153:4
161:2 189:15
223:13 226:19,25
231:4 246:7
251:13 255:22
**vice** 143:1
**vicente** 18:1,3,5
**victor** 18:5
**video** 9:4,19
196:19

**videographer** 2:19
9:1,16 10:6,9,13
10:19,23 11:2,9
39:20,23 73:9,13
116:10,14 159:23
160:2 184:10,14
224:18,22 255:2,6
265:24 266:3
271:22,24 272:2
**videotaped** 9:4
272:3
**view** 37:18,19
248:22
**viewing** 37:20
**violating** 248:22
**vivienne** 1:24 9:17
274:3,21
**vocation** 22:10
**volt** 43:25 44:23
**volunteer** 26:4

**w**

**wait** 123:10
128:17,24 129:10
134:13 145:11
151:14
**waiting** 35:7 123:5
124:17 127:25
131:19 155:15
179:20
**waived** 275:23,23
**waiver** 247:23
**waiving** 275:20
**walk** 82:1 140:16
148:17 149:18
**walker** 189:16
220:25 226:20,24
**want** 12:19 13:6
14:1 37:19 43:21
47:22,25 50:14,20
53:23 68:5 71:22
96:16 104:11

105:7 116:24
119:14 127:18,21
135:25 147:18
157:13,23 172:13
193:1 212:21
228:16,22 232:2,4
232:21 234:25
265:20 271:15
272:10
**wanted** 61:12 68:3
77:8 90:4 94:24
96:13 127:14
190:22,25 191:4
204:2 212:18
229:15 252:9
257:10 265:4
272:8
**wants** 228:5 239:8
239:10
**watch** 129:19
130:17
**watching** 130:10
130:12,22,25
131:8,9 132:10
**way** 105:7 111:15
202:10 250:10,12
252:3 274:14
**ways** 125:10
**we've** 24:3 49:25
56:19 57:2 59:20
72:17 117:21
154:9 159:19
224:14 244:22
269:2,4,6
**wearing** 40:8
**wednesday** 149:2
149:15 151:1,2,24
**week** 57:12 69:21
70:2,15,17 74:14
74:24 77:8,11,15
77:25 78:6,8

79:17,18 144:11
195:6 196:1
272:16,20
**weeks** 53:20 54:7
57:20,21 58:8
74:17,17 194:20
194:24 195:2
268:10,13 272:14
**went** 22:5,22
23:11,19 44:14
90:1 108:20
117:23 127:8
143:23 144:12
155:25 156:5
184:6,6 192:21
196:13 197:8
200:23 201:2
213:8 216:21,22
244:8
**whatsoever**
174:10
**whereof** 274:16
**wife** 17:13 18:16
19:15 21:8 49:11
49:15 63:5 132:13
212:9 217:1,2
219:10,20,23
220:12
**wife's** 208:1 210:7
210:9 212:5,6
**win** 61:13
**winning** 64:13,14
**wipe** 137:11
**wireless** 5:18
207:14 208:14
**withdraw** 47:17
47:20 48:3 49:8
**witness** 8:5 11:4
37:21,25 38:5,9
39:19 50:22 54:25
55:4,9,13 72:23

[witness - zoom]

| | | | |
|---|---|---|---|
| 98:9 104:24 | 190:4,6 192:2,4 | 113:11 121:3 | **x** |
| 105:21 106:2 | 193:13,16,21 | 136:2,6,16 139:18 | **x**  3:2,10 4:2 5:2 |
| 150:7 157:20 | 194:21 195:3 | 140:7 145:12 | 6:2 7:2 276:1 |
| 158:6 159:22 | 196:13,13,14 | 159:16 164:15,22 | **y** |
| 183:9 236:16 | 201:3,6 205:16 | 165:17 166:3,15 | **y**  238:2 243:4 |
| 265:23 274:6,10 | 210:1 216:21,22 | 167:23 168:2 | **yeah**  38:13 53:18 |
| 274:16 275:13,16 | 218:16 231:15 | 171:14 172:20 | 65:24 139:1 |
| 276:2,5 277:24 | 232:7 234:13 | 175:16,19,23,25 | 141:24 237:22 |
| **witnesses**  239:14 | 235:5,10,15,19 | 177:6,12,16,22 | 238:22 245:19 |
| **woman**  79:21 | 244:19 248:20,21 | 178:5,10 179:2,10 | 249:1 253:5 |
| 221:23,24 222:16 | 250:2 255:23 | 190:8 193:20 | 259:11 269:8 |
| **won**  60:19 | 257:10,23 | 197:25 211:10 | **year**  21:22 34:9 |
| **word**  149:25 | **worked**  25:12 | 214:12,14,17 | 48:7 52:19 206:13 |
| 150:14 151:1 | 26:17 35:16 41:1 | 215:4,9 216:11,16 | 210:21 |
| 202:14 241:12,14 | 42:19,23 43:1 | 219:9 220:11 | **years**  17:9 18:25 |
| **words**  151:1 | 59:12 66:24 73:22 | 235:12 251:23 | 23:3 25:13 28:1,4 |
| 179:17 | 81:19 90:6 102:16 | 253:1,3,9 257:7 | 49:22,23 172:13 |
| **work**  25:10,17 | 107:19 111:7 | **works**  40:3 218:12 | 247:11 |
| 26:19 34:23 39:12 | 114:5,6,24 115:3 | 253:12 | **yep**  143:7 |
| 44:11,14 51:3,4 | 115:18 155:10 | **worth**  39:14 | **ygr**  1:6 9:13 |
| 58:23 67:7,9 | 157:4,6 158:15 | **wrap**  265:22 | **yolanda**  223:15 |
| 70:14,16 71:9 | 163:2 167:6,12,16 | **write**  85:20 122:13 | **z** |
| 72:12 74:3,16,17 | 168:6,6 174:4 | 122:16 192:25 | |
| 77:8 81:23 86:18 | 178:13 180:1 | 193:5,10 194:12 | **zoom**  54:17,19,20 |
| 96:23 99:6,10 | 185:20 192:14,14 | 207:6 235:25 | 55:2,11 |
| 103:1 110:18,21 | 194:22 195:5 | 238:10,24 239:22 | |
| 112:9 113:25 | 206:14 233:22 | 241:8 242:23 | |
| 114:4,16,19 | 238:7 270:17 | 246:11,17 249:4 | |
| 115:14 119:14 | **workforce**  43:25 | **writing**  207:5 | |
| 136:14 140:4,5 | 44:23 138:14 | 233:12 240:18 | |
| 143:17,19 144:22 | 139:6 | **written**  16:4 | |
| 144:25 146:4 | **working**  4:22 5:5 | **wrong**  150:3 | |
| 148:8 149:8 152:8 | 24:16,21 25:22 | 192:11,11,13 | |
| 152:20 155:1,10 | 26:13 29:21 34:14 | **wrote**  49:15 95:17 | |
| 155:11 156:7 | 36:18 42:8,11,24 | 122:15 138:14 | |
| 157:3,7 158:16 | 45:2 64:20 66:22 | 149:3,6 190:12 | |
| 167:15 168:20,23 | 67:10 68:16 70:2 | 191:24 194:10 | |
| 169:10,12,17 | 71:11 76:18 77:11 | 217:18 229:14 | |
| 170:23 178:16,21 | 77:20 78:8 79:10 | 231:3 233:1 240:5 | |
| 180:4 185:19 | 81:5 85:17 101:12 | 241:23 242:12 | |
| 186:2 188:16 | 112:20,21,23 | 251:17 255:21 | |

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.