Mark E. Burton Jr. (SBN 178400)
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 568-2555
Facsimile: (415) 568-2556
mburton@audetlaw.com;
Attorneys for Plaintiff

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MABANTA, on behalf of himself and all others that are similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PRIME NOW LLC, a Delaware Corporation; AMAZON.COM, INC., a Delaware Corporation; and Does 1-50, inclusive,<br><br>Defendants. | Case No. 4:20-cv-02813-YGR<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants Prime Now LLC, and Amazon.com, Inc., by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of this lawsuit (including all claims asserted by Plaintiff), with each party to bear his or its own attorneys' fees and costs.

DATED: August 29, 2022.

By   */s/ Mark E. Burton*
Mark E. Burton Jr. (SBN 178400)
AUDET & PARTNERS, LLP
Attorneys for Plaintiff

By   */s/ Heather L. Richardson*
Heather L. Richardson (SBN 246517)
GIBSON, DUNN & CRUTCHER LLP
Attorneys for Defendants Prime Now LLC, and Amazon.com, Inc.

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Mark Burton, attests that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

By   */s/ Mark E. Burton*
Mark E. Burton Jr. (SBN 178400)
AUDET & PARTNERS, LLP
Attorneys for Plaintiff



GRANTED
Judge Yvonne Gonzalez Rogers
8/30/2022